```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHINESE AMERICAN CITIZENS             :
ALLIANCE GREAT NEW YORK, et al.,      :
                                      :
                    Plaintiffs,       :       20 Civ. 8964 (LAK) (GS)
                                      :
        - against -                   :       ORDER
                                      :
NEW YORK CITY DEPARTMENT OF           :
EDUCATION, et al.,                    :
                                      :
                    Defendants.       :
------------------------------------------------------------X
```

**GARY STEIN, United States Magistrate Judge:**

The Court is in receipt of Plaintiffs' September 26, 2023 "Notice of Appearance and Substitution of Attorney" ("the Notice"). (Dkt. No. 46). The Notice states that Laura Barbieri, counsel of record for Plaintiffs, is no longer associated with Advocates for Justice and that Arthur Z. Schwartz of Advocates for Justice "has been substituted as counsel for Plaintiffs." The Notice does not comply with Local Civil Rule 1.4, which states, *inter alia*, that "[a]n attorney who has appeared as attorney of record for a party may be relieved or displaced *only by order of the court*." (Emphasis added). Plaintiffs' counsel is hereby directed to submit an appropriate application to the Court in compliance with Local Civil Rule 1.4.

**SO ORDERED.**

DATED:   New York, New York
         September 28, 2023

_____
GARY STEIN
United States Magistrate Judge