UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

CHINESE AMERICAN CITIZENS
ALLIANCE GREATER NEW YORK *et al.*,

                      Plaintiffs,

      -against-

NEW YORK CITY DEPARTMENT OF
EDUCATION *et al.*,

                      Defendants.

20 Civ. No. 8964 (LAK) (GS)

**STATUS CONFERENCE ORDER**

-----------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

       This action is scheduled for a Telephonic Status Conference on **Tuesday, January 30, 2024 at 10:00 a.m.**, at which time the parties will be directed to advise the Court on the status of discovery. Counsel is directed to join the conference via Microsoft Teams at the scheduled time.

**Please dial (646) 453-4442, Access Code: 964 333 700#.**

       SO ORDERED.

DATED:    New York, New York
               December 29, 2023

_____
The Honorable Gary Stein
United States Magistrate Judge