UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

CHINESE AMERICAN CITIZENS
ALLIANCE GREATER NEW YORK,
PHILLIP YAN HING WONG, SIU-LIN
LINDA LAM, LUCAS LIU, GEORGE
LEE and XUHUI NI,

                      Plaintiffs,

-against-

NEW YORK CITY DEPARTMENT OF
EDUCATION, CITY OF NEW YORK,
CHANCELLOR RICHARD A.
CARRANZA, MAYOR BILL DE
BLASIO, JASON MARINO, JOHN DOE
NO. 2, JOHN DOE NO. 3, POLICE
OFFICER JOHN DOE NO. 4, JOHN
DOE NO. 5, JOHN DOE NO. 6, JOHN
DOE NO. 7 and JOHN DOE NO. 8,

                      Defendants.
-----------------------------------------------------------------X

20 Civ. 8964 (LAK) (GS)

**STATUS CONFERENCE ORDER**

**GARY STEIN, United States Magistrate Judge:**

      This action is scheduled for a Telephone Status Conference on **Tuesday, April 02, 2024 at 2:30 p.m**. Counsel is directed to join the conference via Microsoft Teams at the scheduled time. **Please dial (646) 453-4442, Access Code: [542 683 637.]**. Counsel is further directed to submit a joint status letter by **Thursday, February 29, 2024**.

      **SO ORDERED.**

DATED:    New York, New York
               January 30, 2024

_____
The Honorable Gary Stein
United States Magistrate Judge