UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CHINESE AMERICAN CITIZENS
ALLIANCE GREATER NEW YORK *et al.*,

                    Plaintiffs,          20 Civ. 8964 (LAK) (GS)

      -against-                     **ORDER TO STRIKE**

NEW YORK CITY DEPARTMENT OF
EDUCATION *et al.*,

                    Defendants.
------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

      Earlier today, Plaintiffs filed on the docket a First Amended Complaint (Dkt. No. 66) and Requests for Issuance of Summons for three newly-named Defendants in the First Amended Complaint. (Dkt. Nos. 67, 68, and 69). The Court's April 3, 2024 Order, however, specifically required Plaintiffs to file a motion for leave to file an Amended Complaint and to do so by Friday, April 5, 2024. (Dkt. No. 64). As noted in the April 3, 2024 Order, under the Scheduling Order in this case, the deadline for Plaintiffs to amend their Complaint or join new parties expired on November 17, 2023. (*Id.*). Plaintiffs did not comply with the Court's Order and instead improperly filed an Amended Complaint today without first seeking leave. That filing, together with the related Requests for Issuance of Summons, shall accordingly be stricken.

      If Plaintiffs wish to amend their Complaint, they must file a motion seeking leave to do so by April 16, 2024, or, in the alternative, inform the Court by that date by joint letter of Defendants' consent to file an Amended Complaint. *See* Fed. R. Civ. P. 15(a)(2).

      The Clerk of Court is respectfully directed to strike Docket Entries 66, 67, 68, and 69.

      **SO ORDERED.**

DATED:    New York, New York
                 April 9, 2024

                                                           */s/ Gary Stein*
                                             The Honorable Gary Stein
                                             United States Magistrate Judge