# ADVOCATES FOR JUSTICE
*A Public Interest Organization*



*www.advocatesforjustice.net*

**225 Broadway, Suite 1902**
**New York, NY  10007**

**TEL:  212-285-1400**
**FAX:  212-285-1410**

**info@advocatesforjustice.net**

**Arthur Z. Schwartz, Esq.**
Lead Attorney
President, Board of Directors

April 9, 2024

By ECF

Hon. Gary Stein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY  10007

        Re:    Chinese American Citizens Alliance v.
                 NYC Department of Education
                 20 Civ. 8964 (LAK) (GS)
                 Order to Strike Amended Complaint
                 <u>Motion to Allow Filing of First Amended Complaint</u>

Dear Judge Stein:

When I reviewed Docket No. 64, your post-conference order, I completely missed the April 5, 2024 deadline to file a Motion to Amend.  In fact, I thought the Court had granted permission.

Exhibit A is the original Complaint.  It is 40 pages long, is brought as a Class Action, has seven (7) John Doe defendants, includes former Schools Chancellor Carranza and former Mayor de Blasio as defendants, and has thirteen (13) causes of action.

Exhibit B is the First Amended Complaint.  It adds no new factual allegations.  It is 30 pages long.  We dismiss the complaints against Chancellor Carranza, Mayor de Blasio, and five of the John Does.  It is not brought as a class action.  We eliminated redundancies and repeated allegations.  We state only eight (8) causes of action, dismissing five (5) others.  Exhibit C is a redlined version showing the changes.

The only addition was to name three of the previous John Does.  This took so long because the Corporation Counsel responded to Plaintiffs' July 29, 2021 (yes, <u>2021</u>) Interrogatories (Exhibit D) on March 4, 2024 (Exhibit E), <u>over 2.5 years late</u>.  We sent a draft of the First Amended Complaint to Corporation Counsel around March 15, 2024 and asked to take the depositions of the persons they finally named before the end of March.  That is when the

# ADVOCATES FOR JUSTICE

*A Public Interest Organization*

Hon. Gary Stein
April 9, 2024
Page 2


Assistant Corporation Counsel newly assigned to the case suggested a two-month extension in discovery.

We submit that given the 2.5-year delay in responding to our Interrogatories, filing an Amended Complaint now is appropriate under Rule 15 FRCP.  See *Rehberg v. City of Pueblo*, 2011 WL 4102287 (D. Colo. 2011); *Stewart v. Coyne Textile Services*, 212 F.R.D. 494 (S.D. W. Va. 2003).

With the new deadline being only six weeks away, we think it wise to get this "clean-up" amendment done now so that issues of service and representation by Corporation Counsel can be addressed expeditiously.  This is why we move via a letter.

I have reached out to Corporation Counsel, but with Attorney Weekes on vacation, there may be a delayed response.  I did reach out to her supervisor, Mark Toews.  I thought it best not to wait.

Respectfully submitted,

/s/ *Arthur Z. Schwartz*

Arthur Z. Schwartz


cc:      All Counsel (by ECF)