UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

CHINESE AMERICAN CITIZENS ALLIANCE
GREATER NEW YORK, PHILLIP YAN HING WONG,
SIU-LIN LINDA LAM, LUCAS LIU, GEORGE LEE, and
XUHUI NI,

                                        Plaintiffs,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION,
CITY OF NEW YORK, JASON MARINO, Asst.
Principal, individually; JOHN DOE NO. 1, individually;
JOHN DOE NO. 2 individually; YERGEY DYM, Police
Officer, individually; School Safety Officer JOHN DOE
No. 3, individually; and Police Officer JOHN DOE No. 4,
individually,

                                        Defendants.

------------------------------------------------------------------------ x

**DECLARATION OF KEVON Z.A. WEEKES IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

20-CV-8964 (LAK) (GS)

**KEVON Z.A. WEEKES**, under penalty of perjury, declares pursuant to 28 U.S.C. § 1746, that the following statements are true and correct:

        1.        I am an Assistant Corporation Counsel in the Office of Muriel Goode-Trufant, Acting Corporation Counsel of the City of New York, attorney for Defendants City of New York, New York City Department of Education, Jason Marino and P.O. Yergey Dym (collectively, the "Defendants"). As such, I am familiar with the facts and circumstances set forth herein.

        2.        I submit this Declaration in support of Defendants' motion for summary judgment.

        3.        Attached hereto as Exhibit "A" is a copy of the operative pleading, Plaintiffs' First Amended Complaint, filed on May 15, 2024, ECF No. 83.

4. Attached hereto as Exhibit "B" is a true and accurate copy of the transcript of Plaintiff Siu-Lin Linda Lam's deposition, held on Monday, May 20, 2024.

5. Attached hereto as Exhibit "C" is a true and accurate copy of the transcript of Defendant, Assistant Principal Jason Marino's deposition, held on May 28, 2024.

6. Attached hereto as Exhibit "D" is a true and accurate copy of the transcript of Plaintiff Phillip Yan Hing Wong's deposition, held on Friday, May 31, 2024.

7. Attached hereto as Exhibit "E" is a true and accurate copy of the transcript of Plaintiff George Shu-An Lee's deposition, held on Friday, May 31, 2024.

8. Attached hereto as Exhibit "F" is a true and accurate copy of the transcript of Plaintiff Lucas Liu's deposition, held on Friday, May 31, 2024.

9. Attached hereto as Exhibit "G" is a true and accurate copy of the transcript of Plaintiff Xuhui Ni's deposition, held on Friday, May 31, 2024.

10. Attached hereto as Exhibit "H" is a true and accurate copy of the transcript of Witness Craig Edwards's deposition, held on June 20, 2024.

11. Attached hereto as Exhibit "I" is a copy of photographs produced by the Plaintiffs that are a true and accurate representation of the events that give rise to the allegations in Plaintiffs' Complaint. These photographs were marked as Exhibits 1, 2, 3, 4, 6, 10, 11, and 12 respectively at Plaintiff Lam's deposition on May 20, 2024,

12. Attached hereto as Exhibit "J" is a copy of video footage produced by the Plaintiffs that is a true and accurate recording of the events that give rise to the allegations in Plaintiffs' Complaint. This video was marked as Exhibit 14 at Plaintiff Lam's deposition on May 20, 2024.

13. Attached hereto as Exhibit "K" is a copy of video footage produced by the Plaintiffs that is a true and accurate recording of the events that give rise to the allegations in Plaintiffs' Complaint. This video was marked as Exhibit 15 at Plaintiff Lam's deposition on May 20, 2024.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:   October 7, 2024
         New York, New York

**MURIEL GOODE-TRUFANT**
Acting Corporation Counsel of the
City of New York
*Attorney for Defendants*
100 Church Street
New York, NY 10007
(212) 356-3187


By:      /s/
         Kevon Z.A. Weekes
         Assistant Corporation Counsel