# EXHIBIT B

Siu-Lin Linda Lam

Page 1

1        IN THE UNITED STATES DISTRICT COURT

2           SOUTHERN DISTRICT OF NEW YORK

3    _____

4    CHINESE AMERICAN CITIZENS

5    ALLIANCE OF GREATER NEW YORK,

6    et al.,

7              Plaintiffs,

8         v.                          Case No.

9    NEW YORK CITY DEPARTMENT OF      1:2020-cv-08964

10   EDUCATION, et al.,

11            Defendants.

12   _____

13          VIDEOCONFERENCE DEPOSITION OF

14              SIU-LIN LINDA LAM

15   DATE:        Monday, May 20, 2024

16   TIME:        11:09 a.m.

17   LOCATION:    Remote Proceeding

18                Elmhurst, NY 11373

19   REPORTED BY: Shariz Travis

20   JOB NO.:     6711491

21

22

23                   Certified Original

24

25

Siu-Lin Linda Lam

Page 2

1                    A P P E A R A N C E S

2    ON BEHALF OF PLAINTIFFS CHINESE AMERICAN CITIZENS

3    ALLIANCE OF GREATER NEW YORK, PHILLIP YAN HING WONG,

4    SIU-LIN LINDA LAM, LUCAS LIU, GEORGE LEE, AND XUHUI

5    NI:

6         ARTHUR SCHWARTZ, ESQUIRE (by videoconference)

7         Advocates for Justice Chartered Attorneys

8         225 Broadway, Suite 1902

9         New York, NY 10007

10        aschwartz@advocatesny.com

11        (212) 285-1400

12

13   ON BEHALF OF DEFENDANTS NEW YORK CITY DEPARTMENT OF

14   EDUCATION AND CITY OF NEW YORK:

15        KEVON WEEKES, ESQUIRE (by videoconference)

16        New York City Law Department

17        100 Church Street

18        New York, NY 10007

19        kweekes@law.nyc.gov

20        File #: 2020-042538

21        Control #: 24-1616

22

23

24

25

Siu-Lin Linda Lam

Page 3

1                    I N D E X

2     EXAMINATION:                                PAGE

3          By Ms. Weekes                            7

4

5                    E X H I B I T S

6     NO.                DESCRIPTION              PAGE

7     Exhibit 1       Protest Outside Meeting 1    93

8     Exhibit 2       Protest Outside Meeting 2

9                     Close Up Photo               96

10    Exhibit 3       NYPD Officer with Cap        99

11    Exhibit 4       Photo Principal Marino      100

12    Exhibit 5       Photo Bernard Chow

13                    and Principal Marino        101

14    Exhibit 6       Witness Back to Wall        102

15    Exhibit 7       African American Officer

16                    in Blue Jacket              103

17    Exhibit 8       Doe Telling Witness to Sit  104

18    Exhibit 9       Witness Told to Sit         105

19    Exhibit 10      Witness Told to Sit         106

20    Exhibit 11      Witness Holding Sign-In Meeting  107

21    Exhibit 12      Photo Outside School

22                    After Meeting               109

23    Exhibit 13      Video 1                     110

24    Exhibit 14      Video 2                     113

25    Exhibit 15      Video 3                     116

Siu-Lin Linda Lam

Page 4

1               I N D E X (Cont'd)

2        D O C U M E N T S   R E Q U E S T E D

3    NO.       DESCRIPTION                          PAGE

4    1         Photos Reviewed by Ms. Lam for

5              Deposition Preparation                12

6    2         Medical Authorization for Ms. Lam

7              For Medical Records Dr. Kim NYU       125

8    3         Medical Authorization Ms. Lam

9              Ms. Lam Treatment Records NYU Rego

10             Park Physical Therapy Facility        125

11   4         Medical Authorization for Ms. Lam

12             Medical Records from Dr. May          125

13   5         Medical Authorization for Ms. Lam

14             Medical Records from Dr. Ava          125

15   6         Medical Authorization for Ms. Lam

16             Medical Records from Dr. June Gray    126

17   7         Medical Authorization for Ms. Lam

18             for Medical Records Dr. Pomerantz     126

19   8         Medical Authorization for Ms. Lam

20             for Medical Records Dr. Thai          126

21   9         Medical Authorization for Ms. Lam

22             for Medical Records Dr. Huang         126

23   10        Medical Authorization for Ms. Lam

24             for Medical Records Dr. Lee           126

25

Siu-Lin Linda Lam

Page 5

1                    P R O C E E D I N G S

2                 THE REPORTER:  Good morning.  My name

3    is Shariz Travis; I'm the reporter assigned by

4    Veritext to take the recording of this proceeding.

5    We're now on the record at 11:09 a.m.

6                 This is the deposition of Ms. Linda Lam

7    taken in the matter of the Chinese American Citizens

8    Alliance Greater New York, Phillip Yan Hing Wong,

9    Siu-Lin Linda Lam, Lucas Liu, George Lee, and Xuhui Ni

10   against New York City Department of Education, City of

11   New York, Jason Marino, Assistant Principal, and John

12   Does 1-4.  Okay.  Today is May 20, 2024, and we are

13   located at 58-02 Seabury Street, Elmhurst, NY 11373.

14                I'm a notary authorized to -- to take

15   acknowledgments and administer oaths in the State of

16   New York.  Parties agree that I will swear in the

17   witness remotely.

18                Additionally, absent an objection on

19   the record before the witness is sworn, all parties

20   and the witness understand and agree that any

21   certified transcript produced from the recording of

22   this proceeding:

23                      - is intended for all uses permitted

24                         under applicable procedural and

25                         evidentiary rules and laws in the

Siu-Lin Linda Lam

Page 6

1          same manner as a deposition recorded
2          by stenographic means; and
3          - shall constitute written stipulation
4          of such.
5          At this time will everyone in
6    attendance please identify yourself for the record,
7    starting with Ms. Weekes.
8          MS. WEEKES:  Sure.  Kevon Weekes for
9    the defendants.
10         MR. SCHWARTZ:  Arthur Schwartz for the
11   plaintiffs.
12         THE REPORTER:  Okay.
13         MS. LAM:  Siu-Lin Linda Lam, one of the
14   plaintiffs.
15         THE REPORTER:  Thank you.
16         Hearing no objection, I will now swear
17   in the witness.
18         Please raise your right hand.
19   WHEREUPON,
20              SIU-LIN LINDA LAM,
21   called as a witness and having been first duly sworn
22   to tell the truth, the whole truth, and nothing but
23   the truth, was examined and testified as follows:
24         THE REPORTER:  Thank you.
25         Counsel, your witness.

Siu-Lin Linda Lam

Page 7

1                          EXAMINATION

2   BY MS. WEEKES:

3        Q    Good morning, Ms. Lam.  My name, again, is

4   Kevon, and I represent the defendants in this case.

5   Before we get started with the deposition, I'm just

6   going to go over some rules for you for today's

7   deposition.  Okay?

8        A    Sure.

9        Q    First, I ask that you give only verbal

10  responses.  So no "uh-huhs" or "uh-uhs," no nodding or

11  shaking of the head, and that's so our court reporter

12  can transcribe your responses accurately.  Okay?

13       A    That's fine.

14       Q    Next, I ask that you try your very best to

15  keep your voice up.  I know sometimes it's a little

16  bit difficult on Zoom, but please try your best to

17  keep your voice up and speak as clearly as you can.

18  And that, again, is also so that the court reporter

19  can transcribe today's deposition and your responses

20  accurately.  Okay?

21       A    Okay.  So can you hear me clearly right now?

22  Or do I have to speak louder than the current volume?

23            MS. WEEKES:  Ms. Travis, I think she's

24  perfect.  You can let us know if it's okay?

25            THE REPORTER:  Yes, she's good.

Siu-Lin Linda Lam

Page 8

1    BY MS. WEEKES:

2         Q    Okay.  Perfect.  Next, if there's a question

3    I ask that you don't understand, please let me know,

4    and I will repeat or I'll rephrase the question.

5    Otherwise, I'll assume that you've understood and also

6    heard my question.  Okay?

7         A    Okay.

8         Q    If you don't know the answer to a question

9    that I ask, please don't guess.  It's okay to tell me

10   that you don't know because I don't want you to guess

11   anything today.  Okay?

12        A    Yes.

13        Q    Next, you're doing a good job of this

14   already, but please wait for me to fully finish my

15   questions before you answer, and that will allow the

16   court reporter to transcribe, not only my full

17   question, but also your full answer.  If we're talking

18   over each other, it'll be difficult for her to

19   transcribe.  Okay?

20        A    Yes.

21        Q    Okay.  Next, if at any point, you want to

22   take a break, that's fine -- just let me know.  The

23   only thing I ask is if there's a pending question,

24   that you answer the question, and then you're free to

25   take a break and then come back.  Okay?

Siu-Lin Linda Lam

Page 9

1    A    Understood.

2    Q    Now, Ms. Lam, is there any reason you cannot

3    testify truthfully and accurately today?

4    A    No.

5    Q    Do you have any physical condition that

6    could interfere with your ability to testify here

7    today?

8    A    No, not that I know of.

9    Q    Do you have any mental condition that

10   impairs your memory and could affect your ability to

11   testify here today?

12   A    I don't think so.

13   Q    Have you taken any medication in the last 24

14   hours that could affect your ability to testify here

15   today?

16   A    No.

17   Q    Is there any medication that you should have

18   taken but did not take that would affect your ability

19   to testify here today?

20   A    No.

21   Q    Other than related to this case, have you

22   ever sat for a deposition like this before?

23   A    No.

24   Q    Do you recall sitting for a hearing similar

25   to this related to this case?

Siu-Lin Linda Lam

1      A      Yes.

2      Q      Did you review your transcript from that

3  hearing in preparation for today's deposition?

4      A      I do not understand the question.

5      Q      You mentioned that you sat for a hearing

6  similar like this before; correct?

7      A      Correct.

8      Q      A transcript would have been produced from

9  that hearing.  Did you review that transcript in

10  preparation for today?

11      A      Not today, but I have -- in the past, we

12  were asked to put in the correction to the transcript

13  on the record and send it in.  It was sent back to us

14  for review.  I -- I look at that.

15      Q      And that errata sheet that you made changes,

16  did you sign the bottom of that sheet?

17      A      Yes -- yes.

18      Q      Did you review any documentation in

19  preparation for today's deposition?

20      A      Yes, I did.

21      Q      What did you review?

22      A      The deposition with the errata sheets

23  correction.

24      Q      You reviewed the transcript with the errata

25  sheet?

Siu-Lin Linda Lam

Page 11

1      A    Yeah, the transcript.

2      Q    Have you ever brought a lawsuit against the

3   City of New York before?

4      A    No.

5      Q    Have you ever brought a lawsuit against the

6   State of New York?

7      A    No.

8      Q    Other than the transcript -- other than the

9   50, the transcript from that prior hearing, did you

10  review any other documents in preparation for today --

11     A    No.

12     Q    Did you review any photos?

13     A    Not photo but copies of the photo in paper.

14     Q    Okay.  So you reviewed printouts of photos?

15     A    Yes.

16     Q    Did you review any video?

17     A    No.

18     Q    How many photos did you review in

19  preparation for today's deposition?

20     A    About five pages of photos.

21     Q    Do you know if the photos you reviewed are

22  the same photos that are found on the Chinese American

23  Citizens Alliance website?

24     A    I'm not sure because on the Chinese American

25  Citizen Alliance website -- have a lot of photos and a

Siu-Lin Linda Lam

Page 12

1    lot of information.   I did not go -- I did not go and

2    look at anything over there.   That would be

3    overwhelming.

4                    MS. WEEKES:   To the extent that

5    Plaintiff reviewed photos that were not previously

6    produced, we just ask for a production of the photos

7    that were reviewed in preparation for today's

8    deposition.

9    BY MS. WEEKES:

10        Q    Ms. Lam, the address that you gave at the

11   beginning of today's deposition, ███ ██████ ████

12   ██████ ██ █████ -- that is your current address;

13   correct?

14        A    Yes.

15        Q    How long have you lived at that address?

16        A    I lived there since 1980, and there were a

17   couple years that I was away for grad schools, and a

18   couple years I lived upstate, and the rest of the time

19   I -- I live at my current address.

20        Q    On February 4, 2020, was that your address

21   at the time?

22        A    Yes.

23        Q    Back on February 4th of 2020, did anyone

24   live with you at that address?

25        A    My husband.

Siu-Lin Linda Lam

Page 13

1      Q      What is your husband's name?

2      A      Michael Wing Hong Luk, L-U-K, middle name

3    W-I-N-G H-O-N-G, Wing Hong.  First name is Michael,

4    M-I-C-H-A-E-L.

5      Q      Does Mr. Luk still live with you at this

6    address?

7      A      Yes.

8      Q      Did you discuss today's deposition with your

9    husband?

10     A      No.

11     Q      Other than your attorney, did you discuss

12   today's deposition with anyone?

13     A      No.

14     Q      Ms. Lam, have you ever been known by any

15   other name other than Siu-Lin Linda Lam?

16     A      With my husband's last name, Siu-Lin Linda

17   Luk, L-U-K or sometimes it just Linda Lam or Linda Luk

18   without the first name, so middle name is used.

19     Q      And Ms. Lam, what year were you married?

20     A      1974.

21     Q      With the understanding that only your year

22   of birth will be on the transcript, what is your full

23   date of birth?

24     A      ████████████

25     Q      With the understanding that only the last

1    four digits will be on the transcript, what is your

2    full social security number?

3           A    ███████████.

4           Q    Ms. Lam, what is your approximate weight and

5    height today?

6           A    About 120 pounds, five-six and a half.

7           Q    Ms. Lam, did you attend high school?

8           A    Yes.

9           Q    Which high school did you attend?

10          A    High school in Hong Kong called New Method.

11          Q    Did you attend college?

12          A    Yes.

13          Q    Which college did you attend?

14          A    Hunter College, undergrad.

15          Q    Do you recall what year you graduated from

16   Hunter?

17          A    Maybe 1978.

18          Q    After Hunter College, did you go on to

19   attend any other schooling?

20          A    I went to my first master at Teachers

21   College, Columbia University.

22          Q    And did you go anywhere else after that?

23          A    Ater that, I was working for a while, and

24   then I went back to get my second masters.

25          Q    And your second master, was that also at

Siu-Lin Linda Lam

Page 15

1    Hunter College or somewhere else?
2         A    My second master is at --
3         Q    I'm sorry.  And withdrawn.
4              Was your second masters also at Columbia
5    University or somewhere else?
6         A    It's at Kennedy School of Government at
7    Harvard University.
8         Q    Are you currently employed, Ms. Lam?
9         A    I'm retired.
10        Q    Back on February 4th of 2020, were you
11   employed?
12        A    I was retired at this time.
13        Q    Ms. Lam, do you receive any sort of social
14   security benefits?
15        A    Yes.
16        Q    And do you receive -- is it regular social
17   security or social security disability?
18        A    Just regular social security.
19        Q    Do you recall when you began receiving
20   benefits?
21        A    Not the exact date.  I do not recall
22   exactly.
23        Q    What year did you retire?
24        A    2017, June -- I believe.
25        Q    And right before your retirement, where were

Siu-Lin Linda Lam

Page 16

1   you employed?

2        A    I was employed by New York City Transit,

3   MTA.

4        Q    And how long did you work for New York City

5   Transit?

6        A    Eighteen years.

7        Q    And at the time of your retirement, what was

8   your title?

9        A    I was the unit chief of the Budget and

10  Analysis Unit of the Office of Management and Budget.

11       Q    Other than social security, do you receive

12  any other form of pubic assistance?

13       A    No public assistance.   No other public

14  assistance.

15       Q    Ms. Lam, February 4th of 2020, do you

16  remember what day of the week that was?

17       A    I don't recall, but I know that it's a

18  weekday.

19       Q    And just to confirm, February 4, 2020 --

20  that's the date regarding the events for which we're

21  here today; is that correct?

22       A    Correct.

23       Q    Do you recall around what time the events

24  for which we are here today took place?

25       A    We went there -- I arrived there around

Siu-Lin Linda Lam

1    5:30, 5:40 at location.

2        Q    And what was that location?

3        A    It's James Madison High School.

4        Q    That's in Brookly; correct?

5        A    Correct.

6        Q    And do you recall why you went to James

7    Madison that afternoon?

8        A    We went there to attend public meeting, and

9    also to protest against the mayor and the school

10   chancellor's policies.

11       Q    And when you say "we," who are you referring

12   to?

13       A    A group of parents.

14       Q    Approximately, how many of you went to James

15   Madison to protest after?

16       A    About 20 to 30, 40 -- mostly, you know,

17   groups of people without counting how many.

18       Q    And prior to that day, have you ever been to

19   that location -- that James Madison High School

20   before?

21       A    Not that location.

22       Q    And was this the first time you, along with

23   this group, you went to protest against the mayor and

24   school chancellor's policies?

25       A    No.  This is one of many that I help

Siu-Lin Linda Lam

Page 18

1    organize and participate in.

2         Q    You mention that you went for a meeting, and

3    you also went to protest.  Was the meeting and the

4    protest at the same place?

5         A    Same place.  We protest outside first.  And

6    then -- and then the meeting supposed to start at a

7    certain time, so we went there before the meeting to

8    protest outside.

9         Q    And did you take anything with you to

10   protest?

11        A    I have posters.

12        Q    And did any other member for your group also

13   have posters or just you?

14        A    Individual parents, some of them, they

15   brought their posters.

16        Q    And approximately how long were you outside

17   James Madison High School protesting before trying to

18   go into the meeting?

19        A    A little bit less than half an hour.

20        Q    And were you aware that there was going to

21   be a meeting that day inside James Madison High

22   School?

23        A    Yes, we know that there's a meeting and --

24   yes.

25        Q    And you mention that you helped to organize

Siu-Lin Linda Lam

1    the protest; is that correct?

2        A    Correct.

3        Q    And were you a member of some sort of a

4    group or organization that put together this protest?

5        A    I put together this as an individual.  There

6    are many groups that they're members.  They also

7    participate.

8        Q    And the meeting that was taking place inside

9    of James Madison High School, do you know what type of

10   meeting it was?

11       A    It's a public meeting.  It's a town hall by

12   the school chancellor, which opens to everyone for

13   people to come ask questions, and he answer the

14   questions.

15       Q    And was that the first time you attended one

16   of these town hall meetings?

17       A    No, I have attend quite a number of this

18   sort of town hall meetings.

19       Q    And why were you attending that meeting?

20       A    I attend that meeting to protest and make

21   our voice known to the chancellor that his policy is

22   unfair.

23       Q    You mention that while you are protesting

24   outside, you had posters.  Did you take those posters

25   with you inside of the town hall meeting?

Siu-Lin Linda Lam

Page 20

1      A     We were not allowed to bring poster inside
2    the town hall meeting.
3      Q     At any time while in the town hall meeting,
4    did you have any sort of posters or signs?
5      A     Yes.
6      Q     And where did you get those posters or signs
7    from?
8      A     So at first we were not allowed to bring the
9    poster and signs in.  And with the intervention by the
10   Department of Education, so later on we were allowed
11   to bring the poster in.
12     Q     And the posters and signs that you then
13   took, were those the same ones you had outside during
14   the protest or --
15     A     Yes.
16     Q     And when you say through intervention from
17   Department of Education, what do you mean?
18     A     We were not allowed to go inside the
19   meeting.  The Asians were being stopped by -- by
20   entering.  We were being searched, and we were being
21   manhandled.  And later on, we -- I was let in.  So I
22   went in and talked to the superintendent, and she then
23   asked me to talk to the assistant -- the -- the acting
24   deputy school chancellor.
25           And she explained that if there's no stick

Siu-Lin Linda Lam

1    on the poster, everyone is allowed to bring the -- the

2    sign in.  So she went with me to the security guard

3    and the police officer to tell them to let the Asians

4    in the building.

5         Q    So you mention that you were initially being

6    stopped from going in.  And were you being stopped

7    because of the posters and signs?

8         A    Some of them have signs; some of them do not

9    have signs.  We were being stopped selectively.  Only

10   the Asians were stopped.  All the non-Asians were

11   allowed in.

12        Q    And at any point that you were waiting to go

13   in, did you see anyone who had a sign allowed to go

14   into the town hall?

15        A    Yes, those are non-Asians.

16        Q    You mentioned that you were being searched.

17   Describe to me how you were searched.

18        A    I was seeing people were being searched.

19   I -- I saw people being searched.  They were asked to

20   open their coats to show that there's no sign -- that

21   they were not hiding any signs.  I did open my coat to

22   show that I did not have signs.

23        Q    And were you asked to open your coat to show

24   you didn't have a sign?

25        A    Not me individually.  People in front of me.

Siu-Lin Linda Lam

Page 22

1    So then I was waiting on line to get in.  So those

2    people in front of me -- the one in front of me, they

3    opened -- they opened their coat, were asked.  I

4    opened my coat.  I -- I felt that I had to open my

5    coat to show that I did not have anything.

6         Q    And were you at any time asked to open --

7    well, withdrawn.

8              Did you have a bag or anything in your

9    hands?

10        A    The first time when I tried to get in, I

11   have a knapsack on my back.

12        Q    Were you at any time asked to open that

13   knapsack?

14        A    I was not asked.  But when I tried to get

15   in, I was pulled, pushed, and stopped from entering.

16        Q    Right.  But specifically regarding the

17   knapsack.  Were you asked to open the knapsack?

18        A    No.

19        Q    So you mentioned at least two times you

20   tried to get in; correct?

21        A    Yes.

22        Q    The second time, was that after you were --

23   when you went back out with the deputy chancellor?

24        A    No.

25        Q    Okay.  So let's talk about -- let's take

Siu-Lin Linda Lam

Page 23

1   those entries.  Tell me about the first time you tried

2   to get into the town hall meeting.

3        A    Okay.  Actually, there were three attempts.

4        Q    Okay.

5        A    And -- and I enter into the school building

6   before the protest at around 5:40.  I went inside to

7   put down my scarf and things like that to take a seat

8   because usually the town hall meeting has a lot of

9   attendee.  I am afraid I may not get a seat.  So I

10  went inside and put down, so to speak, like to claim

11  a -- a seat -- to claim a chair, and that's the first

12  time I went in there.  And --

13       Q    And that first time -- I'm sorry -- that

14  first time that you went in, was there any sort of --

15  was there anyone at the door, like a security or

16  anyone preventing your entry?

17       A    No.  They have staff in the hallway, but

18  nobody stop me from entering.

19       Q    And that first time you went in, you said

20  that was before the protest.  Did you have your --

21       A    Correct.

22       Q    -- posters and signs at that time?

23       A    No.

24       Q    So other than your like scarf, did you leave

25  any other belongings inside to hold your seat?

Siu-Lin Linda Lam

Page 24

1    A    A clipboard.

2    Q    And then you went outside to the protest?

3    A    At that time when I was walking out, the

4    Department of Education -- the superintendent, Bouvy,

5    she stopped me, and asked that she want to have a few

6    words with me.  And then she also said that the acting

7    assistant deputy's chancellor, Ms. Austin, want to see

8    me.

9    Q    And did you have those conversations at that

10   time or did you go to the protest?

11   A    I went and talked to them for a few minutes.

12   And then I went out for the protest.

13   Q    And that conversation, did that conversation

14   have to do with the protest or the town hall meeting

15   in any way or was it just a separate conversation?

16   A    No.  It's related.  So Superintendent Bouvy

17   and the assistant deputy chancellor is asking me what

18   our -- what were our grievances.  And then so I

19   explain to them that I think the mayor's policy is

20   racist.  And also we were there to protest against CEC

21   member Jackie Cody, who make racial slur against

22   Asians calling them "yellow children."  And so we

23   demand the apology from the CEC member.

24   Q    And after that conversation, you went

25   outside, and you mention you protested for about half

Siu-Lin Linda Lam

Page 25

1    an hour; correct?

2         A    Correct.

3         Q    And after that half an hour, that was when

4    you tried to enter for the second time?

5         A    Yes.

6         Q    And this second entry is when you mention

7    that you couldn't get in with the sign?

8         A    No.  When I tried to get in the second time,

9    they were just blocking us.

10        Q    And when you say "they," who are you

11   referring to?

12        A    There are some step -- so let me back up a

13   little bit.  So when I -- when we finish the -- the

14   protest, and so there -- so there's a courtyard -- so

15   there's a gate.  We protest in front of the gate.

16   After the gate, you walk in, there's a courtyard.  In

17   the courtyard, there are a few steps leading in the

18   entrance door, so --

19        Q    So when you say in front -- sorry.  When you

20   say in front of the gate, you mean like on the

21   sidewalk?

22        A    Well, at the sidewalk, yes, at the sidewalk,

23   and then behind the sidewalk there's the gate

24   partitioning off the school property from -- from the

25   street.

Siu-Lin Linda Lam

Page 26

1      Q      Okay.

2      A      Behind the gate, there's the courtyard.

3      Q      Okay.

4      A      Then the courtyard, there are steps leading

5  up to the entrance of the school.  So as I and another

6  lady were -- were walking through the gate, two

7  Department of Education personnel were blocking me

8  from my walking towards the door of the school

9  building.

10            So and I walked to the left, and then they

11  moved to the left and tried to block my going forward.

12  And --

13     Q      Okay.  Go ahead, go.

14     A      And then -- and then I quickly -- I mean, if

15  I didn't stop, I would bump in against them.  So then

16  I walked to the right quickly, and I tried to run up

17  to the steps to get inside.  And then the -- and

18  then -- then they block another step -- were there to

19  block the entrance.  So I could not walk inside the

20  building.

21     Q      Okay.  And the other -- the woman that you

22  were walking with, do you remember her name?

23     A      Yeah.  Her name is Wai Wah Chin.

24     Q      Can you spell that for us?

25     A      Yeah.  W-A-I W-A-H.  So these two words are

Siu-Lin Linda Lam

Page 27

1    the first name, and the last name is C-H-I-N.

2         Q    And was Ms. Chin also protesting with you?

3         A    Yes, she was.

4         Q    The two DOE personnel that you first

5    encounter, do you recall what they were wearing?

6         A    I actually know the name of one of the

7    person.  He -- he is Assistant Principal Marino.

8         Q    And what about the other individual?

9         A    The other individual is like a tall African

10   American male with a cap with a trench oat.

11        Q    And at the time you first encountered these

12   two DOE personnel, did they say anything to you?

13        A    No, they did not say anything.

14        Q    Did they identify themselves as DOE

15   personnel?

16        A    No, they did not.

17        Q    Assistant Marino, how did you know that was

18   Assistant Marino --

19        A    Yeah, after the incident, I went up to the

20   website, and I looked at the staff listing, and he was

21   listed.

22        Q    Did they have any sort of identifying

23   information?  A lanyard or some sort of ID card?

24   Anything on them?

25        A    I think they do, but I did not really have

Siu-Lin Linda Lam

Page 28

1    time to look at it or didn't think of looking at the

2    name.

3           Q    Okay.  So you said that you tried to go to

4    the left.  They blocked you to the left.  So you went

5    around to the right to go up the stairs to try to get

6    in --

7           A    Yes -- yeah.

8           Q    And what happened at that time?  Were you

9    blocked again when you went to the right to try to go

10   up the stairs?

11          A    When I walk up to the right, I -- I walk

12   past by them quickly.  But when I went up the stairs,

13   and then the entrance was blocked.

14          Q    And just to go back one second.  When those

15   two personnel stopped you, and Ms. Chin was there,

16   anyone else with you?

17          A    There were people maybe behind me, but I

18   wasn't really aware what was going on.  I was kind of

19   flustered.  I was trying to understand what's going

20   on.

21          Q    And did you see Mr. Marino and the other

22   gentleman stop anyone that was ahead of you?

23          A    No.

24          Q    Well, was there anyone ahead of you?

25          A    I do not remember.  I'm not aware whether

Siu-Lin Linda Lam

1   there is or there is not.

2       Q       And around this initial stop, do you recall

3   around what time this was?

4       A       It has to be after 6:30 because we finish

5   our protest at around 6:30 because we know that the

6   meeting starts at 6:30, and we have to quickly get in

7   before the meeting starts.

8       Q       So once you went around, went up the stairs

9   trying to get in, what happened?

10      A       I cannot get in because people were blocking

11  the door.  The -- the -- some school safety officer.

12      Q       And how did you know these individuals were

13  school safety officers?

14      A       They were in uniforms.

15      Q       And what color were their uniforms?

16      A       Their uniform is similar to the police

17  officer uniform, but I think that it's slightly

18  different in terms of like the -- the badge.

19      Q       And could you tell whether the badges on the

20  uniforms were NYPD versus school safety officers?

21      A       I think you might have to look closely, but

22  sometimes some police officer, they have police

23  officer badge, you know, right on their -- usually on

24  the left side and whereas the -- the school officer

25  might not have -- have that.

Siu-Lin Linda Lam

Page 30

1      Q    And so based on the badges on their

2   clothing, you know that they were school safety

3   officers and not NYPD?

4      A    I -- I do not know for sure -- for a fact.

5   I -- I think some -- some I -- I might be able to know

6   based on previous experience.  But I -- I don't think

7   I can really identify clearly.

8      Q    Do you recall approximately how many

9   officers were at the door?

10     A    At that time, there were very few, but there

11  were -- so there were three doors.  They only open

12  like one door, and so it only takes two people to

13  block the door.

14     Q    So were there only two officers at the door?

15     A    I don't recall exactly how many.  Well --

16  well, but at least two that I cannot walk in.

17     Q    You mentioned that from previous experience,

18  that's how you were able to -- you can tell the

19  difference between the uniforms.  Were you ever --

20     A    If I look closely, yeah -- if I look

21  closely --

22     Q    Were you ever stopped or prevented from

23  entering a town hall meeting prior to this day?

24     A    Never.

25     Q    Okay.  And once you got to the door, did the

Siu-Lin Linda Lam

Page 31

1    officers at the door say anything to you?

2        A    No.

3        Q    Could you hear them saying anything to

4    anyone else?

5        A    I think somebody saying, "No -- no signs."

6        Q    Did you say anything to any of the

7    individuals who were at the door?

8        A    No.

9        Q    And tell me about when you tried to go into

10   the school.  What happened?

11       A    So I was standing on the side, and then the

12   safety -- safety officer and police officer were

13   letting the non-Asian going in.  So then I tried to

14   walk in.  And Assistant Principal Marino, she -- he

15   grabbed me and pushed me and stopped me from getting

16   inside the building.

17       Q    Prior to you trying to go in, did Assistant

18   Principal Marino or any of the officers say to you

19   that you could not go in -- that you were not --

20       A    No.

21       Q    And you mentioned that they were letting in

22   non-Asians.  At any time did you see any Asians be let

23   into the town hall meeting?

24       A    Not that I recall.

25       Q    And the people that you identified as

Siu-Lin Linda Lam

Page 32

1  non-Asians being let into the meeting, that was based
2  on your physical observation of them; is that correct?
3       A    Correct.
4       Q    And any of these individuals that were let
5  into the meeting, did you see any of them carrying
6  signs?
7       A    Yes, I observed that.
8       Q    After Assistant Principal Marino stop --
9  grabbed you and prevented you from entering into the
10  town hall meeting, what happened?
11      A    He grab and push me, stop me from going
12  inside.  And then I was caught right underneath the
13  door.  I was -- I was shock.  I was shooken, and I
14  don't know what to do.  And then there were five
15  police officer and school safety officer all came in,
16  surround me, and -- and told me to leave.  I was very
17  scared.
18      Q    And when you were told -- did you leave at
19  that time when the officers told you to leave?
20      A    No, I did not.  I -- I was frozen.  I was
21  frozen.  I -- I was -- I was shocked.  First, I was
22  being push and pull, and then I felt hands on me,
23  and -- and then this five people all surround me
24  and -- and kind of like blocking and squishing me in.
25  I -- I was like frozen.  Don't know what to do.

Siu-Lin Linda Lam

Page 33

1    And -- and I just -- I just stood there.

2         Q      And did you leave at any time?  After they

3    told you to leave, did you leave?

4         A      No, I did not leave.  So one of the officers

5    told me to leave.  And -- and I said -- I said, "No."

6    And then he tried to grab my hand and pull me out, and

7    I said, "Don't touch me."

8         Q      And after you were told to leave, did you

9    try to enter the town hall meeting --

10        A      Yes, I did try to enter the town hall

11   meeting.  I believe I have the right to enter the town

12   hall meeting.

13        Q      So you mention that these individuals were

14   kind of blocking you from going in.  How did you try

15   to enter?  Did you try to push past them, go around

16   them?  How did you try to enter?

17        A      There was no way to push around them because

18   they were so close to me.  I -- I have to touch them

19   or push them in order to get through.  I did not do

20   that.  So I -- I --

21        Q      So how did you try to enter the meeting

22   again?

23        A      So not at that time because they told me

24   to -- to leave.  So I did not leave.  So they tried to

25   pull my hand to try to take me out.  And then an

Siu-Lin Linda Lam

Page 34

1    officer standing at my back, he use his arm to nudge

2    my back and push me and -- and to push me out.

3            And that hurt and -- because I have a

4    herniated disc from before.  And -- and so by nudging

5    it, my back, it -- I felt like kind of like a pain

6    like radiate down my leg.  And then he kept on

7    pushing.  And so I have no choice but to walk out away

8    from the door and went back out.

9        Q    Do you recall how many times the officers

10   had to kind of push you before you walked out?

11       A    He was standing very, very close to me at my

12   back and use his arm to push, nudge -- nudge -- and

13   nudge me out.  I would say three or four times, and

14   then it's with such force I can hardly stand, and so I

15   just, you know, walk out.

16       Q    So after the first time that the officer

17   tried to push you, you continued to stand there, and

18   then he did it again?

19       A    Right, he did --

20       Q    And then the same thing happened.  You

21   continued to stand, and then he did it again --

22       A    Right.

23       Q    -- three or four more times before you

24   walked out?

25       A    Yeah.

1    Q    And during this time, were the officers

2    still telling you to leave?

3    A    Yeah.

4    Q    And at that time, you just went back

5    outside.  But you didn't leave the premises.  You

6    didn't leave the location --

7    A    No, I did -- yeah -- no, I did not.

8    Q    Do you recall what part -- let's go back to

9    Assistant Principal Marino for a second.  Do you

10   recall what part of your body he grabbed to prevent

11   you from going into the meeting?

12   A    He grabbed my left shoulder and left arm and

13   kind of pushed -- pushed me.

14   Q    And the officer that was trying to push you

15   back outside, do you recall -- can you describe that

16   officer?  Do you recall what he or she looks like?

17   A    Yes, he's a tall, African American

18   gentleman, bald head.  He -- he's a school safety

19   officer.

20   Q    So that gentleman's not an NYPD officer.

21   He's a school safety officer?

22   A    Yes, I believe so.

23   Q    Other than this school safety officer that

24   you said was trying to, like, push you back outside,

25   did any other officer grab you or try to push you?

Siu-Lin Linda Lam

Page 36

1     A    There was another officer before this safety

2   officer tried to pull -- pull my hand and -- and try

3   to grab my hand and -- and pull me out.

4     Q    And was that officer a school safety officer

5   or a NYPD officer?

6     A    I -- I do not know.  I do not recall.  It's

7   in -- it's in uniform.

8     Q    Do you -- other than the fact that this

9   person is in uniform, can you describe -- do you

10  remember anything else about this individual?

11     A    I -- I don't remember at this point.  It

12  might come back to me later.

13     Q    And is that the officer?  You mentioned that

14  an officer tried to grab your hand, and you said

15  "Don't touch me." Is that the officer that you're

16  referring to now?

17     A    You mean was it the same officer that pushed

18  me from the back?

19     Q    No.  Was that the second officer that you

20  can't recall what they look like?  Is that second

21  officer, is that the person that tried to grab you,

22  and you said, "Don't touch me"?

23     A    Yeah, I do not recall at this point how he

24  looked like.

25     Q    Okay.  So now once you went back outside,

Veritext Legal Solutions
www.veritext.com
800-727-6396                                     212-267-6868

Siu-Lin Linda Lam

Page 37

1    what happened after that?

2         A    I stood on the side --

3         Q    And when you say on the side, do you mean

4    like on the side of the entrance --

5         A    Of the door, yeah.

6         Q    Okay.

7         A    Yeah, the side of the entrance because there

8    were three doors in the front, so I went to the side

9    of the door. And then I -- I seen people were going

10   in and walking in --

11        Q    Were any of those individuals that you saw

12   going in were -- based on your physical observation,

13   were any of them Asian?

14        A    No. So I observe that the school personnel

15   telling the Asians like "No signs, no signs." And

16   then gesturing like the Asians to open up their coat

17   and, at the same time, letting the -- waving the

18   non-Asians in the building. And then -- and then --

19        Q    At that time --

20        A    Yeah.

21        Q    -- was there anyone standing in front of

22   you? Did you have a clear view of the door and the

23   individuals being let into the door at that time?

24        A    No, I had a clear view of -- of the door --

25   yeah, because I -- I'm waiting to get in, so I'm

Siu-Lin Linda Lam

Page 38

1    looking at the door.

2        Q    So the individuals that were outside waiting

3    to go in -- withdrawn.

4             Okay.  So once you were standing and see

5    the -- the officers let in other individuals --

6    non-Asian individuals, what happened?

7        A    So I observed that there was an Asian male

8    with signs.  So -- so the school safety -- safety

9    officer told him that no signs.  So he put down the

10   sign, and then he walk up.  And then I observe that he

11   told him to open his coat.  So he open his coat.

12   There was no sign, and he point that the sign was on

13   the floor, and then they let him in.

14       Q    And other than that Asian male, did you see

15   any other individuals that were Asian be let into the

16   town hall meeting or asked to put down their sign?

17       A    There were another individual who was not

18   let in that I observe.  He had a camera in the hand,

19   so he was not let in.  And then -- and there were

20   other individual who -- there were other Asian who did

21   not have signs later on were let in, but they have to

22   open up their -- their jacket to show that there was

23   nothing that they were carrying.

24       Q    And let's go back for a second and talk

25   about the protest outside.  You mentioned that there

Siu-Lin Linda Lam

Page 39

1    were other groups and organizations that were

2    protesting along with your help --

3         A    No.  No, I did not -- oh, other groups, I

4    meant like they were parents.  They might be --

5    when -- when I meant other groups -- sorry, that meant

6    parents from different schools or different

7    affiliation with some other groups, but they all came

8    in as parents.  They did not carry any -- any other

9    sign -- any sign identifying they're from this school

10   or this organization.  There was no sign because we

11   all came in as parents.

12        Q    So let's go back.  Earlier in the

13   deposition, you mentioned that you had a poster and

14   you had signs.  And there were other people protesting

15   with you that also had signs; correct?

16        A    Yes -- yes.

17        Q    And there were other parents from other

18   schools.  Some had signs, others did not; is that

19   right --

20        A    Yeah -- yes, correct.  So when I say other

21   groups, I mean groups of people from, you know,

22   different groups, different locations, different

23   boroughs.

24        Q    And the individuals that were outside

25   protesting with you, based on your physical

Siu-Lin Linda Lam

Page 40

1    observation, was every -- were all those individuals

2    Asian or were there also non-Asians protesting?

3        A    I think there might be one or two

4    non-Asians.

5        Q    The majority you would say that were with

6    you were Asian individuals that were protesting

7    outside?

8        A    Yes, the majority of them are Asian.

9        Q    And of the people that were protesting with

10   you, did the majority of you have posters and signs

11   while you were protesting outside?

12       A    We have some signs.  Not every single one

13   was holding up a sign.

14       Q    But were there some signs maybe on the

15   ground?  They were on the floor?  They weren't holding

16   them, but they had signs.  Is that what you're trying

17   to say?

18       A    I think some of the parents didn't all

19   arrive at the same time.  And some parents who have

20   signs didn't arrive there yet at -- at six o'clock.

21   And so there were like some signs but not like all the

22   signs were there like at 6:00, 6:30.  That's what I

23   meant.

24       Q    And when you kind of organized this protest,

25   how did you go about doing that?

Siu-Lin Linda Lam

Page 41

1    A    We post it on -- on chat groups.  It is

2    similar to Facebook.  You just put up like event,

3    place, time, and people will show up.

4    Q    And these chat groups, what kind of group

5    were they?  Like what was the purpose of the chat

6    group?

7    A    The purpose of the chat groups are for

8    parents' education, the chat groups.  Different area

9    school district have different chat groups catering to

10   the happenings of that area.

11   Q    And this particular protest on this day,

12   what was the purpose?  When you posted this protest,

13   what was its purpose?

14   A    To protest the CEC member, Jackie Cody,

15   being racist and demand her apology for making racial

16   slur and to protest against school chancellor's policy

17   of being racist.

18   Q    And when you posted the protest, did you ask

19   individuals to make posters and signs?

20   A    Yes.

21   Q    And you mention that you -- this was not the

22   first town hall meeting that you went to; is that

23   right?

24   A    Correct.

25   Q    And the prior town hall meetings that you've

1   attended, did you take posters and signs with you?

2        A    Yes, and we were allowed to go inside with

3   the poster and signs as long as there are no wooden

4   stick attached to the posters.

5        Q    Okay.  So for the prior town hall meetings,

6   that was you can take posters and signs so long as

7   there's no stick attached?

8        A    Yes, for -- actually, for all the town hall

9   meetings and all the CEC meetings that I have

10  attended, there were never once we were not allowed in

11  because we were carrying posters.

12       Q    Any of the individuals that were at the door

13  or denied you entry into this town hall meeting, do

14  you recall seeing any of them at prior meetings that

15  you attended?

16       A    Yeah, some of them.  You mean like the

17  groups -- our parent group --

18       Q    For example, Assistant Principal Marino --

19  prior to this day, have you seen him at another town

20  hall meeting?

21       A    I do not recall seeing him.

22       Q    And the individual that he was with, the

23  African American male in the trench coat, do you

24  recall seeing him at a prior town hall meeting?

25       A    No.

Siu-Lin Linda Lam

Page 43

1      Q     And then the officers that were at the door,

2  for example, the school safety officer that was

3  pushing you outside, do you recall seeing him at a

4  prior town hall meeting?

5      A     No, I do not recall.

6      Q     And for those prior town hall meetings, how

7  did you know that posters and signs were allowed so

8  long as they didn't have like the sticks attached to

9  them?

10     A     I think at the very beginning when I attend

11 meetings so then when we carry signs, they were saying

12 that "No stick, no stick." And then I think I check

13 and verified with some other people who had attend

14 meetings before. And then I was told that, like, as

15 long as you don't have a wooden stick, then you can

16 bring it in because it can be used as a weapon.

17     Q     And the individuals that you verify this

18 information with, were they just other people that

19 would attend meetings, too, with you or were they DOE

20 personnel or NYPD personnel?

21     A     Other people who had attended meetings.

22     Q     And before the meeting on this particular

23 day, February 4th of 2020, did you verify whether or

24 not signs were allowed?

25     A     I did not verify, but I know that as a fact

Siu-Lin Linda Lam

Page 44

1     as long as there are no wooden stick attached to it,

2     we are entitled to bring in signs as long --

3         Q    Again, you previously mention that you

4     obtained that information from other people that would

5     attend meetings with you.  My question is for this

6     particular town hall meeting, did you verify whether

7     with DOE personnel, New York City personnel, NYPD

8     personnel, that you are allowed to take signs into the

9     meeting?

10        A    I did not verify with DOE, but I understand

11    that -- that for open meeting, and I also understand

12    that it could be our amendment rights that you -- for

13    free speech, you are entitled to express yourself with

14    a sign with your statement.

15        Q    So let's go back now to while you were

16    waiting outside after your second -- after you tried

17    to go in the second time.  Did there come a time that

18    you were allowed into the meeting?

19        A    Later on when a lot of people were being let

20    in, so at that time I put all my sign in the knapsack,

21    and I gave the knapsack to another parent who decided

22    not to go inside, and then I wait in line.  I felt

23    that I had to show that I don't -- I -- I'm not --

24    nothing in a sign.  So I open up the -- my coat, and I

25    show that I don't have a sign, and then they let me

Siu-Lin Linda Lam

Page 45

1    in.

2        Q    And the time before that -- so this was your

3    third entry, your third time going in; correct?  That

4    you were --

5        A    My second time going in.  My -- my third

6    attempt going in.

7        Q    So the third attempt is when you gave that

8    other parent all the signs in a knapsack, and then

9    they let you in.  You said --

10       A    Yes.

11       Q    The second time, did you have signs when you

12   were trying to go in the second time?

13       A    Not in my hand.

14       Q    Where was the sign?

15       A    I believe it's -- I believe it's in my

16   knapsack.

17       Q    And was the sign sticking out of your

18   knapsack?

19       A    No, no.  They are paper signs, and you can

20   fold it.

21       Q    Okay.  So the second time, you did have

22   signs.  They were in your knapsack.  And the third

23   time, you did not?

24       A    I -- that's my recollection.

25       Q    And once you entered this third time, what

Siu-Lin Linda Lam

Page 46

1   happened?

2          A     I went inside, and I went to Superintendent

3   Bouvy, and I told her that the Asians were not allowed

4   in the building.  So she told me to go speak to Acting

5   Deputy School Chancellor Austin. So I went and talked

6   to her, and I told her that the Asians were not

7   allowed in.  And I explained to her some -- some have

8   signs, and we were not let in.  So she came, and she

9   explained to me that as long as there were no wooden

10  stick attached to the poster, everybody was supposed

11  to be able to come in with the signs.

12              So she came with me to the door, and she

13  told the school safety officer and police officer to

14  let the Asians in.

15         Q     Do you recall or did you overhear whether or

16  not she also said that signs can come in so long as

17  they don't have sticks?

18         A     Yes.

19         Q     And prior to speaking to the chancellor and

20  superintendent, did you observe any other Asians

21  inside of the town hall meeting at that time?

22         A     I was not looking.  I just went straight up

23  to Superintendent Bouvy.

24         Q     Okay -- withdrawn.

25              Once the superintendent gave the school

Siu-Lin Linda Lam

Page 47

1    safety officers the direction that signs can come in

2    so long as they don't have sticks, were the

3    individuals waiting outside?  Were they all allowed to

4    come in so long as their signs did not have sticks?

5        A    Right.

6        Q    And at some point, you had your sign inside

7    of the town hall meeting?

8        A    Yes, some other parents had brought in the

9    signs.

10        Q    During your time your were in the town hall

11    meeting, was there any other interaction with school

12    safety officers or NYPD officers?

13        A    Can you elaborate a little bit about

14    interaction?

15        Q    Did there come a time that a school safety

16    officer or Assistant Principal Marino or any NYPD

17    officer touch you or grab you in any way once you were

18    in the town hall meeting?

19        A    No.

20        Q    Was there any other altercation or incident

21    with any of the school safety officers, Principal

22    Marino or any NYPD officer once you were inside the

23    town hall meeting?

24        A    No.

25        Q    How long were you in the meeting?

Siu-Lin Linda Lam

Page 48

1    A    Until the end of the meeting.  I don't
2 recall how long, but usually it lasts about an hour
3 and a half.
4    Q    So is it fair to say the rest of the meeting
5 went without incident?
6    A    Can you elaborate "incident" because we
7 were --
8    Q    Well, did something else -- other than the
9 usual course of the town hall meeting -- you ask
10 questions and dialogue between the DOE personnel and
11 yourself, was there -- are you bringing claim for
12 anything that happened inside the town hall meeting is
13 my question?
14    A    No claims.  No claims what happened after or
15 during the town hall meeting.
16    Q    Now, you mention that when the officer --
17 one of the officers were pushing on your back and that
18 hurt; correct?
19    A    Yes.
20    Q    What part of your back was that?
21    A    Lower back.
22    Q    And at the time that you felt pain in your
23 back, did you seek medical attention?
24    A    No, I did not go see -- I used the
25 diclofenac, which is a pain patch --

Siu-Lin Linda Lam

Page 49

1      Q      Well, I mean at the meeting.

2      A      Oh -- oh, no.

3      Q      Not -- I don't mean after.  I don't mean

4  after you left.  Just right after you felt that pain

5  in your back while you were at James Madison High

6  School, did you go and seek medical attention?

7      A      No, I did not.

8      Q      When was the first time you sought medical

9  attention -- well, withdrawn.

10             Did you at any time seek medical attention

11  for your back?

12      A      Months later when it did not get better.

13      Q      You mention that you, prior to this day,

14  you've had a preexisting herniated disc injury; is

15  that correct?

16      A      Yes, it was about maybe 20 years ago.

17      Q      And were you still undergoing treatment for

18  that herniated disc?

19      A      No -- no.  It was -- well, 20 years ago that

20  I had an incident, and then I was treated for that.

21  And then since then it was okay.

22      Q      Did you experience pain in your back prior

23  to February 4th of 2020?

24      A      Quite a long time ago.

25      Q      And so you mention months later when you

Siu-Lin Linda Lam

Page 50

1    sought treatment for your back.  Did you go to the

2    hospital or did you see a private doctor?

3         A    Months later, there were COVID, and so we

4    cannot go see a doctor.  And I was also, at the same

5    time, I went to Chinese herbal holistic doctor

6    because -- well, let's backtrack.  That after the

7    incident, I was -- I -- I couldn't sleep, and I was --

8    I had headache, and I had nightmare that I was being

9    squished, and my hands were shaking.  So I went to see

10   a M.D. for that.

11        Q    Okay.  And we'll get to that in a second.

12   But I want to talk about your back.

13        A    Right.

14        Q    So we will go through, and we'll get to when

15   you went to the M.D. and your trouble sleeping.  But I

16   want to talk specifically, first, about your back.

17   Tell me the first place that you went to -- to seek

18   treatment for your back.  Was that the Chinese herbal

19   holistic doctor?

20        A    Right.  So the Chinese herbal holistic

21   doctor is the treatment for the whole body and the

22   mind.  You do not separate that as in comparison to

23   the Western medicine that you only go to your

24   podiatrist for your foot, and your knee doctor for

25   your knee, and your shoulder doctor for your shoulder.

Siu-Lin Linda Lam

Page 51

1   So --

2       Q    So my question is, is this the first doctor

3   you saw that you made complaints about your back?

4       A    No.  So I went to Chinese doctor for other

5   ailments in the back, and then the acupuncturist and

6   other -- other doctors.  And then, subsequently, if

7   you are specifically saying the back doctor, so I went

8   to a back doctor some time much, much later when I

9   weas able to get appointment that was to specifically

10  a doctor specialize in lower back.

11      Q    Okay.  Let me -- I'll rephrase the question.

12  So after this incident happened on February 4th of

13  2020, and you were experiencing pain in your back --

14      A    Yes.

15      Q    -- what did you do for that pain?

16      A    I used the diclofenac pain patch.  I use hot

17  pack.

18      Q    And you've got these -- you bought these at

19  a pharmacy?

20      A    No, the diclofenac pain patch -- yes, it was

21  given to me by one of my friends.  I didn't buy them.

22      Q    How long after this incident took place did

23  you start using these patches for the pain?

24      A    About four or five days later because it did

25  not get better, and then I felt there were kind of

Siu-Lin Linda Lam

Page 52

1    like tingling went down my thigh and then my leg.

2         Q    And for how long did you use the pain

3    patches?

4         A    It's a couple times a week -- like on and

5    off.  It's depending on like sometimes how -- how I

6    sit, and sometimes it's worse, and sometimes it's not

7    so much.  So I start doing the therapeutic exercise

8    for the back and try to stretch and try to relieve the

9    pain and try to move the vertebra so that it will not

10   pinch on the nerves.

11        Q    And the therapeutic exercises that you were

12   doing, were those instructed?  Were you instructed to

13   do those by a doctor or did you do them just from

14   knowledge of your prior back injury?

15        A    Actually, it's both.  The exercise was from

16   the Chinese doctor.

17        Q    And that's the first person -- the first

18   doctor you mentioned or you talked about this back

19   injury?

20        A    It's the second doctor.  I went to Chinese

21   herbal doctor.  I also went to a acupuncturist.

22        Q    So who's the first person?  Was the Chinese

23   herbal doctor the first doctor?

24        A    That taught -- taught me how to do this

25   exercise?

Siu-Lin Linda Lam

Page 53

```
 1        Q    No, that you told that you injured your back
 2   on February 4th of 2020.  Who is the first doctor you
 3   told that to?
 4        A    I told it to the first doctor.  I told it to
 5   the second doctor because that was the --
 6        Q    Who was the first doctor?  That's my
 7   question.
 8        A    Dr. Lee.
 9        Q    Is Dr. Lee the Chinese herbal doctor?
10        A    Yes.
11        Q    And what's Dr. Lee's first name?
12        A    I do not recall his first name, but I can
13   look it up.  I just address him as Dr. Lee.  But I
14   have his name card somewhere.
15        Q    And do you recall where Dr. Lee is located?
16        A    He's located in Brooklyn, but at that time,
17   I was seeing him through Family Medicine.
18        Q    So your appointments with him were virtual?
19        A    Yes.  It -- it took a long time to try to
20   get a referral, and also because of the COVID and
21   people were not opening up for services.  And it's not
22   until much later that I was able to secure
23   appointments.
24        Q    You mentioned a referral.  Do you mean
25   another doctor referred you to Dr. Lee?
```

1      A    No, I was asking around -- like, you know,

2 friends, parents, and people that I know -- that can

3 treat my ailments, not -- not only my back but

4 everything.

5      Q    And do you recall how long after this

6 incident happened that you had your first appointment

7 with Dr. Lee?

8      A    It was in July.

9      Q    And this was virtual; correct?

10      A    Yes.

11      Q    And did you tell Dr. Lee about the incident

12 on February 4th of 2020?

13      A    No, I did not -- I did not tell him. I just

14 told him that I was pushed, but I did not go into

15 detail about police and all that.

16      Q    But you told him you were pushed on February

17 4th of 2020?

18      A    Yeah.

19      Q    And what did Dr. Lee recommend you do for

20 the pain to your back?

21      A    So he did not only treat me for my back, he

22 treat for all my other ailments. Okay, so --

23      Q    I'm asking specifically related to your

24 back, what did he recommend?

25      A    As part of the overall treatment, some --

Siu-Lin Linda Lam

Page 55

1    prescribed the herbal capsule and exercise and hot

2    patch.

3         Q    And this appointment with Dr. Lee in July,

4    was this the first time you ever saw Dr. Lee?

5         A    Yes.

6         Q    Who was the doctor that was treating you

7    previously of your back injury?

8         A    That was a long time ago.  It's a doctor --

9    I think he's at NYU or Mount -- Mount Sinai.  I don't

10   recall -- recall that.  But it was like a long, long

11   time ago.

12        Q    And that prior back injury, what caused it?

13        A    I was just bending down, and then I felt a

14   pull.

15        Q    Did you have to undergo any sort of a

16   surgery for the herniated disc?

17        A    No surgery.  It was like a treatment.

18        Q    After this initial appointment with Dr. Lee

19   in July, did you see Dr. Lee again?

20        A    I had four sessions with him in July.

21        Q    After July, did you see Dr. Lee again?

22        A    No, I went and see Dr. Thai.

23        Q    And why did you stop treating with Dr. Lee?

24        A    It's a -- it's a herbal -- he didn't open up

25   the office, so I wasn't able to go see him in person.

Siu-Lin Linda Lam

Page 56

1    So then I went and see Dr. Thai in person in

2    September.  He's a acupuncturist.

3        Q    Did you -- the acupuncturist, can you spell

4    his name for me, please?

5        A    T-H-A-I.

6        Q    And you saw him in person?

7        A    Yes.

8        Q    Do you recall his first name?

9        A    I do not recall his first name.

10       Q    Do you recall where he's located?

11       A    In Queens.

12       Q    And Dr. Thai, were you referred to him by

13   Dr. Lee or did you find him on your own?

14       A    No, it's referred by one of my former

15   colleagues.

16       Q    And when was the first time you saw

17   Dr. Thai?

18       A    September 14th.

19       Q    When you saw Dr. Thai on September 14th, did

20   you tell Dr. Thai about this February 4th of 2020

21   incident?

22       A    No, I did not tell him that.

23       Q    Did you tell him that you were shoved on

24   that day, and that's when your back pain started?

25       A    I told him that as part of my ailments but

Siu-Lin Linda Lam

Page 57

1    not the main ailment.

2        Q    And what, if anything, did Dr. Thai do to or

3    for your back specifically?

4        A    In acupuncture treatment, it's treated the

5    whole body to get the energy flow and to build up your

6    immune system so that you can help heal yourself

7    better.  So it's not like they put the needle on your

8    back, and then fix your back.  So it's the whole body

9    holistic treatment.  He also prescribe like

10   moxibustion for me to do and pressure point exercise

11   therapy.  And also he's prescribe herbs to restore a

12   hemostatic state back to my body like to -- kind of

13   like a balance stage.

14       Q    And how often would you see Dr. Thai?

15       A    So I only saw him in person once.  So he

16   prescribe the exercise, the herbal medicine, and then

17   the moxibustion, and told me to work on it myself.

18   And he told me I can do it.  And then to go back in

19   six months, follow up.

20       Q    And the moxi -- can you say that word for

21   me --

22       A    The moxibustion, be M-O-X-I-B-U-S-T-I-O-N.

23   It's using of the herbs, kind of like an incense -- a

24   huge incense.  It's kind of like candlelight but

25   incense.  You -- you light it on and then, you know,

Siu-Lin Linda Lam

Page 58

1   it's kind of incense -- like it burns.  And then you

2   put it next to your skin but at specific pressure

3   points.  Different pressure points work differently in

4   different parts of your body, but use that for healing

5   purposes.

6        Q    And then next, and did you follow-up with

7   him six month later?

8        A    Six months later, yes.

9        Q    And between September and your six months

10  follow-up, did you have any virtual appointments or

11  anything like that with him?

12       A    No.  But he told me to call up one of his

13  disciple, and then like for questions and progress and

14  stuff, just address it to her, and then if there are

15  any issues, then it -- that I cannot and we cannot

16  resolve, and then just go see him, so.  But I was okay

17  in terms of like following his instruction, and then

18  using the treatment -- following the treatment plan.

19       Q    And just to go back for a second with

20  Dr. Lee, after you follow Dr. Lee's treatment plan,

21  the herbal capsules, the exercise, the hot patches,

22  did the pain in your back get better?

23       A    It gets better, yes.

24       Q    And then after you saw Dr. Thai this first

25  time, and he recommended the exercises and the herbs

Siu-Lin Linda Lam

Page 59

1    and the moxibustion, like did the pain in your back

2    get better?

3         A    Yeah, it gets better.  So then -- so then I

4    would say half a year later, it -- it gets better, but

5    it didn't go away.  And -- and there are like good

6    days and bad days, right?  And so then in the

7    beginning of 2022, I went and tried to book an

8    appointment with a Western doctor, like a -- a back

9    doctor in NYU -- orthopedic doctor for the back.

10        Q    And were you able to get that appointment?

11        A    Yeah, six months later I was able to get an

12   appointment in June.  I went and see him, and then he

13   said that like too early to have an operation.  Why

14   don't you try with physical therapy first?  And so he

15   prescribed physical therapy.  So I went and did

16   physical therapy at NYU.

17        Q    And was the name of that doctor?

18        A    Dr. Kim.  K-I-M.

19        Q    Dr. Kim.  And you said Dr. Kim is affiliated

20   with NYU?

21        A    Yeah.

22        Q    And where did you go for physical therapy?

23        A    In Queens, NYU.  You know, satellite

24   location.

25        Q    And you said you started treating with

Siu-Lin Linda Lam

Page 60

1   Dr. Kim in 2022?

2          A     I started treat by the -- I started taking

3   physical therapy.  I -- in June 3, 2022, I saw Dr. Kim

4   after six-month wait of an appointment.

5          Q     So I just want to go back just one second.

6   You saw Dr. Lee only four times in July?

7          A     No, I saw Dr. Lee four times in July, yes.

8   And then I follow up with him in 2021, April -- in

9   person.

10         Q     And that April 2021, how many times did you

11  see Dr. Lee?

12         A     I saw him once.

13         Q     When --

14         A     Yeah, he -- he said that just -- he

15  prescribe three different prescription for me.

16  Chinese herbal capsule, and he told me to take that,

17  and then -- and see how I feel.

18         Q     After April of 2021, did you ever see

19  Dr. Lee again?

20         A     No, I haven't seen him again.

21         Q     And Dr. Thai, you first saw him on September

22  14th, and then you followed up with him six months

23  later?

24         A     Yes.

25         Q     And did he recommend any treatment different

Siu-Lin Linda Lam

Page 61

1    from the first time?

2         A    Not really.  No, he did not.  But after

3    Dr. Thai, I also went to kind of like Chinese

4    chiropractor to adjust my back because --

5         Q    Well, I guess let's finish with Dr. Thai

6    first, and then we'll talk about the Chinese

7    chiropractor.

8         A    All right.

9         Q    I want to make sure I'm properly documenting

10   how many tines you saw Dr. Thai.

11        A    Yeah.

12        Q    So you saw him first in September?

13        A    Right.  September --

14        Q    September 14th of 2020; is that correct --

15        A    Yeah -- yes.

16        Q    You saw him six months later?

17        A    I actually saw him in August 2021.

18        Q    Okay.  So you saw him September 14th of

19   2020?

20        A    Yes.

21        Q    And then you saw him again.  You had a six

22   month follow-up?

23        A    Right.

24        Q    And then you had a third visit with him in

25   August of 2021?

Siu-Lin Linda Lam

Page 62

1      A    No, I'm sorry.  The -- the six month

2   follow-up, and I was just talking to the -- his

3   student, who's kind of like an assistant.  And so then

4   things were going okay.  And then I would make an

5   appointment, and I saw him in August.

6      Q    And that would be August of 2021?

7      A    Correct.

8      Q    And what did Dr. Thai recommend or did he

9   recommend any treatment different than what he

10  previously recommended for your back?

11     A    No, it's -- it's similar.  It's just

12  continue -- and he said that it's not like a -- a

13  quick thing.  It's like, you know, I have to keep on

14  doing the pressure point therapy, and then I keep on

15  like taking the meds, and then using the moxibustion

16  so then that will help restore my body to -- to,

17  hopefully, better than like the -- you know, that

18  would help me with my ailment.

19     Q    After August of 2021, did you see Dr. Thai

20  again?

21     A    August 2021?  No -- no.

22     Q    And why did stop seeing Dr. Thai?

23     A    It's kind of like maintenance.  And then

24  like for immediate help with my back, so I went to a

25  Chinese chiropractors.

Siu-Lin Linda Lam

Page 63

1     Q     And the Chinese chiropractor that you went

2     to, do you recall where they're located?

3     A     It's Brooklyn.  I mean, I'm sorry, it's in

4     Queens.  It's in Queens.

5     Q     And what's the name of that facility -- the

6     doctor, the chiropractor --

7     A     It's not a facility.  It's -- it's a -- a

8     chiropractor who work off the book from the office and

9     work at home, and then do the kind of adjustment --

10    like a Chinese massage adjustment to -- to adjust the

11    back.

12    Q     And what was the name of that chiropractor?

13    A     I have her name as May, but I can find her

14    full name.

15    Q     And around when did you see the Chinese

16    chiropractor?

17    A     I do not recall the exact date.  But it's

18    after I see Dr. Thai.

19    Q     And how many times did you see the

20    chiropractor?

21    A     About six -- about six times -- six or eight

22    times, but less than ten times, yeah.

23    Q     Prior to seeing Dr. Kim at NYU, did you see

24    any other doctor for your back?

25    A     No.

Siu-Lin Linda Lam

Page 64

1    Q    So you saw Dr. Kim in 2022.  Do you remember

2  what month?

3    A    June 3rd.

4    Q    June 3rd?

5    A    Yes.

6    Q    And Dr. Kim recommended physical therapy?

7    A    Yes.

8    Q    How many times a week were you doing

9  physical therapy?

10    A    I think it's once a week they prescribe.  I

11  don't recall exactly how many sessions.  I can look it

12  up.  Whatever Medicare will allow, that's the maximum

13  that I was provided.

14    Q    And for how long did you do physical

15  therapy?

16    A    I think over a stretch of like a few months.

17    Q    And how many times -- withdrawn.

18        For how long were you treating with Dr. Kim?

19    A    So I did the physical therapy, and then it

20  help a little bit.  And then so the next step will be

21  operation.  So I opt not to go that route.

22    Q    And when you saw Dr. Kim in June of 2022,

23  did you tell Dr. Kim about this February of 2020

24  incident?

25    A    No, I did not.

Siu-Lin Linda Lam

Page 65

1      Q     Did you tell Dr. Kim that you were pushed,

2    and that's what caused the pain to your back, February

3    of 2022?

4      A     No, I did not --

5      Q     2020 -- sorry.

6      A     No, I did not say that because it is like

7    not an immediate -- it's not a immediate thing at --

8    in 2022.

9      Q     When you saw Dr. Kim, you saw Dr. Kim for

10   pain related to your back; correct?

11     A     Yes.

12     Q     Are you still treating with Dr. Kim today?

13     A     No.  I have -- I haven't seen him.

14     Q     Was 2022 the last time you saw Dr. Kim?

15     A     Yes.

16     Q     After the physical therapy, did you see any

17   other doctor related to your back?

18     A     No, no other doctor.

19     Q     So Dr. Lee, who's the Chinese herbal doctor;

20   Dr. Thai, the acupuncturist; we'll call her Dr. May,

21   the Chinese chiropractor; and Dr. Kim -- are those the

22   only doctors you saw related to your back?

23     A     Yes.

24     Q     And you stopped?  You're no longer seeing

25   any of these doctors today; correct?

Siu-Lin Linda Lam

Page 66

1       A    Correct.

2       Q    And did you treat with any of these doctors

3    related to the prior back injury, the herniated disc?

4    Before this incident happened, did you see any of

5    these doctors?

6       A    No.

7       Q    Other than your back, did you sustain any

8    other physical injury on February 4th of 2020?

9       A    I do not think so.

10       Q    And you mentioned that Dr. Kim was

11    recommending surgery.  What type of surgery?

12       A    Back surgery.  I do not go into detail.  So

13    he was just saying that like these are your choices.

14    And then I said I opt to go physical therapy.

15       Q    And in addition to physical therapy, did you

16    get any sort of steroid or cortisone injections?

17       A    No, not for my back.  He did mention that I

18    can also do the acupuncture type of treatment, but

19    then I would have to wait a long time for appointment.

20       Q    Other than the herbs you mention, did any of

21    these doctors recommend any or prescribe any sort of

22    medication for -- to treat the pain in  your back?

23       A    The herbal capsule is prescribed Chinese

24    medicine.  It's not just herbal -- herbal things.

25    It's -- it's in -- just like Tylenol.  It's either in

Siu-Lin Linda Lam

Page 67

1    a pill form or a capsule.  So I guess the equivalent

2    is some like -- as a like standard Tylenol but instead

3    of Tylenol, they prescribe some standard Chinese

4    medicine to take for, you know, specific ailment -- to

5    treat specific type of symptoms for healing.

6        Q    And those capsules, did you get them from

7    the doctor or did you have to go to like the pharmacy

8    to obtain them?

9        A    You can get it from the doctor or you can

10   get it from the Chinese herbal shop.

11       Q    And where did you obtain your capsules?

12       A    I got it from the -- a pharmacy, the Chinese

13   herbal pharmacy.  Chinese herbal shop.  They're not a

14   pharmacy in terms of they are -- they were not

15   licensed.  They are just kind of like a special store

16   that sells Chinese herbal medicine.

17       Q    Are you -- to just to confirm, 2022 is the

18   last time you treated for your back?

19       A    With Dr. Kim, but I -- I was seeing

20   chiropractors on the side, yeah.

21       Q    And is that the same Chinese chiropractor,

22   May, that you mentioned?

23       A    Yes, May.  And recently, I was seeing

24   another Chinese chiropractor, Ava.

25       Q    When was the last time you saw Ava?

Siu-Lin Linda Lam

1      A    That was in February this year before I went

2   out of the country for two months.

3      Q    Other than May and Ava, did you see any

4   other chiropractor?

5      A    No.

6      Q    And how long have you been treating with

7   Ava?

8      A    About three months.

9      Q    Are you still experiencing pain in your back

10  today?

11     A    It depending on how I move and how I sit.

12  And sometimes if I move a certain direction and,

13  suddenly, it's like a jabbing pain.  But if I don't

14  move in a certain position, it -- it's fine.

15     Q    Is there anything that you were able to do

16  prior to February 4th of 2020 that you can no longer

17  do because of your back pain?

18     A    I cannot lift heavy stuff.  I cannot bend

19  forward and lift parcels.

20     Q    By lifting parcels, what do you mean?

21     A    So let's say that like Amazon deliver a box

22  of like ten pounds of merchandise.  So I cannot, like,

23  bend and lift it up.  I cannot lift up heavy stuff

24  because when I lift stuff, then my spine turns one

25  way, and it -- it jabs.  Like, you know, it -- it's

Siu-Lin Linda Lam

Page 69

1    kind of like suddenly you feel the pain.

2         Q    And prior to February 4th of 2020, how often

3    would you lift things of ten pounds or more?

4         A    I often go shop supermarket and buy grocery

5    and lift stuff.

6         Q    Would you say more than twice a week?

7         A    Shopping?

8         Q    Yes, lifting heavy things of ten pounds or

9    more -- prior to February of 2020?

10        A    I would say so.

11        Q    Other than difficulty bending and lifting up

12   items of ten pounds or more, is there anything else

13   that you were able to do prior to February 4th of 2020

14   that you can no longer do because of your back pain?

15        A    I do not recall anything else at this

16   moment.

17        Q    Now, did you sustain any emotional injuries

18   as a result of the incident that took place on

19   February 4th of 2020?

20        A    After the -- the February 4 meeting, a

21   couple nights after that, I -- I couldn't sleep.  I

22   had nightmares that people were squashing me, chasing

23   me, and then I had a headache and, you know, my hands

24   were shaking.  And so I seek medical help.

25        Q    And how long after the February 4, 2020,

Siu-Lin Linda Lam

Page 70

1   meeting did you start experiencing the nightmares with

2   the difficulty sleeping, the headaches?

3        A    Right away on the same night that I -- I --

4   that night I -- I couldn't sleep.

5        Q    And you mention that you had this trouble

6   sleeping for a couple nights.  After that time, did

7   that difficulty sleeping go away?

8        A    No.  So I went to the doctor.  You know,

9   three nights in a row that I couldn't sleep, and I had

10  nightmare, and my hands were shaking -- so I went to

11  see Dr. Huang.

12       Q    Can you -- Dr. Huang you mentioned?

13       A    H-U-A-N-G.

14       Q    Do you recall where Dr. Huang is located?

15       A    She is in Queens.

16       Q    And what kind of doctor is Dr. Huang?

17       A    She's a regular M.D.

18       Q    Was she like your internist at the time?

19  Your primary care doctor?

20       A    No, I went -- she was not.  I was not able

21  to get a appointment with my primary care doctor.  So

22  I look up a doctor that is closest to where I live and

23  also has availability.  And -- and then I look her up

24  in terms of like in Healthgrades.  There's like no

25  complaint about this doctor.  And so I call and make

Siu-Lin Linda Lam

Page 71

1    an appointment.

2         Q    And does Dr. Huang specialize in insomnia,

3    nightmares, headaches?  What's her specialty?

4         A    She's just a regular M.D.  I -- I did not --

5    and she didn't specify any specialty.

6         Q    So when you went to see Dr. Huang, what did

7    she do to or for you?

8         A    She examined me -- took the, you know,

9    pulse, pressure.  She asked me to describe what

10   happened, and then I explain to her about the

11   incident.  She asked me to elaborate on my symptoms,

12   and then she prescribed medicine.

13        Q    What kind of medicine?

14        A    It's alprazolam, A-L-P-R-A-Z-O-L-A-M.  I may

15   not pronounce it correctly.

16        Q    And what was this medicine for?

17        A    Well, she said that most likely I have

18   panic -- panic attack, and so this should calm me

19   down.

20        Q    And for how long or how -- withdrawn.

21             What was your dosage for the alprazolam?

22        A    It's 0.5 milligram, I believe.

23        Q    And how often did you have to take it?

24        A    Once a day.

25        Q    And was this for over a period time or

Siu-Lin Linda Lam

Page 72

1    indefinitely?

2         A    It's for a period of time, and then -- and

3    she said that like if anything changes then go back

4    and see her.

5         Q    And for how long did she prescribe that you

6    need --

7         A    Oh, it's -- it's ten pills, only ten pills.

8         Q    And after the ten days, did your symptoms

9    get better?

10        A    A little better, but also I experience a

11   little dizziness.

12        Q    Do you know if the dizziness was a side

13   effect of the alprazolam?

14        A    I do not -- I cannot ascertain that.  Either

15   it's that or -- or a part of the symptoms from the

16   incident of February 4.

17        Q    Did you go back to see Dr. Huang after the

18   ten days?

19        A    No, I did not.

20        Q    Why didn't you go back?

21        A    So I want to go back to my primary care

22   doctor -- to see my primary care doctor.  Dr. Huang

23   was just available like at that time.

24        Q    And were you able to get an appointment to

25   see your primary care?

Siu-Lin Linda Lam

Page 73

1      A    No, I was not able -- not for right away.

2  And so and then like, you know, COVID started.  Office

3  were closed.

4      Q    So your visit to Dr. Huang, was that in

5  February of 2020 or --

6      A    February 7, 2020.

7      Q    Was that the only time you saw Dr. Huang?

8      A    Yes.

9      Q    Did you see any other doctor related to

10  these -- your trouble sleeping, the nightmares, the

11  headaches, these emotional injuries?  Did you see any

12  other doctor?

13      A    Not until later.

14      Q    And which doctor did you see?

15      A    I saw Dr. Lee and Dr. Thai.

16      Q    So you saw Dr. Lee in July; correct?  And

17  then Dr. Thai in September?

18      A    Right.

19      Q    And you discussed with both of them these

20  emotional injuries, the trouble sleeping, and the

21  nightmares, the -- your hand shaking?

22      A    Well, what led up to me seeing Dr. Lee was,

23  you know, after I saw Dr. Huang then, you know, with

24  the medication, I thought it will be fine -- that like

25  it will go away with the passage of time, the symptoms

1    and all that.  I should be able to recover.  That was

2    my belief at that time.  And so towards the end of

3    February, I had originally organized February 26th, a

4    meeting.  It's like a open meeting.  And we -- I

5    organize the protest outside.  The school chancellor

6    was supposed to be there, and I was the leading

7    organizer of that -- of that meeting and -- and

8    protest.

9           So the night before when I call my friend to

10   make arrangement to pick me up, and when I start

11   talking about the meeting, I suddenly felt like

12   nauseating.  I was feeling dizzy and hyperventilated.

13   I felt tightness in my chest, and -- and then a

14   feeling like just overwhelming of going to the meeting

15   and going to the protest.  I just cannot bring myself

16   to the meeting.

17           I -- I am afraid, and I -- I feel I would be

18   hurt again, and that it would be a repeat of what

19   happened on February 4.  So then I thought, okay, you

20   know, this shall all pass, and I should be okay.  And

21   then time will take its course, and I should be okay.

22   And -- and the next meeting in my -- in my school

23   district, I had organized -- also organized that.

24       Q    But before we go on to the next meeting,

25   let's come back for a second to the doctors.  So this

Siu-Lin Linda Lam

Page 75

1    feeling of the dizziness, the nausea -- this was all

2    around February 27th; correct?

3        A    February 26.

4        Q    Okay.

5        A    The night before I call my friend to pick me

6    up for the meeting, which is scheduled in Chinatown.

7    So --

8        Q    And this February -- so this was after you

9    saw Dr. Huang -- after Dr. Huang?

10       A    And Dr. Huang, yeah.  After I took the

11   prescription for ten days?

12       Q    Yes.

13       A    Yeah.

14       Q    Prior to seeing Dr. Lee, did you see any

15   other doctor and related to these emotional symptoms

16   and injuries that you were experiencing?

17       A    No, I have not.

18       Q    And have you seen a doctor -- specifically a

19   mental health professional regarding your emotional

20   injury?

21       A    So a Chinese doctor like Dr. Lee and

22   Dr. Thai, they are holistic, healing doctor that treat

23   not only your physical, but also they did it in the

24   whole -- you know, mental, emotional, and physical

25   system as whole.  And it's a different belief system

Siu-Lin Linda Lam

1  that I was brought up and -- and go to as someone that

2  will help heal the entire -- entire being.

3      Q   So when you saw Dr. Lee, his treatment, his

4  recommendation for the exercise, the herbal capsule,

5  the hot patches -- this was to treat your back and in

6  addition to also treat your emotional well-being; is

7  that right?

8      A   Right.  So the main thing is treat the whole

9  body, the whole system.  The back is part of the

10  problem.

11      Q   Okay.  And then Dr. Thai, the

12  recommendations that you told us about earlier, the

13  moxibustion, the herbs, the exercise -- again, this

14  was also to treat your entire body, your emotional

15  well-being, and also the back; correct?

16      A   Yes, correct.

17      Q   Now, my question is did you see a doctor not

18  to treat your full body, but specifically related to

19  the emotional injuries that you were experiencing?

20      A   Not until much later.

21      Q   And when was that?

22      A   That was in August 2021.

23      Q   And which doctor did you see?

24      A   Dr. Pomerantz, P-O-M-E-R-A-N-T-Z.

25      Q   And where is Dr. Pomerantz located?

Siu-Lin Linda Lam

Page 77

1      A     We did tele -- tele-visit, telephone visit.
2   I think he has an office in Manhattan.
3      Q     And what's Dr. Pomerantz's specialty?
4      A     He's a psychiatrist.
5      Q     August of 2021, was that your first time
6   seeing Dr. Pomerantz?
7      A     Yes.  August 20, 2021, was my first
8   session --
9      Q     And prior to August 20th of 2021, have you
10  ever treated with a psychiatrist before?
11     A     Not a psychiatrist, no.
12     Q     Have you ever seen any doctor related to
13  your mental health prior to August of 2021 -- not
14  including Dr. Huang, Dr. Lee., Dr. Thai?
15     A     A long, long time ago -- I think around the
16  passing of my mother.
17     Q     And was that doctor also a psychiatrist or
18  something else?
19     A     No, she is a therapist.  I know that she's
20  not a psychiatrist because she cannot prescribe
21  medicine.
22     Q     And what was the name of that doctor?
23     A     I only recall her name -- first name as
24  June, and that's how I address her.  Her -- I think
25  her -- oh, her last name is Gray.

Siu-Lin Linda Lam

Page 78

1    Q    I'm sorry.  Can you say that again?

2    A    Her last name is Gray.  I believe it's

3    G-R-A-Y or G-R-E-Y, Gray.

4    Q    And what year did you see Dr. Gray?

5    A    I'm sorry?

6    Q    What year --

7    A    What year did I see Dr. Gray?

8    Q    Yes.

9    A    It's a long, long time ago.  I try to

10   forget.  My mother was 68 when she passed.  I don't

11   recall the year.  I can look it up.

12   Q    And for how long did you treat with

13   Dr. Gray?

14   A    It's on and off.  I -- I don't recall how

15   long -- like on and off --

16   Q    Was it more than a year?

17   A    It's less than a year -- less than a year.

18   Q    Other than Dr. Gray, prior to August of

19   2021, did you see -- have you treated with any other

20   psychiatrists or therapists, psychologists?

21   A    I do not remember.

22   Q    And Dr. Pomerantz, you first saw -- you

23   first went to Dr. Pomerantz August 20th of 2021.  How

24   often would you go to Dr. Pomerantz?

25   A    It was at the beginning, like a -- a session

Siu-Lin Linda Lam

1    a week. And then like a -- and then like two weeks

2    a -- a session. Like I mean a session every two

3    weeks.

4         Q    Are you still treating with Dr. Pomerantz

5    today?

6         A    No, it -- I cannot afford it because it's

7    very expensive. I -- I stop --

8         Q    When did you stop --

9         A    June 2022.

10        Q    And did you tell Dr. Pomerantz about what

11   happened at the meeting on February 4th of 2020?

12        A    Yes, I did.

13        Q    And you mentioned that Dr. Pomerantz is a

14   psychiatrist. Did Dr. Pomerantz prescribe any

15   medication?

16        A    Yes, he did.

17        Q    What did he prescribe?

18        A    He prescribe fluoxetine, F-L-U-O-X-E-T-I-N-E

19   at 20 milligram. I -- I may not pronounce it

20   correctly.

21        Q    And what was this medication for?

22        A    For panic attack, depression.

23        Q    And for how long did you have to take the

24   fluoxetine?

25        A    I was supposed to take it until I feel

Siu-Lin Linda Lam

1    better, but I took it only like a short while, and I

2    did not want to take the med.

3         Q    Why did you stop taking it?

4         A    So I believe the Chinese medicine might --

5    might help me to maintain my hemostatic state better.

6    And also there's like side effects.

7         Q    And why did you stop treat -- oh, withdrawn.

8              Did Dr. Pomerantz ever refer you to any

9    other psychiatrist or psychologist to talk about the

10   February 4th of 2020 incident?

11        A    No.

12        Q    And how did you come to start treating with

13   Dr. Pomerantz?  How did you find him?

14        A    I -- I ask around.  And I also call up my

15   insurance plan, and I wasn't able to get appointment

16   with other doctors or sometimes the appointment wait

17   time may be four or five months.  And at first I try

18   Medicare doctor because it will be, you know, cover.

19   But I wasn't able to secure one.  Most of them in --

20   in my area, they are specialized in addiction -- so

21   addiction and that sort of -- but that's their --

22   that's their focus.  So I -- I ask around and a former

23   colleague of mine gave me the name of Dr. Pomerantz.

24        Q    And did your treatment with Dr. Pomerantz

25   help with these emotional feelings and injuries that

Siu-Lin Linda Lam

Page 81

1    you were experiencing?

2        A    I believe so.

3        Q    Are you still experiencing those feelings

4    today?

5        A    I think if I talk about that or think about

6    that, the -- the feeling of humiliation and hurt and

7    the pain, then it will affect and bother me.  And if I

8    don't think about it and go around, and if I avoid

9    going to meetings, then it -- then it didn't bother me

10   as much.

11       Q    Are you still experiencing difficulty

12   sleeping today?

13       A    I woke up in the middle of the night usually

14   after two hours, and then many times I have difficulty

15   going back to sleep.  Sometimes I was able to go back

16   to sleep when I'm very, very, very tired.

17       Q    You mention that after the February 4, 2020,

18   meeting, your next meeting was February 27th of 2020;

19   is that correct?

20       A    Yes.

21       Q    And did you attend that meeting?

22       A    No, I did not.  I could not.

23       Q    Do you recall when is the next meeting you

24   went -- you attended?  Sorry.

25       A    I did not attend any.  I was supposed to.

Siu-Lin Linda Lam

Page 82

1      Q      Have you attended any meetings since

2   February 4th of 2020?

3      A      Public open meeting, Department of

4   Education, no.

5      Q      Are there other types of meetings other than

6   public open meeting?

7      A      I -- I attended a Zoom meeting, a -- a

8   Department of Education Zoom meeting because at that

9   time there was no -- there was only virtual meeting,

10  and so halfway through it, I didn't feel good.  And so

11  then I -- I stopped, and I did not attend any Zoom

12  meeting at all.  So I attended one Zoom meeting and

13  that's it.

14     Q      So between February 4, 2020, and now, you've

15  only attended one meeting, and it was via Zoom; is

16  that correct?

17     A      Correct.

18     Q      Have you organized any protests since

19  February 4th of 2020?

20     A      I had organized the February 26th, but that

21  was before the February 4th that I organized.  Before

22  the February 4th incident, I had organized the

23  February 26th, and then also the March 2nd meeting in

24  my district.  And I was supposed to also go to the

25  March 18th meeting.  So everything was prearranged

Siu-Lin Linda Lam

Page 83

1    and, you know, organized in progress.

2        Q    And those two meetings that were previously

3    organized, the March 26th and -- those two protests --

4    I'm sorry -- that were previously organized for

5    February 26th and March 10th?

6        A    March 2nd and March 18.

7        Q    March 2nd and March 18th.  Did you attend

8    those protests?

9        A    No, I could not.

10       Q    Have you attended any protests since

11   February 4th of 2020?

12       A    I went to one last summer.  Last -- I -- I

13   cannot recall, but it was about a kid being beat up.

14   I just went there, but not as an organizer.  It's as a

15   participant.

16       Q    Other than that protest last summer, have

17   you participated in any other protests for 2020 --

18       A    No -- no.  I -- no, I did not.

19       Q    Have you organized any other protests since

20   February of 2020?

21       A    February 2020?  So I organized the February

22   26th, the March 2nd --

23       Q    Right.  Those are already preorganized.

24       A    Right.

25       Q    So after those, did you organize any

Siu-Lin Linda Lam

Page 84

1    after -- that would have taken place after February

2    26th?

3        A    Not as main organizer.  If someone asks me

4    to, "Can you -- can you forward this meeting?" -- then

5    I forward this meeting.  But not as main organizer,

6    no.

7        Q    Okay.  So but you've been involved in

8    protests that have taken place since February of 2020?

9        A    I had went to one protest last -- towards

10   the end of the summer.

11       Q    Well, my questions is --

12       A    Yes.

13       Q    -- you just said that you weren't involved

14   as the main organizer.  My question is have you been

15   involved in protests that have taken place in some

16   other capacity?  May not as main organizer, but you've

17   been involved.  You have mentioned that if someone

18   reaches out for your help to forward a meeting or --

19       A    I forward as a -- as a notice.  Can I

20   send -- forward it as a notice?  I --

21            MR. SCHWARTZ:  Can I just as to form,

22   the word "involved."  Like involved can mean anything

23   from reading it to attending it, so.

24            MS. WEEKES:  Well, that's what I'm

25   trying to ascertain from her, what has been her

Siu-Lin Linda Lam

1    involvement in the other protests --

2                    MR. SCHWARTZ:  Okay.  So all right,

3    just understand that involvement can mean forwarding

4    it, going to it, whatever.

5                    THE WITNESS:  Okay.  Yes, I -- I

6    forward -- someone asked me to forward this notice,

7    which I did.  But I did not organize or went to DOE or

8    any open meeting.

9    BY MS. WEEKES:

10       Q    Other than the physical injuries and the

11   emotional injuries that we discussed, did you suffer

12   any other type of injury as a result of this incident?

13       A    Can I add on to the emotional injury that we

14   had talked about?

15       Q    Yes.

16       A    So I have this overwhelming like fear that I

17   will be hurt again if I go to this meeting.  So I -- I

18   stop going.  And -- and because I used to be helping

19   these people, organizing meeting and helping, then

20   translating for them and explaining to them what

21   happened -- many of them do not speak English or good

22   enough to -- to understand fully, I felt like that I'm

23   angry at myself that -- that I'm weak; that I'm being

24   silence and side-line, and -- and not able to do

25   what -- what I'm supposed to do for my people.

Siu-Lin Linda Lam

Page 86

1          And I went to the protest the end of the
2   summer last to see like how I feel -- that like
3   whether I'm -- I'm okay; that I -- that I can, you
4   know, be in the open space.  And there was no police
5   there on that -- on that -- at that protest, the one
6   in the summertime.
7          So I still feel kind of like the heart like
8   fluttering like butterflies and real nauseating when
9   I'm like out in the open at -- at the last summer
10  protest.  So I did not go back to any other anymore.
11  I did not attend any -- any meeting, any protests.
12      Q    Did you accrue any out-of-pocket expenses as
13  a result of the incident that happened on February 4th
14  of 2020?
15      A    Yeah.  I am -- Dr. Pomerantz, he charged
16  $350 per session.  I think Medicare reimbursed $87.
17  So I had to pay out of pocket for that.  And all the
18  Chinese prescription -- medical herbal prescription,
19  and the -- the fee and the chiropractor, all those out
20  of pocket.
21      Q    Did you keep receipts from these payments?
22      A    There -- there was no receipt.  It's just
23  all cash, and they just take cash.
24      Q    And you mentioned before, you said the way
25  you found Dr. Pomerantz is you -- Dr. Pomerantz is a

Siu-Lin Linda Lam

Page 87

1    recommendation from friends, but also you called the
2    insurance company; correct -- to try to find someone?
3        A    Yeah, I -- I called the insurance company,
4    and -- but Paul -- Dr. Pomerantz, he was not the name
5    that was provider.  He's not on -- he's not on
6    Medicare.  He's a out-of-network doctor.
7        Q    Did your insurance provide any in-network
8    doctors?
9        A    Yes, they did, and I call.  I call and then
10   some of them need a long time.  There was two that I
11   call.  They ask me to describe my situation, but they
12   did not take me as patient.
13       Q    Have you ever seen anything posted online
14   related to this incident?
15       A    February 4?
16       Q    Yes.
17       A    Yes, I did.
18       Q    Where?
19       A    In Chinese newspaper; in New York Post --
20   they were there covering on that night -- covering the
21   news.
22       Q    Have you ever seen anything online related
23   to this lawsuit?
24       A    What do you mean by that?
25       Q    Like have you or anyone else ever posted

Siu-Lin Linda Lam

1     anything online related to this lawsuit?

2          A    Not that --

3                    MR. SCHWARTZ:  Object to the form.

4     Related to the lawsuit meaning describing the lawsuit

5     as opposed to the event?

6                    MS. WEEKES:  Correct.

7                    MR. SCHWARTZ:  Okay.

8                    THE WITNESS:  I do not recall seeing

9     anything related with the lawsuit.  But news related

10    with reporting the event that I have seen.

11    BY MS. WEEKES:

12         Q    Are you a member of any social networks such

13    as Facebook?

14         A    Yes, I am, but inactive.  I haven't go there

15    for a long time.

16         Q    Have you ever posted anything on Facebook

17    related to this case?

18         A    No, not on Facebook -- yes -- no.  What I

19    meant was yes to your but no to posting.  I did not

20    post.

21         Q    Have you ever posted anything on Facebook

22    related to the February 4, 2020, event?

23         A    No, I did not.

24         Q    Do you recall the names -- you mentioned at

25    the very beginning that there were other individuals

Siu-Lin Linda Lam

Page 89

1    with you protesting and then attempting to go into the

2    town hall meeting.  Do you recall the names of any of

3    those people?

4         A    I -- I recall some.

5         Q    Can you tell me the ones you recall?

6         A    Wai Wah Chin, George Lee, Phil Wong,

7    Melanie, Tracey.  And there were people that I only

8    recognize them by face, and I don't know their name.

9    And also Bernard Chow was there.

10        Q    Are you still in touch -- withdrawn.

11             MS. WEEKES:  I'm going to go through

12   the photos and videos next.  Do we want to take a

13   little break before I do that or -- Attorney Schwartz?

14   Or just want us to keep going?

15             MR. SCHWARTZ:  Are you okay?  Do you

16   want a short break, Linda?  Or the reporter?

17             MS. WEEKES:  Or Ms. Travis, yeah.

18             THE REPORTER:  Either one is fine.  If

19   you want to keep going we can.

20             Ms. Lam, how do you feel?

21             THE WITNESS:  I, yeah, I think a short

22   break will be appreciated.

23             MR. SCHWARTZ:  Okay.

24             THE REPORTER:  Absolutely.  We can go

25   off the record.  1:38 p.m., and we're now off the

Siu-Lin Linda Lam

Page 90

1     record.

2                         (Off the record.)

3                         THE REPORTER:  1:54 p.m., and we're now

4     back on the record.

5                         You may proceed, Counsel.

6     BY MS. WEEKES:

7          Q     Ms. Lam, are you familiar with the

8     organization, the Chinese American Citizens Alliance

9     Greater New York?

10         A     Yes.

11         Q     And are you a member of that organization?

12         A     Yes, I am a board member of that

13    organization.

14         Q     And how long have you been a member?

15         A     Since 2017.

16         Q     And you said you're a board member; is that

17    correct?

18         A     Correct.

19         Q     How long have you been a board member?

20         A     Since the beginning.

21         Q     So since 2017?

22         A     Correct.

23         Q     And as a board member or just generally,

24    what is your role in the organization?

25         A     Report events.  Plan -- plan and -- let's

Siu-Lin Linda Lam

Page 91

1    say we have a film festival.  So I would help, if

2    asked, to look at the films and make recommendations,

3    whether we should show the film in the film festival

4    or not.

5        Q    And how did you come to be a board member?

6        A    I was asked.

7        Q    And is this a dues-paying organization?

8        A    It's a nonprofit organization.  It's

9    everybody is a volunteer there.  There's no payment,

10   no stipend for meeting, transportation of any sort.

11       Q    And are you still -- withdrawn.

12            You're still a member and a board member

13   today; is that correct?

14       A    Correct.

15       Q    Are you familiar with the organization's

16   website?

17       A    Yes.

18       Q    And have you seen any postings on the

19   website related to this February 4, 2020, incident?

20       A    Not recently, only around that -- the time

21   of the incident.  There's -- there's a person in

22   charge of posting, so I go and look at it from time to

23   time.

24       Q    As part of your organization of the protest

25   on February 4th of 2020, did you arrange for anyone to

Siu-Lin Linda Lam

Page 92

1    take photographs or videos?

2        A    I did not arrange, but there were

3    participants.  Nowadays, everybody with their cell

4    phone, they are just taking video and taking pictures,

5    and then they post.

6        Q    Prior to any photos or videos being posted

7    on the organization's website, are you involved in the

8    process of reviewing the photos or videos before they

9    go onto the website --

10       A    No -- no.  I -- I -- that's not my

11   responsibility.

12       Q    Ms. Lam, I'm going to show you a series of

13   photos.

14       A    Okay.

15              MS. WEEKES:  Okay.  Ms. Travis, let's

16   see.  Let's attempt the screen sharing.  One second.

17   I hope I did this correctly.  Can everyone see?

18              MR. SCHWARTZ:  Yeah.

19              THE REPORTER:  I see a half screen,

20   yes.

21              MS. WEEKES:  Okay.  Let me make sure

22   that I can -- because want to just be able to click --

23              MR. SCHWARTZ:  There should be a way

24   to --

25              MS. WEEKES:  Like click between them.

1    I'm going to attempt -- let's see if I can --

2                MR. SCHWARTZ:  There should be a way to

3    open the photo without the list --

4                MS. WEEKES:  Oh, you were seeing the

5    list.  Okay.

6                MR. SCHWARTZ:  And the photo.

7                MS. WEEKES:  Okay.  I have two screens,

8    and it always gets a little bit wonky when I try to

9    share this way.  Okay.  Let's see.  Are you seeing

10    just the photo now?

11                MR. SCHWARTZ:  Yes.

12                THE REPORTER:  Yes.

13    BY MS. WEEKES:

14       Q   Ms. Lam, do you recognize what is being

15    depicted in this photo?

16                (Exhibit 1 was marked for

17                identification.)

18       A   That is the protest outside of the -- of the

19    meeting.

20       Q   And --

21       A   Yes.

22       Q   And do you recognize yourself in this photo?

23       A   Yes.

24       Q   Can you point out which individual in this

25    photo is you?

Siu-Lin Linda Lam

Page 94

1    A    I'm the one with dark purple, long down

2  jacket with black-colored boots standing right next to

3  a lady with beige color windbreaker -- I mean a trench

4  coat.  The one that with the "Fire Carranza" sign.

5  "Fire Carranza for breeding corruption" sign -- in the

6  middle.

7    Q    And this sign that you're holding, did you

8  make this sign?

9    A    No, I did not.

10         MS. WEEKES:  And just let the record

11  reflect, this is the 1st out of 44 photographs from

12  the Chinese American Citizens Alliance of Greater New

13  York website.

14  BY MS. WEEKES:

15    Q    Ms. Lam, do you recognize anyone else in

16  this photo?

17    A    Yes, I do.

18    Q    Who do you recognize?

19    A    I recognize Wai Wah Chin with the

20  beige-color trench coat to my right on the pic -- to

21  my right but then to -- to my left on the picture.

22  You're looking from my -- from my -- looking at the

23  picture, is on my left.

24    Q    And Ms. Chin has -- it looks like a red or a

25  pink scarf around her neck; is that correct?

Siu-Lin Linda Lam

Page 95

1      A    Correct.

2      Q    Okay.  Other than Ms. Chin, do you recognize

3   anyone else in this photo?

4      A    I recognize to my best, the gentleman with

5   glasses, that is Bernard Chow.

6      Q    I'm sorry.  Could you spell his name for us?

7      A    B-E-R-N-A-R-D C-H-O-W.

8      Q    And that's the individual with the gray

9   scarf around his neck behind -- standing off-center

10  behind you?

11     A    Correct.

12     Q    Do you recognize anyone else?

13     A    I recognize the lady in front holding a

14  sign, her name is Nancy Tong, T-O-N-G.

15     Q    And that's the sign that reads "Carranza

16  spreads anti-Semitic and anti-Asian rhetoric"?

17     A    Correct.

18     Q    Do you recognize anyone else?

19     A    I recognize the lady in orange-color looking

20  at the cell phone.  Her name is Melanie.

21     Q    Do you recall Melanie's last name?

22     A    I believe it could be Liu, L-I-U, but I am

23  not 100 percent sure.

24     Q    Do you recognize anyone else?

25     A    I recognize the gentleman on the right-hand

Siu-Lin Linda Lam

1    side with the sign that says "Stop spreading hate."

2        Q    And who is that?

3        A    We call him Sam -- Sam.

4        Q    Do you recognize anyone else?

5        A    No, I do not.

6        Q    Looking at this photo, this photo was taken

7    outside of James Madison High School?

8        A    Correct.

9        Q    And it appears -- withdrawn.

10           Can you tell me where you're standing in

11   proximity to the school?

12       A    The school is at the back.  So this is in

13   front of the gate.  Behind the gate, there's the

14   courtyard.

15       Q    So earlier you mentioned that you -- to get

16   into the town hall meeting, you have to go through a

17   gate, cross the courtyard, go up the stairs, and then

18   into the meeting.  This is on the other side of that

19   gate; correct?

20       A    Correct.

21       Q    Do you see -- I'm showing you a second

22   photo.  Do you recognize what is being depicted in

23   this photo?

24                   (Exhibit 2 was marked for

25                    identification.)

Siu-Lin Linda Lam

1      A     Second photo?  I do not see a second photo.

2   I only --

3                 MR. SCHWARTZ:  It's the same.

4                 MS. WEEKES:  Same photo?  Okay.  Give

5   me one second.  I think it's going to prompt me to

6   change it each time.  Do you see a different photo

7   now?

8                 THE REPORTER:  Yes.

9   BY MS. WEEKES:

10     Q     Ms. Lam?

11     A     Yes?

12     Q     Do you recognize what is being depicted in

13  this photo?

14     A     We're holding up signs.

15     Q     This photo is also at the protest on the

16  other side of the gate outside of James Madison High

17  School?

18     A     I cannot ascertain without looking at the

19  background.

20     Q     But is this photo taken at the protest on

21  February 4, 2020?

22     A     I believe so.

23     Q     And you're holding the same "Fire Carranza

24  for breeding race and corruption" sign from the prior

25  photo; correct?

Siu-Lin Linda Lam

Page 98

1       A   I have to put two photographs together and

2   then I can compare, and then I can say with a 100

3   percent certainty.

4       Q   Okay.  Let's look at --

5       A   Is this a -- is this just a blow-up of the

6   other picture?

7       Q   Let's go back to the first photo.  This is

8   the first photo.  Here you're holding a "Fire Carranza

9   for breeding corruption" sign; correct?

10      A   Correct.

11      Q   And you identify the woman standing right

12   net to you as Ms. Chin; correct?

13      A   Wai Wah Chin -- yes, correct.

14      Q   Now looking at the second photo, this is you

15   holding the "Fire Carranza for breeding race,

16   corruption" etcetera sign; correct?

17      A   Yes.

18      Q   And this is Ms. Chin standing directly next

19   to you?

20      A   Correct.

21      Q   And you previously identify that this was

22   outside -- or during the protest outside the high

23   school?

24      A   Right.

25      Q   I'm showing you a third photo that is number

Veritext Legal Solutions
www.veritext.com
800-727-6396                                   212-267-6868

Siu-Lin Linda Lam

Page 99

1    3 out of 44 from the Chinese American Alliance

2    website -- American Citizens Alliance website.  Do you

3    see yourself in this photo?

4                    (Exhibit 3 was marked for

5                    identification.)

6         A    I think Ms. Chin brought part of me -- so

7    it's showing a part of my head, and then showing my

8    knapsack.

9         Q    Any of the individuals that you described

10   earlier, the officers that tried to grab you,

11   Assistant Principal Marino, you described a gentleman,

12   a African American gentleman in a trench coat.  Do you

13   see any of these individuals in this photo?

14        A    I see Assistant Principal Marino with the

15   suit.  And then this other gentleman together with

16   Marino trying to block me from walking to the

17   courtyard.  That's this gentleman with the -- with the

18   cap and a trench coat and a blue-collar sweater on the

19   right-hand side of the picture.

20        Q    This photo -- was this photo taken between

21   the gate and the entrance into the high school -- in

22   the courtyard area that you described earlier?

23        A    Correct.

24        Q    Looking at this photo, can you recall what

25   you are doing at this time?

1        A        I -- my recollection is Sergeant Sym was

2    telling us no signs into the building.

3        Q        Sergeant -- can you describe the individual

4    you're referring to as Seargent Sym; is that correct?

5        A        S-Y-M.  He's the one with his hands out

6    talking, with the beard -- with the beard, B-E-A-R-D.

7        Q        He's wearing a NYPD uniform; correct?

8        A        Yeah, he's a sergeant of NYPD.

9        Q        And he's the shorter of the two NYPD

10   officers depicted in the photo?

11       A        Correct.

12       Q        Earlier you described officers putting their

13   hands or attempting to grab you.  Are any of those

14   officers depicted in this photo?

15       A        No.

16       Q        Ms. Lam, do you recognize yourself in this

17   fourth picture?

18                        (Exhibit 4 was marked for

19                        identification.)

20       A        Yes, I am on the left side next to Assistant

21   Principal Marino.

22       Q        And in this photo, it appears that you're

23   holding something in your hand.  What is that?

24       A        Poster signs.

25       Q        Looking at this photo, do you know whether

Siu-Lin Linda Lam

1   this was before your second or third attempt to enter

2   the meeting?

3       A    Before my second.

4       Q    And this photo, can you tell where this

5   photo is taken in proximity to the high school?

6       A    It is in front of the entrance.  This

7   is -- this is where the doors are.  There were three

8   doors -- in front of the doors.

9       Q    The sign that you're holding in your hand,

10  did you try to enter with this sign?

11      A    I -- I did not try to enter at that point.

12      Q    Okay.  That was 4.  Ms. Lam, I'm showing you

13  a 5th photo.  Do you recognize anyone in this picture?

14                   (Exhibit 5 was marked for

15                   identification.)

16      A    I recognize Bernard Chow.

17      Q    And this is the individual that you pointed

18  out in the first photo that was standing behind you;

19  correct?

20      A    Yes.

21      Q    And also in this picture is Assistant

22  Principal Marino, who you've identified in the gray

23  suit?

24      A    Yes.

25      Q    And Sergeant Sym?

Siu-Lin Linda Lam

Page 102

1    A    Correct.

2    Q    And this is also taken right outside by the

3    doors -- right outside of the high school?

4    A    Yes.

5    Q    Ms. Lam, do you recognize yourself in the

6    photo that I'm currently showing you?

7              (Exhibit 6 was marked for

8              identification.)

9    A    Yes, I was standing just on the right-hand

10   side.  My back was to the door.

11             MS. WEEKES:  Okay.  I'll let the record

12   reflect this is number 11 out of 44 from the Chinese

13   American Citizens Alliance website.

14   BY MS. WEEKES:

15   Q    Ms. Lam, can you recall, looking at this

16   photo, if this was before your second or third attempt

17   to enter the meeting?

18   A    My second attempt.  I -- this was taken

19   after I was stopped, was pushed, and I was frozen

20   standing there, and the officers were telling me to

21   leave.  I was encircled by them.

22   Q    The individual that you described earlier

23   that pushed you, is that person depicted in this

24   photo?

25   A    I cannot tell because this picture doesn't

Siu-Lin Linda Lam

Page 103

1   show the face.  I cannot be sure.

2       Q    Do you see any portion of their body in this

3   photo?

4       A    If I have to take a guess, it might be

5   this --

6       Q    Well, I don't want you to guess.

7       A    Yeah.

8       Q    If you don't know, it's okay to say you

9   don't --

10      A    Well, I -- I cannot be 100 percent sure

11  because there were a few -- a few officer had bald

12  head.  So if that's the only thing that I -- I need to

13  identify -- he was not the only one with bald head.

14  If he was the only one with bald head, then I would be

15  safely say that that's the individual.  So no, I

16  cannot clearly identify the person.

17      Q    I'm showing you what is 12 of 44 from the

18  organization's website.  Here you have a better

19  depiction of the individual with bald head from the

20  prior photo.  Does this refresh your recollection as

21  it relates to whether this is the person that --

22                    (Exhibit 7 was marked for

23                     identification.)

24      A    Yes, the person with the uniform, the right

25  side facing us next to the person with the blue shirt.

Siu-Lin Linda Lam

1    Q    And you're describing the African American

2    gentleman in the school safety officer jacket;

3    correct?

4    A    Yes -- yes.  He was telling me to leave.

5    Q    Earlier when you described an individual

6    that as pushing you to leave the meeting, is this the

7    individual that you were describing?

8    A    Yes.

9    Q    Ms. Lam, I'm showing you what is 22 out of

10   44 from the organization's website.  Do you recognize

11   what is being depicted in this photo?

12                    (Exhibit 8 was marked for

13                    identification.)

14   A    Yes.

15   Q    What is being depicted?

16   A    Department of Education personnel telling me

17   that I cannot go closer to speak.

18   Q    And this photo is taken inside the town hall

19   meeting?

20   A    Yes.

21   Q    And this would be after your third attempt

22   to enter when you actually got in?

23   A    Yes.

24   Q    Was this photo taken before you spoke to the

25   chancellor and Superintendent Bouvy or this is after

Siu-Lin Linda Lam

Page 105

1    that conversation?

2        A    No, that's -- that's after.

3        Q    Ms. Lam, do you recognize what is being

4    depicted in photo 23 out of 44 from the organization

5    website?

6                    (Exhibit 9 was marked for

7                    identification.)

8        A    Yes, it's a continuation telling us that,

9    like, we should go back to our seat.

10       Q    Do you recognize anyone else in this

11   photograph?

12       A    I recognize Phil Wong in the white t-shirt.

13       Q    I'm sorry.  Who is that person?

14       A    Phil, P-H-I-L W-O-N-G.

15       Q    And in this photograph, you appear to be

16   holding something in your right hand.  Can you tell me

17   what that is?

18       A    Maybe my clipboard.  I -- I cannot see it

19   clearly.  It appear to me, it's the clipboard.

20       Q    And you mentioned that this is a

21   continuation of where you were being told that you

22   couldn't go closer to speak.  Is that correct?

23       A    Yes.

24       Q    At this point in the town hall meeting, were

25   other people speaking?  Were members of the audience

Siu-Lin Linda Lam

Page 106

1    speaking?

2        A    No.

3        Q    I'm sorry?

4        A    No.

5        Q    Ms. Lam, I'm showing you what is 28 out of

6    44 from the organization website.   Do you recognize

7    what is being depicted in this photo?

8                    (Exhibit 10 was marked for

9                    identification.)

10       A    This person was the one who pushed me from

11   the back.   I recall he was telling me that we cannot

12   speak there, and we must go back to our seat.

13       Q    Did this person tell you why you could not

14   speak from this location in the meeting?

15       A    No, he just said you -- you have to go back

16   to your seat.

17       Q    In the meeting, was there a designated area

18   for individuals that would like to speak to stand?

19       A    I did not see the setup of the microphone

20   where usually people walk up and then you stand in

21   front and you speak.

22       Q    Here in this photo, it appears that your --

23   this is a different view where you're holding

24   something in your right hand.   Are you able to

25   ascertain now what you're holding?

Siu-Lin Linda Lam

Page 107

1       A    Yeah, actually, it's not clipboard.  It's a

2   paper, the questions that I want to address the

3   chancellor.

4       Q    Ms. Lam, I'm showing you 33 of 44 from the

5   organization website.  Do you recognize yourself in

6   this photo?

7                     (Exhibit 11 was marked for

8                     identification.)

9       A    Yes.

10      Q    And are you holding a sign in this photo?

11      A    Yes.

12      Q    Is this the sign that says "Federal probe

13  coming.  Carranza could run but can't hide" -- written

14  in orange?

15      A    I believe so, but from -- I -- I cannot

16  really make out clearly.  But, you know, from looking

17  at it right now, yeah -- yeah.  "Federal probe coming.

18  Carranza could run but can't hide."

19      Q    And do you recall whether you made this

20  sign?

21      A    No, I did not make it.

22      Q    Did you --

23      A    Yeah, I'm sorry.  Go ahead.

24      Q    Did you bring this sign into the building?

25      A    No.

Siu-Lin Linda Lam

Page 108

1    Q    Do you know who brought this sign into the

2    building?

3    A    I do not know.

4    Q    Do you recall whether this sign was brought

5    in before or after your conversation with

6    Superintendent Bouvy?

7    A    Can you state your question again?  I'm

8    sorry.

9    Q    Sure.  The sign that you're holding in this

10   photograph, do you know whether this sign was brought

11   into the building before or after your conversation

12   with Superintendent Bouvy?

13   A    I cannot ascertain that whether when and who

14   brought the sign in.

15   Q    Do you recall how many signs you made for

16   the protest that day?

17   A    I did not make any signs.  The signs were

18   made by other people.

19   Q    Well, you know, you told us earlier that you

20   made signs for the protest, and you gave them to

21   another parent who had a knapsack before your third

22   entry into the building; isn't that right?

23   A    I do not recall that.  I -- people make

24   signs, and then I -- it was  distributed at the

25   protest.  When I say, "We make sign," I refer to a

Siu-Lin Linda Lam

Page 109

1    collective "we." But specific question is I did not

2    make the sign this time.

3         Q    Okay. And share one more. Give me one

4    second. Okay. This one I'm showing you what is 41 of

5    44 from the organization website. Do you recognize

6    yourself in this photo?

7                   (Exhibit 12 was marked for

8                   identification.)

9         A    No, I do not recognize myself in the -- in

10   the photo.

11        Q    Is there anyone other than Ms. Chin, who was

12   previously identified -- that you recognize in this

13   photo?

14        A    I only recognize Ms. Chin.

15        Q    This photo, is this photo taken in the

16   courtyard outside of the high school?

17        A    Yes, after the meeting.

18        Q    This photo is taken after the meeting?

19        A    Yes.

20        Q    And how do you know it was after the

21   meeting?

22        A    Because we did not congregate in front of

23   the building protesting and holding signs -- but

24   before meeting was all by the gate, and then we have

25   to enter promptly at 6:30 and try to get into the

Siu-Lin Linda Lam

1  school building.

2      Q      Okay.  And do you know whether you were

3  still in the meeting at this time or did you already

4  leave the premises?

5      A      No, I -- I am in the premises.  I might be

6  outside, not in the picture.  But I -- I didn't leave

7  until much later.

8      Q      Okay.  Ms. Lam, I'm going to show you some

9  videos.  Let's see if we have -- and I'm going to play

10  the entire video, and then I'll ask you questions.

11  Okay?  So let's just let the video play at first.

12                   (Exhibit 13 was marked for

13                   identification.)

14      A      Sure.

15      Q      And let me know if you have any difficulty

16  hearing.

17      A      Okay.

18                   (Video played.)

19      Q      Ms. Lam, do you recognize what is depicted

20  in this video?

21      A      Yes, I tried to get into the building, and I

22  was grabbed and pushed by AP Marino.

23      Q      And was this video a fair and accurate

24  representation of the grabbing and pushing that you

25  described earlier?

Siu-Lin Linda Lam

1       A    Yes, there might be other video that might

2  have a close-up.  But this depict the -- that

3  happening.

4       Q    I'm going to play the video again, and I

5  want you to just say stop when you see yourself appear

6  in the video.  Okay?

7       A    Okay.

8            (Video played.)

9            Stop.  So I saw myself walking past by AP

10  Marino.

11       Q    So we'll go back a little bit.  The video is

12  a little dark.

13            MS. WEEKES:  Let the record reflect I

14  just paused at about four seconds into the video.

15  BY MS. WEEKES:

16       Q    Do you see yourself in this frame?

17       A    Yes.

18       Q    And are you the individual behind Sergeant

19  Sym?  It appears that you're about to pass by the

20  closed door walking towards the single open door.

21       A    Yes.

22            (Video played.)

23       Q    And just let the record reflect, I just

24  paused the video at seven seconds in.  Do you

25  recognize the individual that you mentioned grabbed

Siu-Lin Linda Lam

1    you as you were trying to enter?

2        A    Yeah, AP Marino.

3                (Video played.)

4        Q    And was this your -- which attempt was this

5    that you were trying to get into the building?

6        A    The first attempt, I went inside before the

7    meeting, talked to Bouvy.

8        Q    So was this your second attempt?

9        A    So in terms of the sequence, I -- I do not

10   recall how you numerize.  And then there was the time

11   that I tried to walk up and tried to enter but was

12   blocked because there were officers standing at the

13   door.  And then this is the time -- the third time

14   that I try to go in but was stopped by AP Marino.

15            So if we are including the time that I try

16   to, but the door was blocked.  So this would be the

17   third time.

18       Q    Other than yourself, AP Marino, and Sergeant

19   Sym, do you recognize anyone else in this video?

20       A    Not -- not from this frame.  This frame, I

21   cannot see anything but just the coat.

22       Q    Do you recall why you were standing off to

23   the side?

24       A    I was waiting to get in.

25                (Video played.)

Siu-Lin Linda Lam

Page 113

1          Q      Do you recall --
2                      MS. WEEKES:   Let the record reflect I
3      just paused the video at about eight seconds.
4      BY MS. WEEKES:
5          Q      Can you tell from the video whether or not
6      you were holding any signs in your hand at this time?
7          A      No -- no signs.
8          Q      One second.  Let me just grab another video.
9      Ms. Lam, I'm going to show you a second video, and I'm
10     going to do the same thing.   I'm going to let the
11     video play, and then ask you questions.
12         A      Okay.
13                      (Exhibit 14 was marked for
14                      identification.)
15                      (Video played.)
16     BY MS. WEEKES:
17         Q      Ms. Lam, do you recognize what was being
18     depicted in the video?
19         A      I notice myself in the video.  I was trying
20     to get -- to get in, and I see that the officer were
21     letting the non-Asians in, so then I was turned away
22     at the door.  And then I step back, and then more
23     people went in.  And then I walk up later, show them
24     that I don't have any signs on me, and I was
25     subsequently let in.

Siu-Lin Linda Lam

Page 114

1      Q    Did you hear at any point in this video the
2  officers saying that if individuals don't have signs
3  that they can go in?
4      A    That's what they said, yes.
5      Q    I'm fast forwarding the video to about two
6  minutes and five seconds in, and I'm pausing here.
7  Did you -- is this where you see yourself appear in
8  the video?
9      A    Yes.
10      Q    And at this time, at about two minutes and
11  ten seconds, it appears that you hold up your hand to
12  the officers.  Is that when you show the officers that
13  you did not have signs?
14      A    Yes.
15      Q    So this was right before your -- this is
16  your last attempt to enter the building; correct?
17      A    Yes.
18      Q    And this is the attempt that you described
19  earlier that you were then let into the meeting.
20      A    Yes.
21      Q    And just the officers that you had no sign.
22      A    Subsequently, yes.
23      Q    I'm going to let the video play just a
24  little bit.
25                (Video played.)

Siu-Lin Linda Lam

1              MS. WEEKES:   Okay.   Let the record

2    reflect I just paused the video at about two minutes

3    and twenty-six seconds.

4    BY MS. WEEKES:

5         Q    Ms. Lam, did you see anyone that you observe

6    as being Asian let into the meeting during this time?

7         A    There was a -- a gentleman, George Lee, with

8    the camera in the hand was let in.

9         Q    Did you see anyone else behind Mr. Lee?

10        A    No, these are non-Asians behind Mr. Lee.

11   This -- this is an Asian, yes.

12        Q    You're referring to at two minutes and

13   twenty-two seconds, the individual that's in the

14   frame -- the tall individual in the back?   There's a

15   young man.   He appears to be wearing a white shirt

16   underneath his jacket?

17        A    Right.

18        Q    Can you tell whether or not this person

19   appears to be holding a sign?

20        A    I cannot tell from looking at the picture.

21             (Video played.)

22        Q    I'm going to fast forward the video just a

23   little bit.

24             (Video played.)

25             You mentioned earlier that there was a

Siu-Lin Linda Lam

Page 116

1    gentleman.  Let's rewind a little bit.  Taking the

2    video back to two minutes and forty-four seconds.

3                    (Video played.)

4            I'm pausing at two minutes and forty-six

5    seconds.  You just saw an individual with a red shirt.

6    It appears that he tried to enter, and he was turned

7    back.  I'm going to let the video play.

8                    (Video played.)

9            Showing at about three minutes and four

10   seconds, we see the individual put down the signs.

11   Now, earlier you described an Asian man who tried to

12   go in with a sign, and he was turned back, and then he

13   put the sign down and was let in.  Was that the

14   individual you described earlier in the deposition?

15       A    Yes.

16       Q    I just have one more video to show you,

17   Ms. Lam.

18                    (Exhibit 15 was marked for

19                    identification.)

20       A    Sure.

21       Q    Give me one second.  Let me pull it up.  And

22   this one's a little lengthy, so I may not play the

23   whole thing, but I'll represent with timestamps what

24   I'm playing.

25                    MS. WEEKES:  Unless, Counsel, you

Siu-Lin Linda Lam

Page 117

1    prefer if I play the entire video.

2                    (Video played.)

3    BY MS. WEEKES:

4        Q    I'm pausing the video, Ms. Lam, at about 18

5    seconds.  Do you recognize yourself in this frame?

6        A    It's really dark.  At -- at this particular

7    frame?

8        Q    Up util this point, have you seen yourself

9    in the video?

10       A    Yes.  Yes, I did up until this point, yes.

11                   (Video played.)

12       Q    Ms. Lam, did you just overhear someone

13   saying, "I'll put it in my bag."  Can you tell us that

14   was you or someone else?

15       A    Yeah, that's me because the officers were

16   saying, "No signs, no signs."  So I said, "I'll put it

17   in my bag."  I have a knapsack.

18       Q    Looking at up until this point, can you

19   identify which one of your attempted entry this was to

20   go into the meeting?

21       A    This is the second attempt -- second

22   attempt.  The first attempt I went in and talked to

23   Bouvy.  That was the first attempt.  This is the

24   second attempt after the protest.  I try to walk

25   through the courtyard to go through the door and try

Siu-Lin Linda Lam

1    to go inside, and the door was block.

2         Q    And during this attempt, earlier you

3    testified that after Marino -- I'm sorry -- Assistant

4    Principal Marino and an individual -- an African

5    American individual in a trench coat prevented you

6    from entering.  This is when you went left, and they

7    went left and right, then you went right; is that

8    correct?

9         A    Yes.

10        Q    Do you recognize or do you see Assistant

11   Principal Marino?  Have you seen him up until this

12   point?  We're about 22 seconds in in the video.

13        A    From this -- from this video?

14        Q    From when the video started playing until

15   now --

16        A    Oh, from before?  Yes, I have seen him from

17   before.

18                    (Video played.)

19        Q    Ms. Lam, there's an individual, there's a

20   man in a white t-shirt.  Do you know who that is?

21        A    Yes.

22        Q    Who is that?

23        A    His name is Charlie Valbuska [ph].

24                    (Video played.)

25        Q    Ms. Lam, we just saw what appears to be a

Siu-Lin Linda Lam

1    woman walk past trying to go towards the steps.  Is

2    that you?

3         A     Yes.

4         Q     We're about 49 seconds paused in the video.

5         A     Yes.

6                    (Video played.)

7         Q     Ms. Lam, we can see in the video you're

8    holding something white in your hand.  I just paused

9    at 53 seconds.  Can you tell me what that is?

10        A     A poster.

11                   (Video played.)

12        Q     I'm pausing the video at about one minute

13   and one second in.  You've already identified

14   yourself.  It looks like you just walked past the

15   officer going up the stairs; is that correct?

16        A     Yes, I -- I sidestep, and I walk past by

17   them.  They try to block me, but I sidestep and walk

18   up.

19        Q     And you're still holding the white poster in

20   your hand; correct?

21        A     Correct.

22                   (Video played.)

23        Q     Ms. Lam, I'm pausing at about one minute and

24   eleven seconds.  It looks like the African American

25   gentleman in the trench coat just said again, "No

Siu-Lin Linda Lam

Page 120

1    signs."  Is that right?

2        A    I believe so.

3        Q    And it appears that the door to go into the

4    meeting is closed; is that correct?

5        A    It appears so.

6                    (Video played.)

7        Q    Ms. Lam, I'm pausing at about one minute and

8    fifteen seconds.  Actually, let's go back to that one

9    minute and fourteen seconds as we see --

10                    (Video played.)

11            It looks like you just turned, and you still

12    have that white poster still in your hand?

13        A    Correct.

14                    (Video played.)

15        Q    Ms. Lam, we just saw you go left around who

16    was previously identified as Assistant Principal

17    Marino; is that correct?

18        A    Correct.

19        Q    Can you describe what you were doing or

20    trying to do at this time?

21        A    The left side door was open, so I try to

22    walk in.

23                    (Video played.)

24        Q    Ms. Lam, I'm pausing at about one minute and

25    fifty-six, fifty-seven seconds in.  And it appears

Siu-Lin Linda Lam

1    that you're putting the white poster into something;

2    is that correct?

3        A    Yeah, I -- I was putting the poster into my

4    knapsack.

5                    (Video played.)

6        Q    Ms. Lam, I'm pausing it again two minutes

7    and twelve seconds.  We just saw a series of

8    individuals go into the town hall meeting.  Did you

9    see any of these individuals carrying signs?

10       A    Not from that angle.

11                   (Video played.)

12       Q    I'm pausing it at two minutes and thirteen

13   seconds.  It appears that you just went into or tried

14   to go into the town hall meeting.  That's you standing

15   in the doorway; correct?

16       A    Yes.

17                   (Video played.)

18       Q    I'm pausing again at about two minutes and

19   eighteen seconds.  Does this describe or does this

20   represent the grabbing and pulling that you mentioned

21   earlier by Assistant Principal Marino?

22       A    Yes, grabbing, pushing and -- and pulling --

23   try to pull me away from the door.

24                   (Video played.)

25       Q    This one I'm pausing again at about two

Siu-Lin Linda Lam

Page 122

1   minutes and forty-one seconds.  You know, I see, it
2   appears Sergeant Syms is shaking his head "no" and
3   pointing back to outside the building.  Does the
4   represent earlier when you described that you were
5   being told to leave?
6        A    Yes.
7        Q    And do you see -- and you mention that you
8   continued -- at that time, you did not leave; is that
9   correct?
10       A    Correct.
11       Q    Is that accurately represented in the video
12  as well?
13       A    Yes.
14                 (Video played.)
15       Q    Ms. Lam, at about three minutes and six
16  seconds, did you overhear the African American
17  gentleman in the trench coat say that, "Anyone that
18  has a sign is being stopped"?
19       A    I wasn't paying attention.
20       Q    Okay.  That's okay.  We can go back, and
21  we'll replay it a little bit.
22                 (Video played.)
23            I'm stopping again at about three minutes
24  and seven seconds.  Did you hear the African American
25  gentleman in the trench coat just say that, "Anyone

Siu-Lin Linda Lam

1   who has a sign is being stopped"?

2       A   I only heard the part of something like, "Do

3   you have a sign?"  But not like a complete sentence

4   like you -- that as you mentioned.

5               MS. WEEKES:  I'm going to -- this one

6   is about -- this video is about four minutes and two

7   seconds long.  I'm going to stop playing the video now

8   at about three minutes and seven seconds.

9   BY MS. WEEKES:

10      Q   Ms. Lam, after this incident took place, did

11  you report any of these officers to anyone?

12      A   No, I did not.

13      Q   Did you make any sort of a grievance report

14  regarding the incident as a whole?

15      A   To the police authority?

16              MR. SCHWARTZ:  Which one -- yeah, do

17  you mean any claim including the notice of claim or --

18  BY MS. WEEKES:

19      Q   Other than filing this lawsuit -- so other

20  than filing the notice of claim, did you report the

21  incident to the Department of Education or the

22  supervisors for the school safety officers?  Other

23  than filing this Notice of Claim, did you file any

24  other report?

25      A   No, I have not.

Siu-Lin Linda Lam

Page 124

1    Q    You mention earlier that you went in, and
2  you spoke to Superintendent Bouvy and the deputy
3  chancellor.  Was this only an oral conversation?  Was
4  there anything written down about what happened?
5    A    No, only a oral conversation.
6    Q    I just want to go back a little bit and just
7  kind of wrap up your injuries.  Based on the physical
8  and emotional injuries that you discussed and
9  described earlier, were you confined to bed for any
10  period of time?
11    A    No.
12    Q    Were you confined to your home for any
13  period of time?
14    A    After the incident, COVID happened.  I was
15  not able to go see the doctor but only the tele
16  medicine.  They have meetings, but I cannot go.  I
17  just cannot bring myself to go, so -- also coupled
18  with the COVID was happening.  So I was home -- did
19  not go out for a long while.  So it's really hard to
20  separate like COVID and the incident.  It all kind
21  of -- at the same time.
22    Q    And regarding the videos that I just showed
23  you, do you know who took -- who recorded any of the
24  videos that you were just shown?
25    A    I believe it's one of the parents.

Siu-Lin Linda Lam

Page 125

1      Q      But do you know exactly who that person is?

2      A      I can venture a guess, but I cannot

3   ascertain to a actual person.

4      Q      Regarding the photograph you were shown, do

5   you know who took any of the photographs?

6      A      There -- there are like quite a number of

7   photographs, so I think some of it might be taken by

8   George Lee, who brought a camera there.  And there

9   might be others who took by others and -- and were

10  shared and got posted.

11     Q      You mentioned earlier payments that you had

12  to make for medical treatment.  Do you today have any

13  outstanding bills, medical bills that have not been

14  paid?

15     A      No, I -- I paid off my bills.

16     Q      Okay.  At this time, we call for production

17  for medical authorization to obtain records from

18  Dr. Kim at NYU along with the physical therapy

19  facility that Ms. Lam treated from about June of 2022.

20  We also call for a production of the chiropractors --

21  authorization to obtain records from the chiropractors

22  that Ms. Lam treated related to the accident --

23  related to the incident -- I'm sorry.  Along with an

24  updated authorization for Dr. Lee, Dr. Thai,

25  Dr. Huang, Dr. Pomerantz, Dr. June Gray --

Siu-Lin Linda Lam

1          MR. SCHWARTZ: Has she said she saw any

2     of them since 2022?

3          MS. WEEKES: Well, I just said updated.

4          MR. SCHWARTZ: But if she hasn't seen

5     any of these people since 2022, why does it need to be

6     updated? That's what I wrote to the judge. You have

7     authorizations, I think, for all these people.

8          MS. WEEKES: Not all these people. No,

9     I do not. I don't have authorization --

10          MR. SCHWARTZ: Let me find the

11     authorizations. One second.

12          MS. WEEKES: This is the first time

13     we're hearing about Dr. Kim, and the physical

14     therapist. I have no authorizations for that

15     provider.

16          MR. SCHWARTZ: Hold on.

17          MS. WEEKES: Along with the

18     chiropractors that she mentioned, May, Ava -- we have

19     no authorizations for those people. Dr. June Gray, I

20     have no authorization --

21          MR. SCHWARTZ: Let me just open up what

22     we gave you already.

23          Okay. So Dr. Pomerantz, is that one of

24     the ones you just asked for?

25          MS. WEEKES: Yeah.

Siu-Lin Linda Lam

Page 127

1            MR. SCHWARTZ:  And, Ms. Lam, have you

2    seen Dr. Pomerantz since the end of 2022?

3            THE WITNESS:  No, I stop in June 2022.

4            MR. SCHWARTZ:  So okay.  So what -- so

5    you have that.  You --

6            MS. WEEKES:  So one, we never --

7    Dr. Pomerantz is one of the doctors that never

8    responded.  I'm also requesting records now in 2024.

9    The authorizations have already expired.  Now I'll

10   follow up with all this in writing.  And you're, you

11   know, free to object but --

12           MR. SCHWARTZ:  But look, you've got an

13   authorization good until the end of 2022.  Did you

14   serve it?

15           MS. WEEKES:  And there are doctors who

16   did not --

17           MR. SCHWARTZ:  I'm going over it one at

18   a time, please.  Pomerantz --

19           MS. WEEKES:  Yes, that was requested,

20   and this was rejected per Ms. Lam.  We did not get any

21   records in response to this authorization.

22           MR. SCHWARTZ:  And Pomerantz is the --

23   does what kind of -- what was his --

24           MS. WEEKES:  That's the psychiatrist.

25           MR. SCHWARTZ:  All right.  So that one,

Siu-Lin Linda Lam

Page 128

1    I told you, we'll get that release.  So we don't need

2    a new -- we'll just get the records.  Okay?  Because I

3    think he responded that he wouldn't produce the

4    records.  Okay.  Then we have Dr. Huang.  What was

5    Huang's role, Ms. Lam?

6              THE WITNESS:  Doctor -- Dr. Huang, she

7    was the doctor who I seen about my -- my nightmare and

8    hand shaking, and she wrote apresoline prescription

9    for panic attack.

10              MR. SCHWARTZ:  And when was that?

11              THE WITNESS:  That was in February 7,

12    2020.

13              MR. SCHWARTZ:  And did the city serve

14    Dr. Huang with that request -- that authorization?

15              MS. WEEKES:  Mr. Schwartz, I'm calling

16    for updated authorizations.

17              MR. SCHWARTZ:  I'm asking you some

18    questions so I know what to -- how to -- did the city

19    get any -- did you serve it?  It's not updated.  It's

20    she only saw her in February 2020.  This

21    authorization --

22              MS. WEEKES:  I'm serving authorization.

23    I'm going to demand.  I'm serving the authorization

24    request now.

25              MR. SCHWARTZ:  I'm asking you --

Siu-Lin Linda Lam

1    listen, I'm not going to do anything unless you answer

2    the question, all right.  Did you serve Dr. Huang and

3    not get a response?

4                    MS. WEEKES:  All of the -- you can --

5                    MR. SCHWARTZ:  I'm asking you about

6    Dr. Huang --

7                    MS. WEEKES:  I'm answering your

8    question.  It's something I --

9                    MR. SCHWARTZ:  Can we go through one at

10   a time --

11                   MS. WEEKES:  -- authorization.

12                   MR. SCHWARTZ:  Did you serve doctor --

13                   MS. WEEKES:  And all authorizations

14   were served by the City.

15                   MR. SCHWARTZ:  Okay.  So Dr. Huang was

16   served, and did he respond?

17                   MS. WEEKES:  I cannot recall at this

18   moment what his response is.  We can handle this

19   offline.

20                   MR. SCHWARTZ:  So he was -- no.  He was

21   served.  You make a request on the record.  So Huang

22   was served, and you don't know what his response is.

23   But he only was seen once in --

24                   MS. WEEKES:  I can tell you right now

25   what his response was.  I have Dr. Huang responded.  I

Siu-Lin Linda Lam

Page 130

1   don't know if it's a full response, but I have the two

2   pages of records from Dr. Huang.  I don't --

3              MR. SCHWARTZ:  Okay.  And the witness

4   just said that she only saw him once, right --

5              MS. WEEKES:  Okay.

6              MR. SCHWARTZ:  So what -- so we

7   don't -- my position is you don't need anything

8   updated.  Okay.  Next one.  Dr. Lee.  Ms. Lam, what's

9   Dr. Lee?  What kind of work did he/she?

10             THE WITNESS:  He's a Chinese holistic

11  herbal doctor.

12             MR. SCHWARTZ:  And when did you last

13  see Dr. Lee?

14             THE WITNESS:  I saw him in July 2020,

15  and once in 2021 of April.

16             MR. SCHWARTZ:  And doctor -- and you

17  say, Ms. Weekes, that he was served; right?

18             MS. WEEKES:  He was served, and he did

19  not provide any record.

20             MR. SCHWARTZ:  Okay.  And then the next

21  one, Dr. Lyon [ph], Valerie Lyon [ph], what was her --

22  what type of medicine did Dr. Lyon [ph] do?

23             THE WITNESS:  Dr. Valerie Lyon [ph] was

24  my prior primary care doctor.  I had seen her for

25  many, many years until I age out because she doesn't

Siu-Lin Linda Lam

Page 131

1    accept Medicare.

2                    MR. SCHWARTZ:  When did you stop seeing

3    Dr. Lyon [ph]?

4                    THE WITNESS:  When I turned 65, I

5    think --

6                    MR. SCHWARTZ:  When was that?

7                    THE WITNESS:  I have to count back.  I

8    am going to be 72, so maybe seven years ago.  Yeah.

9                    MR. SCHWARTZ:  So 2017, '18 --

10   somewhere in there.

11                   THE WITNESS:  Right, around that time.

12   So she told me that I have to pay out of pocket if I

13   go to see her, so she doesn't take --

14                   MR. SCHWARTZ:  Right.  And the City

15   served Dr. Lyon [ph] --

16                   MS. WEEKES:  I didn't call for

17   production of -- an authorization for Dr. Lyon just

18   [ph] --

19                   MR. SCHWARTZ:  Okay.  And then the next

20   one is Dr. Thai.  What medicine did Thai do?

21                   THE WITNESS:  He's also a Chinese

22   holistic doctor -- also do -- also do acupuncture.

23                   MR. SCHWARTZ:  Right.  And when did you

24   see Dr. Thai?

25                   THE WITNESS:  I saw him first time in

Siu-Lin Linda Lam

Page 132

1    person in September 14, and I saw him again in April
2    2021 follow-up.
3              MR. SCHWARTZ:  And not since then?
4              THE WITNESS:  Not since then.
5              MR. SCHWARTZ:  And did the City serve
6    Dr. Thai?
7              MS. WEEKES:  Dr. Thai was served and
8    did not provide any record.
9              MR. SCHWARTZ:  Okay.  Now is there any
10   other ones you just asked for?
11             MS. WEEKES:  I asked for Dr. Kim.  We
12   never received an authorization for Dr. Kim nor the
13   physical therapy facility at NYU the plaintiff was
14   referred to.  I --
15             MR. SCHWARTZ:  And was Dr. Kim involved
16   with the same thing?  What kind of medicine did
17   Dr. Kim do, Ms. Lam?
18             THE WITNESS:  Dr. Kim is a
19   orthopedic -- specialize in back pain.
20             MR. SCHWARTZ:  And when did you see
21   Dr. Kim?
22             THE WITNESS:  I saw him in June 3,
23   2022.
24             MR. SCHWARTZ:  Okay.  And the physical
25   therapy at NYU, was that through Dr. Kim or --

Siu-Lin Linda Lam

Page 133

1                    THE WITNESS:  He set it up, and I

2      select the therapist -- physical therapist based on

3      time and availability.

4                    MR. SCHWARTZ:  And was that NYU Langone

5      on 1st Avenue?

6                    THE WITNESS:  No, it's NYU Langone in

7      Rego Park, Queens -- a satellite office.

8                    MR. SCHWARTZ:  All right.  Anything

9      else, Ms. Weekes?

10                   MS. WEEKES:  Yes.  I called for --

11     plaintiff mentioned at least two chiropractors, and we

12     never received authorizations for those -- one goes by

13     the name of May and the other Ava.

14                   MR. SCHWARTZ:  Wait, May.  What's the

15     full name of Dr. May?

16                   THE WITNESS:  I -- I don't have the

17     full name.  We just call her May.  We just call her

18     Ava.

19                   MR. SCHWARTZ:  Wait, same person or two

20     different people --

21                   THE WITNESS:  No, two different -- two

22     different people.

23                   MR. SCHWARTZ:  Do you have their

24     addresses?

25                   THE WITNESS:  I don't have their

Siu-Lin Linda Lam

Page 134

1    address.

2                    MR. SCHWARTZ:  Okay.

3                    THE WITNESS:  I -- I have -- I might

4    have one person's address.  The other person, I don't

5    have the address because she --

6                    MR. SCHWARTZ:  So could you find the

7    address for both?

8                    THE WITNESS:  I could.

9                    MR. SCHWARTZ:  Okay.

10                   THE WITNESS:  I could attempt.

11                   MR. SCHWARTZ:  So we're going to get

12   you the Pomerantz --

13                   MS. WEEKES:  I also request for --

14                   MR. SCHWARTZ:  Ms. Weekes, we'll get

15   you the Pomerantz records.  All right?  For Huang,

16   it's our position you got the whole record.

17                   For Lee it's -- for Lee and Thai, if

18   they were served, the proper way to deal with this is

19   to get a court to order them to do it because we could

20   give you another authorization, it's not going to get

21   you anything more than the first time.

22                   And then we'll give you for -- we'll

23   give you new ones for Dr. Kim, NYU Langone Rego Park,

24   Dr. May and Dr. Ava, whatever their names are.  All

25   right?  That's our response.

Siu-Lin Linda Lam

Page 135

1            MS. WEEKES:  I also --

2            MR. SCHWARTZ:  I'll put this in

3   writing.  I'll put it in writing also, but --

4            MS. WEEKES:  Also, an authorization for

5   Dr. June Gray, the plaintiff treated with regarding

6   her prior back injury.

7            THE WITNESS:  Not back injury.

8            MS. WEEKES:  I'm sorry.  Her prior --

9   treated with -- treated, physical therapist she

10   treated with before, and also authorizations for

11   NYU --

12            MR. SCHWARTZ:  Wait, June Gray did

13   what?

14            MS. WEEKES:  Plaintiff treated prior

15   to.  Mental, is a mental health provider.

16            MR. SCHWARTZ:  Okay.  Mental health --

17            THE WITNESS:  About, yeah, about maybe

18   20, 25 years ago .

19            MS. WEEKES:  And also plaintiff treated

20   either with NYU or Mount Sinai regarding her previous

21   back injury.

22            MR. SCHWARTZ:  Which was also --

23            MS. WEEKES:  I'm not sure who that

24   provider is.  She just she testified that it was

25   either at NYU or Mount Sinai.

Siu-Lin Linda Lam

Page 136

1          MR. SCHWARTZ:  So how do we do it if we

2     don't know?

3          MS. WEEKES:  So --

4          MR. SCHWARTZ:  How many years ago was

5     that, Ms. Lam?

6          MS. WEEKES:  So try to figure it out.

7          THE WITNESS:  Thirty some-odd years

8     ago.

9          MR. SCHWARTZ:  All right.  Do you know

10    the first name of Dr. Kim?

11         THE WITNESS:  No, I would have to look

12    it up.  I can provide it to you later.

13         MR. SCHWARTZ:  Okay.  All right.  I'll

14    put all my responses in writing.  But I will give

15    you -- we'll get Dr. Pomerantz, which I think is -- I

16    mean, you definitely are entitled to get from Dr. Lee

17    and Dr. Thai, but I think the appropriate thing is

18    to -- I've been through this myself with other cases,

19    with people giving me records -- is to get the court

20    to just order it.

21         MS. WEEKES:  Okay.  All right.  So at

22    this time, the City is going to leave the deposition

23    open.  We reserve the right to recall Ms. Kim --

24    Ms. Lam, I'm sorry -- regarding once we obtain the

25    authorizations and the records to continue the

Siu-Lin Linda Lam

1    deposition.

2                      THE WITNESS:  Sure.

3                      MR. SCHWARTZ:  Okay.  So I was --

4                      MS. WEEKES:  All right.  Thank you.

5    Ms. Travis, thank you so much.

6                      THE REPORTER:  Okay.  Before we -- oh,

7    let me go off the record first.  I'm sorry.

8                      3:15 p.m., and we are off the record.

9                      (Signature reserved.)

10                     (Whereupon, at 3:15 p.m., the

11                     proceeding was concluded.)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Siu-Lin Linda Lam

Page 138

1                CERTIFICATE OF DEPOSITION OFFICER

2           I, SHARIZ TRAVIS, the officer before whom

3     the foregoing proceedings were taken, do hereby

4     certify that any witness(es) in the foregoing

5     proceedings, prior to testifying, were duly sworn;

6     that the proceedings were recorded by me and

7     thereafter reduced to typewriting by a qualified

8     transcriptionist; that said digital audio recording of

9     said proceedings are a true and accurate record to the

10    best of my knowledge, skills, and ability; that I am

11    neither counsel for, related to, nor employed by any

12    of the parties to the action in which this was taken;

13    and, further, that I am not a relative or employee of

14    any counsel or attorney employed by the parties

15    hereto, nor financially or otherwise interested in the

16    outcome of this action.

17

18                            SHARIZ TRAVIS

19                   Notary Public in and for the

20                            State of New York

21    [X] Review of the transcript was requested.

22

23

24

25

Siu-Lin Linda Lam

Page 139

1          CERTIFICATE OF TRANSCRIBER

2          I, JENNIFER FERDINAND, do hereby certify

3    that this transcript was prepared from the digital

4    audio recording of the foregoing proceeding, that said

5    transcript is a true and accurate record of the

6    proceedings to the best of my knowledge, skills, and

7    ability; that I am neither counsel for, related to,

8    nor employed by any of the parties to the action in

9    which this was taken; and, further, that I am not a

10   relative or employee of any counsel or attorney

11   employed by the parties hereto, nor financially or

12   otherwise interested in the outcome of this action.

13

14

15                              JENNIFER FERDINAND

16

17

18

19

20

21

22

23

24

25

Siu-Lin Linda Lam

```
1    Chinese American Citizens v. Education Department Of NYC

2    Siu-Lin Linda Lam (#6711491)

3                  E R R A T A   S H E E T

4    PAGE_____ LINE_____ CHANGE_____

5    _____

6    REASON_____

7    PAGE_____ LINE_____ CHANGE_____

8    _____

9    REASON_____

10   PAGE_____ LINE_____ CHANGE_____

11   _____

12   REASON_____

13   PAGE_____ LINE_____ CHANGE_____

14   _____

15   REASON_____

16   PAGE_____ LINE_____ CHANGE_____

17   _____

18   REASON_____

19   PAGE_____ LINE_____ CHANGE_____

20   _____

21   REASON_____

22

23   _____  _____

24   Siu-Lin Linda Lam                    Date

25
```

Siu-Lin Linda Lam

Page 141

1    Chinese American Citizens v. Education Department Of NYC

2    Siu-Lin Linda Lam (#6711491)

3                    ACKNOWLEDGEMENT OF DEPONENT

4       I, Siu-Lin Linda Lam, do hereby declare that I

5    have read the foregoing transcript, I have made any

6    corrections, additions, or changes I deemed necessary as

7    noted above to be appended hereto, and that the same is

8    a true, correct and complete transcript of the testimony

9    given by me.

10

11   _____    _____

12   Siu-Lin Linda Lam                    Date

13   *If notary is required

14                      SUBSCRIBED AND SWORN TO BEFORE ME THIS

15                      _____ DAY OF _____, 20___.

16

17

18                      _____

19                      NOTARY PUBLIC

20

21

22

23

24

25

Siu-Lin Linda Lam

**[0.5 - 4]**

| 0 |
|---|
| **0.5**  71:22 |
| **08964**  1:9 |

| 1 |
|---|
| **1**  3:7,7,23 4:4 93:16 |
| **1-4**  5:12 |
| **10**  3:19 4:23 106:8 |
| **100**  2:17 3:11 95:23 98:2 103:10 |
| **10007**  2:9,18 |
| **101**  3:13 |
| **102**  3:14 |
| **103**  3:16 |
| **104**  3:17 |
| **105**  3:18 |
| **106**  3:19 |
| **107**  3:20 |
| **109**  3:22 |
| **10th**  83:5 |
| **11**  3:20 102:12 107:7 |
| **110**  3:23 |
| **113**  3:24 |
| **11373**  1:18 5:13 12:12 |
| **116**  3:25 |
| **11:09**  1:16 5:5 |
| **12**  3:21 4:5 103:17 109:7 |
| **120**  14:6 |
| **125**  4:7,10,12 4:14 |

**126**  4:16,18,20 4:22,24
**13**  3:23 110:12
**14**  3:24 113:13 132:1
**14th**  56:18,19 60:22 61:14,18
**15**  3:25 116:18
**18**  83:6 117:4 131:9
**18th**  82:25 83:7
**1902**  2:8
**1952**  13:24
**1974**  13:20
**1978**  14:17
**1980**  12:16
**1:2020**  1:9
**1:38**  89:25
**1:54**  90:3
**1st**  94:11 133:5

| 2 |
|---|
| **2**  3:8,8,24 4:6 96:24 |
| **20**  1:15 5:12 17:16 49:16,19 77:7 79:19 135:18 141:15 |
| **2017**  15:24 90:15,21 131:9 |
| **2020**  12:20,23 15:10 16:15,19 43:23 49:23 51:13 53:2 54:12,17 56:20 61:14,19 64:23 |

65:5 66:8
68:16 69:2,9
69:13,19,25
73:5,6 79:11
80:10 81:17,18
82:2,14,19
83:11,17,20,21
84:8 86:14
88:22 91:19,25
97:21 128:12
128:20 130:14
**2020-042538**
2:20
**2021**  60:8,10,18 61:17,25 62:6 62:19,21 76:22 77:5,7,9,13 78:19,23 130:15 132:2
**2022**  59:7 60:1 60:3 64:1,22 65:3,8,14 67:17 79:9 125:19 126:2,5 127:2,3,13 132:23
**2024**  1:15 5:12 127:8
**20th**  77:9 78:23
**212**  2:11
**22**  104:9 118:12
**2231**  14:3
**225**  2:8

**23**  105:4
**24**  9:13
**24-1616**  2:21
**25**  135:18
**26**  75:3
**26th**  74:3 82:20 82:23 83:3,5 83:22 84:2
**27th**  75:2 81:18
**28**  106:5
**285-1400**  2:11
**2nd**  82:23 83:6 83:7,22

| 3 |
|---|
| **3**  3:10,25 4:8 60:3 99:1,4 132:22 |
| **30**  17:16 |
| **30734**  138:17 |
| **32322**  139:14 |
| **33**  107:4 |
| **350**  86:16 |
| **3:15**  137:8,10 |
| **3rd**  64:3,4 |

| 4 |
|---|
| **4**  3:11 4:11 12:20 16:19 69:20,25 72:16 74:19 81:17 82:14 87:15 88:22 91:19 97:21 100:18 101:12 |

Siu-Lin Linda Lam

**[40 - african]**                                                    Page 2

| | | | |
|---|---|---|---|
| **40** 17:16 | **68** 78:10 | **above** 141:7 | **add** 85:13 |
| **41** 109:4 | **6:00** 40:22 | **absent** 5:18 | **addiction** 80:20 |
| **44** 94:11 99:1 | **6:30** 29:4,5,6 | **absolutely** | 80:21 |
| 102:12 103:17 | 40:22 109:25 | 89:24 | **addition** 66:15 |
| 104:10 105:4 | **7** | **accept** 131:1 | 76:6 |
| 106:6 107:4 | | **accident** | **additionally** |
| 109:5 | **7** 3:3,15 4:17 | 125:22 | 5:18 |
| **49** 119:4 | 73:6 103:22 | **accrue** 86:12 | **additions** 141:6 |
| **4th** 12:23 15:10 | 128:11 | **accurate** | **address** 12:10 |
| 16:15 43:23 | **72** 131:8 | 110:23 138:9 | 12:12,15,19,20 |
| 49:23 51:12 | **8** | 139:5 | 12:24 13:6 |
| 53:2 54:12,17 | **8** 3:17 4:19 | **accurately** 7:12 | 53:13 58:14 |
| 56:20 66:8 | 104:12 | 7:20 9:3 | 77:24 107:2 |
| 68:16 69:2,13 | **87** 86:16 | 122:11 | 134:1,4,5,7 |
| 69:19 79:11 | **9** | **acknowledge...** | **addresses** |
| 80:10 82:2,19 | **9** 3:18 4:21 | 141:3 | 133:24 |
| 82:21,22 83:11 | 105:6 | **acknowledg...** | **adjust** 61:4 |
| 86:13 91:25 | **93** 3:7 | 5:15 | 63:10 |
| **5** | **96** 3:9 | **acting** 20:23 | **adjustment** |
| **5** 3:12 4:13 | **99** 3:10 | 24:6 46:4 | 63:9,10 |
| 101:14 | **a** | **action** 138:12 | **administer** |
| **50** 11:9 | **a.m.** 1:16 5:5 | 138:16 139:8 | 5:15 |
| **53** 119:9 | **ability** 9:6,10 | 139:12 | **advocates** 2:7 |
| **58-02** 5:13 | 9:14,18 138:10 | **actual** 125:3 | **advocatesny....** |
| 12:11 | 139:7 | **actually** 23:3 | 2:10 |
| **5:30** 17:1 | **able** 30:5,18 | 27:6 42:8 | **affect** 9:10,14 |
| **5:40** 17:1 23:6 | 46:11 51:9 | 52:15 61:17 | 9:18 81:7 |
| **5th** 101:13 | 53:22 55:25 | 104:22 107:1 | **affiliated** 59:19 |
| **6** | 59:10,11 68:15 | 120:8 | **affiliation** 39:7 |
| **6** 3:14 4:15 | 69:13 70:20 | **acupuncture** | **afford** 79:6 |
| 102:7 | 72:24 73:1 | 57:4 66:18 | **afraid** 23:9 |
| **65** 131:4 | 74:1 80:15,19 | 131:22 | 74:17 |
| **6711491** 1:20 | 81:15 85:24 | **acupuncturist** | **african** 3:15 |
| 140:2 141:2 | 92:22 106:24 | 51:5 52:21 | 27:9 35:17 |
| | 124:15 | 56:2,3 65:20 | 42:23 99:12 |

Siu-Lin Linda Lam

[african - asking]

104:1 118:4
119:24 122:16
122:24
**afternoon** 17:7
**age** 130:25
**ago** 49:16,19,24
55:8,11 77:15
78:9 131:8
135:18 136:4,8
**agree** 5:16,20
**ahead** 26:13
28:22,24
107:23
**ailment** 57:1
62:18 67:4
**ailments** 51:5
54:3,22 56:25
**al** 1:6,10
**alliance** 1:5 2:3
5:8 11:23,25
90:8 94:12
99:1,2 102:13
**allow** 8:15
64:12
**allowed** 20:1,8
20:10,18 21:1
21:11,13 42:2
42:10 43:7,24
44:8,18 46:3,7
47:3
**alprazolam**
71:14,21 72:13
**altercation**
47:20

**amazon** 68:21
**amendment**
44:12
**american** 1:4
2:2 3:15 5:7
11:22,24 27:10
35:17 42:23
90:8 94:12
99:1,2,12
102:13 104:1
118:5 119:24
122:16,24
140:1 141:1
**analysis** 16:10
**angle** 121:10
**angry** 85:23
**answer** 8:8,15
8:17,24 19:13
129:1
**answering**
129:7
**anti** 95:16,16
**anymore** 86:10
**ap** 110:22
111:9 112:2,14
112:18
**apology** 24:23
41:15
**appear** 105:15
105:19 111:5
114:7
**appears** 96:9
100:22 106:22
111:19 114:11
115:15,19

116:6 118:25
120:3,5,25
121:13 122:2
**appended**
141:7
**applicable** 5:24
**appointment**
51:9 54:6 55:3
55:18 59:8,10
59:12 60:4
62:5 66:19
70:21 71:1
72:24 80:15,16
**appointments**
53:18,23 58:10
**appreciated**
89:22
**appropriate**
136:17
**approximate**
14:4
**approximately**
17:14 18:16
30:8
**apresoline**
128:8
**april** 60:8,10
60:18 130:15
132:1
**area** 41:8,10
80:20 99:22
106:17
**arm** 34:1,12
35:12

**arrange** 91:25
92:2
**arrangement**
74:10
**arrive** 40:19,20
**arrived** 16:25
**arthur** 2:6 6:10
**ascertain** 72:14
84:25 97:18
106:25 108:13
125:3
**aschwartz** 2:10
**asian** 31:13
37:13 38:6,7
38:14,15,20
40:2,6,8 95:16
115:6,11
116:11
**asians** 20:19
21:3,10,10,15
24:22 31:22,22
32:1 37:15,16
37:18 40:2,4
46:3,6,14,20
113:21 115:10
**asked** 10:12
20:23 21:19,23
22:3,6,12,14,17
24:5 38:16
71:9,11 85:6
91:2,6 126:24
132:10,11
**asking** 24:17
54:1,23 128:17
128:25 129:5

Siu-Lin Linda Lam

**[asks - back]**

| | | | |
|---|---|---|---|
| **asks** 84:3 | **attempts** 23:3 | **authority** | 14:24 15:10 |
| **assigned** 5:3 | **attend** 14:7,9 | 123:15 | 22:11,23 25:12 |
| **assistance** | 14:11,13,19 | **authorization** | 28:14 34:1,2,5 |
| 16:12,13,14 | 17:8 19:17,20 | 4:6,8,11,13,15 | 34:8,12 35:4,8 |
| **assistant** 5:11 | 43:10,13,19 | 4:17,19,21,23 | 35:15,24 36:12 |
| 20:23 24:7,17 | 44:5 81:21,25 | 125:17,21,24 | 36:18,25 38:24 |
| 27:7,17,18 | 82:11 83:7 | 126:9,20 | 39:12 44:15 |
| 31:14,17 32:8 | 86:11 | 127:13,21 | 48:17,20,21,23 |
| 35:9 42:18 | **attendance** 6:6 | 128:14,21,22 | 49:5,11,22 |
| 47:16 62:3 | **attended** 19:15 | 128:23 129:11 | 50:1,12,16,18 |
| 99:11,14 | 42:1,10,15 | 131:17 132:12 | 51:3,5,7,8,10 |
| 100:20 101:21 | 43:21 81:24 | 134:20 135:4 | 51:13 52:8,14 |
| 118:3,10 | 82:1,7,12,15 | **authorizations** | 52:18 53:1 |
| 120:16 121:21 | 83:10 | 126:7,11,14,19 | 54:3,20,21,24 |
| **assume** 8:5 | **attendee** 23:9 | 127:9 128:16 | 55:7,12 56:24 |
| **ater** 14:23 | **attending** | 129:13 133:12 | 57:3,8,8,12,18 |
| **attached** 42:4,7 | 19:19 84:23 | 135:10 136:25 | 58:19,22 59:1 |
| 43:8 44:1 | **attention** 48:23 | **authorized** | 59:8,9 60:5 |
| 46:10 | 49:6,9,10 | 5:14 | 61:4 62:10,24 |
| **attack** 71:18 | 122:19 | **ava** 4:14 67:24 | 63:11,24 65:2 |
| 79:22 128:9 | **attorney** 13:11 | 67:25 68:3,7 | 65:10,17,22 |
| **attempt** 45:6,7 | 89:13 138:14 | 126:18 133:13 | 66:3,7,12,17,22 |
| 92:16 93:1 | 139:10 | 133:18 134:24 | 67:18 68:9,17 |
| 101:1 102:16 | **attorneys** 2:7 | **availability** | 69:14 72:3,17 |
| 102:18 104:21 | **audience** | 70:23 133:3 | 72:20,21 74:25 |
| 112:4,6,8 | 105:25 | **available** 72:23 | 76:5,9,15 |
| 114:16,18 | **audio** 138:8 | **avenue** 133:5 | 81:15,15 86:10 |
| 117:21,22,22 | 139:4 | **avoid** 81:8 | 90:4 96:12 |
| 117:23,24 | **august** 61:17 | **aware** 18:20 | 98:7 102:10 |
| 118:2 134:10 | 61:25 62:5,6 | 28:18,25 | 105:9 106:11 |
| **attempted** | 62:19,21 76:22 | **b** | 106:12,15 |
| 117:19 | 77:5,7,9,13 | | 111:11 113:22 |
| **attempting** | 78:18,23 | **b** 3:5 57:22 | 115:14 116:2,7 |
| 89:1 100:13 | **austin** 24:7 | 95:7 100:6 | 116:12 120:8 |
| | 46:5 | **back** 3:14 8:25 | 122:3,20 124:6 |
| | | 10:13 12:23 | |

Siu-Lin Linda Lam

**[back - call]**

131:7 132:19
135:6,7,21
**background**
97:19
**backtrack** 50:6
**bad** 59:6
**badge** 29:18,23
**badges** 29:19
30:1
**bag** 22:8
117:13,17
**balance** 57:13
**bald** 35:18
103:11,13,14
103:19
**based** 30:1,6
32:1 37:12
39:25 124:7
133:2
**beard** 100:6,6
**beat** 83:13
**bed** 124:9
**began** 15:19
**beginning**
12:11 43:10
59:7 78:25
88:25 90:20
**behalf** 2:2,13
**beige** 94:3,20
**belief** 74:2
75:25
**believe** 15:24
33:11 35:22
45:15,15 71:22
78:2 80:4 81:2

95:22 97:22
107:15 120:2
124:25
**belongings**
23:25
**bend** 68:18,23
**bending** 55:13
69:11
**benefits** 15:14
15:20
**bernard** 3:12
89:9 95:5
101:16
**best** 7:14,16
95:4 138:10
139:6
**better** 49:12
51:25 57:7
58:22,23 59:2
59:3,4 62:17
72:9,10 80:1,5
103:18
**bills** 125:13,13
125:15
**birth** 13:22,23
**bit** 7:16 18:19
25:13 47:13
64:20 93:8
111:11 114:24
115:23 116:1
122:21 124:6
**black** 94:2
**block** 26:11,18
26:19 30:13
99:16 118:1

119:17
**blocked** 28:4,9
28:13 112:12
112:16
**blocking** 25:9
26:7 29:10
32:24 33:14
**blow** 98:5
**blue** 3:16 99:18
103:25
**board** 90:12,16
90:19,23 91:5
91:12
**body** 35:10
50:21 57:5,8
57:12 58:4
62:16 76:9,14
76:18 103:2
**book** 59:7 63:8
**boots** 94:2
**boroughs** 39:23
**bother** 81:7,9
**bottom** 10:16
**bought** 51:18
**bouvy** 24:4,16
46:3,23 104:25
108:6,12 112:7
117:23 124:2
**box** 68:21
**break** 8:22,25
89:13,16,22
**breeding** 94:5
97:24 98:9,15
**bring** 20:1,8,11
21:1 43:16

44:2 74:15
107:24 124:17
**bringing** 48:11
**broadway** 2:8
**brookly** 17:4
**brooklyn** 53:16
63:3
**brought** 11:2,5
18:15 47:8
76:1 99:6
108:1,4,10,14
125:8
**budget** 16:9,10
**build** 57:5
**building** 21:4
23:5 26:9,20
31:16 37:18
46:4 100:2
107:24 108:2
108:11,22
109:23 110:1
110:21 112:5
114:16 122:3
**bump** 26:15
**burns** 58:1
**butterflies** 86:8
**buy** 51:21 69:4

**c**

c 2:1 4:2 5:1
13:4 27:1 95:7
**call** 58:12
65:20 70:25
74:9 75:5
80:14 87:9,9
87:11 96:3

Siu-Lin Linda Lam

125:16,20
131:16 133:17
133:17
**called** 6:21
14:10 87:1,3
133:10
**calling** 24:22
128:15
**calm** 71:18
**camera** 38:18
115:8 125:8
**candlelight**
57:24
**cap** 3:10 27:10
99:18
**capacity** 84:16
**capsule** 55:1
60:16 66:23
67:1 76:4
**capsules** 58:21
67:6,11
**card** 27:23
53:14
**care** 70:19,21
72:21,22,25
130:24
**carranza** 94:4
94:5 95:15
97:23 98:8,15
107:13,18
**carry** 39:8
43:11
**carrying** 32:5
38:23 42:11
121:9

**case** 1:8 7:4
9:21,25 88:17
**cases** 136:18
**cash** 86:23,23
**catering** 41:9
**caught** 32:12
**caused** 55:12
65:2
**cec** 24:20,23
41:14 42:9
**cell** 92:3 95:20
**center** 95:9
**certain** 18:7
68:12,14
**certainty** 98:3
**certificate**
138:1 139:1
**certified** 5:21
**certify** 138:4
139:2
**chair** 23:11
**chancellor**
19:12,21 20:24
22:23 24:7,17
46:5,19 74:5
104:25 107:3
124:3
**chancellor's**
17:10,24 41:16
**change** 97:6
140:4,7,10,13
140:16,19
**changes** 10:15
72:3 141:6

**charge** 91:22
**charged** 86:15
**charlie** 118:23
**chartered** 2:7
**chasing** 69:22
**chat** 41:1,4,5,7
41:8,9
**check** 43:12
**chest** 74:13
**chief** 16:9
**children** 24:22
**chin** 26:23 27:2
28:15 89:6
94:19,24 95:2
98:12,13,18
99:6 109:11,14
**chinatown** 75:6
**chinese** 1:4 2:2
5:7 11:22,24
50:5,18,20
51:4 52:16,20
52:22 53:9
60:16 61:3,6
62:25 63:1,10
63:15 65:19,21
66:23 67:3,10
67:12,13,16,21
67:24 75:21
80:4 86:18
87:19 90:8
94:12 99:1
102:12 130:10
131:21 140:1
141:1

**chiropractor**
61:4,7 63:1,6,8
63:12,16,20
65:21 67:21,24
68:4 86:19
**chiropractors**
62:25 67:20
125:20,21
126:18 133:11
**choice** 34:7
**choices** 66:13
**chow** 3:12 89:9
95:5 101:16
**church** 2:17
**citizen** 11:25
**citizens** 1:4 2:2
5:7 11:23 90:8
94:12 99:2
102:13 140:1
141:1
**city** 1:9 2:13,14
2:16 5:10,10
11:3 16:2,4
44:7 128:13,18
129:14 131:14
132:5 136:22
**claim** 23:10,11
48:11 123:17
123:17,20,23
**claims** 48:14,14
**clear** 37:22,24
**clearly** 7:17,21
30:7 103:16
105:19 107:16

Siu-Lin Linda Lam

**[click - courtyard]**

**click** 92:22,25
**clipboard** 24:1
  105:18,19
  107:1
**close** 3:9 33:18
  34:11 111:2
**closed** 73:3
  111:20 120:4
**closely** 29:21
  30:20,21
**closer** 104:17
  105:22
**closest** 70:22
**clothing** 30:2
**coat** 21:21,23
  22:3,4,5 37:16
  38:11,11 42:23
  44:24 94:4,20
  99:12,18
  112:21 118:5
  119:25 122:17
  122:25
**coats** 21:20
**cody** 24:21
  41:14
**collar** 99:18
**colleague** 80:23
**colleagues**
  56:15
**collective** 109:1
**college** 14:11
  14:13,14,18,21
  15:1
**color** 29:15
  94:3,20 95:19

**colored** 94:2
**columbia** 14:21
  15:4
**come** 8:25
  19:13 36:12
  44:17 46:11,16
  47:1,4,15
  74:25 80:12
  91:5
**coming** 107:13
  107:17
**company** 87:2
  87:3
**compare** 98:2
**comparison**
  50:22
**complaint**
  70:25
**complaints**
  51:3
**complete** 123:3
  141:8
**concluded**
  137:11
**condition** 9:5,9
**confined** 124:9
  124:12
**confirm** 16:19
  67:17
**congregate**
  109:22
**constitute** 6:3
**cont'd** 4:1
**continuation**
  105:8,21

**continue** 62:12
  136:25
**continued**
  34:17,21 122:8
**control** 2:21
**conversation**
  24:13,13,15,24
  105:1 108:5,11
  124:3,5
**conversations**
  24:9
**copies** 11:13
**correct** 10:6,7
  12:13 16:21,22
  17:4,5 19:1,2
  22:20 23:21
  25:1,2 32:2,3
  39:15,20 41:24
  45:3 48:18
  49:15 54:9
  61:14 62:7
  65:10,25 66:1
  73:16 75:2
  76:15,16 81:19
  82:16,17 87:2
  88:6 90:17,18
  90:22 91:13,14
  94:25 95:1,11
  95:17 96:8,19
  96:20 97:25
  98:9,10,12,13
  98:16,20 99:23
  100:4,7,11
  101:19 102:1
  104:3 105:22

  114:16 118:8
  119:15,20,21
  120:4,13,17,18
  121:2,15 122:9
  122:10 141:8
**correction**
  10:12,23
**corrections**
  141:6
**correctly** 71:15
  79:20 92:17
**corruption**
  94:5 97:24
  98:9,16
**cortisone** 66:16
**counsel** 6:25
  90:5 116:25
  138:11,14
  139:7,10
**count** 131:7
**counting** 17:17
**country** 68:2
**couple** 12:17,18
  52:4 69:21
  70:6
**coupled** 124:17
**course** 48:9
  74:21
**court** 1:1 7:11
  7:18 8:16
  134:19 136:19
**courtyard**
  25:14,16,17
  26:2,4 96:14
  96:17 99:17,22

**[courtyard - dizziness]**                                Page 8

109:16 117:25
**cover** 80:18
**covering** 87:20
  87:20
**covid** 50:3
  53:20 73:2
  124:14,18,20
**cross** 96:17
**current** 7:22
  12:12,19
**currently** 15:8
  102:6
**cv** 1:9

**d**

**d** 3:1 4:1,2,2
  5:1 95:7 100:6
**dark** 94:1
  111:12 117:6
**date** 1:15 13:23
  15:21 16:20
  63:17 140:24
  141:12
**day** 16:16
  17:18 18:21
  30:23 41:11
  42:19 43:23
  49:13 56:24
  71:24 108:16
  141:15
**days** 51:24 59:6
  59:6 72:8,18
  75:11
**deal** 134:18
**decided** 44:21

**declare** 141:4
**deemed** 141:6
**defendants**
  1:11 2:13 6:9
  7:4
**definitely**
  136:16
**deliver** 68:21
**demand** 24:23
  41:15 128:23
**denied** 42:13
**department** 1:9
  2:13,16 5:10
  20:10,17 24:4
  26:7 82:3,8
  104:16 123:21
  140:1 141:1
**depending** 52:5
  68:11
**depict** 111:2
**depicted** 93:15
  96:22 97:12
  100:10,14
  102:23 104:11
  104:15 105:4
  106:7 110:19
  113:18
**depiction**
  103:19
**deponent** 141:3
**deposition** 1:13
  4:5 5:6 6:1 7:5
  7:7,19 9:22
  10:3,19,22
  11:19 12:8,11

13:8,12 39:13
  116:14 136:22
  137:1 138:1
**depression**
  79:22
**deputy** 20:24
  22:23 24:17
  46:5 124:2
**deputy's** 24:7
**describe** 21:17
  35:15 36:9
  71:9 87:11
  100:3 120:19
  121:19
**described** 99:9
  99:11,22
  100:12 102:22
  104:5 110:25
  114:18 116:11
  116:14 122:4
  124:9
**describing** 88:4
  104:1,7
**description** 3:6
  4:3
**designated**
  106:17
**detail** 54:15
  66:12
**dialogue** 48:10
**diclofenac**
  48:25 51:16,20
**difference**
  30:19

**different** 29:18
  39:6,6,22,22,22
  41:8,9 58:3,4
  60:15,25 62:9
  75:25 97:6
  106:23 133:20
  133:21,22
**differently** 58:3
**difficult** 7:16
  8:18
**difficulty** 69:11
  70:2,7 81:11
  81:14 110:15
**digital** 138:8
  139:3
**digits** 14:1
**direction** 47:1
  68:12
**directly** 98:18
**disability** 15:17
**disc** 34:4 49:14
  49:18 55:16
  66:3
**disciple** 58:13
**discuss** 13:8,11
**discussed** 73:19
  85:11 124:8
**distributed**
  108:24
**district** 1:1,2
  41:9 74:23
  82:24
**dizziness** 72:11
  72:12 75:1

Siu-Lin Linda Lam

**[dizzy - effects]**

Page 9

**dizzy** 74:12
**doctor** 50:2,4,5
50:19,21,24,25
51:2,4,7,8,10
52:13,16,18,20
52:21,23,23
53:2,4,5,6,9,25
55:6,8 59:8,9,9
59:17 63:6,24
65:17,18,19
67:7,9 70:8,16
70:19,21,22,25
72:22,22 73:9
73:12,14 75:15
75:18,21,22
76:17,23 77:12
77:17,22 80:18
87:6 124:15
128:6,7 129:12
130:11,16,24
131:22
**doctors** 51:6
65:22,25 66:2
66:5,21 74:25
80:16 87:8
127:7,15
**documentation**
10:18
**documenting**
61:9
**documents**
11:10
**doc** 3:17 27:4
27:12,14 43:19
44:7,10 48:10

85:7
**doing** 8:13
40:25 52:7,12
62:14 64:8
99:25 120:19
**door** 23:15
25:18 26:8
29:11 30:9,12
30:13,14,25
31:1,7 32:13
34:8 37:5,9,22
37:23,24 38:1
42:12 43:1
46:12 102:10
111:20,20
112:13,16
113:22 117:25
118:1 120:3,21
121:23
**doors** 30:11
37:8 101:7,8,8
102:3
**doorway**
121:15
**dosage** 71:21
**dr** 4:7,12,14,16
4:18,20,22,24
53:8,9,11,13,15
53:25 54:7,11
54:19 55:3,4
55:18,19,21,22
55:23 56:1,12
56:13,17,19,20
57:2,14 58:20
58:20,24 59:18

59:19,19 60:1
60:3,6,7,11,19
60:21 61:3,5
61:10 62:8,19
62:22 63:18,23
64:1,6,18,22,23
65:1,9,9,12,14
65:19,20,20,21
66:10 67:19
70:11,12,14,16
71:2,6 72:17
72:22 73:4,7
73:15,15,16,17
73:22,23 75:9
75:9,10,14,21
75:22 76:3,11
76:24,25 77:3
77:6,14,14,14
78:4,7,13,18,22
78:23,24 79:4
79:10,13,14
80:8,13,23,24
86:15,25,25
87:4 125:18,24
125:24,25,25
125:25 126:13
126:19,23
127:2,7 128:4
128:6,14 129:2
129:6,15,25
130:2,8,9,13,21
130:22,23
131:3,15,17,20
131:24 132:6,7
132:11,12,15

132:17,18,21
132:25 133:15
134:23,24,24
135:5 136:10
136:15,16,17
**dues** 91:7
**duly** 6:21 138:5

**e**

**e** 2:1,1 3:1,5 4:1
4:2,2,2,2 5:1,1
13:4 76:24
78:3 79:18,18
95:7 100:6
140:3,3,3
**earlier** 39:12
76:12 96:15
99:10,22
100:12 102:22
104:5 108:19
110:25 114:19
115:25 116:11
116:14 118:2
121:21 122:4
124:1,9 125:11
**early** 59:13
**education** 1:10
2:14 5:10
20:10,17 24:4
26:7 41:8 82:4
82:8 104:16
123:21 140:1
141:1
**effect** 72:13
**effects** 80:6

Siu-Lin Linda Lam

eight 63:21
113:3
eighteen 16:6
121:19
either 66:25
72:14 89:18
135:20,25
elaborate 47:13
48:6 71:11
eleven 119:24
elmhurst 1:18
5:13 12:12
emotional
69:17 73:11,20
75:15,19,24
76:6,14,19
80:25 85:11,13
124:8
employed 15:8
15:11 16:1,2
138:11,14
139:8,11
employee
138:13 139:10
encircled
102:21
encounter 27:5
encountered
27:11
energy 57:5
english 85:21
enter 23:5 25:4
33:9,10,11,15
33:16,21 101:1
101:10,11

102:17 104:22
109:25 112:1
112:11 114:16
116:6
entered 45:25
entering 20:20
22:15 23:18
30:23 32:9
118:6
entire 76:2,2,14
110:10 117:1
entitled 44:2,13
136:16
entrance 25:18
26:5,19 28:13
37:4,7 99:21
101:6
entries 23:1
entry 23:16
25:6 42:13
45:3 108:22
117:19
equivalent 67:1
errata 10:15,22
10:24
es 138:4
esquire 2:6,15
et 1:6,10
etcetera 98:16
event 41:2 88:5
88:10,22
events 16:20,23
90:25
everybody
46:10 91:9

92:3
evidentiary
5:25
exact 15:21
63:17
exactly 15:22
30:15 64:11
125:1
examination
3:2 7:1
examined 6:23
71:8
example 42:18
43:2
exercise 52:7
52:15,25 55:1
57:10,16 58:21
76:4,13
exercises 52:11
58:25
exhibit 3:7,8,10
3:11,12,14,15
3:17,18,19,20
3:21,23,24,25
93:16 96:24
99:4 100:18
101:14 102:7
103:22 104:12
105:6 106:8
107:7 109:7
110:12 113:13
116:18
expenses 86:12
expensive 79:7

experience 30:6
30:17 49:22
72:10
experiencing
51:13 68:9
70:1 75:16
76:19 81:1,3
81:11
expired 127:9
explain 24:19
71:10
explained
20:25 46:7,9
explaining
85:20
express 44:13
extent 12:4

**f**

f 79:18
face 89:8 103:1
facebook 41:2
88:13,16,18,21
facility 4:10
63:5,7 125:19
132:13
facing 103:25
fact 30:4 36:8
43:25
fair 48:4
110:23
familiar 90:7
91:15
family 53:17
fast 114:5
115:22

Siu-Lin Linda Lam

**[fear - fourth]**

**fear** 85:16
**february** 12:20
  12:23 15:10
  16:15,19 43:23
  49:23 51:12
  53:2 54:12,16
  56:20 64:23
  65:2 66:8 68:1
  68:16 69:2,9
  69:13,19,20,25
  72:16 73:5,6
  74:3,3,19 75:2
  75:3,8 79:11
  80:10 81:17,18
  82:2,14,19,20
  82:21,22,23
  83:5,11,20,21
  83:21 84:1,8
  86:13 87:15
  88:22 91:19,25
  97:21 128:11
  128:20
**federal** 107:12
  107:17
**fee** 86:19
**feel** 60:17 69:1
  74:17 79:25
  82:10 86:2,7
  89:20
**feeling** 74:12
  74:14 75:1
  81:6
**feelings** 80:25
  81:3

**felt** 22:4 32:22
  34:5 44:22
  48:22 49:4
  51:25 55:13
  74:11,13 85:22
**ferdinand**
  139:2,15
**festival** 91:1,3
**fifteen** 120:8
**fifty** 120:25,25
**figure** 136:6
**file** 2:20 123:23
**filing** 123:19,20
  123:23
**film** 91:1,3,3
**films** 91:2
**financially**
  138:15 139:11
**find** 56:13
  63:13 80:13
  87:2 126:10
  134:6
**fine** 7:13 8:22
  68:14 73:24
  89:18
**finish** 8:14
  25:13 29:4
  61:5
**fire** 94:4,5
  97:23 98:8,15
**first** 6:21 7:9
  13:3,18 14:20
  17:22 18:5
  19:15 20:8
  22:10 23:1,11

  23:13,14,19
  27:1,4,11
  32:21 34:16
  41:22 49:8
  50:16,17 51:2
  52:17,17,22,23
  53:2,4,6,11,12
  54:6 55:4 56:8
  56:9,16 58:24
  59:14 60:21
  61:1,6,12 77:5
  77:7,23 78:22
  78:23 80:17
  98:7,8 101:18
  110:11 112:6
  117:22,23
  126:12 131:25
  134:21 136:10
  137:7
**five** 11:20 14:6
  32:14,23 51:24
  80:17 114:6
**fix** 57:8
**floor** 38:13
  40:15
**flow** 57:5
**fluoxetine**
  79:18,24
**flustered** 28:19
**fluttering** 86:8
**focus** 80:22
**fold** 45:20
**follow** 57:19
  58:6,10,20
  60:8 61:22

  62:2 127:10
  132:2
**followed** 60:22
**following** 58:17
  58:18
**follows** 6:23
**foot** 50:24
**force** 34:14
**foregoing**
  138:3,4 139:4
  141:5
**forget** 78:10
**form** 16:12
  67:1 84:21
  88:3
**former** 56:14
  80:22
**forty** 116:2,4
  122:1
**forward** 26:11
  68:19 84:4,5
  84:18,19,20
  85:6,6 115:22
**forwarding**
  85:3 114:5
**found** 11:22
  86:25
**four** 14:1 34:13
  34:23 51:24
  55:20 60:6,7
  80:17 111:14
  116:2,9 123:6
**fourteen** 120:9
**fourth** 100:17

Siu-Lin Linda Lam

**[frame - gray]**                                                                                      Page 12

**frame**  111:16
112:20,20
115:14 117:5,7
**free**  8:24 44:13
127:11
**friend**  74:9
75:5
**friends**  51:21
54:2 87:1
**front**  21:25
22:2,2 25:15
25:19,20 37:8
37:21 95:13
96:13 101:6,8
106:21 109:22
**frozen**  32:20,21
32:25 102:19
**full**  8:16,17
13:22 14:2
63:14 76:18
130:1 133:15
133:17
**fully**  8:14 85:22
**further**  138:13
139:9

**g**

**g**  5:1 13:3,3
70:13 78:3,3
95:14 105:14
**gate**  25:15,15
25:16,20,23
26:2,6 96:13
96:13,17,19
97:16 99:21
109:24

**generally**  90:23
**gentleman**
28:22 35:18
95:4,25 99:11
99:12,15,17
104:2 115:7
116:1 119:25
122:17,25
**gentleman's**
35:20
**george**  2:4 5:9
89:6 115:7
125:8
**gesturing**  37:16
**getting**  31:15
**give**  7:9 97:4
109:3 116:21
134:20,22,23
136:14
**given**  51:21
141:9
**giving**  136:19
**glasses**  95:5
**go**  7:6 12:1,1
14:18,22 18:18
20:18 21:12,13
24:10 26:13,13
28:3,5,9,14
31:9,17,19
33:15 35:8
38:3,24 39:12
40:25 42:2
44:15,17,22
45:12 46:4
48:24 49:6

50:1,4,14,23
54:14 55:25
57:18 58:16,19
59:5,22 60:5
64:21 66:12,14
67:7 69:4 70:7
72:3,17,20,21
73:25 74:24
76:1 78:24
81:8,15 82:24
85:17 86:10
88:14 89:1,11
89:24 91:22
92:9 96:16,17
98:7 104:17
105:9,22
106:12,15
107:23 111:11
112:14 114:3
116:12 117:20
117:25 118:1
119:1 120:3,8
120:15 121:8
121:14 122:20
124:6,15,16,17
124:19 129:9
131:13 137:7
**goes**  133:12
**going**  7:6 18:20
21:6 26:11
28:18,19 31:13
32:11 33:14
35:11 37:9,12
45:3,5,6 62:4
74:14,15 81:9

81:15 85:4,18
89:11,14,19
92:12 93:1
97:5 110:8,9
111:4 113:9,10
113:10 114:23
115:22 116:7
119:15 123:5,7
127:17 128:23
129:1 131:8
134:11,20
136:22
**good**  5:2 7:3,25
8:13 59:5
82:10 85:21
127:13
**government**
15:6
**grab**  32:11
33:6 35:25
36:3,14,21
47:17 99:10
100:13 113:8
**grabbed**  31:15
32:9 35:10,12
110:22 111:25
**grabbing**
110:24 121:20
121:22
**grad**  12:17
**graduated**
14:15
**gray**  4:16 77:25
78:2,3,4,7,13
78:18 95:8

Siu-Lin Linda Lam

**[gray - herniated]**                                    Page 13

| | | | |
|---|---|---|---|
| 101:22 125:25 126:19 135:5 135:12 | hall 19:11,16 19:18,25 20:2 20:3 21:14 23:2,8 24:14 30:23 31:23 32:10 33:9,10 33:12 38:16 41:22,25 42:5 42:8,13,20,24 43:4,6 44:6 46:21 47:7,10 47:18,23 48:9 48:12,15 89:2 96:16 104:18 105:24 121:8 121:14 | 32:10 34:20 37:1 38:6 46:1 48:12,14 51:12 54:6 66:4 71:10 74:19 79:11 85:21 86:13 124:4,14 | 11:9 110:16 126:13 |
| greater 1:5 2:3 5:8 90:9 94:12 | | happening 111:3 124:18 | heart 86:7 |
| grievance 123:13 | | happenings 41:10 | heavy 68:18,23 69:8 |
| grievances 24:18 | | hard 124:19 | height 14:5 |
| grocery 69:4 | | harvard 15:7 | help 17:25 39:2 57:6 62:16,18 62:24 64:20 69:24 76:2 80:5,25 84:18 91:1 |
| ground 40:15 | | hate 96:1 | |
| group 17:13,23 18:12 19:4 41:4,6 42:17 | | head 7:11 35:18 99:7 103:12,13,14 103:19 122:2 | |
| groups 17:17 19:6 39:1,3,5,7 39:21,21,22 41:1,4,7,8,9 42:17 | hallway 23:17 hand 6:18 33:6 33:25 36:2,3 36:14 38:18 45:13 73:21 95:25 99:19 100:23 101:9 102:9 105:16 106:24 113:6 114:11 115:8 119:8,20 120:12 128:8 | headache 50:8 69:23 | helped 18:25 |
| | | headaches 70:2 71:3 73:11 | helping 85:18 85:19 |
| guard 21:2 | | heal 57:6 76:2 | hemostatic 57:12 80:5 |
| guess 8:9,10 61:5 67:1 103:4,6 125:2 | | healing 58:4 67:5 75:22 | herbal 50:5,18 50:20 52:21,23 53:9 55:1,24 57:16 58:21 60:16 65:19 66:23,24,24 67:10,13,13,16 76:4 86:18 130:11 |
| **h** | | health 75:19 77:13 135:15 135:16 | |
| h 3:5 13:3,4 26:25 27:1 56:5 70:13 95:7 105:14 140:3 | | healthgrades 70:24 | herbs 57:11,23 58:25 66:20 76:13 |
| | handle 129:18 hands 22:9 32:22 50:9 69:23 70:10 100:5,13 | hear 7:21 31:3 114:1 122:24 | hereto 138:15 139:11 141:7 |
| half 14:6 18:19 24:25 25:3 48:3 59:4 92:19 | | heard 8:6 123:2 | herniated 34:4 49:14,18 55:16 66:3 |
| | happened 28:8 29:9 31:10 | hearing 6:16 9:24 10:3,5,9 | |
| halfway 82:10 | | | |

Siu-Lin Linda Lam

**[hide - information]**

| | | | |
|---|---|---|---|
| **hide** 107:13,18 | **hour** 18:19 | 103:23 104:13 | 124:14,20 |
| **hiding** 21:21 | 25:1,3 48:2 | 105:7 106:9 | 125:23 |
| **high** 14:7,9,10 | **hours** 9:14 | 107:8 109:8 | **including** 77:14 |
| 17:3,19 18:17 | 81:14 | 110:13 113:14 | 112:15 123:17 |
| 18:21 19:9 | **huang** 4:22 | 116:19 | **indefinitely** |
| 49:5 96:7 | 70:11,12,14,16 | **identified** | 72:1 |
| 97:16 98:22 | 71:2,6 72:17 | 31:25 101:22 | **individual** |
| 99:21 101:5 | 72:22 73:4,7 | 109:12 119:13 | 18:14 19:5 |
| 102:3 109:16 | 73:23 75:9,9 | 120:16 | 27:8,9 36:10 |
| **hing** 2:3 5:8 | 75:10 77:14 | **identify** 6:6 | 38:17,20 42:22 |
| **hold** 23:25 | 125:25 128:4,6 | 27:14 30:7 | 93:24 95:8 |
| 114:11 126:16 | 128:14 129:2,6 | 98:11,21 | 100:3 101:17 |
| **holding** 3:20 | 129:15,21,25 | 103:13,16 | 102:22 103:15 |
| 40:13,15 94:7 | 130:2 134:15 | 117:19 | 103:19 104:5,7 |
| 95:13 97:14,23 | **huang's** 128:5 | **identifying** | 111:18,25 |
| 98:8,15 100:23 | **huge** 57:24 | 27:22 39:9 | 115:13,14 |
| 101:9 105:16 | **huhs** 7:10 | **immediate** | 116:5,10,14 |
| 106:23,25 | **humiliation** | 62:24 65:7,7 | 118:4,5,19 |
| 107:10 108:9 | 81:6 | **immune** 57:6 | **individually** |
| 109:23 113:6 | **hunter** 14:14 | **impairs** 9:10 | 21:25 |
| 115:19 119:8 | 14:16,18 15:1 | **inactive** 88:14 | **individuals** |
| 119:19 | **hurt** 34:3 48:18 | **incense** 57:23 | 29:12 31:7 |
| **holistic** 50:5,19 | 74:18 81:6 | 57:24,25 58:1 | 32:4 33:13 |
| 50:20 57:9 | 85:17 | **incident** 27:19 | 37:11,23 38:2 |
| 75:22 130:10 | **husband** 12:25 | 47:20 48:5,6 | 38:5,6,15 |
| 131:22 | 13:9 | 49:20 50:7 | 39:24 40:1,6 |
| **home** 63:9 | **husband's** 13:1 | 51:12,22 54:6 | 41:19 42:12 |
| 124:12,18 | 13:16 | 54:11 56:21 | 43:17 47:3 |
| **hong** 13:2,3 | **hyperventilat...** | 64:24 66:4 | 88:25 99:9,13 |
| 14:10 | 74:12 | 69:18 71:11 | 106:18 114:2 |
| **hope** 92:17 | | 72:16 80:10 | 121:8,9 |
| **hopefully** 62:17 | **i** | 82:22 85:12 | **information** |
| **hospital** 50:2 | **identification** | 86:13 87:14 | 12:1 27:23 |
| **hot** 51:16 55:1 | 93:17 96:25 | 91:19,21 | 43:18 44:4 |
| 58:21 76:5 | 99:5 100:19 | 123:10,14,21 | |
| | 101:15 102:8 | | |

Siu-Lin Linda Lam

initial  29:2
  55:18
initially  21:5
injections
  66:16
injured  53:1
injuries  69:17
  73:11,20 75:16
  76:19 80:25
  85:10,11 124:7
  124:8
injury  49:14
  52:14,19 55:7
  55:12 66:3,8
  75:20 85:12,13
  135:6,7,21
inside  18:21
  19:8,25 20:1
  20:18 23:6,10
  23:25 26:17,19
  31:16 32:12
  42:2 44:22
  46:2,21 47:6
  47:22 48:12
  104:18 112:6
  118:1
insomnia  71:2
instructed
  52:12,12
instruction
  58:17
insurance
  80:15 87:2,3,7
intended  5:23

interaction
  47:11,14
interested
  138:15 139:12
interfere  9:6
internist  70:18
intervention
  20:9,16
involved  84:7
  84:13,15,17,22
  84:22 92:7
  132:15
involvement
  85:1,3
issues  58:15
it'll  8:18
items  69:12

j

jabbing  68:13
jabs  68:25
jacket  3:16
  38:22 94:2
  104:2 115:16
jackie  24:21
  41:14
james  17:3,6,14
  17:19 18:17,21
  19:9 49:5 96:7
  97:16
jason  5:11
jennifer  139:2
  139:15
job  1:20 8:13
john  5:11

judge  126:6
july  54:8 55:3
  55:19,20,21
  60:6,7 73:16
  130:14
june  4:16 15:24
  59:12 60:3
  64:3,4,22
  77:24 79:9
  125:19,25
  126:19 127:3
  132:22 135:5
  135:12
justice  2:7

k

k  13:2,17 59:18
keep  7:15,17
  62:13,14 86:21
  89:14,19
kennedy  15:6
kept  34:6
kevon  2:15 6:8
  7:4
kid  83:13
kim  4:7 59:18
  59:19,19 60:1
  60:3 63:23
  64:1,6,18,22,23
  65:1,9,9,12,14
  65:21 66:10
  67:19 125:18
  126:13 132:11
  132:12,15,17
  132:18,21,25
  134:23 136:10

  136:23
kind  28:18
  32:24 33:14
  34:5,10 35:13
  40:24 41:4
  51:25 57:12,23
  57:24 58:1
  61:3 62:3,23
  63:9 67:15
  69:1 70:16
  71:13 86:7
  124:7,20
  127:23 130:9
  132:16
knapsack
  22:11,13,17,17
  44:20,21 45:8
  45:16,18,22
  99:8 108:21
  117:17 121:4
knee  50:24,25
know  7:15,24
  8:3,8,10,22 9:8
  11:21 16:17
  17:16 18:23
  19:9 27:6,17
  29:5,12,23
  30:2,4,5 32:14
  32:25 34:15
  36:6 39:21
  43:7,25 54:1,2
  57:25 59:23
  62:13,17 67:4
  68:25 69:23
  70:8 71:8

Siu-Lin Linda Lam

**[know - little]**

Page 16

72:12 73:2,23
73:23 74:20
75:24 77:19
80:18 83:1
86:4 89:8
100:25 103:8
107:16 108:1,3
108:10,19
109:20 110:2
110:15 118:20
122:1 124:23
125:1,5 127:11
128:18 129:22
130:1 136:2,9
**knowledge**
52:14 138:10
139:6
**known** 13:14
19:21
**kong** 14:10
**kweekes** 2:19

**l**

**l** 13:2,4,17
71:14,14 79:18
95:22 105:14
**lady** 26:6 94:3
95:13,19
**lam** 1:14 2:4
4:4,6,8,9,11,13
4:15,17,19,21
4:23 5:6,9 6:13
6:13,20 7:3 9:2
12:10 13:14,15
13:17,19 14:4
14:7 15:8,13

16:15 89:20
90:7 92:12
93:14 94:15
97:10 100:16
101:12 102:5
102:15 104:9
105:3 106:5
107:4 110:8,19
113:9,17 115:5
116:17 117:4
117:12 118:19
118:25 119:7
119:23 120:7
120:15,24
121:6 122:15
123:10 125:19
125:22 127:1
127:20 128:5
130:8 132:17
136:5,24 140:2
140:24 141:2,4
141:12
**langone** 133:4
133:6 134:23
**lanyard** 27:23
**lasts** 48:2
**law** 2:16
**law.nyc.gov**
2:19
**laws** 5:25
**lawsuit** 11:2,5
87:23 88:1,4,4
88:9 123:19
**leading** 25:17
26:4 74:6

**leave** 23:24
32:16,18,19
33:2,3,3,4,5,8
33:24,24 35:2
35:5,6 102:21
104:4,6 110:4
110:6 122:5,8
136:22
**led** 73:22
**lee** 2:4 4:24 5:9
53:8,9,13,15,25
54:7,11,19
55:3,4,18,19,21
55:23 56:13
58:20 60:6,7
60:11,19 65:19
73:15,16,22
75:14,21 76:3
77:14 89:6
115:7,9,10
125:8,24 130:8
130:9,13
134:17,17
136:16
**lee's** 53:11
58:20
**left** 26:10,11
28:4,4 29:24
35:12,12 49:4
94:21,23
100:20 118:6,7
120:15,21
**leg** 34:6 52:1
**lengthy** 116:22

**letting** 31:13,21
37:17 113:21
**licensed** 67:15
**lift** 68:18,19,23
68:23,24 69:3
69:5
**lifting** 68:20
69:8,11
**light** 57:25
**likely** 71:17
**lin** 1:14 2:4 5:9
6:13,20 13:15
13:16 140:2,24
141:2,4,12
**linda** 1:14 2:4
5:6,9 6:13,20
13:15,16,17,17
89:16 140:2,24
141:2,4,12
**line** 22:1 44:22
85:24 140:4,7
140:10,13,16
140:19
**list** 93:3,5
**listed** 27:21
**listen** 129:1
**listing** 27:20
**little** 7:15 18:19
25:13 47:13
64:20 72:10,11
89:13 93:8
111:11,12
114:24 115:23
116:1,22
122:21 124:6

Siu-Lin Linda Lam

[liu - masters]                                                        Page 17

| | | | |
|---|---|---|---|
| **liu** 2:4 5:9 | **look** 10:14 12:2 | 100:5 | **manhandled** |
| 95:22 | 28:1 29:21 | **m.d.** 50:10,15 | 20:21 |
| **live** 12:19,24 | 30:20,20 36:20 | 70:17 71:4 | **manhattan** |
| 13:5 70:22 | 53:13 64:11 | **made** 10:15 | 77:2 |
| **lived** 12:15,16 | 70:22,23 78:11 | 51:3 107:19 | **manner** 6:1 |
| 12:18 | 91:2,22 98:4 | 108:15,18,20 | **march** 82:23,25 |
| **located** 5:13 | 127:12 136:11 | 141:5 | 83:3,5,6,6,7,7 |
| 53:15,16 56:10 | **looked** 27:20 | **madison** 17:3,7 | 83:22 |
| 63:2 70:14 | 36:24 | 17:15,19 18:17 | **marino** 3:11,13 |
| 76:25 | **looking** 28:1 | 18:21 19:9 | 5:11 27:7,17 |
| **location** 1:17 | 38:1 46:22 | 49:5 96:7 | 27:18 28:21 |
| 17:1,2,19,21 | 94:22,22 95:19 | 97:16 | 31:14,18 32:8 |
| 35:6 59:24 | 96:6 97:18 | **main** 57:1 76:8 | 35:9 42:18 |
| 106:14 | 98:14 99:24 | 84:3,5,14,16 | 47:16,22 99:11 |
| **locations** 39:22 | 100:25 102:15 | **maintain** 80:5 | 99:14,16 |
| **long** 12:15 16:4 | 107:16 115:20 | **maintenance** | 100:21 101:22 |
| 18:16 42:3,6 | 117:18 | 62:23 | 110:22 111:10 |
| 43:8,15 44:1,2 | **looks** 35:16 | **majority** 40:5,8 | 112:2,14,18 |
| 46:9,16 47:2,4 | 94:24 119:14 | 40:10 | 118:3,4,11 |
| 47:25 48:2 | 119:24 120:11 | **make** 19:20 | 120:17 121:21 |
| 49:24 51:22 | **lot** 11:25 12:1 | 24:21 41:19 | **marked** 93:16 |
| 52:2 53:19 | 23:8 44:19 | 61:9 62:4 | 96:24 99:4 |
| 54:5 55:8,10 | **louder** 7:22 | 70:25 74:10 | 100:18 101:14 |
| 55:10 64:14,18 | **lower** 48:21 | 91:2 92:21 | 102:7 103:22 |
| 66:19 68:6 | 51:10 | 94:8 107:16,21 | 104:12 105:6 |
| 69:25 71:20 | **lucas** 2:4 5:9 | 108:17,23,25 | 106:8 107:7 |
| 72:5 77:15,15 | **luk** 13:2,5,17 | 109:2 123:13 | 109:7 110:12 |
| 78:9,9,12,15 | 13:17 | 125:12 129:21 | 113:13 116:18 |
| 79:23 87:10 | **lyon** 130:21,21 | **making** 41:15 | **married** 13:19 |
| 88:15 90:14,19 | 130:22,23 | **male** 27:10 | **massage** 63:10 |
| 94:1 123:7 | 131:3,15,17 | 38:7,14 42:23 | **master** 14:20 |
| 124:19 | **m** | **man** 115:15 | 14:25 15:2 |
| **longer** 65:24 | **m** 4:2 13:4 | 116:11 118:20 | **masters** 14:24 |
| 68:16 69:14 | 57:22 59:18 | **management** | 15:4 |
| | 71:14 76:24 | 16:10 | |

Siu-Lin Linda Lam

**[matter - mind]**                                    Page 18

| | | | |
|---|---|---|---|
| matter 5:7 | medicine 50:23 | 85:17,19 86:11 | mention 18:2 |
| maximum | 53:17 57:16 | 89:2 91:10 | 18:25 19:23 |
| 64:12 | 66:24 67:4,16 | 93:19 96:16,18 | 21:5 24:25 |
| mayor 17:9,23 | 71:12,13,16 | 101:2 102:17 | 25:6 33:13 |
| mayor's 24:19 | 77:21 80:4 | 104:6,19 | 41:21 44:3 |
| mean 20:17 | 124:16 130:22 | 105:24 106:14 | 48:16 49:13,25 |
| 25:20 26:14 | 131:20 132:16 | 106:17 109:17 | 66:17,20 70:5 |
| 36:17 37:3 | meds 62:15 | 109:18,21,24 | 81:17 122:7 |
| 39:21 42:16 | meeting 3:7,8 | 110:3 112:7 | 124:1 |
| 49:1,3,3 53:24 | 3:20,22 17:8 | 114:19 115:6 | mentioned 10:5 |
| 63:3 68:20 | 18:2,3,6,7,18 | 117:20 120:4 | 21:16 22:19 |
| 79:2 84:22 | 18:21,23 19:8 | 121:8,14 | 30:17 31:21 |
| 85:3 87:24 | 19:10,11,19,20 | meetings 19:16 | 36:13 38:25 |
| 94:3 123:17 | 19:25 20:2,3 | 19:18 41:25 | 39:13 52:18 |
| 136:16 | 20:19 23:2,8 | 42:5,9,9,14 | 53:24 66:10 |
| meaning 88:4 | 24:14 29:6,7 | 43:6,11,14,19 | 67:22 70:12 |
| means 6:2 | 30:23 31:23 | 43:21 44:5 | 79:13 84:17 |
| meant 39:4,5,5 | 32:1,5,10 33:9 | 81:9 82:1,5 | 86:24 88:24 |
| 40:23 88:19 | 33:11,12,21 | 83:2 124:16 | 96:15 105:20 |
| med 80:2 | 35:11 38:16 | melanie 89:7 | 111:25 115:25 |
| medical 4:6,7,8 | 41:22 42:13,20 | 95:20 | 121:20 123:4 |
| 4:11,12,13,14 | 42:24 43:4,22 | melanie's 95:21 | 125:11 126:18 |
| 4:15,16,17,18 | 44:6,9,11,18 | member 18:12 | 133:11 |
| 4:19,20,21,22 | 46:21 47:7,11 | 19:3 24:21,23 | merchandise |
| 4:23,24 48:23 | 47:18,23,25 | 41:14 88:12 | 68:22 |
| 49:6,8,10 | 48:1,4,9,12,15 | 90:11,12,14,16 | method 14:10 |
| 69:24 86:18 | 49:1 69:20 | 90:19,23 91:5 | michael 13:2,3 |
| 125:12,13,17 | 70:1 74:4,4,7 | 91:12,12 | microphone |
| medicare 64:12 | 74:11,14,16,22 | members 19:6 | 106:19 |
| 80:18 86:16 | 74:24 75:6 | 105:25 | middle 13:2,18 |
| 87:6 131:1 | 79:11 81:18,18 | memory 9:10 | 81:13 94:6 |
| medication | 81:21,23 82:3 | mental 9:9 | milligram |
| 9:13,17 66:22 | 82:6,7,8,9,12 | 75:19,24 77:13 | 71:22 79:19 |
| 73:24 79:15,21 | 82:12,15,23,25 | 135:15,15,16 | mind 50:22 |
| | 84:4,5,18 85:8 | | |

Siu-Lin Linda Lam

**[mine - nyu]**

Page 19

mine 80:23
minute 119:12
  119:23 120:7,9
  120:24
minutes 24:11
  114:6,10 115:2
  115:12 116:2,4
  116:9 121:6,12
  121:18 122:1
  122:15,23
  123:6,8
moment 69:16
  129:18
monday 1:15
month 58:7
  60:4 61:22
  62:1 64:2
months 49:12
  49:25 50:3
  57:19 58:8,9
  59:11 60:22
  61:16 64:16
  68:2,8 80:17
morning 5:2
  7:3
mother 77:16
  78:10
mount 55:9,9
  135:20,25
move 52:9
  68:11,12,14
moved 26:11
moxi 57:20
moxibustion
  57:10,17,22

59:1 62:15
  76:13
mta 16:3

**n**

n 2:1 3:1 4:1,2
  5:1 13:3,3 27:1
  57:22 70:13
  76:24 79:18
  95:7,14 105:14
name 5:2 7:3
  13:1,2,3,15,16
  13:18,18 26:22
  26:23 27:1,1,6
  28:2 53:11,12
  53:14 56:4,8,9
  59:17 63:5,12
  63:13,14 77:22
  77:23,23,25
  78:2 80:23
  87:4 89:8 95:6
  95:14,20,21
  118:23 133:13
  133:15,17
  136:10
names 88:24
  89:2 134:24
nancy 95:14
nausea 75:1
nauseating
  74:12 86:8
necessary
  141:6
neck 94:25 95:9
need 72:6 87:10
  103:12 126:5

128:1 130:7
needle 57:7
neither 138:11
  139:7
nerves 52:10
net 98:12
network 87:6,7
networks 88:12
never 30:24
  42:10 127:6,7
  132:12 133:12
new 1:2,5,9 2:3
  2:9,13,14,16,18
  5:8,10,11,16
  11:3,6 14:10
  16:2,4 44:7
  87:19 90:9
  94:12 128:2
  134:23 138:20
news 87:21
  88:9
newspaper
  87:19
ni 2:5 5:9
night 70:3,4
  74:9 75:5
  81:13 87:20
nightmare 50:8
  70:10 128:7
nightmares
  69:22 70:1
  71:3 73:10,21
nights 69:21
  70:6,9

nodding 7:10
non 21:10,15
  31:13,22 32:1
  37:18 38:6
  40:2,4 113:21
  115:10
nonprofit 91:8
notary 5:14
  138:19 141:13
  141:19
noted 141:7
notice 84:19,20
  85:6 113:19
  123:17,20,23
nowadays 92:3
nudge 34:1,12
  34:12,13
nudging 34:4
number 14:2
  19:17 98:25
  102:12 125:6
numerize
  112:10
ny 1:18 2:9,18
  5:13 12:12
nyc 140:1
  141:1
nypd 3:10
  29:20 30:3
  35:20 36:5
  43:20 44:7
  47:12,16,22
  100:7,8,9
nyu 4:7,9 55:9
  59:9,16,20,23

Siu-Lin Linda Lam

**[nyu - organization]**

Page 20

63:23 125:18
132:13,25
133:4,6 134:23
135:11,20,25

**o**

**o** 4:2 5:1 13:3
57:22,22 71:14
76:24 79:18
95:7,14 105:14
**o'clock** 40:20
**oat** 27:10
**oaths** 5:15
**object** 88:3
127:11
**objection** 5:18
6:16
**observation**
32:2 37:12
40:1
**observe** 37:14
38:10,18 46:20
115:5
**observed** 32:7
38:7
**obtain** 67:8,11
125:17,21
136:24
**obtained** 44:4
**odd** 136:7
**office** 16:10
55:25 63:8
73:2 77:2
133:7
**officer** 3:10,15
21:3 29:11,17

29:22,23,24
31:12,12 32:15
32:15 34:1,16
35:14,16,19,20
35:21,23,25
36:1,2,4,4,5,13
36:14,15,17,19
36:21 38:9
43:2 46:13,13
47:16,17,22
48:16 103:11
104:2 113:20
119:15 138:1,2
**officers** 29:13
29:20 30:3,9
30:14 31:1,18
32:19 33:4
34:9 35:1 38:5
43:1 47:1,12
47:12,21 48:17
99:10 100:10
100:12,14
102:20 112:12
114:2,12,12,21
117:15 123:11
123:22
**offline** 129:19
**oh** 39:3 49:2,2
72:7 77:25
80:7 93:4
118:16 137:6
**okay** 5:12 6:12
7:7,12,20,21,24
8:2,6,7,9,11,19
8:21,25 11:14

22:25 23:3,4
26:1,3,13,21
28:3 30:25
36:25 37:6
38:4 42:5
45:21 46:24
49:21 50:11
51:11 54:22
58:16 61:18
62:4 74:19,20
74:21 75:4
76:11 84:7
85:2,5 86:3
88:7 89:15,23
92:14,15,21
93:5,7,9 95:2
97:4 98:4
101:12 102:11
103:8 109:3,4
110:2,8,11,17
111:6,7 113:12
115:1 122:20
122:20 125:16
126:23 127:4
128:2,4 129:15
130:3,5,8,20
131:19 132:9
132:24 134:2,9
135:16 136:13
136:21 137:3,6
**once** 29:8 30:25
36:25 38:4
42:10 45:25
46:25 47:17,22
57:15 60:12

64:10 71:24
129:23 130:4
130:15 136:24
**one's** 116:22
**ones** 20:13 89:5
126:24 132:10
134:23
**online** 87:13,22
88:1
**open** 21:20,21
21:23 22:4,6
22:12,17 30:11
37:16 38:11,11
38:22 44:11,24
55:24 74:4
82:3,6 85:8
86:4,9 93:3
111:20 120:21
126:21 136:23
**opened** 22:3,3
22:4
**opening** 53:21
**opens** 19:12
**operation**
59:13 64:21
**opposed** 88:5
**opt** 64:21 66:14
**oral** 124:3,5
**orange** 95:19
107:14
**order** 33:19
134:19 136:20
**organization**
19:4 39:10
90:8,11,13,24

Siu-Lin Linda Lam

[organization - paying]                                                Page 21

91:7,8,24
105:4 106:6
107:5 109:5
**organization's**
91:15 92:7
103:18 104:10
**organizations**
39:1
**organize** 18:1
18:25 74:5
83:25 85:7
**organized**
40:24 74:3,23
74:23 82:18,20
82:21,22 83:1
83:3,4,19,21
**organizer** 74:7
83:14 84:3,5
84:14,16
**organizing**
85:19
**originally** 74:3
**orthopedic**
59:9 132:19
**outcome**
138:16 139:12
**outside** 3:7,8
3:21 18:5,8,16
19:24 20:13
24:2,25 35:5
35:15,24 36:25
38:2,25 39:24
40:7,11 43:3
44:16 47:3
74:5 93:18

96:7 97:16
98:22,22 102:2
102:3 109:16
110:6 122:3
**outstanding**
125:13
**overall** 54:25
**overhear** 46:15
117:12 122:16
**overwhelming**
12:3 74:14
85:16
**own** 56:13

**p**

**p** 2:1,1 5:1
71:14 76:24
105:14
**p.m.** 89:25 90:3
137:8,10
**pack** 51:17
**page** 3:2,6 4:3
140:4,7,10,13
140:16,19
**pages** 11:20
130:2
**paid** 125:14,15
**pain** 34:5 48:22
48:25 49:4,22
51:13,15,16,20
51:23 52:2,9
54:20 56:24
58:22 59:1
65:2,10 66:22
68:9,13,17
69:1,14 81:7

132:19
**panic** 71:18,18
79:22 128:9
**paper** 11:13
45:19 107:2
**parcels** 68:19
68:20
**parent** 42:17
44:21 45:8
108:21
**parents** 17:13
18:14 39:4,6,8
39:11,17 40:18
40:19 41:8
47:8 54:2
124:25
**park** 4:10
133:7 134:23
**part** 35:8,10
48:20 54:25
56:25 72:15
76:9 91:24
99:6,7 123:2
**participant**
83:15
**participants**
92:3
**participate**
18:1 19:7
**participated**
83:17
**particular**
41:11 43:22
44:6 117:6

**parties** 5:16,19
138:12,14
139:8,11
**partitioning**
25:24
**parts** 58:4
**pass** 74:20
111:19
**passage** 73:25
**passed** 78:10
**passing** 77:16
**past** 10:11
28:12 33:15
111:9 119:1,14
119:16
**patch** 48:25
51:16,20 55:2
**patches** 51:23
52:3 58:21
76:5
**patient** 87:12
**paul** 87:4
**paused** 111:14
111:24 113:3
115:2 119:4,8
**pausing** 114:6
116:4 117:4
119:12,23
120:7,24 121:6
121:12,18,25
**pay** 86:17
131:12
**paying** 91:7
122:19

Siu-Lin Linda Lam

[payment - played]                                               Page 22

payment  91:9
payments
   86:21 125:11
pending  8:23
people  17:17
   19:13 21:18,19
   21:25 22:2
   28:17 29:10
   30:12 31:25
   32:23 37:9
   39:14,21 40:9
   41:3 43:13,18
   43:21 44:4,19
   53:21 54:2
   69:22 85:19,25
   89:3,7 105:25
   106:20 108:18
   108:23 113:23
   126:5,7,8,19
   133:20,22
   136:19
percent  95:23
   98:3 103:10
perfect  7:24 8:2
period  71:25
   72:2 124:10,13
permitted  5:23
person  27:7
   36:9,21 52:17
   52:22 55:25
   56:1,6 57:15
   60:9 91:21
   102:23 103:16
   103:21,24,25
   105:13 106:10

106:13 115:18
   125:1,3 132:1
   133:19 134:4
person's  134:4
personnel  26:7
   27:4,12,15
   28:15 37:14
   43:20,20 44:7
   44:7,8 48:10
   104:16
ph  118:23
   130:21,21,22
   130:23 131:3
   131:15,18
pharmacy
   51:19 67:7,12
   67:13,14
phil  89:6
   105:12,14
phillip  2:3 5:8
phone  92:4
   95:20
photo  3:9,11,12
   3:21 11:13,13
   93:3,6,10,15,22
   93:25 94:16
   95:3 96:6,6,22
   96:23 97:1,1,4
   97:6,13,15,20
   97:25 98:7,8
   98:14,25 99:3
   99:13,20,20,24
   100:10,14,22
   100:25 101:4,5
   101:13,18

102:6,16,24
   103:3,20
   104:11,18,24
   105:4 106:7,22
   107:6,10 109:6
   109:10,13,15
   109:15,18
photograph
   105:11,15
   108:10 125:4
photographs
   92:1 94:11
   98:1 125:5,7
photos  4:4
   11:12,14,18,20
   11:21,22,25
   12:5,6 89:12
   92:6,8,13
physical  4:10
   9:5 32:2 37:12
   39:25 59:14,15
   59:16,22 60:3
   64:6,9,14,19
   65:16 66:8,14
   66:15 75:23,24
   85:10 124:7
   125:18 126:13
   132:13,24
   133:2 135:9
pic  94:20
pick  74:10 75:5
picture  94:21
   94:23 98:6
   99:19 100:17
   101:13,21

102:25 110:6
   115:20
pictures  92:4
pill  67:1
pills  72:7,7
pinch  52:10
pink  94:25
place  16:24
   18:4,5 19:8
   41:3 50:17
   51:22 69:18
   84:1,8,15
   123:10
plaintiff  12:5
   132:13 133:11
   135:5,14,19
plaintiffs  1:7
   2:2 6:11,14
plan  58:18,20
   80:15 90:25,25
play  110:9,11
   111:4 113:11
   114:23 116:7
   116:22 117:1
played  110:18
   111:8,22 112:3
   112:25 113:15
   114:25 115:21
   115:24 116:3,8
   117:2,11
   118:18,24
   119:6,11,22
   120:6,10,14,23
   121:5,11,17,24
   122:14,22

Siu-Lin Linda Lam

[playing - prior]                                                    Page 23

playing 116:24
  118:14 123:7
please 6:6,18
  7:16 8:3,9,14
  56:4 127:18
pocket 86:12
  86:17,20
  131:12
podiatrist
  50:24
point 8:21
  21:12 36:11,23
  38:12 47:6
  57:10 62:14
  93:24 101:11
  105:24 114:1
  117:8,10,18
  118:12
pointed 101:17
pointing 122:3
points 58:3,3
police 21:3
  29:16,22,22
  31:12 32:15
  46:13 54:15
  86:4 123:15
policies 17:10
  17:24
policy 19:21
  24:19 41:16
pomerantz
  4:18 76:24,25
  77:6 78:22,23
  78:24 79:4,10
  79:13,14 80:8

80:13,23,24
  86:15,25,25
  87:4 125:25
  126:23 127:2,7
  127:18,22
  134:12,15
  136:15
pomerantz's
  77:3
portion 103:2
position 68:14
  130:7 134:16
post 41:1 87:19
  88:20 92:5
posted 41:12
  41:18 87:13,25
  88:16,21 92:6
  125:10
poster 20:1,9
  20:11 21:1
  39:13 42:3
  46:10 100:24
  119:10,19
  120:12 121:1,3
posters 18:11
  18:13,15 19:24
  19:24 20:4,6
  20:12 21:7
  23:22 40:10
  41:19 42:1,4,6
  42:11 43:7
posting 88:19
  91:22
postings 91:18

pounds 14:6
  68:22 69:3,8
  69:12
prearranged
  82:25
preexisting
  49:14
prefer 117:1
premises 35:5
  110:4,5
preorganized
  83:23
preparation
  4:5 10:3,10,19
  11:10,19 12:7
prepared 139:3
prescribe 57:9
  57:11,16 60:15
  64:10 66:21
  67:3 72:5
  77:20 79:14,17
  79:18
prescribed
  55:1 59:15
  66:23 71:12
prescription
  60:15 75:11
  86:18,18 128:8
pressure 57:10
  58:2,3 62:14
  71:9
prevent 35:10
prevented
  30:22 32:9
  118:5

preventing
  23:16
previous 30:6
  30:17 135:20
previously 12:5
  44:3 55:7
  62:10 83:2,4
  98:21 109:12
  120:16
primary 70:19
  70:21 72:21,22
  72:25 130:24
principal 3:11
  3:13 5:11 27:7
  31:14,18 32:8
  35:9 42:18
  47:16,21 99:11
  99:14 100:21
  101:22 118:4
  118:11 120:16
  121:21
printouts 11:14
prior 11:9
  17:18 30:23
  31:17 41:25
  42:5,14,19,24
  43:4,6 46:19
  49:13,22 52:14
  55:12 63:23
  66:3 68:16
  69:2,9,13
  75:14 77:9,13
  78:18 92:6
  97:24 103:20
  130:24 135:6,8

Siu-Lin Linda Lam

**[prior - quickly]**

Page 24

| | | | |
|---|---|---|---|
| 135:14 138:5 | 18:3,4,5,8,10 | **psychiatrist** | 106:10 110:22 |
| **private** 50:2 | 19:1,4,20 | 77:4,10,11,17 | **pushing** 34:7 |
| **probe** 107:12 | 20:14 23:6,20 | 77:20 79:14 | 43:3 48:17 |
| 107:17 | 24:2,10,12,14 | 80:9 127:24 | 104:6 110:24 |
| **problem** 76:10 | 24:20 25:14,15 | **psychiatrists** | 121:22 |
| **procedural** | 29:5 38:25 | 78:20 | **put** 10:12 19:4 |
| 5:24 | 40:24 41:11,12 | **psychologist** | 19:5 23:7,10 |
| **proceed** 90:5 | 41:14,16,18 | 80:9 | 38:9,16 41:2 |
| **proceeding** | 74:5,8,15 | **psychologists** | 44:20 57:7 |
| 1:17 5:4,22 | 83:16 84:9 | 78:20 | 58:2 98:1 |
| 137:11 139:4 | 86:1,5,10 | **pubic** 16:12 | 116:10,13 |
| **proceedings** | 91:24 93:18 | **public** 16:13,13 | 117:13,16 |
| 138:3,5,6,9 | 97:15,20 98:22 | 17:8 19:11 | 135:2,3 136:14 |
| 139:6 | 108:16,20,25 | 82:3,6 138:19 | **putting** 100:12 |
| **process** 92:8 | 117:24 | 141:19 | 121:1,3 |
| **produce** 128:3 | **protested** 24:25 | **pull** 32:22 33:6 | |
| **produced** 5:21 | **protesting** | 33:25 36:2,2,3 | **q** |
| 10:8 12:6 | 18:17 19:23 | 55:14 116:21 | **qualified** 138:7 |
| **production** | 27:2 39:2,14 | 121:23 | **queens** 56:11 |
| 12:6 125:16,20 | 39:25 40:2,6,9 | **pulled** 22:15 | 59:23 63:4,4 |
| 131:17 | 40:11 89:1 | **pulling** 121:20 | 70:15 133:7 |
| **professional** | 109:23 | 121:22 | **question** 8:2,4 |
| 75:19 | **protests** 82:18 | **pulse** 71:9 | 8:6,8,17,23,24 |
| **progress** 58:13 | 83:3,8,10,17,19 | **purple** 94:1 | 10:4 44:5 |
| 83:1 | 84:8,15 85:1 | **purpose** 41:5,7 | 48:13 51:2,11 |
| **prompt** 97:5 | 86:11 | 41:12,13 | 53:7 76:17 |
| **promptly** | **provide** 87:7 | **purposes** 58:5 | 84:14 108:7 |
| 109:25 | 130:19 132:8 | **push** 32:11,22 | 109:1 129:2,8 |
| **pronounce** | 136:12 | 33:15,17,19 | **questions** 8:15 |
| 71:15 79:19 | **provided** 64:13 | 34:2,2,10,12,17 | 19:13,14 48:10 |
| **proper** 134:18 | **provider** 87:5 | 35:14,24,25 | 58:13 84:11 |
| **properly** 61:9 | 126:15 135:15 | **pushed** 22:15 | 107:2 110:10 |
| **property** 25:24 | 135:24 | 31:15 35:13,13 | 113:11 128:18 |
| **protest** 3:7,8 | **proximity** | 36:17 54:14,16 | **quick** 62:13 |
| 17:9,15,23 | 96:11 101:5 | 65:1 102:19,23 | **quickly** 26:14 |
| | | | 26:16 28:12 |

Siu-Lin Linda Lam

| | | | |
|---|---|---|---|
| 29:6 | 36:20,23 42:14 | 104:10 105:3 | **recording**  5:4 |
| **quite**  19:17 | 42:21,24 43:3 | 105:10,12 | 5:21 138:8 |
| 49:24 125:6 | 43:5 46:15 | 106:6 107:5 | 139:4 |
| **r** | 48:2 53:12,15 | 109:5,9,12,14 | **records**  4:7,9 |
| | 54:5 55:10,10 | 110:19 111:25 | 4:12,14,16,18 |
| **r**  2:1 4:2 5:1 | 56:8,9,10 63:2 | 112:19 113:17 | 4:20,22,24 |
| 71:14 76:24 | 63:17 64:11 | 117:5 118:10 | 125:17,21 |
| 78:3,3 95:7,7 | 69:15 70:14 | **recollection** | 127:8,21 128:2 |
| 100:6 140:3,3 | 77:23 78:11,14 | 45:24 100:1 | 128:4 130:2 |
| **race**  97:24 | 81:23 83:13 | 103:20 | 134:15 136:19 |
| 98:15 | 88:8,24 89:2,4 | **recommend** | 136:25 |
| **racial**  24:21 | 89:5 95:21 | 54:19,24 60:25 | **recover**  74:1 |
| 41:15 | 99:24 102:15 | 62:8,9 66:21 | **red**  94:24 116:5 |
| **racist**  24:20 | 106:11 107:19 | **recommendat...** | **reduced**  138:7 |
| 41:15,17 | 108:4,15,23 | 76:4 87:1 | **refer**  80:8 |
| **radiate**  34:6 | 112:10,22 | **recommendat...** | 108:25 |
| **raise**  6:18 | 113:1 129:17 | 76:12 91:2 | **referral**  53:20 |
| **reaches**  84:18 | 136:23 | **recommended** | 53:24 |
| **read**  141:5 | **receipt**  86:22 | 58:25 62:10 | **referred**  53:25 |
| **reading**  84:23 | **receipts**  86:21 | 64:6 | 56:12,14 |
| **reads**  95:15 | **receive**  15:13 | **recommending** | 132:14 |
| **real**  86:8 | 15:16 16:11 | 66:11 | **referring**  17:11 |
| **really**  27:25 | **received** | **record**  5:5,19 | 25:11 36:16 |
| 28:18 30:7 | 132:12 133:12 | 6:6 10:13 | 100:4 115:12 |
| 61:2 107:16 | **receiving**  15:19 | 89:25 90:1,2,4 | **reflect**  94:11 |
| 117:6 124:19 | **recently**  67:23 | 94:10 102:11 | 102:12 111:13 |
| **reason**  9:2 | 91:20 | 111:13,23 | 111:23 113:2 |
| 140:6,9,12,15 | **recognize**  89:8 | 113:2 115:1 | 115:2 |
| 140:18,21 | 93:14,22 94:15 | 129:21 130:19 | **refresh**  103:20 |
| **recall**  9:24 | 94:18,19 95:2 | 132:8 134:16 | **regarding** |
| 14:15 15:19,21 | 95:4,12,13,18 | 137:7,8 138:9 | 16:20 22:16 |
| 16:17,23 17:6 | 95:19,24,25 | 139:5 | 75:19 123:14 |
| 27:5 29:2 30:8 | 96:4,22 97:12 | **recorded**  6:1 | 124:22 125:4 |
| 30:15 31:24 | 100:16 101:13 | 124:23 138:6 | 135:5,20 |
| 34:9 35:8,10 | 101:16 102:5 | | 136:24 |
| 35:15,16 36:6 | | | |

Siu-Lin Linda Lam

**[rego - safely]**

Page 26

| | | | |
|---|---|---|---|
| **rego** 4:9 133:7 134:23 | **report** 90:25 123:11,13,20 123:24 | 129:25 | 49:4 50:13,20 59:6 61:8,13 |
| **regular** 15:16 15:18 70:17 71:4 | **reported** 1:19 **reporter** 5:2,3 6:12,15,24 | **response** 127:21 129:3 129:18,22,25 130:1 134:25 | 61:23 70:3 73:1,18 76:7,8 83:23,24 85:2 |
| **reimbursed** 86:16 | 7:11,18,25 8:16 89:16,18 | **responses** 7:10 7:12,19 136:14 | 94:2,20,21 95:25 98:11,24 99:19 102:2,3 |
| **rejected** 127:20 | 89:24 90:3 92:19 93:12 | **responsibility** 92:11 | 102:9 103:24 105:16 106:24 |
| **related** 9:21,25 24:16 54:23 65:10,17,22 66:3 73:9 75:15 76:18 77:12 87:14,22 88:1,4,9,9,17 88:22 91:19 125:22,23 138:11 139:7 | 97:8 137:6 **reporting** 88:10 **represent** 7:4 116:23 121:20 122:4 **representation** 110:24 **represented** 122:11 | **rest** 12:18 48:4 **restore** 57:11 62:16 **result** 69:18 85:12 86:13 **retire** 15:23 **retired** 15:9,12 **retirement** 15:25 16:7 **review** 10:2,9 | 107:17 108:22 114:15 115:17 118:7,7 120:1 127:25 129:2 129:24 130:4 130:17 131:11 131:14,23 133:8 134:15 134:25 136:9 |
| **relates** 103:21 **relative** 138:13 139:10 | **request** 128:14 128:24 129:21 134:13 | 10:14,18,21 11:10,12,16,18 138:21 | 136:13,21,23 137:4 **rights** 44:12 |
| **release** 128:1 **relieve** 52:8 **remember** 16:16 26:22 28:25 36:10,11 64:1 78:21 | **requested** 127:19 138:21 **requesting** 127:8 **required** 141:13 | **reviewed** 4:4 10:24 11:14,21 12:5,7 **reviewing** 92:8 **rewind** 116:1 **rhetoric** 95:16 | **role** 90:24 128:5 **route** 64:21 **row** 70:9 **rules** 5:25 7:6 **run** 26:16 107:13,18 |
| **remote** 1:17 **remotely** 5:17 **repeat** 8:4 74:18 **rephrase** 8:4 51:11 **replay** 122:21 | **reserve** 136:23 **reserved** 137:9 **resolve** 58:16 **respond** 129:16 **responded** 127:8 128:3 | **right** 6:18 7:21 15:25 22:16 26:16 28:5,9 28:11 29:23 32:12 33:11 34:19,22 39:19 41:23 47:5 | **s** **s** 2:1 3:5 4:2,2 5:1 57:22 100:5 140:3 **safely** 103:15 |

Siu-Lin Linda Lam

[safety - see]                                          Page 27

| | | | |
|---|---|---|---|
| **safety** 29:11,13 | **says** 96:1 | 92:18,23 93:2 | 44:16,17 45:5 |
| 29:20 30:2 | 107:12 | 93:6,11 97:3 | 45:11,12,21 |
| 31:12,12 32:15 | **scared** 32:17 | 123:16 126:1,4 | 50:11 52:20 |
| 35:18,21,23 | **scarf** 23:7,24 | 126:10,16,21 | 53:5 58:19 |
| 36:1,4 38:8,8 | 94:25 95:9 | 127:1,4,12,17 | 60:5 74:25 |
| 43:2 46:13 | **scheduled** 75:6 | 127:22,25 | 92:16 96:21 |
| 47:1,12,15,21 | **school** 3:21 | 128:10,13,15 | 97:1,1,5 98:14 |
| 104:2 123:22 | 14:7,9,10 15:6 | 128:17,25 | 101:1,3 102:16 |
| **sam** 96:3,3 | 17:3,9,19,24 | 129:5,9,12,15 | 102:18 109:4 |
| **sat** 9:22 10:5 | 18:17,22 19:9 | 129:20 130:3,6 | 112:8 113:8,9 |
| **satellite** 59:23 | 19:12 20:24 | 130:12,16,20 | 116:21 117:21 |
| 133:7 | 23:5 25:24 | 131:2,6,9,14,19 | 117:21,24 |
| **saw** 21:19 | 26:5,8 29:11 | 131:23 132:3,5 | 119:13 126:11 |
| 37:11 51:3 | 29:13,20,24 | 132:9,15,20,24 | **seconds** 111:14 |
| 55:4 56:6,16 | 30:2 31:10 | 133:4,8,14,19 | 111:24 113:3 |
| 56:19 57:15 | 32:15 35:18,21 | 133:23 134:2,6 | 114:6,11 115:3 |
| 58:24 60:3,6,7 | 35:23 36:4 | 134:9,11,14 | 115:13 116:2,5 |
| 60:12,21 61:10 | 37:14 38:8 | 135:2,12,16,22 | 116:10 117:5 |
| 61:12,16,17,18 | 39:9 41:9,16 | 136:1,4,9,13 | 118:12 119:4,9 |
| 61:21 62:5 | 43:2 46:5,13 | 137:3 | 119:24 120:8,9 |
| 64:1,22 65:9,9 | 46:25 47:11,15 | **screen** 92:16,19 | 120:25 121:7 |
| 65:14,22 67:25 | 47:21 49:6 | **screens** 93:7 | 121:13,19 |
| 73:7,15,16,23 | 74:5,22 96:7 | **seabury** 5:13 | 122:1,16,24 |
| 75:9 76:3 | 96:11,12 97:17 | 12:11 | 123:7,8 |
| 78:22 111:9 | 98:23 99:21 | **searched** 20:20 | **secure** 53:22 |
| 116:5 118:25 | 101:5 102:3 | 21:16,17,18,19 | 80:19 |
| 120:15 121:7 | 104:2 109:16 | **seargent** 100:4 | **security** 14:2 |
| 126:1 128:20 | 110:1 123:22 | **seat** 23:7,9,11 | 15:14,17,17,18 |
| 130:4,14 | **schooling** 14:19 | 23:25 105:9 | 16:11 21:2 |
| 131:25 132:1 | **schools** 12:17 | 106:12,16 | 23:15 |
| 132:22 | 39:6,18 | **second** 14:24 | **see** 21:13 24:7 |
| **saying** 31:3,5 | **schwartz** 2:6 | 14:25 15:2,4 | 28:21 31:22 |
| 43:11 51:7 | 6:10,10 84:21 | 22:22 25:4,6,8 | 32:5 38:4,14 |
| 66:13 114:2 | 85:2 88:3,7 | 28:14 35:9 | 48:24 50:2,4,9 |
| 117:13,16 | 89:13,15,23 | 36:19,20 38:24 | 55:19,21,22,25 |

56:1 57:14
58:16 59:12
60:11,17,18
62:19 63:15,18
63:19,23 65:16
66:4 68:3
70:11 71:6
72:4,17,22,25
73:9,11,14
75:14 76:17,23
78:4,7,19 86:2
92:16,17,19
93:1,9 96:21
97:1,6 99:3,13
99:14 103:2
105:18 106:19
110:9 111:5,16
112:21 113:20
114:7 115:5,9
116:10 118:10
119:7 120:9
121:9 122:1,7
124:15 130:13
131:13,24
132:20
**seeing** 21:18
42:14,21,24
43:3 53:17
62:22 63:23
65:24 67:19,23
73:22 75:14
77:6 88:8 93:4
93:9 131:2
**seek** 48:23 49:6
49:10 50:17

69:24
**seen** 37:9 42:19
60:20 65:13
75:18 77:12
87:13,22 88:10
91:18 117:8
118:11,16
126:4 127:2
128:7 129:23
130:24
**select** 133:2
**selectively** 21:9
**sells** 67:16
**semitic** 95:16
**send** 10:13
84:20
**sent** 10:13
**sentence** 123:3
**separate** 24:15
50:22 124:20
**september** 56:2
56:18,19 58:9
60:21 61:12,13
61:14,18 73:17
132:1
**sequence** 112:9
**sergeant** 100:1
100:3,8 101:25
111:18 112:18
122:2
**series** 92:12
121:7
**serve** 127:14
128:13,19
129:2,12 132:5

**served** 129:14
129:16,21,22
130:17,18
131:15 132:7
134:18
**services** 53:21
**serving** 128:22
128:23
**session** 77:8
78:25 79:2,2
86:16
**sessions** 55:20
64:11
**set** 133:1
**setup** 106:19
**seven** 111:24
120:25 122:24
123:8 131:8
**shaking** 7:11
50:9 69:24
70:10 73:21
122:2 128:8
**share** 93:9
109:3
**shared** 125:10
**sharing** 92:16
**shariz** 1:19 5:3
138:2,18
**sheet** 10:15,16
10:25
**sheets** 10:22
**shirt** 103:25
105:12 115:15
116:5 118:20

**shock** 32:13
**shocked** 32:21
**shooken** 32:13
**shop** 67:10,13
69:4
**shopping** 69:7
**short** 80:1
89:16,21
**shorter** 100:9
**shoulder** 35:12
50:25,25
**shoved** 56:23
**show** 21:20,22
21:23 22:5
38:22 41:3
44:23,25 91:3
92:12 103:1
110:8 113:9,23
114:12 116:16
**showed** 124:22
**showing** 96:21
98:25 99:7,7
101:12 102:6
103:17 104:9
106:5 107:4
109:4 116:9
**shown** 124:24
125:4
**side** 29:24
31:11 37:2,3,4
37:7,8 67:20
72:12 80:6
85:24 96:1,18
97:16 99:19
100:20 102:10

Siu-Lin Linda Lam

**[side - spreading]** Page 29

| | | | |
|---|---|---|---|
| 103:25 112:23 | 42:1,3,6 43:7 | 115:3 116:4 | **sought** 49:8 |
| 120:21 | 43:11,24 44:2 | 120:25 122:15 | 50:1 |
| **sidestep** 119:16 | 44:8 45:8,11 | **skills** 138:10 | **southern** 1:2 |
| 119:17 | 45:19,22 46:8 | 139:6 | **space** 86:4 |
| **sidewalk** 25:21 | 46:11,16 47:1 | **skin** 58:2 | **speak** 7:17,22 |
| 25:22,22,23 | 47:4,9 97:14 | **sleep** 50:7 | 23:10 46:4 |
| **sign** 3:20 10:16 | 100:2,24 | 69:21 70:4,9 | 85:21 104:17 |
| 21:2,13,20,24 | 108:15,17,17 | 81:15,16 | 105:22 106:12 |
| 25:7 38:10,12 | 108:20,24 | **sleeping** 50:15 | 106:14,18,21 |
| 38:12,16 39:9 | 109:23 113:6,7 | 70:2,6,7 73:10 | **speaking** 46:19 |
| 39:9,10 40:13 | 113:24 114:2 | 73:20 81:12 | 105:25 106:1 |
| 44:14,20,24,25 | 114:13 116:10 | **slightly** 29:17 | **special** 67:15 |
| 45:14,17 47:6 | 117:16,16 | **slur** 24:21 | **specialize** |
| 94:4,5,7,8 | 120:1 121:9 | 41:16 | 51:10 71:2 |
| 95:14,15 96:1 | **silence** 85:24 | **social** 14:2 | 132:19 |
| 97:24 98:9,16 | **similar** 9:24 | 15:13,16,17,18 | **specialized** |
| 101:9,10 | 10:6 29:16 | 16:11 88:12 | 80:20 |
| 107:10,12,20 | 41:2 62:11 | **somebody** 31:5 | **specialty** 71:3,5 |
| 107:24 108:1,4 | **sinai** 55:9 | **sorry** 15:3 | 77:3 |
| 108:9,10,14,25 | 135:20,25 | 23:13 25:19 | **specific** 58:2 |
| 109:2 114:21 | **single** 40:12 | 39:5 62:1 63:3 | 67:4,5 109:1 |
| 115:19 116:12 | 111:20 | 65:5 78:1,5 | **specifically** |
| 116:13 122:18 | **sit** 3:17,18,19 | 81:24 83:4 | 22:16 50:16 |
| 123:1,3 | 52:6 68:11 | 95:6 105:13 | 51:7,9 54:23 |
| **signature** 137:9 | **sitting** 9:24 | 106:3 107:23 | 57:3 75:18 |
| 138:17 139:14 | **situation** 87:11 | 108:8 118:3 | 76:18 |
| **signs** 20:4,6,9 | **siu** 1:14 2:4 5:9 | 125:23 135:8 | **specify** 71:5 |
| 20:12 21:7,8,9 | 6:13,20 13:15 | 136:24 137:7 | **speech** 44:13 |
| 21:21,22 23:22 | 13:16 140:2,24 | **sort** 15:13 19:3 | **spell** 26:24 56:3 |
| 31:5 32:6 | 141:2,4,12 | 19:18 20:4 | 95:6 |
| 37:15,15 38:8 | **six** 14:6 40:20 | 23:14 27:22,23 | **spine** 68:24 |
| 38:9,21 39:14 | 57:19 58:7,8,9 | 55:15 66:16,21 | **spoke** 104:24 |
| 39:15,18 40:10 | 59:11 60:4,22 | 80:21 91:10 | 124:2 |
| 40:12,14,16,20 | 61:16,21 62:1 | 123:13 | **spreading** 96:1 |
| 40:21,22 41:19 | 63:21,21,21 | | |

Siu-Lin Linda Lam

**[spreads - sym]**

spreads 95:16
squashing
69:22
squished 50:9
squishing
32:24
staff 23:17
27:20
stage 57:13
stairs 28:5,10
28:12 29:8
96:17 119:15
stand 34:14,17
34:21 106:18
106:20
standard 67:2
67:3
standing 31:11
34:1,11 37:21
38:4 94:2 95:9
96:10 98:11,18
101:18 102:9
102:20 112:12
112:22 121:14
start 18:6
51:23 52:7
70:1 74:10
80:12
started 7:5
56:24 59:25
60:2,2 73:2
118:14
starting 6:7
starts 29:6,7

state 5:15 11:6
57:12 80:5
108:7 138:20
statement
44:14
states 1:1
stenographic
6:2
step 25:12
26:18 64:20
113:22
steps 25:17
26:4,17 119:1
steroid 66:16
stick 20:25 42:4
42:7 43:12,12
43:15 44:1
46:10
sticking 45:17
sticks 43:8
46:17 47:2,4
stipend 91:10
stipulation 6:3
stood 33:1 37:2
stop 23:18
26:15 28:22
29:2 32:8,11
55:23 62:22
79:7,8 80:3,7
85:18 96:1
111:5,9 123:7
127:3 131:2
stopped 20:19
21:6,6,9,10
22:15 24:5

28:15 30:22
31:15 65:24
82:11 102:19
112:14 122:18
123:1
stopping
122:23
store 67:15
straight 46:22
street 2:17 5:13
12:11 25:25
stretch 52:8
64:16
student 62:3
stuff 58:14
68:18,23,24
69:5
subscribed
141:14
subsequently
51:6 113:25
114:22
suddenly 68:13
69:1 74:11
suffer 85:11
suit 99:15
101:23
suite 2:8
summer 83:12
83:16 84:10
86:2,9
summertime
86:6
superintendent
20:22 24:4,16

46:2,20,23,25
104:25 108:6
108:12 124:2
supermarket
69:4
supervisors
123:22
supposed 18:6
46:10 74:6
79:25 81:25
82:24 85:25
sure 6:8 7:8
11:24 30:4
61:9 92:21
95:23 103:1,10
108:9 110:14
116:20 135:23
137:2
surgery 55:16
55:17 66:11,11
66:12
surround 32:16
32:23
sustain 66:7
69:17
swear 5:16
6:16
sweater 99:18
sworn 5:19
6:21 138:5
141:14
sym 100:1,4
101:25 111:19
112:19

Siu-Lin Linda Lam

[symptoms - think]

Page 31

**symptoms** 67:5
71:11 72:8,15
73:25 75:15
**syms** 122:2
**system** 57:6
75:25,25 76:9

**t**

**t** 3:5 4:2,2 56:5
57:22 76:24
79:18 95:14
105:12 118:20
140:3,3
**take** 5:4,14
8:22,25 9:18
18:9 19:24
22:25 23:7
33:25 42:1,6
44:8 60:16
67:4 71:23
74:21 79:23,25
80:2 86:23
87:12 89:12
92:1 103:4
131:13
**taken** 5:7 9:13
9:18 84:1,8,15
96:6 97:20
99:20 101:5
102:2,18
104:18,24
109:15,18
125:7 138:3,12
139:9
**takes** 30:12

**talk** 20:23
22:25 38:24
50:12,16 61:6
80:9 81:5
**talked** 20:22
24:11 46:5
52:18 85:14
112:7 117:22
**talking** 8:17
62:2 74:11
100:6
**tall** 27:9 35:17
115:14
**taught** 52:24
52:24
**teachers** 14:20
**tele** 77:1,1
124:15
**telephone** 77:1
**tell** 6:22 8:9
21:3 23:1
29:19 30:18
31:9 50:17
54:11,13 56:20
56:22,23 64:23
65:1 79:10
89:5 96:10
101:4 102:25
105:16 106:13
113:5 115:18
115:20 117:13
119:9 129:24
**telling** 3:17
35:2 37:15
100:2 102:20

104:4,16 105:8
106:11
**ten** 63:22 68:22
69:3,8,12 72:7
72:7,8,18
75:11 114:11
**terms** 29:18
58:17 67:14
70:24 112:9
**testified** 6:23
118:3 135:24
**testify** 9:3,6,11
9:14,19
**testifying** 138:5
**testimony**
141:8
**thai** 4:20 55:22
56:1,12,17,19
56:20 57:2,14
58:24 60:21
61:3,5,10 62:8
62:19,22 63:18
65:20 73:15,17
75:22 76:11
77:14 125:24
131:20,20,24
132:6,7 134:17
136:17
**thank** 6:15,24
137:4,5
**therapeutic**
52:7,11
**therapist** 77:19
126:14 133:2,2
135:9

**therapists**
78:20
**therapy** 4:10
57:11 59:14,15
59:16,22 60:3
62:14 64:6,9
64:15,19 65:16
66:14,15
125:18 132:13
132:25
**thigh** 52:1
**thing** 8:23
34:20 62:13
65:7 76:8
103:12 113:10
116:23 132:16
136:17
**things** 23:7
62:4 66:24
69:3,8
**think** 7:23 9:12
24:19 27:25
28:1 29:17,21
30:5,6 31:5
40:3,18 43:10
43:12 55:9
64:10,16 66:9
77:2,15,24
81:5,5,8 86:16
89:21 97:5
99:6 125:7
126:7 128:3
131:5 136:15
136:17

Siu-Lin Linda Lam

**[third - transcript]**                                   Page 32

**third** 45:3,3,5,7
　45:22,25 61:24
　98:25 101:1
　102:16 104:21
　108:21 112:13
　112:17
**thirteen** 121:12
**thirty** 136:7
**thought** 73:24
　74:19
**three** 23:3
　30:11 34:13,23
　37:8 60:15
　68:8 70:9
　101:7 116:9
　122:15,23
　123:8
**tightness** 74:13
**time** 1:16 6:5
　12:18,21 15:12
　16:7,23 17:22
　18:7 19:15
　20:3 22:6,10
　22:12,22 23:1
　23:12,13,14,19
　23:22 24:3,10
　25:4,8 27:11
　28:1,8 29:3
　30:10 31:22
　32:19 33:2,23
　34:16 35:1,4
　37:17,19,23
　40:19 41:3
　44:17,17,20
　45:2,3,5,11,12

45:21,23,25
46:21 47:10,15
48:22 49:8,10
49:24 50:5
51:8 53:16,19
55:4,8,11
56:16 58:25
61:1 65:14
66:19 67:18,25
70:6,18 71:25
72:2,23 73:7
73:25 74:2,21
77:5,15 78:9
80:17 82:9
87:10 88:15
91:20,22,23
97:6 99:25
109:2 110:3
112:10,13,13
112:15,17
113:6 114:10
115:6 120:20
122:8 124:10
124:13,21
125:16 126:12
127:18 129:10
131:11,25
133:3 134:21
136:22
**times** 22:19
　34:9,13,23
　52:4 60:6,7,10
　63:19,21,22,22
　64:8,17 81:14

**timestamps**
　116:23
**tines** 61:10
**tingling** 52:1
**tired** 81:16
**title** 16:8
**today** 5:12 8:11
　9:3,7,11,15,19
　10:10,11 11:10
　14:5 16:21,24
　65:12,25 68:10
　79:5 81:4,12
　91:13 125:12
**today's** 7:6,19
　10:3,19 11:19
　12:7,11 13:8
　13:12
**together** 19:4,5
　98:1 99:15
**told** 3:18,19
　32:16,18,19
　33:3,5,8,23
　38:9,11 43:14
　46:3,4,6,13
　53:1,3,4,4
　54:14,16 56:25
　57:17,18 58:12
　60:16 76:12
　105:21 108:19
　122:5 128:1
　131:12
**tong** 95:14
**took** 16:24
　20:13 51:22
　53:19 69:18

71:8 75:10
　80:1 123:10
　124:23 125:5,9
**touch** 33:7,18
　36:15,22 47:17
　89:10
**towards** 26:8
　74:2 84:9
　111:20 119:1
**town** 19:11,16
　19:18,25 20:2
　20:3 21:14
　23:2,8 24:14
　30:23 31:23
　32:10 33:9,10
　33:11 38:16
　41:22,25 42:5
　42:8,13,19,24
　43:4,6 44:6
　46:21 47:7,10
　47:18,23 48:9
　48:12,15 89:2
　96:16 104:18
　105:24 121:8
　121:14
**tracey** 89:7
**transcribe** 7:12
　7:19 8:16,19
**transcriber**
　139:1
**transcript** 5:21
　10:2,8,9,12,24
　11:1,8,9 13:22
　14:1 138:21
　139:3,5 141:5

Siu-Lin Linda Lam

[transcript - uniform]                                                Page 33

141:8
**transcriptionist**
138:8
**transit** 16:2,5
**translating**
85:20
**transportation**
91:10
**travis** 1:19 5:3
7:23 89:17
92:15 137:5
138:2,18
**treat** 54:3,21
54:22 60:2
66:2,22 67:5
75:22 76:5,6,8
76:14,18 78:12
80:7
**treated** 49:20
57:4 67:18
77:10 78:19
125:19,22
135:5,9,9,10,14
135:19
**treating** 55:6
55:23 59:25
64:18 65:12
68:6 79:4
80:12
**treatment** 4:9
49:17 50:1,18
50:21 54:25
55:17 57:4,9
58:18,18,20
60:25 62:9

66:18 76:3
80:24 125:12
**trench** 27:10
42:23 94:3,20
99:12,18 118:5
119:25 122:17
122:25
**tried** 22:10,14
22:20 23:1
25:4,8 26:11
26:16 28:3
31:9,13 33:6
33:24 34:17
36:2,14,21
44:16 59:7
99:10 110:21
112:11,11
116:6,11
121:13
**trouble** 50:15
70:5 73:10,20
**true** 138:9
139:5 141:8
**truth** 6:22,22
6:23
**truthfully** 9:3
**try** 7:14,16
28:5,9 33:9,10
33:14,15,16,21
33:25 35:25
36:2 52:8,8,9
53:19 59:14
78:9 80:17
87:2 93:8
101:10,11

109:25 112:14
112:15 117:24
117:25 119:17
120:21 121:23
136:6
**trying** 18:17
28:19 29:9
31:17 35:14,24
40:16 45:12
84:25 99:16
112:1,5 113:19
119:1 120:20
**turned** 113:21
116:6,12
120:11 131:4
**turns** 68:24
**twelve** 121:7
**twenty** 115:3
115:13
**twice** 69:6
**two** 22:19 26:6
26:25 27:4,12
28:15 30:12,14
30:16 40:3
68:2 79:1,2
81:14 83:2,3
87:10 93:7
98:1 100:9
114:5,10 115:2
115:12,13
116:2,4 121:6
121:12,18,25
123:6 130:1
133:11,19,21
133:21

**tylenol** 66:25
67:2,3
**type** 19:9 66:11
66:18 67:5
85:12 130:22
**types** 82:5
**typewriting**
138:7

| u |
|---|

**u** 4:2,2 13:2,17
57:22 70:13
79:18 95:22
**uh** 7:10,10
**uhs** 7:10
**under** 5:24
**undergo** 55:15
**undergoing**
49:17
**undergrad**
14:14
**underneath**
32:12 115:16
**understand**
5:20 8:3 10:4
28:19 44:10,11
85:3,22
**understanding**
13:21,25
**understood** 8:5
9:1
**unfair** 19:22
**uniform** 29:16
29:17 36:7,9
100:7 103:24

Siu-Lin Linda Lam

[uniforms - week]                                                    Page 34

| | | | |
|---|---|---|---|
| uniforms 29:14 | verified 43:13 | virtual 53:18 | walking 24:3 |
| 29:15,20 30:19 | verify 43:17,23 | 54:9 58:10 | 26:6,8,22 |
| unit 16:9,10 | 43:25 44:6,10 | 82:9 | 37:10 99:16 |
| united 1:1 | veritext 5:4 | visit 61:24 73:4 | 111:9,20 |
| university | versus 29:20 | 77:1,1 | wall 3:14 |
| 14:21 15:5,7 | vertebra 52:9 | voice 7:15,17 | want 8:10,21 |
| updated 125:24 | video 3:23,24 | 19:21 | 24:5,7 50:12 |
| 126:3,6 128:16 | 3:25 11:16 | volume 7:22 | 50:16 60:5 |
| 128:19 130:8 | 92:4 110:10,11 | volunteer 91:9 | 61:9 72:21 |
| upstate 12:18 | 110:18,20,23 | | 80:2 89:12,14 |
| use 34:1,12 | 111:1,4,6,8,11 | **w** | 89:16,19 92:22 |
| 51:16 52:2 | 111:14,22,24 | w 13:3 26:25,25 | 103:6 107:2 |
| 58:4 | 112:3,19,25 | 95:7 105:14 | 111:5 124:6 |
| used 13:18 | 113:3,5,8,9,11 | wah 26:23 89:6 | waving 37:17 |
| 43:16 48:24 | 113:15,18,19 | 94:19 98:13 | way 24:15 |
| 51:16 85:18 | 114:1,5,8,23,25 | wai 26:23 89:6 | 33:17 47:17 |
| uses 5:23 | 115:2,21,22,24 | 94:19 98:13 | 68:25 86:24 |
| using 51:23 | 116:2,3,7,8,16 | wait 8:14 44:22 | 92:23 93:2,9 |
| 57:23 58:18 | 117:1,2,4,9,11 | 60:4 66:19 | 134:18 |
| 62:15 | 118:12,13,14 | 80:16 133:14 | weak 85:23 |
| usual 48:9 | 118:18,24 | 133:19 135:12 | weapon 43:16 |
| usually 23:8 | 119:4,6,7,11,12 | waiting 21:12 | wearing 27:5 |
| 29:23 48:2 | 119:22 120:6 | 22:1 37:25 | 100:7 115:15 |
| 81:13 106:20 | 120:10,14,23 | 38:2 44:16 | weas 51:9 |
| util 117:8 | 121:5,11,17,24 | 47:3 112:24 | website 11:23 |
| **v** | 122:11,14,22 | walk 25:16 | 11:25 27:20 |
| | 123:6,7 | 26:19 28:11,11 | 91:16,19 92:7 |
| v 1:8 140:1 | videoconfere... | 30:16 31:14 | 92:9 94:13 |
| 141:1 | 1:13 2:6,15 | 34:7,15 38:10 | 99:2,2 102:13 |
| valbuska | videos 89:12 | 106:20 112:11 | 103:18 104:10 |
| 118:23 | 92:1,6,8 110:9 | 113:23 117:24 | 105:5 106:6 |
| valerie 130:21 | 124:22,24 | 119:1,16,17 | 107:5 109:5 |
| 130:23 | view 37:22,24 | 120:22 | week 16:16 |
| venture 125:2 | 106:23 | walked 26:10 | 52:4 64:8,10 |
| verbal 7:9 | | 26:16 34:10,24 | 69:6 79:1 |
| | | 119:14 | |

**weekday** 16:18
**weekes** 2:15 3:3
  6:7,8,8 7:2,23
  8:1 12:4,9
  84:24 85:9
  88:6,11 89:11
  89:17 90:6
  92:15,21,25
  93:4,7,13
  94:10,14 97:4
  97:9 102:11,14
  111:13,15
  113:2,4,16
  115:1,4 116:25
  117:3 123:5,9
  123:18 126:3,8
  126:12,17,25
  127:6,15,19,24
  128:15,22
  129:4,7,11,13
  129:17,24
  130:5,17,18
  131:16 132:7
  132:11 133:9
  133:10 134:13
  134:14 135:1,4
  135:8,14,19,23
  136:3,6,21
  137:4
**weeks** 79:1,3
**weight** 14:4
**went** 14:20,24
  16:25 17:6,8
  17:14,23 18:2
  18:3,7 20:22

  21:2 22:23
  23:6,10,12,14
  23:19 24:2,11
  24:12,24 27:19
  28:4,9,12 29:8
  29:8 34:8 35:4
  36:25 37:8
  41:22 46:2,2,5
  46:22 48:5
  50:5,9,15,17
  51:4,7 52:1,20
  52:21 55:22
  56:1 59:7,12
  59:15 61:3
  62:24 63:1
  68:1 70:8,10
  70:20 71:6
  78:23 81:24
  83:12,14 84:9
  85:7 86:1
  112:6 113:23
  117:22 118:6,7
  118:7 121:13
  124:1
**western** 50:23
  59:8
**white** 105:12
  115:15 118:20
  119:8,19
  120:12 121:1
**windbreaker**
  94:3
**wing** 13:2,3
**withdrawn**
  15:3 22:7 38:3

  46:24 49:9
  64:17 71:20
  80:7 89:10
  91:11 96:9
**witness** 3:14,17
  3:18,19,20
  5:17,19,20
  6:17,21,25
  85:5 88:8
  89:21 127:3
  128:6,11 130:3
  130:10,14,23
  131:4,7,11,21
  131:25 132:4
  132:18,22
  133:1,6,16,21
  133:25 134:3,8
  134:10 135:7
  135:17 136:7
  136:11 137:2
  138:4
**woke** 81:13
**woman** 26:21
  98:11 119:1
**wong** 2:3 5:8
  89:6 105:12
**wonky** 93:8
**wooden** 42:3
  43:15 44:1
  46:9
**word** 57:20
  84:22
**words** 24:6
  26:25

**work** 16:4
  57:17 58:3
  63:8,9 130:9
**working** 14:23
**worse** 52:6
**wrap** 124:7
**writing** 127:10
  135:3,3 136:14
**written** 6:3
  107:13 124:4
**wrote** 126:6
  128:8

**x**

**x** 3:1,5 4:1
  57:22 79:18
  138:21
**xuhui** 2:4 5:9
**xx** 13:24,24
  14:3,3

**y**

**y** 78:3,3 100:5
**yan** 2:3 5:8
**yeah** 11:1
  26:23,25 27:19
  28:7 30:20
  34:25 35:3,7
  36:23 37:5,7
  37:20,25 39:20
  42:16 54:18
  59:3,11,21
  60:14 61:11,15
  63:22 67:20
  75:10,13 86:15
  87:3 89:17,21

Siu-Lin Linda Lam

**[yeah - zoom]**

Page 36

```
  92:18 100:8
  103:7 107:1,17
  107:17,23
  112:2 117:15
  121:3 123:16
  126:25 131:8
  135:17
year   13:19,21
  14:15 15:23
  59:4 68:1 78:4
  78:6,7,11,16,17
  78:17
years   12:17,18
  16:6 49:16,19
  130:25 131:8
  135:18 136:4,7
yellow   24:22
york   1:2,5,9 2:3
  2:9,13,14,16,18
  5:8,10,11,16
  11:3,6 16:2,4
  44:7 87:19
  90:9 94:13
  138:20
young   115:15
```

                    **z**

```
z   71:14 76:24
zoom   7:16 82:7
  82:8,11,12,15
```

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the
deponent or a party before the deposition is
completed, the deponent must be allowed 30 days
after being notified by the officer that the
transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to
sign a statement listing the changes and the
reasons for making them.

(2) Changes Indicated in the Officer's Certificate.
The officer must note in the certificate prescribed
by Rule 30(f)(1) whether a review was requested
and, if so, must attach any changes the deponent
makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF APRIL 1,
2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the

foregoing transcript is a true, correct and complete

transcript of the colloquies, questions and answers

as submitted by the court reporter. Veritext Legal

Solutions further represents that the attached

exhibits, if any, are true, correct and complete

documents as submitted by the court reporter and/or

attorneys in relation to this deposition and that

the documents were processed in accordance with

our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining

the confidentiality of client and witness information,

in accordance with the regulations promulgated under

the Health Insurance Portability and Accountability

Act (HIPAA), as amended with respect to protected

health information and the Gramm-Leach-Bliley Act, as

amended, with respect to Personally Identifiable

Information (PII). Physical transcripts and exhibits

are managed under strict facility and personnel access

controls. Electronic files of documents are stored

in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.