# EXHIBIT C

# Deposition Transcript

Case Number: 20-cv-8964(LAK)

Date: May 28, 2024

In the matter of:

# CHINESE AMERICAN CITIZENS ALLIANCE GREATER NEW YORK, et al. v NEW YORK CITY DEPARTMENT OF EDUCATION, et al.

## JASON MARINO

**CERTIFIED COPY**

Reported by:

STACY ADAMES

Notary Public

Steno
Official Reporters

315 W 9th St.
Suite 807
Los Angeles, CA 90015
concierge@steno.com
(310) 573-8380
NV: FIRM #108F



1

2  UNITED STATES DISTRICT COURT

3  SOUTHERN DISTRICT OF NEW YORK

4  . . . . . . . . . . . . . . . . . . . . . X

5  CHINESE AMERICAN CITIZENS ALLIANCE GREATER NEW

6  YORK, PHILIP YAN HING WONG, SIU-LIN LINDA LAM,

7  LUCAS LIU, GEORGE LEE, and XUHUI NI,

8                        Plaintiffs,

9
            -against-      Docket No.
10                          20-CV-8964(LAK)

11 NEW YORK CITY DEPARTMENT OF EDUCATION, CITY OF
   NEW YORK, JASON MARINO, Asst. Principal,
12 Individually; JOHN DOE NO. 1, individually; JOHN
   DOE NO. 2, individually; YERGEY DYM, Police
13 Officer, individually; School safety officer
   JOHN DOE No. 3, individually; and Police Officer
14 JOHN DOE No. 4, individually,

15                        Defendants.
   . . . . . . . . . . . . . . . . . . . . . X
16                        Remote Deposition

17
                         May 28, 2024
18                       11:10  a.m.

19

20         EXAMINATION BEFORE TRIAL of

21 JASON MARINO, the Defendant, taken on behalf of

22 the Plaintiff, pursuant to Notice, held before a

23 Notary Public of the State of New York.

24

25

```
 1

 2   A P P E A R A N C E S:

 3

 4      ADVOCATES FOR JUSTICE

 5           Attorney for Plaintiff

 6           225 Broadway

 7           New York, New York 10007

 8      BY:  ARTHUR SCHWARTZ, ESQ.

 9           Aschwartz@afjlaw.com

10

11      NEW YORK CITY LAW DEPARTMENT

12           Attorney for Defendant

13           100 Church Street

14           New York, New York 10007

15      BY:  KEVON WEEKES, ESQ.

16           kweakes@law.nyc.gov

17

18

19   ALSO PRESENT:

20   LINDA LAM

21

22

23

24

25
```

1

2    The attorneys participating in this deposition

3    acknowledge that I am not physically present in

4    the deposition room and that I will be reporting

5    this deposition remotely. They further

6    acknowledge that, in lieu of an oath

7    administered in person, the witness will

8    verbally declare his/her testimony in this

9    matter under penalty of perjury.  The parties

10   and their counsel consent to this arrangement

11   and waive any objections to this manner of

12   reporting.

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2          S T I P U L A T I O N S

3

4          IT IS HEREBY STIPULATED AND AGREED

5     by and between the attorneys for the

6     respective parties herein, that filing,

7     sealing and certification be and the

8     same are hereby waived.

9

10         IT IS FURTHER STIPULATED AND AGREED

11    that all objections, except as to the

12    form of the question shall be reserved

13    to the time of the trial.

14

15         IT IS FURTHER STIPULATED AND AGREED

16    that the within deposition may be signed

17    and sworn to before any officer

18    authorized to administer an oath, with

19    the same force and effect as if signed

20    and sworn to before the Court and that a

21    copy of this examination shall be

22    furnished without charge to the attorney

23    representing the witness testifying

24    herein.

25

1

2  J A S O N   M A R I N O, the witness herein,

3  having first been duly sworn by a Notary Public

4  of the State of New York, was examined and

5  testified as follows:

6  EXAMINATION BY

7  MR.  SCHWARTZ:

8        Q.   State your name for the record,

9  please.

10       A.   Jason Marino.

11       Q.   State your address for the record,

12  please.

13       A.   3787 Bedford Avenue, Brooklyn, New

14  York 11229.

15       Q.   Good morning, my name is Arthur

16  Schwartz, I am the attorney for 6 plaintiffs in

17  a case that you are a defendant.  The plaintiffs

18  are the Chinese American Citizens Alliance

19  Greater New York, Philip Yan, and others.  Ms.

20  Lam is on the screen with us, and you are aware

21  that you are a defendant in a lawsuit?

22       A.   Yes.

23       Q.   Have you ever testified at a

24  deposition before?

25       A.   Yes.

1

2          Q.    Was it a civil case or criminal

3     case?

4          A.    Civil.

5          Q.    What is your present position, by

6     whom are you employed?

7          A.    Department of Education.

8          Q.    As what?

9          A.    Assistant principal.

10         Q.    At a particular school?

11         A.    James Madison High School.

12         Q.    How long have you been there?

13         A.    As an assistant principal?

14         Q.    Yes.

15         A.    This is my 16th year.

16         Q.    Before you were assistant principal,

17    did you have a role with the Board of Education?

18         A.    Teacher.

19         Q.    Did you teach a particular subject?

20         A.    English.

21         Q.    How long were you a teacher?

22         A.    Five years.

23         Q.    Before that, were you working for

24    the Department of Education or no?

25         A.    No, I started after college.

1

2          Q.    Were you a teacher at James Madison?

3          A.    Yes, I was.

4          Q.    What are your day-to-day duties at

5    James Madison?

6          A.    I am both the assistant principal

7    guidance, and the assistant principal security.

8    I wear both hats, as the assistant principal of

9    guidance, I handle and address all issues

10   pertaining to children regarding their

11   wellbeing, academics, social, and emotional

12   needs.  Additionally, as the AP of security, I

13   oversee security procedures, and security rules

14   within the school to make sure the entire school

15   community is safe.

16         Q.    As assistant principal of security,

17   if there are after school events, do you

18   generally go to them?

19         A.    Many of them, yes.

20         Q.    And what's your purpose in going to

21   after school events?

22         A.    Same as during the day, to assist

23   those that are hosting the event that's in our

24   school and to provide security, information,

25   support.

1

2          Q.   Now, this lawsuit largely addresses

3    a town hall meeting that was held at James

4    Madison High School on February 4, 2020.  Do you

5    recall that meeting?

6          A.   Yes, I do.

7          Q.   Prior to that meeting, when were you

8    made aware that there was going to be a town

9    hall meeting?

10         A.   I don't remember the exact number of

11   days or weeks prior to that, but I do know that

12   I was made aware, because I made myself

13   available to be there in the evening.

14         Q.   Who was having the town hall

15   meeting?

16         A.   The Department of Education.

17         Q.   Was it a particular part of the

18   Department of Education?

19         A.   The chancellor was speaking.

20         Q.   Was it an open meeting of the P-E-P

21   or was it just the chancellor that was speaking?

22         A.   It was an open meeting, as far as I

23   understand.

24         Q.   And were you given any information

25   in advance of the meeting about any potential

JASON MARINO                                    JOB NO. 1013243
MAY 28, 2024

1

2   demonstrations at the meeting?

3          A.    Prior to the day of the meeting or

4   immediately prior?

5          Q.    Prior to the meeting?

6          A.    No.

7          Q.    On the day of the meeting, were you

8   given any information about potential

9   demonstrations?

10         A.    Just as the meeting was underway,

11  there were people that were outside of the

12  building, and they were just instructed that

13  they can't enter as long as they are holding

14  signs.

15         Q.    And was that your decision to make

16  that rule or did someone instruct you to give

17  that rule?

18         A.    It was not my decision, that's what

19  I was informed.

20         Q.    And who informed you?

21         A.    The safety director.

22         Q.    Does he or she have a name?

23         A.    Greg Edwards.

24         Q.    Do you recall exactly what

25  Mr. Edwards told you?

1

2          A.   Very simply, just people cannot

3   enter with signs.

4          Q.   Did he tell you why?

5          A.   I don't recall.

6          Q.   Did you ask him any questions about

7   that instruction?

8          A.   I don't believe so.

9          Q.   Did it strike you as unusual that at

10  a public meeting people couldn't bring signs?

11         A.   It did not.

12         Q.   Why did it not, had that happened

13  before in your experience?

14         A.   Had what happened before?

15         Q.   Where people were barred from

16  entering a meeting, if they had signs?

17         A.   I never was at a meeting where they

18  were barred or had signs.

19         Q.   So you said that --  at some point

20  you saw that there was a group of people --  let

21  me try that again.  Mr. Edwards told you that

22  there may be demonstrators coming to the

23  meeting?

24         A.   Not earlier that day, only

25  instructed me that they were not permitted to

1

2  enter with signs when they were already outside

3  involved in their demonstration.

4          Q.   Were you standing with Mr. Edwards?

5          A.   Yes.

6          Q.   And where were you standing?

7          A.   Outside the main entrance of the

8  school.

9          Q.   And so, the two of you were standing

10  there, and he said we can't let people --  do

11  you remember the exact words that he said?

12          A.   I can only paraphrase people with

13  signs were not permitted to be entered into the

14  school.

15          Q.   And Mr. Edwards was the borough

16  safety director?

17          A.   Yes.

18          Q.   Did you ever have interactions with

19  him before?

20          A.   Yes, all the time.

21          Q.   What was his role with the board of

22  Education?

23          A.   My interactions with him had been

24  over the 12 years.

25          Q.   What was his job?

1

2          A.    Borough safety director.

3          Q.    Right, explain what is the

4    perimeters of his job?

5               MR. WEEKES:   Note my objection, you

6          can answer, if you know.

7          A.    He informs different security of

8    procedures, and keeps them up to date on

9    information coming from the chancellors office,

10   I don't know more.

11         Q.    When he said, nobody with signs can

12   come into the meeting, did you ask him any

13   questions or you just said, okay?

14         A.    No, I don't recall asking anything

15   else, I said okay.

16         Q.    So after he gave you that

17   instruction, what did you do next?

18         A.    For the most part, I was standing

19   next to him as he was informing people that they

20   can't come in with signs.

21         Q.    Okay, but did he approach them in

22   the street and say, you can't come in with

23   signs, how did he --

24         A.    No, as they were approaching the

25   school, they were not approached on the

1

2  perimeter engaging in their protest.  They were

3  only told when they were coming in if still

4  holding the signs that they couldn't enter with

5  the signs, but could enter without them.

6         Q.    Was this at the door as they were

7  trying to enter?

8         A.    Both at the door and before the

9  door, four to five steps down below from the

10  door as well.

11        Q.    And were you one of the people that

12  was telling people that they couldn't come in

13  with signs?

14        A.    I don't recall telling anyone.  I

15  was standing with Mr. Edwards that was telling

16  me.

17        Q.    And he was --  how was he telling

18  people, was he telling them one by one or making

19  an announcement?

20        A.    He was pretty loud.  He was making

21  it very clear no signs, and telling the person

22  closest to him that prompted him to say that,

23  because if there were people approaching with no

24  signs, they were let by.

25        Q.    Did anyone check to see if there

1

2  were signs under jackets or sweaters or hoods?

3          A.   Not where I was, I don't recall

4  that.

5          Q.   You said, not where you were, did

6  you see it somewhere else?

7          A.   I didn't see it anywhere else, but

8  our school has a scanning machine, so people did

9  go through that.

10         Q.   Would a scanning machine pick that

11 up?

12         A.   No, it would pick up metal.

13         Q.   At the door, did you see anyone that

14 was asked to open their jacket and see if they

15 had a sign?

16         A.   No.

17         Q.   When you say that people were asked

18 not to bring in signs, do you know if you were

19 checking people other than Asian Americans to

20 see if they were holding signs?

21              MR. WEEKES:  Note my objection, you

22          can answer.

23         A.   I was just looking for signs, I

24 didn't look for any other characteristic, just

25 signs.

JASON MARINO                                          JOB NO. 1013243
MAY 28, 2024

1

2          Q.   Was the group that was demonstrating

3    mostly chinese American?

4          A.   I can't assume that.

5          Q.   You can't assume it was or they

6    weren't?

7          A.   I can't assume.

8          Q.   Did they appear to you to be Asian

9    American?

10         A.   They appeared to be.

11         Q.   And do you recall whether Asian

12   Americans were being allowed into the building

13   if they didn't have signs in their hands?

14         A.   Everyone that didn't have a sign was

15   let in, I don't recall who, but I am certain

16   that anyone that was let in, didn't have a sign.

17         Q.   Did you see anyone being stopped

18   that didn't have a sign?

19         A.   Yes.

20         Q.   Who did you see that was stopped

21   that didn't have a sign?

22         A.   I'm sorry, did I see people stopped

23   without signs?

24         Q.   No, I said, did you see anyone that

25   was stopped that didn't have a sign?

```
 1

 2         A.   No.

 3         Q.   Do you recall any pushing at the

 4   door?

 5         A.   Some, yes.

 6         Q.   How many times do you recall people

 7   pushing?

 8         A.   Only for a moment or so, that

 9   interaction or pushing was only a couple of

10   moments, two minutes maybe, and for the most

11   part, the people were stopped, were standing in

12   the doorway, they weren't moving.  The only time

13   that I recall any pushing is when a second door

14   was being opened where someone was going around

15   the people that were standing in the doorway.

16         Q.   At the doorway, what role did you

17   play?

18         A.   Same as when we were in front of the

19   doorway, it was basically behind Mr. Edwards,

20   off to the side, he was the one that was in

21   front of me making most of the decisions and

22   telling people where they should and should not

23   be, I was off to the side and slightly behind

24   him for the most part.

25         Q.   Did you get involved in assisting
```

 1

 2   him at any point in barring someone from the

 3   door?

 4          A.    I did.

 5          Q.    You did or didn't?

 6          A.    I did.

 7          Q.    Do you recall on how many occasions?

 8          A.    Just one.

 9          Q.    And why were you involved in that

10   one occasion, what was the person doing?

11          A.    Someone was carrying a sign and

12   trying to go behind Mr. Edward's back and I

13   believe a police officers back.

14          Q.    And you stopped that person?

15          A.    I stood in front of them.

16          Q.    Was it a man or woman?

17          A.    Woman.

18          Q.    Do you recognize --  we are on a

19   screen, do you recognize whether the woman was

20   Linda Lam?

21          A.    I believe it was Ms.  Lam.

22          Q.    And did she have a sign in her hand?

23          A.    Yes.

24          Q.    What did she say to you?

25          A.    I don't recall, I believe she was

1

2    saying, as everyone was, why can't I go in.

3         Q.   Did you respond?

4         A.   I don't remember responding to her,

5    I just remember standing in front.

6         Q.   Do you remember standing in front of

7    her?

8         A.   Yes, correct.

9         Q.   Did you put your hands on her at any

10   point?

11        A.   I reached my arm out to position

12   myself out in front of her.

13        Q.   What do you mean, you reached your

14   arm out?

15        A.   Well, when she went behind

16   Mr. Edwards, and the police officer, I was also

17   behind them.  She went in front of the doorway,

18   I stuck my hand out to position myself to stand

19   in front, so my hand was stopping her from

20   entering until I was able to stand there and

21   then I just stood there.

22        Q.   So you mean you stretched, you are

23   showing on the screen, you stuck your arm out

24   like to your right?

25        A.   It would be to the left, I believe.

```
 1

 2         Q.   Your left hand, I'm sorry, I am

 3   looking on the screen.  You put out the left

 4   hand?

 5         A.   Yes.

 6         Q.   And put it in front of Ms.  Lam?

 7         A.   Yes.

 8         Q.   And then, did she push into your

 9   arm?

10         A.   There was a brief moment of contact,

11   and then we both stopped at the door.

12         Q.   And then you say you moved over, so

13   you were right in front of her?

14         A.   Yes.

15         Q.   And what did she say to you?

16         A.   I don't recall what she said.

17         Q.   What did you say to her?

18         A.   I don't recall saying anything to

19   her.

20         Q.   Do you recall anyone saying

21   anything?

22         A.   Yes, Mr. Edward's was speaking.

23   Mr. Edward's was saying, everyone, they can't

24   come in unless they put down the sign, and was

25   also saying that people that were trying to get
```

 1

 2    in and didn't have signs or if they did have

 3    signs can't stand still on the door, they are

 4    blocking the egress for people to leave or come

 5    in, there was one door there.

 6         Q.   And how long did the interaction

 7    with Ms.  Lam take?

 8         A.   I don't think more than ten seconds

 9    or so, it was very quick.

10         Q.   After she was blocked, what did she

11    do?

12              MR.  WEEKES:   Note my objection to

13         form, you can answer.

14         A.   I don't know what she did right

15    after that, she stopped at the door.

16         Q.   Did she leave the doorway?

17         A.   I don't recall where she went.

18         Q.   You don't recall whether she left

19    the doorway?

20         A.   No, because I was only the person in

21    front of her.  Like I said, like ten seconds and

22    others in front of her, police officers and

23    school safety officers, I stepped back and I was

24    now away from the doorway.

25         Q.   So the school safety and/or police

1

2   officers stepped in front of you?

3          A.   Yes.

4          Q.   And then, how far did you walk away

5   from the situation?

6          A.   I was still in the vestibule, but I

7   was on the other side of the doorway, so I

8   couldn't see through the door, it was closed.  I

9   was off to the side of the vestibule.

10         Q.   So you didn't see what happened

11  after you stepped inside the school?

12         A.   No.

13         Q.   Did you ever go back outside?

14         A.   Eventually, yes.

15         Q.   I mean, that evening?

16         A.   Yes, that's what I mean.

17         Q.   How long after you stepped inside

18  did you go outside?

19         A.   It was only a few moments after

20  that, then there was no one else outside,

21  everyone was let in or weren't there anymore,

22  and I entered the auditorium where the town hall

23  meeting was being held.

24         Q.   When you went into the auditorium,

25  were there people holding up signs?

 1

 2          A.    No.

 3          Q.    Nobody holding up signs?

 4          A.    Not when I entered the auditorium.

 5          Q.    Was the chancellor finished speaking

 6   when you entered?

 7          A.    No.

 8          Q.    At some point, did people hold up

 9   signs?

10          A.    Yes.

11          Q.    When was that?

12          A.    When the meeting was finished and

13   the chancellor was finished, and left.

14          Q.    Now, did Mr. Edwards explain to you

15   why people couldn't hold up signs while the

16   chancellor was speaking?

17          MR. WEEKES:   Note my objection.

18          Q.    Go ahead.

19          A.    I don't recall Mr. Edward's ever

20   explaining to me the exact reason of there not

21   being signs.  There were school safety agents

22   that I heard in passing, not anything about

23   signs, that a similar protest has happened in

24   other town hall meetings, but that was not from

25   Mr. Edwards, that was what I overheard.

1

2          Q.    School safety from your school or

3    other schools?

4          A.    Other schools, I don't know where

5    they were from.

6          Q.    And you heard them say similar

7    things had happened at other meetings?

8          A.    Not things, they said similar

9    protests, not specifics, but similar protests

10   had happened, if I remember correctly, it was at

11   a school in Queens.

12         Q.    And did they tell you that people

13   had held up signs inside the protest?

14         A.    I don't remember specifically them

15   telling me that or asking me that.

16         Q.    Did you ask them whether people had

17   held up signs inside the meeting?

18         A.    No.

19               (Whereupon, an off-the-record

20          discussion was held at this time.)

21         Q.    Before you saw Ms. Lam at the door,

22   did you have any interactions with her in the

23   yard?

24         A.    No.

25         Q.    Or in the area downstairs from the

1

2    door, did you have any interaction with her

3    before then?

4            A.    No.

5            Q.    When you saw her at the door, is the

6    first time that you had interacted with Ms.

7    Lam?

8            A.    Yes.

9                  (Whereupon, the aforementioned

10            document was marked as Plaintiff's

11            Exhibit 1-2 for identification as of

12            this date by the Reporter.)

13            Q.    All right, I am going to start by

14   showing you some photographs, which I will,

15   hopefully be successful at doing, and I am going

16   to share the screen.  Do you recognize anyone in

17   this photograph?

18            A.    Yes, the gentleman with the hat

19   facing us is Mr. Edward's.

20            Q.    And do you recognize anyone else?

21            A.    No.

22            Q.    What location is it?

23            A.    Main entrance to the school.

24            Q.    Plaintiff's Two is a larger group of

25   people.  Can you see the pointer that I am

1

2  using?

3          A.   Yes.

4          Q.   The bald person that looks like he

5  has a uniform on, do you know who that is?

6          A.   Not by name.

7          Q.   Do you know his position, can you

8  tell by his patch?

9          A.   If I see small enough, the top of

10  the patch says, school safety.

11          Q.   And do you know, to his right, is

12  that you?

13          A.   Yes.

14          Q.   And facing you and the school safety

15  officer, is that Ms. Lam?

16          A.   I believe so.

17          Q.   And then there is another fellow

18  with a uniform on that has a bald spot, is that

19  another school officer?

20          A.   I believe so.

21          Q.   And then the fellow with the gray

22  cap to his left is Mr. Edward's?

23          A.   Yes.

24          Q.   Do you recall what was going on at

25  that point?

1

2          A.   I don't recall what was being said

3    at the moment, no.

4               (Whereupon, the aforementioned

5           document was marked as Plaintiff's

6           Exhibit 3-4 for identification as of

7           this date by the Reporter.)

8          Q.   Do you know where that photo was

9    taken from, is it inside the school?

10         A.   That photo is the inside of the

11   doorway from the last picture.

12         Q.   So that's taken from inside instead

13   of outside?

14         A.   Yes.

15         Q.   And are you in this photograph at

16   all?

17         A.   Yes.

18         Q.   Is that your ear?

19         A.   Yes.

20         Q.   Do you know what this is?

21         A.   Yes.

22         Q.   What is it?

23         A.   Inside of the auditorium.

24         Q.   Is that the night of this town hall

25   meeting?

1

2          A.   Yes.

3          Q.   When people are holding up signs,

4   was the meeting still going on or was it over?

5          A.   It was over.

6          Q.   Do you recall how people got to

7   bring signs in, if they weren't allowed with

8   signs?

9          A.   I can only assume what they did, but

10  I did not see them carry them in.

11              (Whereupon, the aforementioned

12               document was marked as Plaintiff's

13               Exhibit 5 for identification as of this

14               date by the Reporter.)

15         Q.   This is a video, I am going to play

16  the whole video through, and then ask you

17  questions about it.  Did you see yourself in the

18  video?

19         A.   Yes.

20         Q.   Did you see the interaction between

21  you and Ms. Lam on the video?

22         A.   Yes, the same as I described it

23  before.

24         Q.   And so Ms. Lam put her sign in her

25  bag; is that correct?

1

2          A.   I don't recall that.

3          Q.   You don't recall seeing it on the

4    video?

5          A.   No.

6          Q.   When she got to the door, did she

7    have a sign in her hand or had she folded it and

8    put it in a bag?

9               MR. WEEKES:   Note my objection.

10         A.   As I recall, she had a sign in her

11   hand, that's why I stepped in front of her.

12         Q.   Do you recognize Ms. Lam on the

13   right-hand side?

14         A.   Very blurry image, I can't see her

15   face.

16         Q.   23, is that Ms. Lam?

17         A.   I believe so.

18         Q.   And do you know the names of either

19   of these two officers?

20         A.   I do, I believe the officer in the

21   front is Officer Din Or Dim, a police officer

22   and the gentleman behind him is school safety

23   agent Skinner.

24         Q.   26, is that you on the left?

25         A.   Yes.

```
 1
 2              (Whereupon, the aforementioned
 3          document was marked as Plaintiff's
 4          Exhibit 6 for identification as of this
 5          date by the Reporter.)
 6       Q.   This is 20 seconds into Exhibit 6,
 7  you were standing inside the door at that point?
 8       A.   Yes.
 9       Q.   Do you know why the gentleman wasn't
10  allowed entry?
11              MR. WEEKES:  Are you able to turn up
12          the sound for the video, I can't hear.
13       Q.   Were you able to hear it?
14       A.   Very broken up.
15       Q.   Do you know why that gentleman that
16  was at the door was not allowed in, do you
17  recall?
18       A.   I don't recall.
19       Q.   I'll resume playing it.  Do you see
20  Ms. Lam?
21       A.   Yes.
22       Q.   Did she have a sign in her hand?
23       A.   I did not see a sign in her hand.
24       Q.   Stopped at 1:26, the Asian American
25  gentleman with the bald head, did he have a sign
```

 1

 2   in his handle that you could see?

 3          A.    No.

 4          Q.    Do you know why he was being kept

 5   out?

 6                MR. WEEKES:   Note my objection, you

 7           can answer.

 8          A.    I don't see him being kept out, he

 9   is not moving one way or the other.  He was

10   blocking the exit at that time.

11          Q.    You said the gentleman was blocking

12   the exit not trying to get in?

13          A.    Yes.

14          Q.    You don't see the gentleman being

15   blocked from entering the door?

16                MR. WEEKES:   Note my objection.

17          A.    It's a tight crowd, I don't know

18   what was causing someone to act.

19          Q.    I didn't ask you that.  I said, was

20   the gentleman in the uniform, it looks like

21   NYPD, is his arm blocking that gentleman from

22   entering the door?

23          A.    I can't tell from that picture.

24          Q.    You can't tell?

25          A.    No.

1

2        Q.   Did the gentleman have his arm

3   stretched out in front of the left-hand side of

4   his picture?

5        A.   I can't see his arm.

6        Q.   Can you tell now is his arm

7   stretched out blocking the gentleman on the left

8   hand out?

9        A.   Same picture since the last 3 times

10  that you stopped it.

11       Q.   Do you see his arm now 2:09, do you

12  see an arm with my arrow pointing that's not an

13  armed stretched out?

14       A.   I see the arrow.

15       Q.   Am I following along the outline of

16  the gentleman's uniform?

17       A.   You are.

18       Q.   And is that stretched out or at his

19  side?

20       A.   Stretched out.

21       Q.   And is it in front of the gentleman

22  that is trying to get in with the glasses on?

23       A.   The only part that I can see is, I

24  can see the arms, so it's not from front of him.

25            (Whereupon, the aforementioned

1

2            document was marked as Plaintiff's

3            Exhibit 7 for identification as of this

4            date by the Reporter.)

5         Q.   Was that video of Ms. Lam at the

6    door trying to get in?

7         A.   Yes.

8         Q.   There was a photo of people inside

9    the auditorium with signs, were you there when

10   they were there or had you left already?

11        A.   I was there in the auditorium when

12   there were signs out.

13        Q.   Where did they go, back outside to

14   get signs?

15        A.   They had them with them, they did

16   not go back.

17        Q.   Do you know how they got them

18   inside?

19        A.   No.

20        Q.   But they were allowed to hold them

21   as soon as the meeting was done?

22            MR. WEEKES:  Objection, you can

23        answer.

24        A.   I don't know that they were allowed

25   to.  They didn't have them visible when they

1

2  came in.

3        Q.   Would they be allowed to hold them

4  up during the meeting?

5             MR. WEEKES:   Note my objection.

6        A.   I don't know what they would have

7  been allowed to do.  I wasn't --

8        Q.   Were you told that people weren't

9  allowed to hold up signs at the meeting?

10       A.   Mr. Edward's was telling people that

11 they can't enter with signs.  I don't know what

12 instructions were given inside.  I wasn't inside

13 at that time, I was only there at the end.

14       Q.   Did you come inside while the

15 meeting was still going on?

16       A.   Towards the end, yes, I did.

17       Q.   Was anyone holding up signs?

18       A.   No.

19       Q.   So the signs came out after the

20 meeting terminated?

21       A.   Yes.

22             EXAMINATION BY

23             MR. WEEKES:

24       Q.   I have quick questions for you.  You

25 testified that you were told by the borough

1

2   safety director, Mr. Edward's that individuals

3   cannot come in with signs; is that correct?

4         A.   Yes.

5         Q.   Did that instruction from

6   Mr. Edward's, did he tell you that Asian

7   Americans or anyone that was perceived by their

8   physical observation to be Asian were not

9   allowed to come in with signs?

10        A.   Absolutely not, the directions were

11  signs.

12        Q.   Did you, at any point during the

13  night, receive instruction from anyone not to

14  let in anyone that appears to be Asian with a

15  sign?

16        A.   Never happened.

17        Q.   Did you, at any point, observe

18  Mr. Edward's or anyone else prevent anyone --

19  withdrawn.  Can you see the video on the screen?

20        A.   Yes.

21        Q.   This is 6, we see two doors open?

22        A.   Yes.

23        Q.   Throughout the entire event, were

24  these two doors open the entire night; were

25  people coming and going through these two doors,

1

2   if you recall?

3          A.    I recall the door to my right, as I

4   look at it, was the one that was predominantly

5   open.

6          Q.    Looking at the still image here at

7   two seconds, you see an individual with a gray

8   scarf?

9          A.    Yes.

10         Q.    And he is standing in front of a

11  door?

12         A.    Yes.

13         Q.    Is this door, the one predominantly

14  open?

15         A.    No, that door was closed.

16         Q.    Do you know why it was closed?

17         A.    We usually just use one entrance,

18  because it's a school, that's procedure whenever

19  we have people entering the building.

20         Q.    We see that it appears to be

21  officers just closed the door; is that correct?

22         A.    Yes.

23         Q.    Do you know why they would have

24  closed this door as opposed to leaving it open?

25         A.    We don't use that door as an

1

2    entrance.

3          Q.   Do you know why this door was

4    currently open?

5          A.   I don't know why, but I do know that

6    it has a panic bar on, the inside doesn't stay

7    locked, so anyone from the inside can open it,

8    doesn't lock on the inside.

9          Q.   But from what you recall, this door

10   wasn't being used as a door for individuals to

11   enter the meeting; is that correct?

12         A.   That's correct.

13         Q.   We overheard Mr. Edward's giving

14   instruction to the individual with the gray

15   scarf?

16         A.   Play it back.

17         Q.   Did you overhear Mr. Edward's giving

18   any instructions?

19         A.   I heard him say, you have to move

20   back, sir.

21         Q.   Do you see individuals entering into

22   the door going into the meeting?

23         A.   Can you play it back.

24         Q.   Did you see anyone entering the

25   meeting at this time?

1

2          A.    Yes.

3          Q.    The individual with the gray scarf,

4   did you see anyone blocking or preventing him

5   from going into the meeting following the people

6   that just went in?

7          A.    No.

8          Q.    The instructions that you received

9   regarding individuals not being able to come in

10  with signs, was that verbal or written

11  instruction you received, if you recall?

12         A.    Verbal.

13         Q.    And that instruction, do you know

14  whether Mr. Edward's gave that instruction only

15  to you or there were other officers or

16  volunteers present that were also receiving

17  these instruction?

18         A.    He explained it to everyone that was

19  with him.

20         Q.    Can you tell us in what capacity

21  were you at this town hall meeting, were you

22  there as a volunteer or something else?

23         A.    I was there in the capacity of being

24  an assistant principal, but I also volunteered

25  my time to be there, it was not a requirement.

 1

 2          Q.   At anytime while you were outside,

 3    before the meeting, while individuals were

 4    coming in the meeting, did you observe anyone

 5    who was not carrying a sign be prevented from

 6    entering the meeting?

 7          A.   No, never observed that.

 8          Q.   Paused at 2 minutes and 12 seconds.

 9    We see there are individuals standing off to the

10    side, is that accurate?

11          A.   Yes.

12          Q.   And we see an open door; is that

13    correct?

14          A.   Yes.

15          Q.   And near the door we see

16    Mr. Edward's standing near the door?

17          A.   Yes.

18          Q.   Based on this still image, where

19    individuals are entering, can you tell where

20    they were walking to get into the meeting?

21          A.   Through the door.

22          Q.   We see an officer with a bald head

23    in a dark blue or black jacket, were they

24    entering from behind or in front, basically that

25    opening between him, and Mr. Edward's to get

1

2  into the meeting?

3         A.    Anyone that walks with no sign, can

4  walk into the meeting.

5         Q.    Just watching those few seconds, did

6  you observe anyone that appeared to be Asian

7  American enter into the meeting?

8         A.    Yes, I did.

9         Q.    Can you tell whether or not these

10  individuals were carrying signs?

11         A.    I know that Mr. Edward's said, if

12  you don't have a sign, you can come in, and they

13  walked in.

14         Q.    Do you see anyone that was observed

15  as not Asian American entering into the

16  building?

17         A.    I see both.

18         Q.    And the individuals that are

19  nonAsian, do you see them carrying signs?

20         A.    They are not.

21         Q.    This video was marked as plaintiffs

22  7, I am going to let it play.  You testified

23  this video represents Ms. Lam trying to get into

24  the town hall meeting; is that correct?

25         A.    Yes.

1

2        Q.   Based on this video, did you see

3   which direction Ms. Lam came from?

4        A.   I don't know which direction it was,

5   she came from the side, and went behind Officer

6   Dim, and Mr. Edwards.

7        Q.   Sir, earlier you mentioned that

8   individuals entering the meeting were entering

9   in between off to the left of the door, between

10  where Mr. Edward's was standing, and where the

11  other officer with the bald head, and the black

12  jacket was standing, it was an opening to go in?

13       A.   Yes.

14       Q.   Is that the opening that Ms. Lam

15  tried to enter into the town hall meeting?

16       A.   No, she circumvented that to get

17  access to the door going behind that.

18       Q.   We see based on the video, and on

19  your testimony that you intervened when Ms. Lam

20  was trying to enter the town hall meeting?

21       A.   Yes.

22       Q.   Why did you intervene when she was

23  trying to enter?

24       A.   Because she was going behind their

25  backs and carrying a sign.

1

2          Q.   And prior to this moment that Ms.

3   Lam was entering the meeting, did you see her

4   try to enter the meeting at any other point that

5   night?

6          A.   Yes, she was holding a sign prior to

7   that going in from the direction that you just

8   mentioned between the two people and the door.

9               MR. WEEKES:   I have no other

10          questions for you.

11               CONTINUED EXAMINATION BY.

12               MR.  SCHWARTZ:

13          Q.   When I asked you about Ms. Lam, I

14   asked you if you saw a sign in her hand, and you

15   said no.  The last video that you are seeing

16   exhibit 7, now you say you saw a sign in her

17   hand?

18          A.   It was not the same video, the video

19   that you showed me was a different time.  I was

20   referring to the video once I stepped in front,

21   and that's when she went behind, and holding the

22   sign.  The video that you asked me about are two

23   different videos.

24          Q.   Now, you say she was going in the

25   wrong door?

1

2        A.   No, I did not say that.  I said she

3    was going in circumventing the area where they

4    were allowing people to walk through between the

5    two people that had signs, she went behind their

6    backs into the only door that was open to allow

7    people to enter.

8        Q.   So you are saying that the door she

9    went through is now how other people were going

10   in?

11       A.   I did not say that.

12       Q.   Let's look at it again.  I see

13   people in front of Mr. Edward's entering through

14   that door; is that correct?

15       A.   Yes.

16       Q.   Is that an incorrect door?

17       A.   No, that's the door that was open.

18       Q.   Are you saying that Ms. Lam did not

19   go through the same door?

20       A.   No, I am saying she went behind

21   people's back --

22       Q.   Whose back, Mr. Edward's?

23       A.   And Officer Dim.

24       Q.   Mr Edwards is facing an open door?

25       A.   Yes.

1

2          Q.   And people are entering in front of

3   him?

4          A.   Yes.

5          Q.   Now, at some point he turns around,

6   she squeezed between his back and the door, and

7   she was not allowed to do that?

8          A.   She went behind his back.

9          Q.   But he had turned around, no?

10         A.   Whether he was turned or the angle

11  facing from the camera, either direction, she

12  was still behind his back.

13         Q.   And he had turned around after that,

14  correct?

15         A.   Not to face her, after she made into

16  the door when I stepped in front of her, so when

17  she tried to enter, the only door that was open,

18  she went behind two peoples backs, it clearly

19  shows that.

20         Q.   She didn't walk in the same path as

21  everyone else?

22         A.   She did not, she walked behind their

23  backs.

24         Q.   Did Mr. Edward's turn around at some

25  point where he was standing, do you recall;

1

2    let's take a look again, did he turn around?

3          A.    After she entered the doorway behind

4    his back, yes.

5                MR. WEEKES:  I'd like a copy.

6                (Whereupon, at 12:30 P.M., the

7          Examination of this Witness was

8          concluded.)

9

10   _____
          JASON MARINO
11
     Subscribed and sworn to before me this
12   _____ day of _____, 2024.

13   _____
          NOTARY PUBLIC
14

15

16

17

18

19

20

21

22

23

24

25

JASON MARINO                                                    JOB NO. 1013243
MAY 28, 2024

1

2                              INDEX

3
      EXAMINATION BY                                    PAGE
4
      MR.  SCHWARTZ                                      7, 41
5
      MR. WEEKES                                         33
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1

 2

 3                      EXHIBITS

 4
     PLAINTIFF'S            DESCRIPTION              PAGE
 5
     1-2                Document                 24
 6
     3-4                Document                 26
 7
     5                  Document                 27
 8
     6                  Document                 29
 9
     7                  Document                 32
10

11
     DEFENDANT'S        DESCRIPTION              PAGE
12
     (NONE)
13

14

15
              (Exhibits retained with Plaintiff)
16

17

18

19

20

21

22

23

24

25
```

JASON MARINO                                          JOB NO. 1013243
MAY 28, 2024

```
 1

 2      INFORMATION/DOCUMENTATION REQUEST INDEX

 3
      INFORMATION REQUESTED                    PAGE
 4
      (NONE)
 5

 6    INFORMATION TO BE INSERTED               PAGE

 7    (NONE)

 8
      MARKED FOR RULING                        PAGE
 9
      (NONE)
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

JASON MARINO                                        JOB NO. 1013243
MAY 28, 2024

```
 1
 2   C E R T I F I C A T E
 3
     STATE OF NEW YORK )
 4                     )      ss:
     COUNTY OF NEW YORK      )
 5
 6          I, STACY ADAMES, a Shorthand Reporter
 7   and Notary Public within and for the State of
 8   New York, do hereby certify:
 9          That JASON MARINO, the witness whose
10   EXAMINATION BEFORE TRIAL was held
11   on May 28, 2024, as hereinbefore set forth, was
12   duly sworn by me, and that this transcript of
13   such Examination is a true and accurate record
14   of the testimony given by such witness, to the
15   best of my ability.
16          I further certify that I am not related
17   to any of the parties to this action by blood or
18   by marriage, and that I am in no way interested
19   in the outcome of this matter.
20          IN WITNESS WHEREOF, I have hereunto set
21   my hand this 28th day of May, 2024.
22
23
24                    _Stacy Adames_____
                              STACY ADAMES
25
```

JASON MARINO                                                    JOB NO. 1013243
MAY 28, 2024

1

2                          ERRATA SHEET

3   DATE OF DEPOSITION:  5,28,2024
    WITNESS' NAME:JASON MARINO
4   PAGE/LINE(s)/    CHANGE         REASON
    _____/_____/_____/_____
5   _____/_____/_____/_____
    _____/_____/_____/_____
6   _____/_____/_____/_____
    _____/_____/_____/_____
7   _____/_____/_____/_____
    _____/_____/_____/_____
8   _____/_____/_____/_____
    _____/_____/_____/_____
9   _____/_____/_____/_____
    _____/_____/_____/_____
10  _____/_____/_____/_____
    _____/_____/_____/_____
11  _____/_____/_____/_____
    _____/_____/_____/_____
12  _____/_____/_____/_____
    _____/_____/_____/_____
13  _____/_____/_____/_____
    _____/_____/_____/_____
14  _____/_____/_____/_____
    _____/_____/_____/_____
15  _____/_____/_____/_____
    _____/_____/_____/_____
16  _____/_____/_____/_____
    _____/_____/_____/_____
17

18                       _____

19
    Subscribed and Sworn To
20  Before Me This_____Day
    Of_____, 2024
21

22  _____ Notary Public

23
       My Commission Expires_____
24

25

JASON MARINO
MAY 28, 2024

JOB NO. 1013243

---

**1**

---

**1-2** 24:11
**11229** 5:14
**12** 11:24 38:8
**12:30** 44:6
**16th** 6:15
**1:26** 29:24

---

**2**

---

**2** 38:8
**20** 29:6
**2020** 8:4
**2024** 44:12
**23** 28:16
**26** 28:24
**2:09** 31:11

---

**3**

---

**3** 31:9
**3-4** 26:6
**3787** 5:13

---

**4**

---

**4** 8:4

---

**5**

---

**5** 27:13

---

**6**

---

**6** 5:16 29:4,6 34:21

---

**7**

---

**7** 32:3 39:22 41:16

---

**A**

---

**Absolutely** 34:10
**academics** 7:11
**access** 40:17
**accurate** 38:10
**act** 30:18
**Additionally** 7:12
**address** 5:11 7:9
**addresses** 8:2
**advance** 8:25
**aforementioned** 24:9
  26:4 27:11 29:2 31:25
**agent** 28:23
**agents** 22:21
**ahead** 22:18
**Alliance** 5:18
**allowed** 15:12 27:7
  29:10,16 32:20,24 33:3,
  7,9 34:9 43:7
**allowing** 42:4
**American** 5:18 15:3,9
  29:24 39:7,15
**Americans** 14:19
  15:12 34:7
**and/or** 20:25
**angle** 43:10
**announcement** 13:19
**anymore** 21:21
**anytime** 38:2
**AP** 7:12
**appeared** 15:10 39:6
**appears** 34:14 35:20
**approach** 12:21
**approached** 12:25
**approaching** 12:24
  13:23
**area** 23:25 42:3
**arm** 18:11,14,23 19:9

30:21 31:2,5,6,11,12
**armed** 31:13
**arms** 31:24
**arrow** 31:12,14
**Arthur** 5:15
**Asian** 14:19 15:8,11
  29:24 34:6,8,14 39:6,15
**assist** 7:22
**assistant** 6:9,13,16
  7:6,7,8,16 37:24
**assisting** 16:25
**assume** 15:4,5,7 27:9
**attorney** 5:16
**auditorium** 21:22,24
  22:4 26:23 32:9,11
**Avenue** 5:13
**aware** 5:20 8:8,12

---

**B**

---

**back** 17:12,13 20:23
  21:13 32:13,16 36:16,
  20,23 42:21,22 43:6,8,
  12 44:4
**backs** 40:25 42:6
  43:18,23
**bag** 27:25 28:8
**bald** 25:4,18 29:25
  38:22 40:11
**bar** 36:6
**barred** 10:15,18
**barring** 17:2
**based** 38:18 40:2,18
**basically** 16:19 38:24
**Bedford** 5:13
**black** 38:23 40:11
**blocked** 20:10 30:15
**blocking** 20:4 30:10,
  11,21 31:7 37:4
**blue** 38:23
**blurry** 28:14

**board** 6:17 11:21
**borough** 11:15 12:2
  33:25
**bring** 10:10 14:18 27:7
**broken** 29:14
**Brooklyn** 5:13
**building** 9:12 15:12
  35:19 39:16

---

**C**

---

**camera** 43:11
**cap** 25:22
**capacity** 37:20,23
**carry** 27:10
**carrying** 17:11 38:5
  39:10,19 40:25
**case** 5:17 6:2,3
**causing** 30:18
**chancellor** 8:19,21
  22:5,13,16
**chancellors** 12:9
**characteristic** 14:24
**check** 13:25
**checking** 14:19
**children** 7:10
**chinese** 5:18 15:3
**circumvented** 40:16
**circumventing** 42:3
**Citizens** 5:18
**civil** 6:2,4
**clear** 13:21
**closed** 21:8 35:15,16,
  21,24
**closest** 13:22
**college** 6:25
**community** 7:15
**concluded** 44:8
**contact** 19:10

**CONTINUED** 41:11

**copy** 44:5

**correct** 18:8 27:25 34:3
35:21 36:11,12 38:13
39:24 42:14 43:14

**correctly** 23:10

**couple** 16:9

**criminal** 6:2

**crowd** 30:17

---

**D**

**dark** 38:23

**date** 12:8 24:12 26:7
27:14 29:5 32:4

**day** 7:22 9:3,7 10:24
44:12

**day-to-day** 7:4

**days** 8:11

**decision** 9:15,18

**decisions** 16:21

**defendant** 5:17,21

**demonstrating** 15:2

**demonstration** 11:3

**demonstrations** 9:2,9

**demonstrators** 10:22

**Department** 6:7,24
8:16,18

**deposition** 5:24

**Dim** 28:21 40:6 42:23

**Din** 28:21

**direction** 40:3,4 41:7
43:11

**directions** 34:10

**director** 9:21 11:16
12:2 34:2

**discussion** 23:20

**document** 24:10 26:5
27:12 29:3 32:2

**door** 13:6,8,9,10 14:13
16:4,13 17:3 19:11

20:3,5,15 21:8 23:21
24:2,5 28:6 29:7,16
30:15,22 32:6 35:3,11,
13,15,21,24,25 36:3,9,
10,22 38:12,15,16,21
40:9,17 41:8,25 42:6,8,
14,16,17,19,24 43:6,16,
17

**doors** 34:21,24,25

**doorway** 16:12,15,16,
19 18:17 20:16,19,24
21:7 26:11 44:3

**downstairs** 23:25

**duly** 5:3

**duties** 7:4

---

**E**

**ear** 26:18

**earlier** 10:24 40:7

**Education** 6:7,17,24
8:16,18 11:22

**Edward's** 17:12 19:22,
23 22:19 24:19 25:22
33:10 34:2,6,18 36:13,
17 37:14 38:16,25
39:11 40:10 42:13,22
43:24

**Edwards** 9:23,25 10:21
11:4,15 13:15 16:19
18:16 22:14,25 40:6
42:24

**egress** 20:4

**emotional** 7:11

**employed** 6:6

**end** 33:13,16

**engaging** 13:2

**English** 6:20

**enter** 9:13 10:3 11:2
13:4,5,7 33:11 36:11
39:7 40:15,20,23 41:4
42:7 43:17

**entered** 11:13 21:22
22:4,6 44:3

**entering** 10:16 18:20
30:15,22 35:19 36:21,

24 38:6,19,24 39:15
40:8 41:3 42:13 43:2

**entire** 7:14 34:23,24

**entrance** 11:7 24:23
35:17 36:2

**entry** 29:10

**evening** 8:13 21:15

**event** 7:23 34:23

**events** 7:17,21

**Eventually** 21:14

**exact** 8:10 11:11 22:20

**Examination** 5:6 33:22
41:11 44:7

**examined** 5:4

**exhibit** 24:11 26:6
27:13 29:4,6 32:3 41:16

**exit** 30:10,12

**experience** 10:13

**explain** 12:3 22:14

**explained** 37:18

**explaining** 22:20

---

**F**

**face** 28:15 43:15

**facing** 24:19 25:14
42:24 43:11

**February** 8:4

**fellow** 25:17,21

**finished** 22:5,12,13

**folded** 28:7

**form** 20:13

**front** 16:18,21 17:15
18:5,6,12,17,19 19:6,13
20:21,22 21:2 28:11,21
31:3,21,24 35:10 38:24
41:20 42:13 43:2,16

---

**G**

**gave** 12:16 37:14

**generally** 7:18

**gentleman** 24:18
28:22 29:9,15,25 30:11,
14,20,21 31:2,7,21

**gentleman's** 31:16

**give** 9:16

**giving** 36:13,17

**glasses** 31:22

**Good** 5:15

**gray** 25:21 35:7 36:14
37:3

**Greater** 5:19

**Greg** 9:23

**group** 10:20 15:2 24:24

**guidance** 7:7,9

---

**H**

**hall** 8:3,9,14 21:22
22:24 26:24 37:21
39:24 40:15,20

**hand** 17:22 18:18,19
19:2,4 28:7,11 29:22,23
31:8 41:14,17

**handle** 7:9 30:2

**hands** 15:13 18:9

**happened** 10:12,14
21:10 22:23 23:7,10
34:16

**hat** 24:18

**hats** 7:8

**head** 29:25 38:22 40:11

**hear** 29:12,13

**heard** 22:22 23:6 36:19

**held** 8:3 21:23 23:13,
17,20

**High** 6:11 8:4

**hold** 22:8,15 32:20
33:3,9

**holding** 9:13 13:4
14:20 21:25 22:3 27:3
33:17 41:6,21

**hoods** 14:2

**hosting** 7:23

**I**

**identification** 24:11
26:6 27:13 29:4 32:3

**image** 28:14 35:6 38:18

**immediately** 9:4

**incorrect** 42:16

**individual** 35:7 36:14
37:3

**individuals** 34:2 36:10,
21 37:9 38:3,9,19
39:10,18 40:8

**information** 7:24 8:24
9:8 12:9

**informed** 9:19,20

**informing** 12:19

**informs** 12:7

**inside** 21:11,17 23:13,
17 26:9,10,12,23 29:7
32:8,18 33:12,14 36:6,
7,8

**instruct** 9:16

**instructed** 9:12 10:25

**instruction** 10:7 12:17
34:5,13 36:14 37:11,13,
14,17

**instructions** 33:12
36:18 37:8

**interacted** 24:6

**interaction** 16:9 20:6
24:2 27:20

**interactions** 11:18,23
23:22

**intervene** 40:22

**intervened** 40:19

**involved** 11:3 16:25
17:9

**issues** 7:9

**J**

**jacket** 14:14 38:23
40:12

**jackets** 14:2

**James** 6:11 7:2,5 8:3

**Jason** 5:10 44:10

**job** 11:25 12:4

**L**

**Lam** 5:20 17:20,21 19:6
20:7 23:21 24:7 25:15
27:21,24 28:12,16
29:20 32:5 39:23 40:3,
14,19 41:3,13 42:18

**largely** 8:2

**larger** 24:24

**lawsuit** 5:21 8:2

**leave** 20:4,16

**leaving** 35:24

**left** 18:25 19:2,3 20:18
22:13 25:22 28:24 31:7
32:10 40:9

**left-hand** 31:3

**Linda** 17:20

**location** 24:22

**lock** 36:8

**locked** 36:7

**long** 6:12,21 9:13 20:6
21:17

**loud** 13:20

**M**

**machine** 14:8,10

**made** 8:8,12 43:15

**Madison** 6:11 7:2,5 8:4

**main** 11:7 24:23

**make** 7:14 9:15

**making** 13:18,20 16:21

**man** 17:16

**Marino** 5:10 44:10

**marked** 24:10 26:5
27:12 29:3 32:2 39:21

**meeting** 8:3,5,7,9,15,
20,22,25 9:2,3,5,7,10
10:10,16,17,23 12:12
21:23 22:12 23:17
26:25 27:4 32:21 33:4,
9,15,20 36:11,22,25
37:5,21 38:3,4,6,20
39:2,4,7,24 40:8,15,20
41:3,4

**meetings** 22:24 23:7

**mentioned** 40:7 41:8

**metal** 14:12

**minutes** 16:10 38:8

**moment** 16:8 19:10
26:3 41:2

**moments** 16:10 21:19

**morning** 5:15

**move** 36:19

**moved** 19:12

**moving** 16:12 30:9

**N**

**names** 28:18

**night** 26:24 34:13,24
41:5

**nonasian** 39:19

**Notary** 5:3 44:13

**Note** 12:5 14:21 20:12
22:17 28:9 30:6,16 33:5

**number** 8:10

**NYPD** 30:21

**O**

**objection** 12:5 14:21
20:12 22:17 28:9 30:6,
16 32:22 33:5

**observation** 34:8

**observe** 34:17 38:4
39:6

**observed** 38:7 39:14

**occasion** 17:10

**occasions** 17:7

**off-the-record** 23:19

**office** 12:9

**officer** 18:16 25:15,19
28:20,21 38:22 40:5,11
42:23

**officers** 17:13 20:22,23
21:2 28:19 35:21 37:15

**open** 8:20,22 14:14
34:21,24 35:5,14,24
36:4,7 38:12 42:6,17,24
43:17

**opened** 16:14

**opening** 38:25 40:12,
14

**opposed** 35:24

**outline** 31:15

**overhear** 36:17

**overheard** 22:25 36:13

**oversee** 7:13

**P**

**P-E-P** 8:20

**P.M.** 44:6

**panic** 36:6

**paraphrase** 11:12

**part** 8:17 12:18 16:11,
24 31:23

**passing** 22:22

**patch** 25:8,10

**path** 43:20

**Paused** 38:8

**people** 9:11 10:2,10,15,
20 11:10,12 12:19
13:11,12,18,23 14:8,17,
19 15:22 16:6,11,15,22
19:25 20:4 21:25 22:8,
15 23:12,16 24:25 27:3,

6 32:8 33:8,10 34:25
35:19 37:5 41:8 42:4,5,
7,9,13 43:2

**people's** 42:21

**peoples** 43:18

**perceived** 34:7

**perimeter** 13:2

**perimeters** 12:4

**permitted** 10:25 11:13

**person** 13:21 17:10,14
20:20 25:4

**pertaining** 7:10

**Philip** 5:19

**photo** 26:8,10 32:8

**photograph** 24:17
26:15

**photographs** 24:14

**physical** 34:8

**pick** 14:10,12

**picture** 26:11 30:23
31:4,9

**Plaintiff's** 24:10,24
26:5 27:12 29:3 32:2

**plaintiffs** 5:16,17 39:21

**play** 16:17 27:15 36:16,
23 39:22

**playing** 29:19

**point** 10:19 17:2 18:10
22:8 25:25 29:7 34:12,
17 41:4 43:5,25

**pointer** 24:25

**pointing** 31:12

**police** 17:13 18:16
20:22,25 28:21

**position** 6:5 18:11,18
25:7

**potential** 8:25 9:8

**predominantly** 35:4,
13

**present** 6:5 37:16

**pretty** 13:20

**prevent** 34:18

**prevented** 38:5

**preventing** 37:4

**principal** 6:9,13,16 7:6,
7,8,16 37:24

**prior** 8:7,11 9:3,4,5
41:2,6

**procedure** 35:18

**procedures** 7:13 12:8

**prompted** 13:22

**protest** 13:2 22:23
23:13

**protests** 23:9

**provide** 7:24

**public** 5:3 10:10 44:13

**purpose** 7:20

**push** 19:8

**pushing** 16:3,7,9,13

**put** 18:9 19:3,6,24
27:24 28:8

### Q

**Queens** 23:11

**questions** 10:6 12:13
27:17 33:24 41:10

**quick** 20:9 33:24

### R

**reached** 18:11,13

**reason** 22:20

**recall** 8:5 9:24 10:5
12:14 13:14 14:3 15:11,
15 16:3,6,13 17:7,25
19:16,18,20 20:17,18
22:19 25:24 26:2 27:6
28:2,3,10 29:17,18
35:2,3 36:9 37:11 43:25

**receive** 34:13

**received** 37:8,11

**receiving** 37:16

**recognize** 17:18,19
24:16,20 28:12

**record** 5:8,11

**referring** 41:20

**remember** 8:10 11:11
18:4,5,6 23:10,14

**Reporter** 24:12 26:7
27:14 29:5 32:4

**represents** 39:23

**requirement** 37:25

**respond** 18:3

**responding** 18:4

**resume** 29:19

**right-hand** 28:13

**role** 6:17 11:21 16:16

**rule** 9:16,17

**rules** 7:13

### S

**safe** 7:15

**safety** 9:21 11:16 12:2
20:23,25 22:21 23:2
25:10,14 28:22 34:2

**scanning** 14:8,10

**scarf** 35:8 36:15 37:3

**school** 6:10,11 7:14,17,
21,24 8:4 11:8,14 12:25
14:8 20:23,25 21:11
22:21 23:2,11 24:23
25:10,14,19 26:9 28:22
35:18

**schools** 23:3,4

**Schwartz** 5:7,16 41:12

**screen** 5:20 17:19
18:23 19:3 24:16 34:19

**seconds** 20:8,21 29:6
35:7 38:8 39:5

**security** 7:7,12,13,16,
24 12:7

**share** 24:16

**showed** 41:19

**showing** 18:23 24:14

**shows** 43:19

**side** 16:20,23 21:7,9
28:13 31:3,19 38:10
40:5

**sign** 14:15 15:14,16,18,
21,25 17:11,22 19:24
27:24 28:7,10 29:22,23,
25 34:15 38:5 39:3,12
40:25 41:6,14,16,22

**signs** 9:14 10:3,10,16,
18 11:2,13 12:11,20,23
13:4,5,13,21,24 14:2,
18,20,23,25 15:13,23
20:2,3 21:25 22:3,9,15,
21,23 23:13,17 27:3,7,8
32:9,12,14 33:9,11,17,
19 34:3,9,11 37:10
39:10,19 42:5

**similar** 22:23 23:6,8,9

**simply** 10:2

**sir** 36:20 40:7

**situation** 21:5

**Skinner** 28:23

**slightly** 16:23

**small** 25:9

**social** 7:11

**sound** 29:12

**speaking** 8:19,21
19:22 22:5,16

**specifically** 23:14

**specifics** 23:9

**spot** 25:18

**squeezed** 43:6

**stand** 18:18,20 20:3

**standing** 11:4,6,9
12:18 13:15 16:11,15
18:5,6 29:7 35:10 38:9,
16 40:10,12 43:25

**start** 24:13

**started** 6:25

**State** 5:4,8,11

**stay** 36:6

JASON MARINO
MAY 28, 2024

JOB NO. 1013243

**stepped** 20:23 21:2,11, 17 28:11 41:20 43:16

**steps** 13:9

**stood** 17:15 18:21

**stopped** 15:17,20,22, 25 16:11 17:14 19:11 20:15 29:24 31:10

**stopping** 18:19

**street** 12:22

**stretched** 18:22 31:3, 7,13,18,20

**strike** 10:9

**stuck** 18:18,23

**subject** 6:19

**Subscribed** 44:11

**successful** 24:15

**support** 7:25

**sweaters** 14:2

**sworn** 5:3 44:11

**T**

**teach** 6:19

**teacher** 6:18,21 7:2

**telling** 13:12,14,15,17, 18,21 16:22 23:15 33:10

**ten** 20:8,21

**terminated** 33:20

**testified** 5:5,23 33:25 39:22

**testimony** 40:19

**things** 23:7,8

**tight** 30:17

**time** 11:20 16:12 23:20 24:6 30:10 33:13 36:25 37:25 41:19

**times** 16:6 31:9

**told** 9:25 10:21 13:3 33:8,25

**top** 25:9

**town** 8:3,8,14 21:22 22:24 26:24 37:21 39:24 40:15,20

**turn** 29:11 43:24 44:2

**turned** 43:9,10,13

**turns** 43:5

**U**

**understand** 8:23

**underway** 9:10

**uniform** 25:5,18 30:20 31:16

**unusual** 10:9

**V**

**verbal** 37:10,12

**vestibule** 21:6,9

**video** 27:15,16,18,21 28:4 29:12 32:5 34:19 39:21,23 40:2,18 41:15, 18,20,22

**videos** 41:23

**visible** 32:25

**volunteer** 37:22

**volunteered** 37:24

**volunteers** 37:16

**W**

**walk** 21:4 39:4 42:4 43:20

**walked** 39:13 43:22

**walking** 38:20

**walks** 39:3

**watching** 39:5

**wear** 7:8

**WEEKES** 12:5 14:21 20:12 22:17 28:9 29:11 30:6,16 32:22 33:5,23 41:9 44:5

**weeks** 8:11

**wellbeing** 7:11

**withdrawn** 34:19

**woman** 17:16,17,19

**words** 11:11

**working** 6:23

**written** 37:10

**wrong** 41:25

**Y**

**Yan** 5:19

**yard** 23:23

**year** 6:15

**years** 6:22 11:24

**York** 5:4,14,19