# EXHIBIT D

Phillip Yan Hing Wong

Page 1

1               UNITED STATES DISTRICT COURT

2               SOUTHERN DISTRICT OF NEW YORK

3        _____

4    CHINESE AMERICAN CITIZENS

5    ALLIANCE GREATER NEW YORK,

6    PHILLIP YAN HING WONG, SIU-LIN

7    LINDA LAM, LUCAS LIU, GEORGE

8    LEE, XUHUI NI,

9              Plaintiffs,

10        v.                          Case No.

11   NEW YORK CITY DEPARTMENT OF      1:2020cv08964

12   EDUCATION, CITY OF NEW YORK,

13   CHANCELLOR RICHARD A. CARRANZA,

14   MAYOR BILL DE BLASIO, JASON

15   MARINO, JOHN DOE NO. 2, JOHN

16   DOE NO. 3, POLICE OFFICER JOHN

17   DOE NO. 4, JOHN DOE NO. 5, JOHN

18   DOE NO. 6, JOHN DOE NO. 7, JOHN

19   DOE NO. 8,

20              Defendants.

21        _____

22

23                                    Certified Original

24

25

Phillip Yan Hing Wong

Page 2

1              VIDEOCONFERENCE DEPOSITION OF

2                 PHILLIP YAN HING WONG

3   DATE:            Friday, May 31, 2024

4   TIME:            3:26 p.m.

5   LOCATION:        Remote Proceeding

6                    Elmhurst, NY 11373

7   REPORTED BY:     Douglass Breshin

8   JOB NO.:         6732964

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Phillip Yan Hing Wong

Page 3

1              A P P E A R A N C E S

2    ON BEHALF OF PLAINTIFFS CHINESE AMERICAN CITIZENS

3    ALLIANCE GREATER NEW YORK, PHILLIP YAN HING WONG,

4    SIU-LIN LINDA LAM, LUCAS LIU, GEORGE LEE, XUHUI NI:

5         ARTHUR Z. SCHWARTZ, ESQUIRE (by videoconference)

6         Advocates for Justice Chartered Attorneys

7         225 Broadway, Suite 1902

8         New York, NY 10007

9         aschwartz@afjlaw.com

10        (212) 285-1400

11

12   ON BEHALF OF DEFENDANTS NEW YORK CITY DEPARTMENT OF

13   EDUCATION, CITY OF NEW YORK, CHANCELLOR RICHARD A.

14   CARRANZA, MAYOR BILL DE BLASIO, JASON MARINO:

15        KEVON WEEKES, ESQUIRE (by videoconference)

16        New York City Law Department

17        100 Church Street

18        New York, NY 10007

19        kweekes@law.nyc.gov

20        (212) 788-0303

21        File #:  2020-0042538  Control #:  24-1732

22   ALSO PRESENT:

23        George Lee, Named Plaintiff (by videoconference)

24

25

Phillip Yan Hing Wong

Page 4

1                              I N D E X

2      EXAMINATION:                                    PAGE

3          By Ms. Weekes                                  7

4

5                          E X H I B I T S

6      NO.                DESCRIPTION                  PAGE

7      Exhibit A          Video from Townhall           22

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Phillip Yan Hing Wong

Page 5

1          P R O C E E D I N G S

2          THE REPORTER:  Good afternoon,

3     everyone.  My name is Douglass Breshin; I am the

4     reporter assigned by Veritext to take the record of

5     this proceeding.  We will now be going on the record,

6     it is 3:26 p.m.

7               This is the deposition to be taken of

8     Phillip Yan Hing Wong taken in the matter of Chinese

9     American Citizen Alliance of Greater New York, et al.,

10    against the New York City Department of Education, et

11    al.  Today is May 31, 2024 and we are doing this

12    deposition remotely via Zoom.

13               I am a notary authorized to take

14    acknowledgments and administer oaths in the state of

15    New York.  As which parties agree I will swear in our

16    witness remotely.

17               Additionally, absent an objection on

18    the record before the witness is sworn, all parties

19    and the witness understand and agree that any

20    certified transcript produced from this proceeding,

21    virtually from this proceeding:

22                    - is intended for all uses permitted

23                       under applicable procedural and

24                       evidentiary rules and laws in the

25                       same manner as a deposition recorded

Phillip Yan Hing Wong

Page 6

1              by live stenographic means; and

2              - shall constitute written stipulation

3                 as such.

4              And just once again, may I just please

5    ask our attorneys appearing this afternoon to

6    introduce themselves on the record, please.

7              MR. SCHWARTZ:  Arthur Schwartz,

8    Advocates for Justice, 225 Broadway, New York, New

9    York 10007 for Plaintiffs.

10             MS. WEEKES:  Kevon Weekes, New York

11   City Law Department Office of the Corporation, counsel

12   for Defendant.

13             THE REPORTER:  So thank you very much,

14   everybody.

15             And hearing no objections, I will swear

16   in our witness.

17             So Mr. Wong, may I please ask you to

18   raise your right hand.  Thank you very much.

19   WHEREUPON,

20             PHILLIP YAN HING WONG,

21   called as a witness and having been first duly sworn

22   to tell the truth, the whole truth, and nothing but

23   the truth, was examined and testified as follows:

24             THE REPORTER:  Thank you very much,

25   MR. Wong.  And before we get started, can I just

Phillip Yan Hing Wong

Page 7

1    please ask you for the record to state your full name

2    please followed by your address?

3                   THE WITNESS:  Yeah.  Phillip Yan Hing

4    Wong, P-H-I-L-L-I-P, Yan, Y-A-N, Hing, H-I-N-G, Wong,

5    W-O-N-G.  My address is in ███ ████████████,

6    ████████████████████ ███████████ ██

7    ███ and the zip code is █████

8                   THE REPORTER:  All right.  Thank you

9    very much, Mr. Wong and I appreciate all those

10   spellings as well and we are all set to begin.

11                        EXAMINATION

12   BY MS. WEEKES:

13       Q    Good afternoon, Mr. Wong, my name is Kevon

14   and I represent the defendants in this matter.

15       A    Okay.

16       Q    Before we get started with the deposition,

17   I'm just going to go over some rules with you; okay?

18       A    Okay.

19       Q    First, I ask that you give only verbal

20   responses.  So no nodding or shaking of the head, no

21   uh-huh's or no mm-hmm's and that's so the court

22   reporter can transcribe your responses accurately;

23   okay?

24       A    I understand.

25       Q    Next, I'll ask that you try your very best

Phillip Yan Hing Wong

Page 8

1    to keep your voice up and speak clearly and that's

2    also so the court reporter can transcribe what is

3    being said accurately; okay?

4        A    Okay.  Understood.  Yeah.

5        Q    If at any time I ask you a question that you

6    don't understand, please let me know that way I can

7    repeat or rephrase the question.  Otherwise, I'll

8    assume you've understood; okay?

9        A    Understood.  Okay.

10       Q    If I ask a question and you don't know, I

11   don't want you to guess.  It's okay to tell me that

12   you don't know and we can move on; okay?

13       A    Understand.  Okay.

14       Q    We're already doing this but please continue

15   to wait for me to completely finish my questions

16   before you answer and that'll allow the court reporter

17   to transcribe not only my full question but also your

18   full answer.  If we're talking over each other, it'll

19   be hard for him to do that; okay?

20       A    I understand.  Okay.

21       Q    If at any point you need to clarify

22   something, maybe your answer was inaccurate or

23   incomplete, just let me know and I'll give you an

24   opportunity to make that correction on the record;

25   okay?

Phillip Yan Hing Wong

Page 9

1      A     Okay.  Thank you.  Okay.

2      Q     And the last thing I ask is, if you need to

3   take a break at any point that's absolutely fine, just

4   answer my pending question if there is one and then

5   you're free to take a break and come back and we'll

6   get started when you're ready; okay?

7      A     Okay.  Okay.

8      Q     Great.  Mr. Wong, do you have any mental

9   condition that could interfere with your ability to

10  testify today?

11     A     No.

12     Q     Do you have any physical condition that

13  would interfere with your ability to testify here

14  today?

15     A     No.

16     Q     Have you taken any medication in the last

17  24 hours that could affect your ability to testify

18  here today?

19     A     No.

20     Q     Is there any medication that you should have

21  taken but did not take and not taking it will affect

22  your ability to testify here today?

23     A     No.

24     Q     Have you ever went by any other name, other

25  than Phillip Yan Hing Wong?

Phillip Yan Hing Wong

Page 10

1       A    I'm also known as Phil Wong, P-H-I-L,

2  W-O-N-G.

3       Q    With the understanding that only the year

4  will be on the record, what is your full date of

5  birth?

6       A    █████ ███ ██████.

7       Q    With the understanding that only the last

8  four will be on the record, what is your full social

9  security number?

10      A    ████████████.

11      Q    The address that you gave us at the

12  beginning, ████ ██████ █████████████ ████ █████

13  █████  is that your current address?

14      A    Yeah.  That is correct.

15      Q    Do you live with anyone at that address?

16      A    Yes.  My wife and three -- three daughters.

17      Q    How long have you lived at that location?

18      A    I've lived there since 1976.

19      Q    Do you recall the date of the events for

20  which we are here today?

21      A    Yes.  That was on February 4, 2020.

22      Q    Do you recall the location where the events

23  took place?

24      A    Yes.  That was at James Madison High School

25  and that's in Brooklyn, Bedford Avenue.  I believe the

Veritext Legal Solutions
www.veritext.com
800-727-6396                              212-267-6868

Phillip Yan Hing Wong

1    number was 3787 Bedford Avenue.

2        Q    Back on February 4th of 2020, were any of

3    your children enrolled in a Department of Education

4    public school?

5        A    Yes.  They were in public schools.  Yes.

6        Q    Are they currently enrolled today?

7        A    No.  None of them are in public schools

8    today.

9        Q    Did you review any documents in preparation

10   for today's deposition?

11       A    I was given the deposition I gave back in

12   2021, May.  I was -- I was reviewing that yesterday.

13       Q    Other than that transcript, did you review

14   anything else?

15       A    I saw -- I saw -- I reviewed the video that

16   was posted in YouTube of the incident.

17       Q    Other than the transcript and the YouTube

18   video, did you review anything else?

19       A    No.  No.

20       Q    The YouTube video, do you know who posted

21   it?

22       A    No.  I don't -- I don't recall but there

23   were several videos posted to -- from different angles

24   and I was watching one of them.  No, I don't recall

25   who did it.

Phillip Yan Hing Wong

Page 12

1      Q    Other than the filing of this lawsuit, did
2  you file or make any other complaint regarding the
3  February 4, 2020 event?
4      A    No, I have not.  No.
5      Q    Have you ever sued the city of New York
6  before?
7      A    Yes, I have.
8      Q    Is that lawsuit ongoing?
9      A    Yes, it is.
10      Q    And can you tell me what type of lawsuit
11  that is?
12      A    That was a federal lawsuit.  It was filed at
13  federal court regarding the Discovery Program of the
14  specialized high school entrance exam.
15      Q    Other than that lawsuit, have you ever --
16  are there any other lawsuits you've ever brought
17  against the city?
18      A    Two years ago I was one of the plaintiffs
19  that's -- that's in a lawsuit regarding non-citizens
20  were given the right to vote.  I was one of the
21  plaintiffs.
22      Q    Is that lawsuit still ongoing?
23      A    It's being appealed at the New York State.
24  That's a state lawsuit.
25      Q    Okay.  So the lawsuit regarding non-citizens

Phillip Yan Hing Wong

Page 13

1    and their right to vote.  That's against New York

2    State not New York City.

3        A    It was against -- actually, it was

4    proposed -- this law that was -- it -- that was signed

5    into law would allow non-citizens to vote in New York

6    City.  That's why the city was one of the plaintiffs.

7        Q    Other than those two lawsuits --

8                MR. SCHWARTZ:  I think you mean the

9    city is one of the defendants.

10                THE WITNESS:  Well, no.  I'm sorry.

11    One of the defendants.  Yes.  I apologize.

12   BY MS. WEEKES:

13        Q    Other than those two lawsuits, have you

14   brought any other lawsuit against New York?

15        A    No.  That is -- that -- that's -- that is

16   all.

17        Q    Okay.  What about against New York State?

18        A    There was -- there was a -- let me think.

19   Oh.  New York State was one of the defendants too in

20   that same lawsuit.  Yeah.

21        Q    And that's the one regarding non-citizens

22   and their right to vote?

23        A    That is correct.

24        Q    Other than that lawsuit, have you brought

25   any other suits against New York State?

Phillip Yan Hing Wong

Page 14

1     A     No.  No.

2     Q     Are you a member of the Chinese American

3   Citizens Alliance of Greater New York organization?

4     A     Yes.  Yes.  I am the current president and a

5   member.

6     Q     And what are your duties as president?

7     A     I attend public hearings.  I chair forums.

8   I go to public hearings, give speeches, and we hold

9   rallies on civil rights issues.  On -- on cases that

10  may discriminate on Asians and we promote voter's

11  registration.  And we do a lot of -- we are advocates

12  of -- for education.

13    Q     And how long have you been the president?

14    A     I was elected on March -- March of 2020.

15  Yeah.

16    Q     Do you recall who was the president before

17  you?

18    A     Yeah.  Wai Wah Chin.  C-H-I-N.

19    Q     Were you present at James Madison High

20  School on February 4th of 2020?

21    A     Yes, I was.

22    Q     Do you recall what time you arrived?

23    A     I got -- I drove there around five-ish.

24  Found parking.  Then went to the front of the building

25  and met the -- the parents that were already there.

Phillip Yan Hing Wong

Page 15

1        Q      And why did you go to James Madison High

2    School?

3        A      That's because on that day there was a

4    townhall that was held by the chancellor of the time,

5    Richard Carranza.  And we went there to one, bring

6    questions, and two, to -- to rally because the -- for

7    several reasons.  One, that he wanted to get rid of

8    the special -- specialized high school entrance exam.

9              And two, in the School District 22 there was

10   a member of the educational council, Jackie Cody, that

11   made discriminatory remarks against Asians.  So the

12   parents there were outraged and they wanted to rally

13   inside and outside and I joined them.

14       Q      Do you recall how long you were part of the

15   rally outside before going inside?

16       A      Well, there were -- there were some parents

17   there already and I did not stay.  I had to leave

18   temporarily because other parents brought cardboard

19   signs and they needed to write signs and there were no

20   markers.  So I had to leave for like 10, 15 minutes

21   to -- to go to the nearest 99-cent store.

22             Well, probably more than 20 minutes, yeah,

23   maybe 25 minutes.  To pick up markers and came back.

24   And came back and then -- and then they were -- there

25   were parents there who were telling me about the

Phillip Yan Hing Wong

Page 16

1    incident that happened while I was away.

2        Q    Approximately how long were you outside at

3    the rally before you left to go to the store?

4        A    I was -- I -- I stood outside the school for

5    about five, ten minutes before leaving to the -- to

6    the store for markers.

7        Q    Prior to leaving to the store, did you try

8    to go into the townhall meeting at any time?

9        A    No.  The doors were not open yet.

10       Q    Once you returned from the store, did you go

11   into the townhall meeting?

12       A    No.  While we -- I was outside with -- with

13   several other parents and then another gentleman named

14   Charlie Vavruska, he was there.  And they were denied

15   entry because they had signs with them.  And -- okay.

16   Go ahead.

17       Q    I'm asking about you specifically.  Did you

18   go into the townhall?

19       A    No.  I did not because I had signs.  I had

20   signs with me and then the parents there and Charlie

21   said, "You cannot go in."  Because the school security

22   came out and said, "You have -- you have a sign, you

23   can't go in.  No signs."

24       Q    Did the school security tell you

25   specifically that you can't go in or is that

Phillip Yan Hing Wong

Page 17

1    information you got from Charlie and the other

2    parents?

3         A    That was the information I was given from

4    the parents and Charlie, yes.  And later on I -- I

5    heard it, I saw it from the video.

6         Q    Just give me one second; okay?

7         A    Sure.  Sure.

8              MS. WEEKES:  I'm sorry.  Mr. Breshin,

9    can you read back the last response for me, please?

10             THE REPORTER:  Of course.  One second.

11             (The reporter repeated the record as

12             requested.)

13   BY MS. WEEKES:

14        Q    So Mr. Wong, do you know whether the

15   townhall meeting was still ongoing when you returned

16   from the store?

17        A    It was about to start.  Well, I know it

18   started at six.  We were there waiting to go in and we

19   know that -- there were -- well, I heard audio.  I

20   know that they're making announcements or someone was

21   making speeches.  I know things are happening and --

22   and we should be there.

23        Q    Did you at any time approach the door and

24   try to go into the meeting?

25        A    I was standing right next to the door.

Phillip Yan Hing Wong

Page 18

1     Q    My question is, you said you were standing

2    right next to the door.  My question was, did you try

3    or attempt to go into the meeting?

4     A    No.  No.  The door was -- the doors were

5    closed.  No.  No.

6     Q    Did you observe anyone, whether Asian or

7    non-Asian, without a sign enter the meeting?

8     A    There were non-Asians that were waived in.

9    They -- they were allowed to go in.  Yes.

10    Q    Did you observe any Asians enter the meeting

11    without a sign?

12    A    No.  No.  There were -- the only Asians were

13    us.  We were the ones they denied entry.

14    Q    Were you holding a sign?

15    A    Yes.  I -- I had signs.  Yes.

16    Q    And did any of the officers or DOE personnel

17    at the door say anything to you?

18    A    No.

19    Q    Did you overhear any of the officers or DOE

20    personnel say anything regarding having signs or entry

21    with a sign?

22    A    No.  No.  They did not.

23    Q    Do you recall what you were wearing that

24    day?

25    A    Well -- usually, a -- a dress shirt like

Phillip Yan Hing Wong

Page 19

1    today.  And I believe a -- a sportscoat.  Yeah.  A

2    sportscoat.

3        Q    Were you wearing a scarf or a hat?

4        A    No.  No.

5        Q    Did there come a time that you were allowed

6    into the meeting?

7        A    Yeah.  Later on.  Later on when the meeting

8    started it.  The door opened and then we're allowed to

9    go in.  But we missed -- we missed the first part of

10   the meeting.

11       Q    When you went into the meeting, based on

12   your observation, were there any Asians already inside

13   the meeting?

14       A    Yeah.  Some Asians were allowed in and they

15   all end up in the back because the front rows were all

16   filled up.  We're in the last row, last two rows.

17       Q    The Asians that you observed in the meeting,

18   were they carrying signs?

19       A    Yes.  Yes.  They had signs.

20       Q    How long after returning to the store did

21   you try to go in to the --

22       A    Well, we -- we waited -- we waited many

23   minutes, yeah.  Waited many minutes while the -- the

24   security was waiving non-Asians in but we were not

25   allowed in.  So we waited -- it was -- it was easily,

Phillip Yan Hing Wong

Page 20

1    like, many -- 10, 15 minutes, I had to wait outside.

2         Q    At any time, did any of the DOE personnel or

3    officers tell you if you got rid of the sign you can

4    get in?

5         A    No.   That was not said to me.   No.   No.

6         Q    Did you overhear them say that to anyone

7    else?

8         A    But later on the parents told me that to go

9    in they had to open up their jackets to see no signs

10   were hidden.   And only when there are no signs then

11   they were allowed to go in.   They were -- some were

12   asked, "Do you have signs?"   And -- later -- at first,

13   you can not go in with -- with a sign.

14             So later on somebody from the stage came

15   down, went to the door, and say, "You can go in with

16   signs."   And that -- that's what led -- that's what

17   allowed the rest of the parents to go in with the

18   signs.   But that I found out after the fact, after

19   going in is when I found out what happened.

20        Q    Wait.   So what you're describing, did you

21   observe any of that yourself or you only got this

22   information that you got from the parents?

23        A    I -- this is the information I got from the

24   parents after going in.

25             MS. WEEKES:   Off the record for a

Phillip Yan Hing Wong

Page 21

1    second.

2              Mr. Breshin, do you happen to still

3    have the videos from earlier?

4              THE REPORTER:  Okay.  I will go off the

5    record.  It's 3:51.

6              (Off the record.)

7              THE REPORTER:  Going back on the

8    record.  It's 3:52.

9              And just let me know when you're ready

10   to start it.

11   BY MS. WEEKES:

12        Q    Mr. Wong, with the help of the court

13   reporter, I'm going to show you a video.  The entire

14   video is about four minutes and two seconds long.  I'm

15   going to ask the court reporter to fast forward to

16   about two minutes and fifty seconds and let it play;

17   okay?

18        A    Okay.  Fine.

19              MS. WEEKES:  Mr. Breshin, if you can

20   fast forward to two minutes and fifty seconds and then

21   let it play and then I'll say when to stop.

22              (Video played.)

23              MS. WEEKES:  Mr. Breshin, can we pause?

24   BY MS. WEEKES:

25        Q    Mr. Wong, do you recognize the events that

Phillip Yan Hing Wong

Page 22

1   are taking place in this video?

2        A    I -- well, first I -- I was not there when

3   this video was filmed but I recognize the face -- some

4   of the faces in this video.  Yes.

5        Q    The individual with the hat and the glasses,

6   can you tell me who that is?

7        A    That's Bernard Chow, one of the activists

8   that -- that went to the townhall and rally with us.

9   Yes.  Chow, Bernard Chow, C-H-O-W.

10              MS. WEEKES:  Thank you, Mr. Breshin.

11   You can stop playing.

12              THE REPORTER:  Sorry.  Kevon, before we

13   move on, did you want to mark that exhibit?

14              MS. WEEKES:  Yes.  I'm so sorry.  I'll

15   do it on the record.  Mr. Breshin, could you mark the

16   video that we just played as Defendant's Exhibit A?

17              (Defendant Exhibit A marked for

18              identification.)

19   BY MS. WEEKES:

20        Q    Mr. Wong, you mentioned that at the time,

21   once you returned from the store, the doors to the

22   meeting were closed.  Is that correct?

23        A    That is correct.

24        Q    Do you recall approximately how many people

25   were waiting to enter the --

Phillip Yan Hing Wong

Page 23

1        A     A few.   It was me and Charlie Vavruska and a

2    few others.   Six, seven, yeah.   Some late comers,

3    yeah.   After that so it was probably eight, nine,

4    yeah.

5        Q     Do you recall the physical description of

6    any of the individuals that stopped you from going

7    into the meeting?

8        A     They were both -- either school safety

9    agents, they had the uniform.   Or they were men with

10   suits and -- and a headset that appeared to be

11   security, plainclothes security.   So they -- they were

12   out, they were right at the door.   And they're the

13   ones who -- who open -- or watched the door when

14   people go in.

15       Q     And you mentioned at some time you were let

16   into the meeting; correct?

17       A     That is correct.   That is correct.   Yes.

18       Q     And were you allowed in with your sign?

19       A     Yes.   I was allowed with the signs.

20       Q     Did you observe any other Asians allowed

21   into the meeting with their sign?

22       A     There -- yeah.   There were people behind me

23   that we went in together.   But that was a long wait.

24   We waited for many minutes.

25       Q     During the time you were waiting to go in,

Phillip Yan Hing Wong

Page 24

1    did you observe any non-Asians be let into the meeting

2    with a sign?

3         A    Yes.  Yes, I did.  Yes, I did.  They were

4    waived in.

5         Q    Did you observe any Asians allowed in

6    without a sign?

7         A    No.  Asians were not allowed in.

8         Q    During the time you were waiting to go in?

9         A    Oh.  Yeah.  Yeah.  The Asians, they were

10   there.  They're with -- they're with us.

11        Q    And when you say they were with you, do you

12   mean they were -- you were standing off to the side or

13   were --

14        A    That's right.  They're standing to -- off to

15   the side.  Yes.

16        Q    Did you take any photos or videos on

17   February 4, 2020?

18        A    No.  I have not.

19        Q    Did you participate in the organization of

20   the rally on February 4, 2020?

21        A    Yes.  I was -- I was one of them who shared

22   a flyer telling parents to come.

23        Q    Did you advise parents or any other

24   participant of the rally to bring signs?

25        A    Yes.  They brought their own signs.  Yes.

Phillip Yan Hing Wong

Page 25

1    And then I also told them, "We -- we have sings
2    already.  Come and get them if you need one."
3        Q    After February 4, 2020 -- or rather between
4    February 4, 2020 and now, have you attended any
5    townhall meetings?
6        A    We -- we have attend -- I have attended
7    townhall meetings but because of the COVID shutdown in
8    -- around mid -- I believe it was mid-March, the
9    townhall meetings were -- became virtual.  Zoom
10   meetings.
11            So there are no longer in-person meetings
12   after, like, mid- March.  There -- there -- that's
13   when the COVID city -- citywide shutdown was
14   announced.
15       Q    Have you attended any in-person meetings
16   since then?
17       A    What -- the -- let's see.  That was at --
18   that would be 2020 -- twenty -- end of 2022.  After --
19   after they reopened, after the city reopened and they
20   had meetings in-person.
21       Q    Did you take any signs with you to any
22   in-person meetings you attended after February 4th of
23   2020?
24       A    They were -- let's see.  They were -- they
25   were rallies.  We had rallies.  We had signs.  Yes, we

Phillip Yan Hing Wong

Page 26

1    had.   Yes.   We --

2         Q    Were you denied entry into any of the

3    meetings while carrying a sign after, after

4    February 4th of 2020?

5         A    No.   No.

6         Q    Prior to February 4th of 2020, were you

7    denied entry into any townhall meeting while carrying

8    a sign?

9         A    No.

10        Q    Did any of the officers or DOE personnel

11   that were at the door touch or come in contact with

12   your physical person in any way?

13        A    Me.   Me.   No.   No.

14        Q    Did any of the officers or DOE personnel at

15   the door search you in any way?

16        A    No.

17        Q    Do you recall whether the officers were

18   telling individuals that they could not bring signs?

19   Or were they saying it out loud, in a shouting manner?

20        A    Every person that enters, we enter the

21   building one at a time.   And the security addressed

22   each one of them, like, "Go through the metal

23   detector.   What do you have?"   You know?   And then

24   some either had nothing with them and they were just

25   waived in.   And the others, "Oh.   You got -- you have

Phillip Yan Hing Wong

Page 27

1    bags?  You have to go through the metal detector."

2         Q    My question is, did you overhear the

3    officers tell any of those -- withdrawn.  My question

4    is, did you observe or hear the officers or DOE

5    personnel shouting to everyone that no signs?  Or did

6    you observe them tell individual people that they

7    could not bring signs?

8         A    No.  No.  I -- I did not make any of the

9    observations.  I didn't see that.

10        Q    And just for further clarification, and I

11   apologize because this was my question, when you say

12   you did not see, are you saying you did not observe

13   the officers tell specific people they can't bring

14   signs?

15        A    That is correct.  That is correct.

16        Q    Once inside the townhall meeting, did you

17   speak to anyone regarding officers or DOE personnel

18   not allowing individuals into the meeting with signs?

19        A    No.  No.  The reporters did interview me

20   regarding that.  So -- but he -- he -- he's not part

21   of DOE.  So I was interviewed inside.  I was

22   interviewed outside regarding this incident that day.

23        Q    Well, your interview with the reporter, did

24   that take place after the townhall meeting ended?

25        A    That is correct.  That is correct.

Phillip Yan Hing Wong

Page 28

1      Q      And do you recall what media outlet that
2   reporter was from?
3      A      There was Brooklyn Eagle, there was New York
4   Post, and several Asian medias.  They were all there.
5   The World Journal, Sing Tao.  The -- the -- these two
6   are the Asian medias.  And there were articles
7   published about this incident the following day.
8      Q      Did you observe anyone -- did you observe
9   anyone be physically injured as a result of the events
10  that took place?
11     A      Yeah.  Yeah.  Linda Lam was one of the
12  parents who came up to me and said she was -- she was
13  pushed and manhandled and point to parts of her arm
14  and elbow.  That she was -- that she was hurt.  And --
15  and I -- I was watching her point to parts of her arm
16  where -- where she felt -- where she says she felt
17  pain and she was manhandled, pushed.
18     Q      Were you present during the time the
19  interaction took place that Ms. Lam described led to
20  her injury?
21     A      No.  That was -- that was -- that happened
22  before my return.
23     Q      Mr. Wong, are you a member of any social
24  media platforms such as Facebook, Instagram, WeChat,
25  Twitter?

Phillip Yan Hing Wong

Page 29

1      A      Yeah.   Facebook, yes.   At that time,

2      Facebook, yes.

3      Q      Did you post anything on Facebook

4      regarding -- did you post anything on Facebook

5      regarding the February 4, 2020 event?

6      A      I have not -- not read the postings posted

7      by other people.

8      Q      Do you recall who the authors were of the

9      other postings that you read?

10     A      I don't recall who posted them but there

11     were -- there quite a few of them.   Some in YouTube.

12     Some in Facebook.   I believe there were pictures of us

13     in -- there in WeChat but they were collected and

14     posted in my organization's website.   And -- and I

15     believe some of them were reposted in YouTube later

16     on.   Yeah.   The videos were reposted.   Yes.

17     Q      Did you post anything in WeChat?

18     A      No.   No.

19     Q      Did you post anything on YouTube?

20     A      No.

21     Q      After February 4, 2020, did you encounter

22     any of the officers that were at the February 4, 2020

23     meeting?

24     A      If I encountered officers that I met?   No.

25     I have not.   No.   No.

Phillip Yan Hing Wong

Page 30

1      Q     Have you encountered any of the DOE

2   personnel that were at the February 4, 2020 meeting?

3      A     Well, the chancellor, I have seen him in

4   other townhall meetings, in Zoom.  And yeah, in other

5   Zoom meetings I've seen him.  Yes.  But the other --

6   other people, no.

7      Q     Do you recall what the format of the

8   townhall meeting was?  Was it a question-and-answer

9   format or something else?

10     A     In the February 4, 2020 meeting, when I went

11  inside the DOE staff gave out index cards and asked

12  parents to write questions and supposedly, they --

13  they would take it back and then read out -- read out

14  the questions and the chancellor would answer them.

15  From what I -- from what I -- later on, at the end,

16  that did not happen.

17     Q     Prior to February 4, 2020, you attended

18  townhall meetings where index cards were collected

19  with questions but the questions weren't answered?

20     A     Yes.  Yes, I have.  Yes, I have.  Yes.

21     Q     Well, I don't know if you heard the last

22  part.

23     A     Okay.

24     Q     The last part of my question was, the

25  answers to the questions, there were no answers?

Phillip Yan Hing Wong

Page 31

1    Like, it wasn't --

2        A    Well, in previous townhalls before

3    February 4th, the Q and A sessions are handled same

4    way, with index cards.  But they -- the cards get

5    selected and the questions read out loud and they get

6    answer.  That did not happen on February 4th.

7        Q    Did you observe at any time during or after

8    the townhall meeting that individuals had or held up

9    signs?

10       A    Yeah.  Right -- right at the end of the

11   townhall meeting people start standing up and

12   chanting.  We started chanting and the other groups on

13   the other side of the auditorium started chanting.

14       Q    And the signs that were being held up, do

15   you know where they came from?

16       A    Well -- well, we -- we have our signs that

17   were either created by me or the parents in our group.

18   The other people, they brought their signs.  I

19   don't -- I don't know -- I don't know who -- who

20   created them or -- or how they got them.

21       Q    I just quickly want to go back to the two

22   lawsuits that you mentioned at the beginning.  These

23   lawsuits, were they brought on behalf of the Chinese

24   American Citizens Alliance of Greater New York?

25       A    We -- my organization is a plaintiff in --

Phillip Yan Hing Wong

Page 32

1    in the first lawsuit, a Discovery Program federal

2    lawsuit.  In the -- in the second lawsuit regarding

3    non-citizens allow -- having the right to vote, I'm --

4    I'm as an individual plaintiff.  That was not related

5    to my organization.

6         Q    And in the first lawsuit regarding the

7    Discovery Program, are you also and an individual

8    plaintiff in that one?

9         A    That is correct.  That is correct.  My

10   daughter is an individual plaintiff.

11        Q    Mr. Wong, other than your attorney, did you

12   discuss today's deposition with anyone else?

13        A    No.  No.

14        Q    Prior to February 4, 2020, have you attended

15   any -- did you attend any townhall meetings at James

16   Madison High School?

17        A    No.  That was -- that was my first.  No.

18   Trip to the -- that was my first visit to the high

19   school, James Madison High School.

20        Q    And have you attended any meetings at the

21   high school since February 4th of 2020?

22        A    No.  I did not go back.

23        Q    Earlier you mentioned someone, Charlie

24   Vavruska; is that correct?

25        A    Vavruska, yeah.  V -- Charlie Vavruska,

Phillip Yan Hing Wong

Page 33

1    V-A-V-R-U-S-K-A.

2         Q    Is Mr. Vavruska a member of your

3    organization?

4         A    Yes and a parent.

5         Q    Does your organization have a social media

6    page, whether on Facebook or some other social media

7    platform?

8         A    We -- we have a Facebook page only.  We're

9    not -- we don't have others.  That's the only one.

10        Q    Mr. Wong, did there come a time that your

11   entire group was allowed into the townhall meeting?

12        A    Oh.  Again, after I went inside I -- I heard

13   from other parents that Linda Lam and others went to

14   the stage and say, "How come the Asian parents were

15   not allowed in?"  And then after consulting the people

16   onstage somebody came down, walked to the front, and

17   told the security that we are allowed to go in.

18             And that's when the -- made -- the most of

19   us were allowed in.  And then when I came back with my

20   markers along with the late comers, we waited there

21   and then the door to my -- in front of me opened and

22   we were allowed in.

23        Q    Did you personally overhear the conversation

24   between Ms. Lam and the individuals on the stage?

25        A    No.  I was not.  No.  No.  I was not inside.

Phillip Yan Hing Wong

Page 34

1    Q    Prior to the townhall meeting, did you

2    verify in any way whether signs were allowed at the

3    meeting?

4    A    No.  In townhalls, townhalls are governed by

5    open meeting laws and signs are allowed.  We -- we --

6    there was never an issue.  We -- we've been to

7    townhall meetings and we brought signs.  Never had a

8    problem.

9    Q    Okay.  My question is, for this meeting

10   on --

11   A    Yeah.

12   Q    -- February 4, 2020, did you verify or

13   confirm in any way whether signs were allowed at

14   the --

15   A    No.  No.  I did not.

16   Q    Mr. Wong, approximately how long after you

17   entered the meeting did the meeting end?

18   A    By the time I went inside it was 6:15-ish,

19   6:20-ish.  It ended at seven something so it was --

20   less -- around less than an hour, I would say.

21   Q    And do you recall around what time you

22   returned from the store?

23   A    Let's see.  I got there -- I got there

24   around five-ish.  I came back right before six,

25   six-ish, 6:05, 6:10.

Phillip Yan Hing Wong

Page 35

1          MS. WEEKES:  Okay, Mr. Wong.  Thank you

2  so much for your time.

3          THE WITNESS:  Thank you.

4          MS. WEEKES:  I have no further

5  questions for you.

6          THE WITNESS:  Thank you.  Thank you.

7  All right I'm all done.

8          MS. WEEKES:  Oh, don't leave yet.

9          THE WITNESS:  Oh.  Okay.  Okay.

10          MS. WEEKES:  While your attorney

11  doesn't --

12          THE WITNESS:  Okay.  Okay.

13          MR. SCHWARTZ:  I don't have any

14  questions.

15          But Kevon can you stay on for one

16  second?

17          MS. WEEKES:  Sure.

18          Thank you so much, Mr. Wong.

19          THE WITNESS:  Okay.

20          MS. WEEKES:  Mr. Breshin, thank you so

21  much.

22          THE WITNESS:  Thank you.  I'm sorry.

23          MR. SCHWARTZ:  Off the record.

24          THE REPORTER:  We are now off the

25  record everyone.  It's 4:19.

Phillip Yan Hing Wong

Page 36

1                    (Signature reserved.)

2                    (Whereupon, at 4:19 p.m., the

3            proceeding was concluded.)

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Phillip Yan Hing Wong

Page 37

CERTIFICATE OF DEPOSITION OFFICER

1

2          I, DOUGLASS BRESHIN, the officer before whom

3   the foregoing proceedings were taken, do hereby

4   certify that any witness(es) in the foregoing

5   proceedings, prior to testifying, were duly sworn;

6   that the proceedings were recorded by me and

7   thereafter reduced to typewriting by a qualified

8   transcriptionist; that said digital audio recording of

9   said proceedings are a true and accurate record to the

10  best of my knowledge, skills, and ability; that I am

11  neither counsel for, related to, nor employed by any

12  of the parties to the action in which this was taken;

13  and, further, that I am not a relative or employee of

14  any counsel or attorney employed by the parties

15  hereto, nor financially or otherwise interested in the

16  outcome of this action.

17

18

19                      DOUGLASS BRESHIN

20                  Notary Public in and for the

21                      State of New York

22

23   [X] Review of the transcript was requested.

24

25

Page 38

1                    CERTIFICATE OF TRANSCRIBER

2              I, MARY SACKETT, do hereby certify that this

3       transcript was prepared from the digital audio

4       recording of the foregoing proceeding, that said

5       transcript is a true and accurate record of the

6       proceedings to the best of my knowledge, skills, and

7       ability; that I am neither counsel for, related to,

8       nor employed by any of the parties to the action in

9       which this was taken; and, further, that I am not a

10      relative or employee of any counsel or attorney

11      employed by the parties hereto, nor financially or

12      otherwise interested in the outcome of this action.

13                         _Mary Sackett_

14                    _____

15                         MARY SACKETT

16

17

18

19

20

21

22

23

24

25

Phillip Yan Hing Wong

Page 39

1    Chinese American Citizens Alliance Of Greater NY v. NYC DOE

2    Phillip Yan Hing Wong  (#6732964)

3                    E R R A T A   S H E E T

4    PAGE_____ LINE_____ CHANGE_____

5    _____

6    REASON_____

7    PAGE_____ LINE_____ CHANGE_____

8    _____

9    REASON_____

10   PAGE_____ LINE_____ CHANGE_____

11   _____

12   REASON_____

13   PAGE_____ LINE_____ CHANGE_____

14   _____

15   REASON_____

16   PAGE_____ LINE_____ CHANGE_____

17   _____

18   REASON_____

19   PAGE_____ LINE_____ CHANGE_____

20   _____

21   REASON_____

22

23   _____    _____

24   Phillip Yan Hing Wong                    Date

25

Phillip Yan Hing Wong

Page 40

1    Chinese American Citizens Alliance Of Greater NY v. NYC DOE

2    Phillip Yan Hing Wong (#6732964)

3                    ACKNOWLEDGEMENT OF DEPONENT

4        I, Phillip  Yan HIng  Wong, do hereby declare that I

5    have read the foregoing transcript, I have made any

6    corrections, additions, or changes I deemed necessary as

7    noted above to be appended hereto, and that the same is

8    a true, correct and complete transcript of the testimony

9    given by me.

10

11    _____      _____

12    Phillip Yan Hing Wong                 Date

13    *If notary is required

14                        SUBSCRIBED AND SWORN TO BEFORE ME THIS

15                        _____ DAY OF _____, 20___.

16

17

18                        _____

19                        NOTARY PUBLIC

20

21

22

23

24

25

Phillip Yan Hing Wong

**[10 - angles]**

Page 1

| 1 | 24-1732 3:21 | 6:15 34:18 | addressed |
|---|---|---|---|
| **10** 15:20 20:1 | **25** 15:23 | **6:20** 34:19 | 26:21 |
| **100** 3:17 | **25609** 37:18 | **7** | **administer** |
| **10007** 3:8,18 | **285-1400** 3:10 | **7** 1:18 4:3 | 5:14 |
| 6:9 | **3** | **788-0303** 3:20 | **advise** 24:23 |
| **11373** 2:6 7:7 | **3** 1:16 | **8** | **advocates** 3:6 |
| 10:13 | **31** 2:3 5:11 | **8** 1:19 | 6:8 14:11 |
| **15** 15:20 20:1 | **3200** 10:10 | **9** | **affect** 9:17,21 |
| **1902** 3:7 | **32649** 38:14 | **99** 15:21 | **afjlaw.com** 3:9 |
| **1966** 10:6 | **3787** 11:1 | **a** | **afternoon** 5:2 |
| **1976** 10:18 | **3:26** 2:4 5:6 | **ability** 9:9,13 | 6:5 7:13 |
| **1:2020cv089...** | **3:51** 21:5 | 9:17,22 37:10 | **agents** 23:9 |
| 1:11 | **3:52** 21:8 | 38:7 | **ago** 12:18 |
| **2** | **4** | **above** 40:7 | **agree** 5:15,19 |
| **2** 1:15 | **4** 1:17 10:21 | **absent** 5:17 | **ahead** 16:16 |
| **20** 15:22 40:15 | 12:3 24:17,20 | **absolutely** 9:3 | **al** 5:9,11 |
| **2020** 10:21 | 25:3,4 29:5,21 | **accurate** 37:9 | **alliance** 1:5 3:3 |
| 11:2 12:3 | 29:22 30:2,10 | 38:5 | 5:9 14:3 31:24 |
| 14:14,20 24:17 | 30:17 32:14 | **accurately** 7:22 | 39:1 40:1 |
| 24:20 25:3,4 | 34:12 | 8:3 | **allow** 8:16 13:5 |
| 25:18,23 26:4 | **4:19** 35:25 36:2 | **acknowledge...** | 32:3 |
| 26:6 29:5,21 | **4th** 11:2 14:20 | 40:3 | **allowed** 18:9 |
| 29:22 30:2,10 | 25:22 26:4,6 | **acknowledg...** | 19:5,8,14,25 |
| 30:17 32:14,21 | 31:3,6 32:21 | 5:14 | 20:11,17 23:18 |
| 34:12 | **5** | **action** 37:12,16 | 23:19,20 24:5 |
| **2020-0042538** | **5** 1:17 | 38:8,12 | 24:7 33:11,15 |
| 3:21 | **5176** 7:5 10:12 | **activists** 22:7 | 33:17,19,22 |
| **2021** 11:12 | **6** | **actually** 13:3 | 34:2,5,13 |
| **2022** 25:18 | **6** 1:18 | **additionally** | **allowing** 27:18 |
| **2024** 2:3 5:11 | **6732964** 2:8 | 5:17 | **american** 1:4 |
| **212** 3:10,20 | 39:2 40:2 | **additions** 40:6 | 3:2 5:9 14:2 |
| **22** 4:7 15:9 | **6:05** 34:25 | **address** 7:2,5 | 31:24 39:1 |
| **225** 3:7 6:8 | **6:10** 34:25 | 10:11,13,15 | 40:1 |
| **24** 9:17 | | | **angles** 11:23 |

Phillip Yan Hing Wong

| | | | |
|---|---|---|---|
| **announced** 25:14 | 24:1,5,7,9 | **bags** 27:1 | **building** 14:24 26:21 |
| **announcements** 17:20 | **asked** 20:12 30:11 | **based** 19:11 | **c** |
| **answer** 8:16,18 8:22 9:4 30:8 30:14 31:6 | **asking** 16:17 | **bedford** 10:25 11:1 | **c** 3:1 5:1 14:18 22:9 |
| **answered** 30:19 | **assigned** 5:4 **assume** 8:8 | **beginning** 10:12 31:22 | **called** 6:21 |
| **answers** 30:25 30:25 | **attempt** 18:3 **attend** 14:7 25:6 32:15 | **behalf** 3:2,12 31:23 | **cardboard** 15:18 |
| **apologize** 13:11 27:11 | **attended** 25:4,6 25:15,22 30:17 | **believe** 10:25 19:1 25:8 29:12,15 | **cards** 30:11,18 31:4,4 |
| **appealed** 12:23 | 32:14,20 | **bernard** 22:7,9 | **carranza** 1:13 3:14 15:5 |
| **appeared** 23:10 | **attorney** 32:11 35:10 37:14 | **best** 7:25 37:10 38:6 | **carrying** 19:18 26:3,7 |
| **appearing** 6:5 | 38:10 | **bill** 1:14 3:14 | **case** 1:10 |
| **appended** 40:7 | **attorneys** 3:6 6:5 | **birth** 10:5 | **cases** 14:9 |
| **applicable** 5:23 | **audio** 17:19 37:8 38:3 | **blasio** 1:14 3:14 | **cent** 15:21 |
| **appreciate** 7:9 | **auditorium** 31:13 | **break** 9:3,5 | **certificate** 37:1 38:1 |
| **approach** 17:23 | **authorized** 5:13 | **breshin** 2:7 5:3 17:8 21:2,19 | **certified** 5:20 |
| **approximately** 16:2 22:24 34:16 | **authors** 29:8 | 21:23 22:10,15 35:20 37:2,19 | **certify** 37:4 38:2 |
| **arm** 28:13,15 | **avenue** 10:25 11:1 | **bring** 15:5 24:24 26:18 27:7,13 | **chair** 14:7 |
| **arrived** 14:22 | **b** | **broadway** 3:7 6:8 | **chancellor** 1:13 3:13 15:4 30:3 30:14 |
| **arthur** 3:5 6:7 | **b** 4:5 | **brooklyn** 10:25 28:3 | **change** 39:4,7 39:10,13,16,19 |
| **articles** 28:6 | **back** 9:5 11:2 11:11 15:23,24 | **brought** 12:16 13:14,24 15:18 24:25 31:18,23 34:7 | **changes** 40:6 |
| **aschwartz** 3:9 | 17:9 19:15 | | **chanting** 31:12 31:12,13 |
| **asian** 18:6,7 28:4,6 33:14 | 21:7 30:13 31:21 32:22 | | **charlie** 16:14 16:20 17:1,4 23:1 32:23,25 |
| **asians** 14:10 15:11 18:8,10 18:12 19:12,14 19:17,24 23:20 | 33:19 34:24 | | |

Phillip Yan Hing Wong

[chartered - doing]

Page 3

chartered 3:6
children 11:3
chin 14:18
chinese 1:4 3:2
5:8 14:2 31:23
39:1 40:1
chow 22:7,9,9
church 3:17
citizen 5:9
citizens 1:4 3:2
12:19,25 13:5
13:21 14:3
31:24 32:3
39:1 40:1
city 1:11,12
3:12,13,16
5:10 6:11 12:5
12:17 13:2,6,6
13:9 25:13,19
citywide 25:13
civil 14:9
clarification
27:10
clarify 8:21
clearly 8:1
closed 18:5
22:22
code 7:7
cody 15:10
collected 29:13
30:18
come 9:5 19:5
24:22 25:2
26:11 33:10,14

comers 23:2
33:20
complaint 12:2
complete 40:8
completely
8:15
concluded 36:3
condition 9:9
9:12
confirm 34:13
constitute 6:2
consulting
33:15
contact 26:11
continue 8:14
control 3:21
conversation
33:23
corporation
6:11
correct 10:14
13:23 22:22,23
23:16,17,17
27:15,15,25,25
32:9,9,24 40:8
correction 8:24
corrections
40:6
council 15:10
counsel 6:11
37:11,14 38:7
38:10
course 17:10
court 1:1 7:21
8:2,16 12:13

21:12,15
covid 25:7,13
created 31:17
31:20
current 10:13
14:4
currently 11:6

d

d 4:1 5:1
date 2:3 10:4
10:19 39:24
40:12
daughter 32:10
daughters
10:16
day 15:3 18:24
27:22 28:7
40:15
de 1:14 3:14
declare 40:4
deemed 40:6
defendant 6:12
22:17
defendant's
22:16
defendants
1:20 3:12 7:14
13:9,11,19
denied 16:14
18:13 26:2,7
department
1:11 3:12,16
5:10 6:11 11:3
deponent 40:3

deposition 2:1
5:7,12,25 7:16
11:10,11 32:12
37:1
described
28:19
describing
20:20
description 4:6
23:5
detector 26:23
27:1
different 11:23
digital 37:8
38:3
discovery
12:13 32:1,7
discriminate
14:10
discriminatory
15:11
discuss 32:12
district 1:1,2
15:9
documents
11:9
doe 1:15,16,17
1:17,18,18,19
18:16,19 20:2
26:10,14 27:4
27:17,21 30:1
30:11 39:1
40:1
doing 5:11 8:14

Phillip Yan Hing Wong

**[door - given]**

door  17:23,25
  18:2,4,17 19:8
  20:15 23:12,13
  26:11,15 33:21
doors  16:9 18:4
  22:21
douglass  2:7
  5:3 37:2,19
dress  18:25
drove  14:23
duly  6:21 37:5
duties  14:6

**e**

e  3:1,1 4:1,5 5:1
  5:1 7:6 39:3,3
  39:3
eagle  28:3
earlier  21:3
  32:23
easily  19:25
education  1:12
  3:13 5:10 11:3
  14:12
educational
  15:10
eight  23:3
either  23:8
  26:24 31:17
elbow  28:14
elected  14:14
elmhurst  2:6
  7:6 10:12
employed
  37:11,14 38:8
  38:11

employee  37:13
  38:10
encounter
  29:21
encountered
  29:24 30:1
ended  27:24
  34:19
enrolled  11:3,6
enter  18:7,10
  22:25 26:20
entered  34:17
enters  26:20
entire  21:13
  33:11
entrance  12:14
  15:8
entry  16:15
  18:13,20 26:2
  26:7
es  37:4
esquire  3:5,15
et  5:9,10
event  12:3 29:5
events  10:19,22
  21:25 28:9
everybody  6:14
evidentiary
  5:24
exam  12:14
  15:8
examination
  4:2 7:11
examined  6:23

exhibit  4:7
  22:13,16,17

**f**

face  22:3
facebook  28:24
  29:1,2,3,4,12
  33:6,8
faces  22:4
fact  20:18
fast  21:15,20
february  10:21
  11:2 12:3
  14:20 24:17,20
  25:3,4,22 26:4
  26:6 29:5,21
  29:22 30:2,10
  30:17 31:3,6
  32:14,21 34:12
federal  12:12
  12:13 32:1
felt  28:16,16
fifty  21:16,20
file  3:21 12:2
filed  12:12
filing  12:1
filled  19:16
filmed  22:3
financially
  37:15 38:11
fine  9:3 21:18
finish  8:15
first  6:21 7:19
  19:9 20:12
  22:2 32:1,6,17
  32:18

five  14:23 16:5
  34:24
flyer  24:22
followed  7:2
following  28:7
follows  6:23
foregoing  37:3
  37:4 38:4 40:5
format  30:7,9
forums  14:7
forward  21:15
  21:20
found  14:24
  20:18,19
four  10:8 21:14
free  9:5
friday  2:3
front  14:24
  19:15 33:16,21
full  7:1 8:17,18
  10:4,8
further  27:10
  35:4 37:13
  38:9

**g**

g  5:1 7:4,5 10:2
gentleman
  16:13
george  1:7 3:4
  3:23
give  7:19 8:23
  14:8 17:6
given  11:11
  12:20 17:3
  40:9

Phillip Yan Hing Wong

[glasses - know]

glasses  22:5
go   7:17 14:8
   15:1,21 16:3,8
   16:10,16,18,21
   16:23,25 17:18
   17:24 18:3,9
   19:9,21 20:8
   20:11,13,15,17
   21:4 23:14,25
   24:8 26:22
   27:1 31:21
   32:22 33:17
going  5:5 7:17
   15:15 20:19,24
   21:7,13,15
   23:6
good  5:2 7:13
governed  34:4
great  9:8
greater  1:5 3:3
   5:9 14:3 31:24
   39:1 40:1
group  31:17
   33:11
groups  31:12
guess  8:11

**h**

h  4:5 7:4,4,6
   10:1 14:18
   22:9 39:3
hand  6:18
handled  31:3
happen  21:2
   30:16 31:6

happened  16:1
   20:19 28:21
happening
   17:21
hard  8:19
hat  19:3 22:5
head  7:20
headset  23:10
hear  27:4
heard  17:5,19
   30:21 33:12
hearing  6:15
hearings  14:7,8
held  15:4 31:8
   31:14
help  21:12
hereto  37:15
   38:11 40:7
hidden  20:10
high  10:24
   12:14 14:19
   15:1,8 32:16
   32:18,19,21
hing  1:6 2:2 3:3
   5:8 6:20 7:3,4
   9:25 39:2,24
   40:2,4,12
hmm's  7:21
hold  14:8
holding  18:14
hour  34:20
hours  9:17
huh's  7:21
hurt  28:14

**i**

identification
   22:18
inaccurate  8:22
incident  11:16
   16:1 27:22
   28:7
incomplete
   8:23
index  30:11,18
   31:4
individual  22:5
   27:6 32:4,7,10
individuals
   23:6 26:18
   27:18 31:8
   33:24
information
   17:1,3 20:22
   20:23
injured  28:9
injury  28:20
inside  15:13,15
   19:12 27:16,21
   30:11 33:12,25
   34:18
instagram
   28:24
intended  5:22
interaction
   28:19
interested
   37:15 38:12
interfere  9:9,13

interview  27:19
   27:23
interviewed
   27:21,22
introduce  6:6
ish  14:23 34:18
   34:19,24,25
issue  34:6
issues  14:9
it'll  8:18

**j**

jackets  20:9
jackie  15:10
james  10:24
   14:19 15:1
   32:15,19
jason  1:14 3:14
job  2:8
john  1:15,15,16
   1:17,17,18,18
joined  15:13
journal  28:5
justice  3:6 6:8

**k**

k  33:1
keep  8:1
kevon  3:15
   6:10 7:13
   22:12 35:15
know  8:6,10,12
   8:23 11:20
   17:14,17,19,20
   17:21 21:9
   26:23 30:21

Phillip Yan Hing Wong

**[know - need]** Page 6

31:15,19,19
**knowledge**
37:10 38:6
**known** 10:1
**kweekes** 3:19

**l**

**l** 7:4,4,6,6,6
10:1
**lam** 1:7 3:4
28:11,19 33:13
33:24
**late** 23:2 33:20
**law** 3:16 6:11
13:4,5
**law.nyc.gov**
3:19
**laws** 5:24 34:5
**lawsuit** 12:1,8
12:10,12,15,19
12:22,24,25
13:14,20,24
32:1,2,2,6
**lawsuits** 12:16
13:7,13 31:22
31:23
**leave** 15:17,20
35:8
**leaving** 16:5,7
**led** 20:16 28:19
**lee** 1:8 3:4,23
**left** 16:3
**lin** 1:6 3:4
**linda** 1:7 3:4
28:11 33:13

**line** 39:4,7,10
39:13,16,19
**liu** 1:7 3:4
**live** 6:1 10:15
**lived** 10:17,18
**location** 2:5
10:17,22
**long** 10:17
14:13 15:14
16:2 19:20
21:14 23:23
34:16
**longer** 25:11
**lot** 14:11
**loud** 26:19 31:5
**lucas** 1:7 3:4

**m**

**m** 7:6,6
**made** 15:11
33:18 40:5
**madison** 10:24
14:19 15:1
32:16,19
**make** 8:24 12:2
27:8
**making** 17:20
17:21
**manhandled**
28:13,17
**manilla** 7:5
10:12
**manner** 5:25
26:19
**march** 14:14,14
25:8,12

**marino** 1:15
3:14
**mark** 22:13,15
**marked** 22:17
**markers** 15:20
15:23 16:6
33:20
**mary** 38:2,15
**matter** 5:8 7:14
**mayor** 1:14
3:14
**mean** 13:8
24:12
**means** 6:1
**media** 28:1,24
33:5,6
**medias** 28:4,6
**medication**
9:16,20
**meeting** 16:8
16:11 17:15,24
18:3,7,10 19:6
19:7,10,11,13
19:17 22:22
23:7,16,21
24:1 26:7
27:16,18,24
29:23 30:2,8
30:10 31:8,11
33:11 34:1,3,5
34:9,17,17
**meetings** 25:5,7
25:9,10,11,15
25:20,22 26:3
30:4,5,18

32:15,20 34:7
**member** 14:2,5
15:10 28:23
33:2
**men** 23:9
**mental** 9:8
**mentioned**
22:20 23:15
31:22 32:23
**met** 14:25
29:24
**metal** 26:22
27:1
**mid** 25:8,8,12
**minutes** 15:20
15:22,23 16:5
19:23,23 20:1
21:14,16,20
23:24
**missed** 19:9,9
**mm** 7:21
**move** 8:12
22:13

**n**

**n** 3:1 4:1 5:1
7:4,4,5,6 10:2
14:18
**name** 5:3 7:1
7:13 9:24
**named** 3:23
16:13
**nearest** 15:21
**necessary** 40:6
**need** 8:21 9:2
25:2

Phillip Yan Hing Wong

**[needed - personally]**                                      Page 7

needed  15:19
neither  37:11
  38:7
never  34:6,7
new  1:2,5,11,12
  3:3,8,12,13,16
  3:18 5:9,10,15
  6:8,8,10 7:6
  10:12 12:5,23
  13:1,2,5,14,17
  13:19,25 14:3
  28:3 31:24
  37:21
ni  1:8 3:4
nine  23:3
nodding  7:20
non  12:19,25
  13:5,21 18:7,8
  19:24 24:1
  32:3
notary  5:13
  37:20 40:13,19
noted  40:7
number  10:9
  11:1
ny  2:6 3:8,18
  39:1 40:1
nyc  39:1 40:1

**o**

o  5:1 7:5 10:2
  22:9
oaths  5:14
objection  5:17
objections  6:15

observation
  19:12
observations
  27:9
observe  18:6,10
  20:21 23:20
  24:1,5 27:4,6
  27:12 28:8,8
  31:7
observed  19:17
office  6:11
officer  1:16
  37:1,2
officers  18:16
  18:19 20:3
  26:10,14,17
  27:3,4,13,17
  29:22,24
oh  13:19 24:9
  26:25 33:12
  35:8,9
okay  7:15,17
  7:18,23 8:3,4,8
  8:9,11,12,13,19
  8:20,25 9:1,1,6
  9:7,7 12:25
  13:17 16:15
  17:6 21:4,17
  21:18 30:23
  34:9 35:1,9,9
  35:12,12,19
once  6:4 16:10
  22:21 27:16
ones  18:13
  23:13

ongoing  12:8
  12:22 17:15
onstage  33:16
open  16:9 20:9
  23:13 34:5
opened  19:8
  33:21
opportunity
  8:24
organization
  14:3 24:19
  31:25 32:5
  33:3,5
organization's
  29:14
outcome  37:16
  38:12
outlet  28:1
outraged  15:12
outside  15:13
  15:15 16:2,4
  16:12 20:1
  27:22
overhear  18:19
  20:6 27:2
  33:23
own  24:25

**p**

p  3:1,1 5:1 7:4
  7:4 10:1
p.m.  2:4 5:6
  36:2
page  4:2,6 33:6
  33:8 39:4,7,10
  39:13,16,19

pain  28:17
parent  33:4
parents  14:25
  15:12,16,18,25
  16:13,20 17:2
  17:4 20:8,17
  20:22,24 24:22
  24:23 28:12
  30:12 31:17
  33:13,14
parking  14:24
part  15:14 19:9
  27:20 30:22,24
participant
  24:24
participate
  24:19
parties  5:15,18
  37:12,14 38:8
  38:11
parts  28:13,15
pause  21:23
pending  9:4
people  22:24
  23:14,22 27:6
  27:13 29:7
  30:6 31:11,18
  33:15
permitted  5:22
person  25:11
  25:15,20,22
  26:12,20
personally
  33:23

Phillip Yan Hing Wong

**[personnel - registration]**                                    Page 8

**personnel**
   18:16,20 20:2
   26:10,14 27:5
   27:17 30:2
**phil**  10:1
**phillip**  1:6 2:2
   3:3 5:8 6:20
   7:3 9:25 39:2
   39:24 40:2,4
   40:12
**photos**  24:16
**physical**  9:12
   23:5 26:12
**physically**  28:9
**pick**  15:23
**pictures**  29:12
**place**  10:23
   22:1 27:24
   28:10,19
**plainclothes**
   23:11
**plaintiff**  3:23
   31:25 32:4,8
   32:10
**plaintiffs**  1:9
   3:2 6:9 12:18
   12:21 13:6
**platform**  33:7
**platforms**
   28:24
**play**  21:16,21
**played**  21:22
   22:16
**playing**  22:11

**please**  6:4,6,17
   7:1,2 8:6,14
   17:9
**point**  8:21 9:3
   28:13,15
**police**  1:16
**post**  28:4 29:3
   29:4,17,19
**posted**  11:16
   11:20,23 29:6
   29:10,14
**postings**  29:6,9
**preparation**
   11:9
**prepared**  38:3
**present**  3:22
   14:19 28:18
**president**  14:4
   14:6,13,16
**previous**  31:2
**prior**  16:7 26:6
   30:17 32:14
   34:1 37:5
**probably**  15:22
   23:3
**problem**  34:8
**procedural**
   5:23
**proceeding**  2:5
   5:5,20,21 36:3
   38:4
**proceedings**
   37:3,5,6,9 38:6
**produced**  5:20

**program**  12:13
   32:1,7
**promote**  14:10
**proposed**  13:4
**public**  11:4,5,7
   14:7,8 37:20
   40:19
**published**  28:7
**pushed**  28:13
   28:17

**q**

**qualified**  37:7
**question**  8:5,7
   8:10,17 9:4
   18:1,2 27:2,3
   27:11 30:8,24
   34:9
**questions**  8:15
   15:6 30:12,14
   30:19,19,25
   31:5 35:5,14
**quickly**  31:21
**quite**  29:11

**r**

**r**  3:1 5:1 7:6
   33:1 39:3,3
**raise**  6:18
**rallies**  14:9
   25:25,25
**rally**  15:6,12,15
   16:3 22:8
   24:20,24
**rather**  25:3

**read**  17:9 29:6
   29:9 30:13,13
   31:5 40:5
**ready**  9:6 21:9
**reason**  39:6,9
   39:12,15,18,21
**reasons**  15:7
**recall**  10:19,22
   11:22,24 14:16
   14:22 15:14
   18:23 22:24
   23:5 26:17
   28:1 29:8,10
   30:7 34:21
**recognize**
   21:25 22:3
**record**  5:4,5,18
   6:6 7:1 8:24
   10:4,8 17:11
   20:25 21:5,6,8
   22:15 35:23,25
   37:9 38:5
**recorded**  5:25
   37:6
**recording**  37:8
   38:4
**reduced**  37:7
**regarding**  12:2
   12:13,19,25
   13:21 18:20
   27:17,20,22
   29:4,5 32:2,6
**registration**
   14:11

Phillip Yan Hing Wong

[related - skills]                                                Page 9

| | | | |
|---|---|---|---|
| related  32:4 | return  28:22 | scarf  19:3 | shared  24:21 |
| 37:11 38:7 | returned  16:10 | school  10:24 | shirt  18:25 |
| relative  37:13 | 17:15 22:21 | 11:4 12:14 | shouting  26:19 |
| 38:10 | 34:22 | 14:20 15:2,8,9 | 27:5 |
| remarks  15:11 | returning | 16:4,21,24 | show  21:13 |
| remote  2:5 | 19:20 | 23:8 32:16,19 | shutdown  25:7 |
| remotely  5:12 | review  11:9,13 | 32:19,21 | 25:13 |
| 5:16 | 11:18 37:23 | schools  11:5,7 | side  24:12,15 |
| reopened  25:19 | reviewed  11:15 | schwartz  3:5 | 31:13 |
| 25:19 | reviewing | 6:7,7 13:8 | sign  16:22 18:7 |
| repeat  8:7 | 11:12 | 35:13,23 | 18:11,14,21 |
| repeated  17:11 | richard  1:13 | search  26:15 | 20:3,13 23:18 |
| rephrase  8:7 | 3:13 15:5 | second  17:6,10 | 23:21 24:2,6 |
| reported  2:7 | rid  15:7 20:3 | 21:1 32:2 | 26:3,8 |
| reporter  5:2,4 | right  6:18 7:8 | 35:16 | signature  36:1 |
| 6:13,24 7:8,22 | 12:20 13:1,22 | seconds  21:14 | 37:18 38:14 |
| 8:2,16 17:10 | 17:25 18:2 | 21:16,20 | signed  13:4 |
| 17:11 21:4,7 | 23:12 24:14 | security  10:9 | signs  15:19,19 |
| 21:13,15 22:12 | 31:10,10 32:3 | 16:21,24 19:24 | 16:15,19,20,23 |
| 27:23 28:2 | 34:24 35:7 | 23:11,11 26:21 | 18:15,20 19:18 |
| 35:24 | rights  14:9 | 33:17 | 19:19 20:9,10 |
| reporters  27:19 | row  19:16 | see  20:9 25:17 | 20:12,16,18 |
| reposted  29:15 | rows  19:15,16 | 25:24 27:9,12 | 23:19 24:24,25 |
| 29:16 | rules  5:24 7:17 | 34:23 | 25:21,25 26:18 |
| represent  7:14 | **s** | seen  30:3,5 | 27:5,7,14,18 |
| requested | s  3:1 4:5 5:1 7:6 | selected  31:5 | 31:9,14,16,18 |
| 17:12 37:23 | 33:1 39:3 | sessions  31:3 | 34:2,5,7,13 |
| required  40:13 | sackett  38:2,15 | set  7:10 | sing  28:5 |
| reserved  36:1 | safety  23:8 | seven  23:2 | sings  25:1 |
| response  17:9 | saw  11:15,15 | 34:19 | siu  1:6 3:4 |
| responses  7:20 | 17:5 | several  11:23 | six  17:18 23:2 |
| 7:22 | saying  26:19 | 15:7 16:13 | 34:24,25 |
| rest  20:17 | 27:12 | 28:4 | skills  37:10 |
| result  28:9 | says  28:16 | shaking  7:20 | 38:6 |

Phillip Yan Hing Wong

[social - transcriptionist]                                      Page 10

| | | | |
|---|---|---|---|
| **social** 10:8 28:23 33:5,6 | **states** 1:1 | 25:21 27:24 30:13 | 28:18 29:1 31:7 33:10 34:18,21 35:2 |
| **somebody** 20:14 33:16 | **stay** 15:17 35:15 | **taken** 5:7,8 9:16,21 37:3 | **today** 5:11 9:10 9:14,18,22 |
| **sorry** 13:10 17:8 22:12,14 35:22 | **stenographic** 6:1 | 37:12 38:9 | 10:20 11:6,8 19:1 |
| **southern** 1:2 | **stipulation** 6:2 | **talking** 8:18 | **today's** 11:10 32:12 |
| **speak** 8:1 27:17 | **stood** 16:4 | **tao** 28:5 | **together** 23:23 |
| **special** 15:8 | **stop** 21:21 22:11 | **tell** 6:22 8:11 12:10 16:24 | **told** 20:8 25:1 33:17 |
| **specialized** 12:14 15:8 | **stopped** 23:6 | 20:3 22:6 27:3 27:6,13 | **took** 10:23 28:10,19 |
| **specific** 27:13 | **store** 15:21 16:3,6,7,10 | **telling** 15:25 24:22 26:18 | **touch** 26:11 |
| **specifically** 16:17,25 | 17:16 19:20 22:21 34:22 | **temporarily** 15:18 | **townhall** 4:7 15:4 16:8,11 |
| **speeches** 14:8 17:21 | **street** 3:17 7:5 7:6 10:12 | **ten** 16:5 | 16:18 17:15 22:8 25:5,7,9 |
| **spellings** 7:10 | **subscribed** 40:14 | **testified** 6:23 | 26:7 27:16,24 |
| **sportscoat** 19:1 19:2 | **sued** 12:5 | **testify** 9:10,13 9:17,22 | 30:4,8,18 31:8 31:11 32:15 |
| **staff** 30:11 | **suite** 3:7 | **testifying** 37:5 | 33:11 34:1,7 |
| **stage** 20:14 33:14,24 | **suits** 13:25 23:10 | **testimony** 40:8 | **townhalls** 31:2 34:4,4 |
| **standing** 17:25 18:1 24:12,14 31:11 | **supposedly** 30:12 | **thank** 6:13,18 6:24 7:8 9:1 22:10 35:1,3,6 | **transcribe** 7:22 8:2,17 |
| **start** 17:17 21:10 31:11 | **sure** 17:7,7 35:17 | 35:6,18,20,22 | **transcriber** 38:1 |
| **started** 6:25 7:16 9:6 17:18 19:8 31:12,13 | **swear** 5:15 6:15 | **thing** 9:2 **things** 17:21 **think** 13:8,18 | **transcript** 5:20 11:13,17 37:23 38:3,5 40:5,8 |
| **state** 5:14 7:1 12:23,24 13:2 13:17,19,25 37:21 | **sworn** 5:18 6:21 37:5 40:14 | **three** 10:16,16 **time** 2:4 8:5 14:22 15:4 16:8 17:23 | **transcriptionist** 37:8 |
| | **t** | 19:5 20:2 22:20 23:15,25 | |
| | **t** 4:5 7:6 39:3,3 **take** 5:4,13 9:3 9:5,21 24:16 | 24:8 26:21 | |

Phillip Yan Hing Wong

**[trip - yeah]**                                          Page 11

| | | | |
|---|---|---|---|
| trip 32:18 | **v** | waiting 17:18 | wife 10:16 |
| true 37:9 38:5 | | 22:25 23:25 | withdrawn |
| 40:8 | v 1:10 32:25 | 24:8 | 27:3 |
| truth 6:22,22 | 33:1,1 39:1 | waived 18:8 | witness 5:16,18 |
| 6:23 | 40:1 | 24:4 26:25 | 5:19 6:16,21 |
| try 7:25 16:7 | vavruska 16:14 | waiving 19:24 | 7:3 13:10 35:3 |
| 17:24 18:2 | 23:1 32:24,25 | walked 33:16 | 35:6,9,12,19,22 |
| 19:21 | 32:25 33:2 | want 8:11 | 37:4 |
| twenty 25:18 | verbal 7:19 | 22:13 31:21 | wong 1:6 2:2 |
| twitter 28:25 | verify 34:2,12 | wanted 15:7,12 | 3:3 5:8 6:17,20 |
| two 12:18 13:7 | veritext 5:4 | watched 23:13 | 6:25 7:4,4,9,13 |
| 13:13 15:6,9 | video 4:7 11:15 | watching 11:24 | 9:8,25 10:1 |
| 19:16 21:14,16 | 11:18,20 17:5 | 28:15 | 17:14 21:12,25 |
| 21:20 28:5 | 21:13,14,22 | way 8:6 26:12 | 22:20 28:23 |
| 31:21 | 22:1,3,4,16 | 26:15 31:4 | 32:11 33:10 |
| type 12:10 | videoconfere... | 34:2,13 | 34:16 35:1,18 |
| typewriting | 2:1 3:5,15,23 | we've 34:6 | 39:2,24 40:2,4 |
| 37:7 | videos 11:23 | wearing 18:23 | 40:12 |
| | 21:3 24:16 | 19:3 | world 28:5 |
| **u** | 29:16 | website 29:14 | write 15:19 |
| | virtual 25:9 | wechat 28:24 | 30:12 |
| u 7:6 33:1 | virtually 5:21 | 29:13,17 | written 6:2 |
| uh 7:21 | visit 32:18 | weekes 3:15 4:3 | |
| under 5:23 | voice 8:1 | 6:10,10 7:12 | **x** |
| understand | vote 12:20 13:1 | 13:12 17:8,13 | |
| 5:19 7:24 8:6 | 13:5,22 32:3 | 20:25 21:11,19 | x 4:1,5 37:23 |
| 8:13,20 | voter's 14:10 | 21:23,24 22:10 | xuhui 1:8 3:4 |
| understanding | | 22:14,19 35:1 | xx 10:6 |
| 10:3,7 | **w** | 35:4,8,10,17,20 | |
| understood 8:4 | | went 9:24 | **y** |
| 8:8,9 | w 7:5 10:2 22:9 | 14:24 15:5 | |
| uniform 23:9 | wah 14:18 | 19:11 20:15 | y 7:4 |
| united 1:1 | wai 14:18 | 22:8 23:23 | yan 1:6 2:2 3:3 |
| uses 5:22 | wait 8:15 20:1 | 30:10 33:12,13 | 5:8 6:20 7:3,4 |
| usually 18:25 | 20:20 23:23 | 34:18 | 9:25 39:2,24 |
| | waited 19:22 | | 40:2,4,12 |
| | 19:22,23,25 | | yeah 7:3 8:4 |
| | 23:24 33:20 | | 10:14 13:20 |

Phillip Yan Hing Wong

**[yeah - zoom]**

14:15,18 15:22
19:1,7,14,23
23:2,3,4,22
24:9,9 28:11
28:11 29:1,16
30:4 31:10
32:25 34:11
**year**  10:3
**years**  12:18
**yesterday**
  11:12
**york**  1:2,5,11
  1:12 3:3,8,12
  3:13,16,18 5:9
  5:10,15 6:8,9
  6:10 7:7 10:12
  12:5,23 13:1,2
  13:5,14,17,19
  13:25 14:3
  28:3 31:24
  37:21
**youtube**  11:16
  11:17,20 29:11
  29:15,19

**z**

**z**  3:5
**zip**  7:7
**zoom**  5:12 25:9
  30:4,5

Federal Rules of Civil Procedure

Rule 30


(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the
deponent or a party before the deposition is
completed, the deponent must be allowed 30 days
after being notified by the officer that the
transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to
sign a statement listing the changes and the
reasons for making them.

(2) Changes Indicated in the Officer's Certificate.
The officer must note in the certificate prescribed
by Rule 30(f)(1) whether a review was requested
and, if so, must attach any changes the deponent
makes during the 30-day period.



DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF APRIL 1,
2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the

foregoing transcript is a true, correct and complete

transcript of the colloquies, questions and answers

as submitted by the court reporter. Veritext Legal

Solutions further represents that the attached

exhibits, if any, are true, correct and complete

documents as submitted by the court reporter and/or

attorneys in relation to this deposition and that

the documents were processed in accordance with

our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining

the confidentiality of client and witness information,

in accordance with the regulations promulgated under

the Health Insurance Portability and Accountability

Act (HIPAA), as amended with respect to protected

health information and the Gramm-Leach-Bliley Act, as

amended, with respect to Personally Identifiable

Information (PII). Physical transcripts and exhibits

are managed under strict facility and personnel access

controls. Electronic files of documents are stored

in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.