# EXHIBIT E

Page 1

1              UNITED STATES DISTRICT COURT

2              SOUTHERN DISTRICT OF NEW YORK

3        _____

4    CHINESE AMERICAN CITIZENS

5    ALLIANCE OF GREATER NEW YORK,

6    PHILLIP YAN HING WONG, SIU-LIN

7    LINDA LAM, LUCAS LIU, GEORGE

8    LEE, and XUHUI NI,

9              Plaintiffs,

10       v.                              Index No.

11   NEW YORK CITY DEPARTMENT OF         20-cv-8964(LAK)

12   EDUCATION; CITY OF NEW YORK;

13   JASON MARINO, Asst. Principal,

14   individually; JOHN DOE NO. 1,

15   individually; JOHN DOE NO. 2,

16   individually; YERGEY DYM,

17   Police Officer, individually;

18   School Safety Officer JOHN DOE

19   NO. 3, individually; and Police

20   Officer JOHN DOE NO. 4,

21   individually,

22             Defendants.

23       _____

24

25

George Shu-An Lee

Page 2

1                    VIDEOCONFERENCE DEPOSITION OF

2                         GEORGE SHU-AN LEE

3    DATE:              Friday, May 31, 2024

4    TIME:              12:04 p.m.

5    LOCATION:          Remote Proceeding

6                       New York, NY 10013

7    REPORTED BY:    Jaz R. Ramos

8    JOB NO.:           6732930

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

George Shu-An Lee

Page 3

1                    A P P E A R A N C E S
2     ON BEHALF OF PLAINTIFFS CHINESE AMERICAN CITIZENS
3     ALLIANCE OF GREATER NEW YORK, PHILLIP YAN HING WONG,
4     SIU-LIN LINDA LAM, LUCAS LIU, GEORGE LEE, AND XUHUI
5     NI:
6          ARTHUR Z. SCHWARTZ, ESQUIRE (by videoconference)
7          Advocates For Justice Chartered Attorneys
8          225 Broadway, Suite 1902
9          New York, NY 10007
10         aschwartz@afjlaw.com
11         (212) 285-1400
12
13         RICHARD SOTO, ESQUIRE (by videoconference)
14         Advocates For Justice Chartered Attorneys
15         225 Broadway, Suite 1902
16         New York, NY 10007
17         rsoto@advocatesny.com
18         (212) 285-1400
19
20
21
22
23
24
25

A P P E A R A N C E S (Cont'd)

ON BEHALF OF DEFENDANTS NEW YORK CITY DEPARTMENT OF EDUCATION, CITY OF NEW YORK, JASON MARINO, AND YERGEY DYM:

KEVON WEEKES, ESQUIRE (by videoconference)
New York City Law Department
100 Church Street
New York, NY 10007
kweekes@law.nyc.gov
(212) 356-1000

File #: 2020-0042538

Control #: 24-1730

George Shu-An Lee

Page 5

1                          I N D E X

2    EXAMINATION:                                    PAGE

3        By Ms. Weekes                                8

4

5                      E X H I B I T S

6    NO.             DESCRIPTION              PAGE

7    1               Photographs from CACAGNY    38

8                    Website

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

George Shu-An Lee

Page 6

```
1              THE REPORTER:   Good afternoon.  My name
2     is Jaz Ramos, and I am the court reporter assigned by
3     Veritext to take the record of this proceeding.  We
4     are now on the record at 12:04 p.m.
5              This is the deposition of George Lee
6     taken in the matter of Chinese American Citizens
7     Alliance of Greater New York, et al. vs. the New York
8     City Department of Education, et al., on Friday, May
9     31, 2024, at 311 Greenwich Street, Apartment 4H, New
10    York, New York 10013.
11             I am a notary authorized to take
12    acknowledgments and administer oaths in New York.
13    Parties agree that I will swear in this witness
14    remotely.
15             Additionally, absent an objection on
16    the record before the witness is sworn, all parties
17    and the witness understand and agree that any
18    certified transcript produced from the recording of
19    this proceeding:
20             - is intended for all uses permitted
21    under applicable procedural and evidentiary rules and
22    laws in the same manner as a deposition recorded by
23    stenographic means; and
24             - shall constitute written stipulation
25    of such.
```

George Shu-An Lee

Page 7

```
 1                    At this time will everyone in
 2      attendance please identify themselves for the record
 3      and who they are here to represent.  We're going to
 4      start with Counsel Weekes.
 5                    MS. WEEKES:  Kevon Weekes, the New York
 6      City Law Department, Office of the Corporation
 7      Counsel, representing the defendant.
 8                    MR. SOTO:  Richard Soto from Advocates
 9      for Justice Chartered Attorneys, for the plaintiffs.
10                    MR. LEE:  George Lee, plaintiff.
11                    THE REPORTER:  Thank you.
12                    Hearing no objection, I will now swear
13      in this witness.
14                    Mr. Lee, please raise your right hand
15      for me, sir.
16                    MR. LEE:  Can you see?
17                    THE REPORTER:  Yep.  Thank you.
18      WHEREUPON,
19                        GEORGE SHU-AN LEE,
20      called as a witness and having been first duly sworn
21      to tell the truth, the whole truth, and nothing but
22      the truth, was examined and testified as follows:
23                    THE REPORTER:  Thank you.
24                    Counsel, please proceed.
25      //
```

George Shu-An Lee

Page 8

1                           EXAMINATION

2      BY MS. WEEKES:

3          Q    Good afternoon, Mr. Lee.  My name is Kevon,

4      and I represent the defendants in this matter.

5               Before we begin this deposition, I'm going

6      to give you some ground rules; okay?

7               First, I ask that you give only verbal

8      responses.  No nodding or shaking of the head.  No

9      "uh-huhs" or "mm-hmms," and that so the court reporter

10     can accurately transcribe your responses; okay?

11         A    Yes.

12         Q    Next, I know it's sometimes hard on Zoom.

13     Try your very best to keep you voice up and speak as

14     clearly as you can.  And that's so the court reporter

15     can transcribe the deposition accurately; okay?

16         A    Yes.

17         Q    If at any point I ask you a question that

18     you don't understand, please let me know.  I'll repeat

19     it or I'll rephrase it.  Unless you tell me otherwise,

20     I'll assume that you've understood my question.  And

21     same goes for if you can't hear me, please let me

22     know.  Or else I'll assume you've heard my question;

23     okay?

24         A    Yes.

25         Q    If you do not know the answer to a question

George Shu-An Lee

Page 9

1    that I ask, please don't guess.  Please let me know

2    you do not know because I don't want you to guess

3    anything today; okay?

4        A    Yes.

5        Q    You're doing a great job of this already,

6    but please wait for me to finish my question

7    completely before you answer.  And that's so the court

8    reporter can transcribe the full question and full

9    answer.  If we're talking over each other, she won't

10   be able to accurately transcribe the deposition; okay?

11       A    Yes.

12       Q    If at any point I ask you a question and

13   later on you decide it's inaccurate or incomplete or

14   you need to clarify, just please let me know.  And

15   I'll give you that opportunity to make your correction

16   or to clarify anything; okay?

17       A    Yes.

18       Q    And finally, if at any point you need to

19   take a break, just let me know.  The only thing I ask

20   is that if there's a pending question, just answer the

21   question and you're free to take a break.  And then we

22   can come back and get started when you're ready; okay?

23       A    Yes.

24       Q    Mr. Lee, is there any reason that you cannot

25   testify truthfully and accurately today?

Page 10

1       A    No.

2       Q    Do you have any physical condition that

3    impairs your memory?

4       A    No.

5       Q    Do you have any mental condition that

6    impairs your memory?

7       A    No.

8       Q     Do you have any condition that could

9    interfere with just your overall ability to testify

10   here today?

11      A    No.

12                  THE REPORTER:  Counsel.  I'm sorry.

13   Off the record, 12:08.

14                  (Off the record.)

15                  THE REPORTER:  Back on the record,

16   12:08.

17   BY MS. WEEKES:

18      Q    Mr. Lee, have you taken any medication in

19   the last 24 hours that could interfere with your

20   ability to testify here today?

21      A    No.

22      Q    Is there any medication that you should have

23   taken but did not take that could interfere with your

24   ability to testify here today?

25      A    No.

George Shu-An Lee

Page 11

1        Q    Mr. Lee, do you recall sitting for a hearing
2    similar to this one related to this case?
3        A    Yes.
4        Q    Do you recall when you sat for that hearing?
5        A    No.
6        Q    Not related to this case, have you ever sat
7    for a deposition like this before?
8        A    Yes.
9        Q    And at that deposition, were you a plaintiff
10   or were you a defendant?
11       A    I am sure I was a witness.  I might have
12   been a defendant.
13       Q    And that case where you sat as a witness or
14   potential defendant, did you have any claim for any
15   physical or emotional injuries?
16       A    No.
17       Q    Have you ever brought a lawsuit against the
18   City of New York?
19       A    No.
20       Q    Have you ever brought a lawsuit against the
21   State of New York?
22       A    No.
23       Q    Have you ever been known by any other name
24   other than George Lee?
25       A    Yes.

George Shu-An Lee

```
1        Q    What is that other name?
2        A    George S. -- that's an initial -- Lee.  And
3   Jorge Lee.
4        Q    And is -- can you -- is Jorge spelled -- can
5   you spell Jorge for me, sorry.
6        A    J-O-R-G-E.
7        Q    Okay.  And the S in George S. Lee.  What
8   does the S stand for?
9        A    S is my middle initial.
10        Q    What is your middle name?
11        A    It is -- I'll spell it.  S - H as in
12   "Harry," U as in "united," dash A as in "Albert," N as
13   in "Nicholas."  I rarely use that name.  I sometimes
14   use the initial when I have to.
15        Q    Mr. Lee, other than your attorney, did you
16   discuss today's deposition with anyone?
17        A    In general terms or specific terms?
18        Q    Well did you discuss today's deposition
19   generally with anyone?
20        A    Yes.
21        Q    Who did you discuss today's deposition with?
22        A    A colleague --
23        Q    Other than your attorney.
24        A    A -- a colleague.
25        Q    What's the name of that colleague?
```

George Shu-An Lee

Page 13

```
 1        A    I'm sorry.  Does "discuss" -- can you
 2   explain what "discuss" means?
 3        Q    Well did you have any conversation with
 4   anyone other than your attorney regarding today's
 5   deposition?
 6        A    So let me explain the interaction, and you
 7   can tell me whether it qualifies as "discuss."
 8             We were going to meet today around this
 9   time, and I -- I had to email him and I said, "I can't
10   make it.  I have a deposition today."  That's the
11   extent of it.  Does that count as "discuss"?
12        Q    So you also ask -- whether generally or
13   specifically, did you discuss specifics of today's
14   deposition with anyone other than your attorney?
15        A    Yeah.
16        Q    Who did you have those discussions with?
17        A    With some of the other plaintiffs that we
18   had to schedule for today.
19             MR. SCHWARTZ:  But I'm going to object.
20   I was going to object to the extent you're asking
21   about a meeting that Counsel had with the plaintiff.
22             So other than that -- you can't ask
23   about the meeting we had.
24   BY MS. WEEKES:
25        Q    I'm asking, Mr. Lee, other than
```

George Shu-An Lee

Page 14

1    conversations with or involving your attorney, did you

2    have any other conversation or discussion about

3    today's deposition with anyone else?

4          A     I'll give you another example.  For example,

5    Phil Wong was scheduled to be here today at noon.  And

6    he couldn't make it, so we had to switch.  I happened

7    to be free now, and he happens to be free at

8    4 o'clock.  So we switched.

9                So that would be a "discussion," right?

10                     MS. WEEKES:  Just off the record.

11                     (Off the record.)

12                     THE REPORTER:  Back on the record.

13                     MS. WEEKES:  Thanks, Ms. Ramos.

14   BY MS. WEEKES:

15         Q     Mr. Lee, with the understanding that only

16   the year will be on the transcript, what is your full

17   date of birth?

18         A     ████/████

19         Q     With the understanding that only the last

20   four would be on the transcript, what is your full

21   social security number?

22         A     ████████.

23         Q     Mr. Lee, are you a recipient of Medicaid?

24         A     No.

25         Q     Are you a recipient of any disability

George Shu-An Lee

Page 15

1    benefits?

2        A    No.

3        Q    Are you a recipient of any form of public

4    assistance?

5        A    No.

6        Q    Are you a Medicare recipient?

7        A    I need to clarify that question.  I am

8    signed up for Medicare, but I'm not receiving any

9    benefits from it.

10       Q    Do you have health insurance, Mr. Lee?

11       A    Yes.

12       Q    Mr. Lee, the address that you gave us at the

13   beginning of the deposition, ████████████ ████,

14   ████████ █ █ ████ █ ████ █████        That is your

15   current address; correct?

16       A    Yes.

17       Q    How long have you lived at that address?

18       A    Since 1989.

19            MS. WEEKES:  I'm sorry.  There's a lot

20   of noise.  I'm just letting it pass.

21            THE WITNESS:  I hope your neighbor's

22   not on fire.

23   BY MS. WEEKES:

24       Q    Okay, Mr. Lee.  Do you live with anyone at

25   your address?

George Shu-An Lee

Page 16

```
 1        A    Yes.

 2        Q    Who do you live with?

 3        A    My wife.

 4        Q    What is your wife's name?

 5        A    I'll spell it.  It's three words.  W as in

 6    "world," A as in "alphabet," I as in -- as in -- I'm

 7    blanking --

 8                  UNIDENTIFIED SPEAKER:  India.

 9        A    India.  W again. A again.  H as in "Harry,"

10    and C-H-I-N as in "China" without the A.

11                  THE REPORTER:  I'm sorry.  Reporter

12    just wants to clarify.  First name, W-A-I-W-A-H.

13    Second name, C-H-I-N.

14                  THE WITNESS:  That's right.  But the

15    first name is two distinct words.

16                  THE REPORTER:  Oh, two words.  Okay, so

17    W-A-I space W-A-H.  Thank you, sir.

18                  THE WITNESS:  Correct.  Thank you.

19    BY MS. WEEKES:

20        Q    Mr. Lee, do you recall the date of the

21    incident for which we are here today?

22        A    Yes.

23        Q    What's the date?

24        A    February 4, two thousand -- 2020.

25        Q    And do you recall where the events took
```

George Shu-An Lee

Page 17

```
1     place?

2          A     Yes.

3          Q     Where did they take place?

4          A     James Madison High School.

5          Q     Is that in Brooklyn?

6          A     Yes.

7          Q     Do you recall around what time you arrived

8     at James Madison High School on February 4, 2020?

9          A     No.  It's in the evening.

10         Q     Why did you go to James Madison High School

11    that day?

12         A     To attend a town hall.

13         Q     Do you recall what time the town hall was

14    supposed to begin?

15         A     No.

16         Q     And why were you attending that town hall?

17         A     That was a town hall to be given by

18    chancellor Carranza.  And I -- he has a history of

19    policies and remarks that the Chinese community has

20    trouble with.  And in other meetings and town halls, I

21    have sometimes spoken.  So I wanted to be there and

22    possibly speak.

23              I also knew that there was a reason

24    controversy regarding a CEC member, Jackie Cody.  And

25    I thought that some community members -- Chinese
```

George Shu-An Lee

Page 18

1   community members may bring that up.  That there could

2   be a -- a larger Chinese community participation

3   because of the Jackie Cody incidents.

4           Q    Mr. Lee, are you a member of the Chinese

5   American Citizens Alliance of Greater New York

6   organization?

7           A    Yes.

8           Q    How long have you been a member?

9           A    I was a founding member -- 2016.  I don't

10  remember exactly.  I can look that up if you want.

11          Q    That's okay.  And what is your role in the

12  organization?

13          A    Member.

14          Q    Do you have any specific duties or

15  responsibilities as a member?

16          A    As a member?

17          Q    Yes.

18          A    Other than attend meetings.  Well I --

19  that's not even responsibility.  That's voluntary.

20  Nothing -- no -- no -- members do not have particular

21  responsibilities other than be kind and gentle to each

22  other.  It's in the charter.

23              And be patriotic and uphold American values.

24  That's also in the charter.  Something like that.  I

25  may not have every -- every word right.  In addition,

George Shu-An Lee

Page 19

1    I take a lot of photographs that are posted on the web

2    -- on the website.

3        Q    On --

4        A    CACAGNY's website.

5        Q    On February 4, 2020, did you take

6    photographs?

7        A    Yes.

8        Q    And were those photographs posted to the

9    organization's website?

10       A    Correct.

11       Q    How did you know that there would be a town

12   hall at James Madison High School on February 4th of

13   2020?

14       A    My wife told me.

15       Q    Back on February 4th of 2020 -- well,

16   withdrawn.  Do you have children, Mr. Lee?

17       A    Oh yes.

18       Q    Are any of your children currently enrolled

19   in a Department of Education school?

20       A    Not anymore.

21       Q    Back on February 4th of 2020, were any of

22   your children enrolled in a Department of Education

23   school?

24       A    Not anymore.  They graduated.

25       Q    Back on February 4th of 2020, they had

George Shu-An Lee

Page 20

1    already graduated?

2         A    Yes.  I'm as old as I look.

3         Q    Did your wife attend the town-hall meeting

4    with you on that day?

5         A    Yes.  We were not with each other the whole

6    time.  But we -- we went together and -- and returned

7    home together.

8         Q    When you arrived at the high school, did you

9    go directly into the town-hall meeting?

10        A    No.  We arrived before the town-hall meeting

11   because there's usually a demonstration or rally

12   before.  And I wanted to take pictures of the

13   demonstration or rally.

14        Q    Did you take part in the demonstration?

15        A    No.  I usually take pictures rather than

16   participate.

17        Q    Did your wife take part in the

18   demonstration?

19        A    Yes, she did.

20        Q    Did you at any time prior to entering the

21   town-hall meeting have a sign?

22        A    No.  I typically take pictures and don't

23   have hands for signs.  I take pictures of people with

24   signs.

25        Q    Do you recall whether there were people with

George Shu-An Lee

Page 21

1    signs at this demonstration?

2        A    Yes.

3        Q    Did your wife have a sign, if you recall?

4        A    She usually doesn't.  She often speaks, but

5    she usually doesn't.

6        Q    Did there come a time that you went into the

7    town-hall meeting?

8        A    I tried.

9        Q    Did there come a time that you actually went

10   in?  Were you able to get into the town-hall meeting?

11       A    Eventually I did, yes.

12       Q    And about how long were you at James Madison

13   High School before entering the town-hall meeting?

14       A    I don't know.  I mean, two things happened

15   before I answered.  One is there was a demonstration,

16   which I took pictures of.  And then the demonstration

17   ended, and we tried to get into the town hall.  And I

18   was prevented from going in.  I don't know how long

19   each one lasted.

20       Q    When you say you "don't know how long each

21   one lasted," do you mean you can't recall how long you

22   were taking pictures of the demonstration before

23   attempting to go in?

24       A    Both that part and also for how long I was

25   prevented from going in.  It felt like a long time,

George Shu-An Lee

1    but it probably wasn't as long as it felt.

2        Q    At any time prior to the end of the

3    demonstration, did you attempt to go into the town

4    hall?

5        A    I did not.  I was taking pictures.

6        Q    Once the demonstration ended, what happened?

7        A    Once the demonstration ended, people started

8    going into the -- towards the school because the

9    demonstration took place outside the school on the

10   sidewalk.  And I -- I remember my wife and Linda Lam

11   sort of took the lead.  They were the first to head

12   that way.

13            And they were blocked in the middle of the

14   path leading to the school by maybe four or five

15   people, some uniformed and some not.  And one of them

16   was shouting -- or they were implying that my wife and

17   Linda were being violent, which is why they were

18   blocking them, which is nonsense because if you see

19   them, they were not violent types.

20       Q    Well --

21       A    But they kept saying, "Don't be violent," or

22   something like that.  So that's a schoolyard tactic to

23   accuse someone of something when they are obviously

24   not doing it.

25       Q    But you overheard the people that blocked

George Shu-An Lee

Page 23

1    your wife and Ms. Lam saying, "Don't be violent"?

2        A    Something like -- yeah, the words I'm not

3    exactly sure.  But something like that, which -- which

4    was trying to imply that they were being violent,

5    which is why they were being stopped.  But I was close

6    enough because I -- I was taking pictures.

7        Q    Did you hear these individuals that stopped

8    your wife and Ms. Lam say anything else?

9        A    No.  No.  Because then I stepped back a

10   little bit to take more pictures.

11       Q    What happened next?

12       A    What happened next, I think, is, while my

13   wife was arguing with them, Linda broke loose and

14   headed toward -- she walked around them.  And other

15   people started to walk around them too because there

16   were only four or five of them.  And they were working

17   together, the uniform as well as non-uniform.

18           So they were clearly taking over campus

19   saying -- they -- they know what they are doing

20   together, but they couldn't block so many people that

21   were going around them.  So then they let go, and one

22   of them chased after Linda.  And I went -- I -- I went

23   with them too.

24           And then we got up the steps to the front

25   entrance of the school.  The front entrance has

George Shu-An Lee

Page 24

1    several doors.  I don't know how many.  It's at least

2    three doors.  And, normally, I would think that in a

3    school and in other meetings we've been to, all doors

4    would be open to make sure that people can get in

5    without being -- without congestion.

6            But this time only one door was open.  And

7    there were again uniform and non-uniform people

8    working together to stop the Chinese from getting in.

9    So we formed a crowd around them, trying to get in.

10   And they were saying, back to the same schoolyard

11   tactic, but instead of saying, "Don't be violent,"

12   they say, "No signs."

13       Q    Prior to February 4, 2020, have you attended

14   any town-hall meetings at James Madison High School?

15       A    Not at James Madison.

16       Q    Between February 4th of 2020 to now, have

17   you attended any town-hall meetings?

18       A    I attended a few meetings.  I am not sure

19   whether they were officially town-hall or not.  Some

20   of them had Carranza in there.  And there were not

21   many because the Wuhan virus came, and all meetings

22   became online.

23       Q    So have you attended any in-person meetings

24   since February of 2020?

25       A    Oh yes.  The ones that were open, I went to.

George Shu-An Lee

Page 25

1   Not all of them, I'm sure.  But some of them.  And I

2   took pictures there too.

3       Q    Do you recall whether there were any

4   demonstrations at any of the meetings that took place

5   after February of 2020?

6       A    Oh yes.  There was a very memorable one in

7   which the crowd booed so hard that Carranza had to run

8   away for a while.  I think he went away for half an

9   hour.

10      Q    Do you recall whether, at any of the

11  demonstrations, people were holding signs at meetings

12  after February 4, 2020.

13      A    Oh yeah.  Both before and after.  We were

14  always able to hold signs.

15      Q    And after February 4, 2020, do you recall

16  whether people were allowed to enter the meetings with

17  signs?

18      A    Oh yes.  Before and after.

19      Q    When you got up the stairs at the front

20  entrance of the school, did anyone say anything to you

21  regarding entering the town hall?

22      A    Well there were a lot of people in -- in

23  front of me.  So no -- everybody was trying to get in.

24  And the guards were saying, "You're blocking people,"

25  which is again the same schoolyard tactic because they

George Shu-An Lee

Page 26

1   were blocking us.  But they're accusing us of blocking

2   people, which is another nonsensical thing.

3           So they -- like, I couldn't get to the point

4   for -- for them to tell me anything until quite a

5   while.

6       Q    And did they eventually tell or say anything

7   to you?

8       A    Well let's see.  There was a lot of -- there

9   were -- people were yelling at each other.  Ours --

10  the Chinese were saying, "Why don't you let us in?"

11  And the school or NYPD -- they're acting together in

12  concert, saying, "Don't block the door," and "Do you

13  have signs?"  "No signs allowed."

14          And so there was some shoving.  I saw that

15  Bernard was shoved and almost fell.  And -- and

16  eventually I was able to get close.  And the guy was

17  yelling, "No signs."  Not at me in particular, but at

18  people.  And I was saying, "I don't have signs.  I

19  don't have signs.  I'm taking pictures."  Something

20  like that.

21          And -- and then one of the guys in uniform

22  looked at me and at my coat, and lifted his chin up,

23  like this.  Lifting a chin up, which I interpreted to

24  mean -- I'm sure that's what he meant, like, "Open

25  your jacket.  Let me see your jacket."

George Shu-An Lee

```
1              So I opened up my jacket.  I had no signs
2      because I never had signs that night.  And he still
3      didn't let me in, which proves that this whole sign
4      thing was a red herring.  It was just using it as an
5      excuse to stop Chinese from getting in.
6         Q    Did the --
7         A    In the meantime -- in the meantime, a lot of
8      non-Chinese, whites and blacks, were being let in.
9      And you can see that in the video.
10        Q    Did the individual who, you said, lifted
11     their chin up, and you interpreted that to mean, "Open
12     your jacket," did that person actually tell you to
13     open your jacket?
14        A    He didn't say so in words.  But he and
15     others had been yelling, "No signs."  And when you're
16     yelling at people, "No signs," and stopping them.  And
17     then they -- he looks at me and goes like this, I -- I
18     think that's what he meant.
19        Q    You mentioned that there were a lot of
20     people in front of --
21        A    I should also add that after he opened the
22     jacket, he did look at it --
23        Q    -- approximately how many --
24             THE REPORTER:  Wait, wait, wait.
25             MS. WEEKES:  Hold on.  Just --
```

George Shu-An Lee

Page 28

1              THE REPORTER:  One at a --

2              MS. WEEKES:  -- can you just answer my

3      question?

4              THE REPORTER:  One at a time, please.

5              THE WITNESS:  Sure.

6      BY MS. WEEKES:

7          Q    You mentioned that there were a lot of

8      people in front of you.  Approximately how many people

9      were in front of you?

10         A    Oh, yeah.  A lot doesn't mean like dozens of

11     people.  It was a small space.  Gee.  Between five and

12     ten.

13         Q    And the people that were in front of you,

14     could you see whether or not they were holding signs?

15         A    I am sure Bernard was not holding signs, and

16     they pushed him away.

17         Q    But my question is of the approximately ten

18     or so people that were in front of you, could you tell

19     whether or not those ten people -- approximately ten

20     people -- were holding signs?

21         A    Yeah, I couldn't say of all ten.  But I knew

22     that several did not have signs, and they were not let

23     in.  And they were Chinese, I should add.

24         Q    At the time, could you see those people and

25     see that they did not have signs?

George Shu-An Lee

Page 29

1       A    Yeah.  I could see both of their hands.  And

2   they were saying things like, "I don't have signs."

3       Q    You mentioned that you eventually entered

4   the town-hall meeting.  Is that correct?

5       A    Correct.

6       Q    Once you entered the town-hall meeting, did

7   you see individuals with signs in the meeting?

8       A    There -- there are two parts of that

9   question.  While the meeting proceeded, I did not see

10  any signs.  Now I -- I explained earlier, in -- in

11  most town halls and such meetings, people speak.  And

12  that's the expectation of most people.

13          There's either a sign-up sheet that you sign

14  up.  And if you're early enough, you can get in, and

15  you can -- you'll be chosen to speak for two minutes

16  or so.  Or somebody will come around collecting cards

17  with questions.  Again, that's before the meeting

18  starts.

19          So we were not let in before the meeting

20  starts.  They -- they held us off for long enough so

21  that by the time we entered the meeting, the

22  auditorium was full.  So we -- we certainly couldn't

23  sit together, and most of us couldn't even sit.  They

24  had to stand in the back.

25          So -- so as far as I can tell, there were no

George Shu-An Lee

1    signs.  However, at that meeting, Carranza didn't take

2    any questions.  They spent a -- a whole lot -- half of

3    the meeting playing band music, which they never did

4    in any other town hall.  The purpose of town hall is

5    for Carranza to answer questions.

6         Q    Prior to --

7         A    They played band and then he talked, and

8    then he left.  He left.  And as soon as he left, signs

9    came out because people on our side were very upset

10   they didn't get to ask questions.  And then aside from

11   the other people from the whites and blacks who

12   brought signs in also came out.

13        So there were signs on both sides.  Our -- our

14   signs tended to be in the middle and the right; their

15   signs tended to be on the left of the auditorium.

16        Q    Prior to February 4th of 2020, have you

17   attended any meetings that did not have a Q&A format?

18        A    No.

19        Q    After February 4, 2020, have you attended

20   any meetings that did not have a Q&A format?

21        A    No.  I mean what they did is they tried to

22   waste a lot of time on nonsense so --

23        Q    But I'm asking specifically -- my specific

24   question --

25        A    Your --

George Shu-An Lee

1       Q    -- is after February 4th of 2020, have you

2   attended meetings that did not have Q&A format?

3       A    No.  But you have to wait until twelve --

4   twelve o'clock midnight to get to the Q&A.  So there

5   were Q&As, but most people left.

6       Q    On February 4th of 2020, prior to attending

7   the meeting, did you see or did you know what format

8   the meeting would have?

9       A    I expected the format to be similar to other

10  meetings.  There would be a brief discussion, and then

11  there would be Q&A, which is why we went those

12  meetings.  I mean, it's mostly Q's because they don't

13  have to answer questions.  But at least we -- we get

14  to express.

15      Q    And I apologize if I asked you this already,

16  but how did you find out that there was a town-hall

17  meeting on that day?

18      A    My wife told me.

19      Q    While standing in line to get into the

20  meeting, did any of the officers strike, shove, or

21  push you in any way?

22      A    First, it -- "line" is -- is not quite an

23  accurate description.  I know that -- I heard this

24  morning it was described as a "line."  But it's not

25  one person behind another.  It's more like a crowd

George Shu-An Lee

Page 32

1    around.  If you look at the photos and the videos,
2    there was no line to speak of.
3            It was just, you know, a bunch of people
4    trying to get in.  So --
5        Q    So let me rephrase my question.  While
6    standing outside --
7        A    Yes.
8        Q    -- waiting to go into the meeting, did any
9    of the officers, meaning did anyone in uniform,
10   strike, shove, or push you in any way.
11       A    No.  I did not.  I was -- I was staying far
12   enough from them.  I saw what they did to other
13   people, and I didn't want to be hurt.
14       Q    Did you sustain any physical injuries as a
15   result of this incident?
16       A    No.  I stayed away from them.
17       Q    Did you sustain any emotional injuries?
18       A    I was very angry.  I was angry and upset.
19   But I mean, physical, emotional.  My blood pressure
20   went up, but that could be age.  Yeah.  More -- more
21   angry and upset than -- than, yeah, than physical.
22       Q    Did you see a doctor related to the spike in
23   your blood pressure?
24       A    Oh I -- I have been seeing doctors every
25   year because of the annual physical check-up, so yes.

George Shu-An Lee

Page 33

1      Q     Now when you say your blood pressure went

2   up, did that happen the same day or sometime after?

3      A     No.   That's why I think -- I can't tell.

4   That -- because it goes up with age also.

5      Q     Did you see a mental health professional

6   regarding your feelings of anger and being upset?

7      A     No.   What I did is I became much more aware

8   of police violence and also much more aware of people

9   who are not in uniform but look like security types.

10     Q     When you entered the town-hall meeting, were

11  there any other -- anyone you perceived to be Asian

12  inside of the meeting?

13     A     Well I was not in the front to trying to get

14  in, so yes.  By the time I got in, I was -- there were

15  -- there were Chinese that got in before me and there

16  were Chinese that got in after me.

17           My wife got in ahead of me, I know that.

18     Q     I'm sorry?

19     A     My wife got in ahead of me.  We got

20  separated.

21     Q     Are you a member of any social network?

22     A     I have been on Facebook for some time, not

23  very active.

24     Q     Did you post anything on Facebook related to

25  the February 4, 2020 event?

George Shu-An Lee

Page 34

1        A    No.

2        Q    Do you recall seeing anything posted on

3   Facebook by anyone regarding the February 4, 2020

4   event?

5        A    No.

6        Q    Did you post anything on Facebook regarding

7   this lawsuit?

8        A    No.

9        Q    Do you recall seeing anything posted on

10  Facebook regarding this lawsuit?

11       A    No.

12       Q    You mentioned that you overheard the

13  individuals outside of the meeting saying, "No signs."

14  Is that correct?

15       A    The -- the -- the police and -- and the

16  uniform and non-uniform -- what I thought were police,

17  yes.

18       Q    Were they shouting or yelling, "No signs,"

19  or were they saying it to specific people?

20       A    They were saying it to people in front of

21  them.  But no -- I mean, the people in front of them,

22  most of them didn't have signs.  It -- it wasn't -- it

23  wasn't informative.  It was more of an -- it was

24  performative.

25       Q    Did you see anyone without signs be let into

George Shu-An Lee

Page 35

1   the meeting?

2       A    Oh yes.  Whites and blacks.  Well they had

3   signs but -- some of them definitely had signs because

4   signs got in.  But they were let in without·being

5   checked.

6       Q    Mr. Lee, were you employed back on February

7   4, 2020?

8       A    Yes.

9       Q    Where were you employed?

10      A    Tower, as in the building structure, the

11  Eifel Tower, Research Capital.

12              THE REPORTER:  I'm sorry.  Reporter

13  needs to clarify.  Eifel Tower Research?

14              THE WITNESS:  No.  Tower as in Eifel

15  Tower, but not Eifel.

16              THE REPORTER:  Oh.

17              THE WITNESS:  Eifel is not part of it.

18              THE REPORTER:  Oh okay.

19              THE WITNESS:  Sorry.

20              THE REPORTER:  Got it.  No, no problem.

21  BY MS. WEEKES:

22      Q    Did you lose any time from work as a result

23  of this incident?

24      A    No.

25      Q    Did you lose any wages as a result of this

George Shu-An Lee

Page 36

1    incident?

2         A    No.

3         Q    Do you recall whether you observed anyone

4    who had a sign and was told they could not enter with

5    the sign, then put down that sign, and was allowed to

6    enter?

7         A    Actually, no.  I -- I know people were

8    giving signs.  Chinese people were giving signs to

9    Charlie Baruska [ph], who was standing there

10   collecting signs, so that they could get in.  But they

11   still couldn't get in.

12              THE REPORTER:  I'm sorry.  You said

13   Charlie Baruska [ph]?

14              THE WITNESS:  Yeah.

15              THE REPORTER:  Okay.

16              THE WITNESS:  He's the loud person.

17   I'm sure you have heard him from the video.  He wasn't

18   the only one though.

19   BY MS. WEEKES:

20        Q    You mention that people were let in after

21   you.  How do you know that?

22        A    Oh, because after I got in, I turned around

23   and took more pictures.  I was focusing on the whites

24   and blacks that were let -- that were being let in,

25   while the Chinese waited.  But after them, the Chinese

George Shu-An Lee

1    were let in.  After the room was full, basically, the

2    Chinese were -- were let in.  The auditorium, that

3    room.

4        Q    Let's see something.  Do you recall

5    approximately how many photos you took that were then

6    posted to the organization website?

7        A    I don't know, but I could check.  You want

8    me to check?

9        Q    No, no, no.

10       A    Okay.  It's easy.

11       Q    No.  I don't want you to --

12       A    Every time you click on it, it tells you the

13   image number in a how -- out of how many.  So it's not

14   hard.

15                 MS. WEEKES:  Ms. Ramos.

16                 THE REPORTER:  Yes?

17                 MS. WEEKES:  I have a series of photos.

18                 THE REPORTER:  Let me enable your

19   screen-sharing.

20                 MS. WEEKES:  Actually, I don't think I

21   can share them.

22                 THE REPORTER:  Oh, okay.

23                 MS. WEEKES:  I'm having some difficulty

24   today with just my screen sharing.

25                 THE REPORTER:  Off the record, 12:52.

George Shu-An Lee

Page 38

1               (Off the record.)

2               THE REPORTER:  Back on the record,

3      12:56.

4      BY MS. WEEKES:

5           Q    Mr. Lee, with the help of the court

6      reporter, I'm going to -- series of photos that were

7      taken from the organization's website.  I'm going to

8      ask the court reporter to click through all of the

9      photos, and then I'll ask you questions after; okay?

10               (Exhibit 1 was marked for

11               identification.)

12           A    Got it.

13               MS. WEEKES:  Okay, Ms. Ramos.  So I

14      know there is a lot of photos.  If you can just --

15      let's just go through, spending, you know, maybe about

16      a second on each photo, and then go to the next one.

17      Just go through all of them.

18               THE REPORTER:  Sure.  Let me just share

19      my screen.  Okay.

20               I'm going to do that.  All right.  Now

21      should I start from the beginning?

22               MS. WEEKES:  Yes.

23               THE REPORTER:  Okay.

24               Do you see that, Counsel?  Mr. Lee, can

25      you see that well?

George Shu-An Lee

Page 39

1                    THE WITNESS:  Yes, I do.

2                    MS. WEEKES:  Yes, we can see.

3                    THE REPORTER:  Do you want me to keep

4      going?

5                    MS. WEEKES:  Yes.

6                    THE REPORTER:  Okay.

7                    I think that's it.  Or it just froze on

8      me.

9                    MS. WEEKES:  I think that's the end.

10     Yes.

11                   THE REPORTER:  Okay, that's it?  Okay.

12     All right.

13     BY MS. WEEKES:

14         Q    Mr. Lee, the court reporter just went

15     through forty-four taken from the organization web --

16     do you recognize these photos?

17         A    Yes.

18         Q    And how do you recognize them?

19         A    I took them.

20         Q    So these are the photos that you testified

21     earlier or the photos you took of the demonstration

22     and outside of the townhall meeting.  Correct?

23         A    Correct.

24         Q    You also mentioned that you, after you

25     entered or were allowed to go in the meeting, you

George Shu-An Lee

Page 40

1    looked back, and you took photos of people being

2    allowed to come in with signs.  Is that correct?

3        A    There were -- yes.  And they're in the

4    photos.

5              MS. WEEKES:  Ms. Soto --

6              THE WITNESS:  I'm sorry --

7              MS. WEEKES:  I'm sorry, Ms. Ramos, if

8    we can go through the photos again.

9    BY MS. WEEKES:

10       Q    And what I'd like for you to do, Mr. Lee, is

11   I'd like for you to stop us, indicate to us where you

12   see individuals being allowed in that are holding

13   signs.

14       A    Right.  So I should -- I should backtrack.

15   I saw people -- whites and blacks being let in.

16   Separately, after Carranza left, I saw that the other

17   side, the blacks and whites, took out their signs.  So

18   the logic is that whites and blacks were allowed in

19   with signs, but the people that I took pictures of in

20   particular, I cannot say whether they have signs or

21   not.

22              THE REPORTER:  Counsel, should I start

23   scrolling through.

24              MS. WEEKES:  Just give me one second.

25              THE REPORTER:  Sure.

George Shu-An Lee

Page 41

```
1     //

2     BY MS. WEEKES:

3          Q    So just to clarify, Mr. Lee.  You said you

4     took pictures of whites and blacks being let in.  Do

5     you recall whether or not those individuals were

6     carrying signs?

7          A    Right.  So I cannot recall or cannot tell

8     whether they -- those particular people had signs or

9     not.  But I know that blacks and whites took in signs

10    because they were in the auditorium as they took them

11    out later.

12         Q    Do you know how they obtained those signs?

13         A    They must've brought them in.

14         Q    Well listen to my question.

15         A    Yes.

16         Q    Do you know how they brought in those signs?

17    I'm not asking you to guess or assume.  I'm asking do

18    you know how they brought in those signs.

19         A    I don't know how they brought -- got the

20    signs into the auditorium.

21              MS. WEEKES:  Okay, Ms. Ramos.  You can

22    close out the photos.

23              THE REPORTER:  Okay.

24              MS. WEEKES:  Thank you so much.

25    BY MS. WEEKES:
```

George Shu-An Lee

Page 42

1     Q    Mr. Lee, you mentioned earlier that the
2  individuals that were outside, that were at the door
3  were saying, "Stop blocking or standing in the way."
4  Is that correct?
5     A    Um --
6     Q    "Don't block the door."
7     A    "Don't block the door."  Something like
8  that, yes.  Yes.
9     Q    Do you know why they were saying, "Don't
10 block the door"?
11    A    No.  Because they were the ones blocking the
12 door, not the people they were yelling at.
13    Q    Do you recall seeing anyone standing outside
14 the door while you were waiting to get in other than
15 the individuals in uniform that you described earlier.
16    A    There were some people without uniform.
17 They looked like they were pretty senior.  They looked
18 like they were actually giving orders to the ones in
19 uniform.  Well at least they have that kind of
20 authority.
21    Q    So other than individuals that seemed to
22 have been officers or DOE personnel, do you recall
23 seeing anyone else standing outside the door while you
24 were waiting to go in?
25    A    Well they -- there were Chinese, you know,

George Shu-An Lee

Page 43

```
 1    with us.  And then there were whites and blacks and
 2    maybe DOE employees not like us, and they were let in
 3    without checks.
 4              And I'm still amazed at how the --
 5        Q    Well I'm not -- my question isn't whether or
 6    not they were letting.
 7        A    Okay.
 8        Q    I'm asking if you saw them just standing
 9    outside the door.
10        A    They were outside the door moving in.  I'm
11    not sure "standing" is the correct word.
12        Q    The officers that you mentioned that were at
13    the door, do you recall what they look like?
14        A    They were in the photographs.  There were
15    two that I recall more vividly, but the rest of them
16    are in the photographs.
17        Q    Okay.  And the two that you recall vividly,
18    can you describe them for me?
19        A    Yeah.  They're both chubby, wearing uniform.
20    One has a lot of beard, but not a lot of hair, and
21    he's white -- "white-ish."  And the other is white,
22    kind of blondish, and chubby.  And -- and I think he's
23    the one who gave his chin up at me like, "Show me.
24    Open up your jacket."
25        Q    You also mentioned that there were some non-
```

George Shu-An Lee

Page 44

1     uniform individuals giving instruction or saying, "No

2     signs" or "Don't block the door."  Do you recall what

3     those people look like?

4         A    I -- I actually don't know that they

5     actually were saying, "No signs."  But they looked

6     like they were standing back and watching things and

7     directing things.  So they looked like the bosses to

8     me.

9         Q    Can you describe their physical appearance?

10        A    Sure.  Sure.  Again, gee, they're both kind

11    of chubby.  One -- one is black, wearing a beige

12    raincoat and a chap.  I don't know how you call it.  A

13    flat hat.

14             The other one wore a gray suit and white.

15    There were also security personnel.  They -- they

16    looked like very buff, not very chubby.  Buff and in

17    suits, bluish navy suits, and black and very short

18    hair.  And -- and one of them tried to stop me from

19    taking pictures.  I have a picture with him sticking a

20    hand out like this.

21             That was a security detail kind of person

22    because I saw him later with -- with De Blasio.

23        Q    The two white officers that you described

24    that were -- one was chubby with a beard.  The other

25    was also chubby and blond.  Do you know whether they

George Shu-An Lee

Page 45

1    were wearing NYPD uniform or school safety uniform?

2        A    At the time I didn't know.  But later on,

3    looking at the photographs, I think they were wearing

4    NYPD badges.

5        Q    Prior to attending the town hall meeting,

6    did you in any way check or verify whether signs were

7    allowed at the meeting?

8        A    I will describe it this way:  I was told by

9    people who follow these regulations that signs are

10   allowed as long as they don't have a picket in them.

11   I -- so I took that to be truth, to be factual.  I

12   actually did not go to any website or lawyer to check

13   that that was the case.

14           But I had no reason because prior to those

15   meetings, we were always able to get signs in.

16       Q    And do you recall the names of any of the

17   individuals that told you that signs were allowed so

18   long as there was no picket attached?

19       A    Some of them were members of CEC and I don't

20   remember who it was.  CEC, Community Education Council

21   members.  One person who told me this that I do

22   remember is Charlie Babuska [ph].

23       Q    And who is Charlie Babuska [ph]?

24       A    Charlie Babuska [ph] is a -- someone we

25   know.  An activist parent.  And he apparently has been

George Shu-An Lee

Page 46

1    in many demonstrations because he knows a lot of

2    rules.

3              I think in the YouTube -- in the videos, you

4    could see him arguing with the cops that it's a first

5    amendment right to bring in signs.  That's him.

6        Q    Mr. Lee, did you -- and I apologize this if

7    I asked this already.  Did you review any documents in

8    preparation for today's deposition?

9        A    Yes.

10       Q    What did you review?

11       A    I reviewed the transcript from my last

12   deposition.  And I also visited our website to make

13   sure that things are as I recall them.

14       Q    And when you visited the website, what did

15   you look at or review on the website?

16       A    I look at the photographs and some of the

17   videos.  I say "some" because one of the videos the

18   link is dead.

19       Q    Mr. Lee, did you attend high school?

20       A    Oh, that's it?

21       Q    Did you attend high school?

22       A    I did attend high school.

23       Q    Which high school did you attend?

24       A    Oh, it's not in US.

25       Q    Did you graduate from high school?

George Shu-An Lee

Page 47

1      A    Yes -- yes, I think.  I -- it's a -- it's a
2   very small high school.  The graduating class was 42
3   kids, and I think I graduated.  I left a year earlier,
4   but --
5      Q    Did you attend --
6      A    -- anyway, if you want to know the name of
7   the school, it's called Carol Morgan High School, in
8   Santo Domingo, Dominican Republic.  The school -- now
9   I look at their website -- has become very fancy.  But
10  in my days it was quite -- quite basic.
11     Q    Did you attend college?
12     A    Yes.
13     Q    Did you graduate from college?
14     A    Yes.
15     Q    Which college did you attend?
16     A    Yale.
17     Q    I'd like to go back very quickly.  Now you
18  described that a lot of -- that people started going
19  around the individuals that stopped Ms. Lam and your
20  wife; correct?
21     A    It was more than one individual, but yes,
22  correct.  People went around them because they
23  couldn't cover the whole width of the path.
24     Q    And did those individuals that were stopping
25  people then go to the top of the stairs; is that

George Shu-An Lee

Page 48

1    right?

2        A    Correct.

3        Q    At that point that they went to the -- at

4    that time they went to the top of the stairs, were

5    they stopping everyone from entering or just some

6    people?

7        A    Just Chinese.  I think there were people

8    there already stopping the Chinese because by the time

9    I got there, which is about the same time I think my

10   wife and Linda got there.  Maybe a little afterwards.

11            There was already quite a crowd of people.

12   So it's not like the first people went around got in.

13   I think they got stopped also.  But I -- I -- that's

14   my guess.

15       Q    And the demonstration that took place

16   outside of the school, were the participants of the

17   demonstration only Chinese?

18       A    I have to check.  They were certainly mostly

19   Chinese.  But I have to check.

20       Q    And do you recall whether most of these

21   individuals had signs?

22       A    Maybe half of them had signs.

23       Q    Prior to attending the meeting, did you know

24   there would be a demonstration outside?

25       A    I expected that there would be because of

George Shu-An Lee

Page 49

1      the Jackie Cody incident.

2          Q      And do you know who organized the

3      demonstration?

4          A      No.

5                    MS. WEEKES:   Okay, Mr. Lee.  I do not

6      have any further questions for you.  Thank you so much

7      for your time.

8                    THE WITNESS:   Thank you.

9                    MR. SOTO:   No questions from me.

10                   MS. WEEKES:   Ms. Ramos, thank you so

11     much.

12                   THE REPORTER:   You're very welcome.

13                   That was Mr. Soto, right, who said "No

14     questions from me"?

15                   MR. SOTO:   Yes.

16                   THE REPORTER:   Okay.

17                   Off the record, 1:15.

18                   (Signature reserved.)

19                   (Whereupon, at 1:15 p.m., the

20                   proceeding was concluded.)

21

22

23

24

25

George Shu-An Lee

Page 50

1              CERTIFICATE OF DEPOSITION OFFICER

2              I, JAZ R. RAMOS, the officer before whom the

3       foregoing proceedings were taken, do hereby certify

4       that any witness(es) in the foregoing proceedings,

5       prior to testifying, were duly sworn; that the

6       proceedings were recorded by me and thereafter reduced

7       to typewriting by a qualified transcriptionist; that

8       said digital audio recording of said proceedings are a

9       true and accurate record to the best of my knowledge,

10      skills, and ability; that I am neither counsel for,

11      related to, nor employed by any of the parties to the

12      action in which this was taken; and, further, that I

13      am not a relative or employee of any counsel or

14      attorney employed by the parties hereto, nor

15      financially or otherwise interested in the outcome of

16      this action.

17

18                                  JAZ R. RAMOS

19                            Notary Public in and for the

20                                  State of New York

21

22      [X] Review of the transcript was requested.

23

24

25

George Shu-An Lee

Page 51

1           CERTIFICATE OF TRANSCRIBER

2           I, JONATHAN SHERRY, do hereby certify that

3       this transcript was prepared from the digital audio

4       recording of the foregoing proceeding, that said

5       transcript is a true and accurate record of the

6       proceedings to the best of my knowledge, skills, and

7       ability; that I am neither counsel for, related to,

8       nor employed by any of the parties to the action in

9       which this was taken; and, further, that I am not a

10      relative or employee of any counsel or attorney

11      employed by the parties hereto, nor financially or

12      otherwise interested in the outcome of this action.

13

14

15                              JONATHAN SHERRY

16

17

18

19

20

21

22

23

24

25

George Shu-An Lee

Page 52

1    Chinese American Citizens Alliance Of Greater NY v. NYC DOE

2    GEORGE SHU-AN LEE (#6732930)

3                    E R R A T A   S H E E T

4    PAGE_____ LINE_____ CHANGE_____

5    _____

6    REASON_____

7    PAGE_____ LINE_____ CHANGE_____

8    _____

9    REASON_____

10   PAGE_____ LINE_____ CHANGE_____

11   _____

12   REASON_____

13   PAGE_____ LINE_____ CHANGE_____

14   _____

15   REASON_____

16   PAGE_____ LINE_____ CHANGE_____

17   _____

18   REASON_____

19   PAGE_____ LINE_____ CHANGE_____

20   _____

21   REASON_____

22

23   _____    _____

24   GEORGE SHU-AN LEE                          Date

25

George Shu-An Lee

Page 53

1    Chinese American Citizens Alliance Of Greater NY v. NYC DOE

2    GEORGE SHU-AN LEE (#6732930)

3                    ACKNOWLEDGEMENT OF DEPONENT

4        I, George Lee, do hereby declare that I

5    have read the foregoing transcript, I have made any

6    corrections, additions, or changes I deemed necessary as

7    noted above to be appended hereto, and that the same is

8    a true, correct and complete transcript of the testimony

9    given by me.

10

11    _____    _____

12    GEORGE SHU-AN LEE                        Date

13    *If notary is required

14                        SUBSCRIBED AND SWORN TO BEFORE ME THIS

15                        _____ DAY OF _____, 20___.

16

17

18                        _____

19                        NOTARY PUBLIC

20

21

22

23

24

25

George Shu-An Lee

**[1 - angry]**

| 1 |
|---|
| **1**  1:14 5:7 |
| 38:10 |
| **100**  4:7 |
| **10007**  3:9,16 |
| 4:8 |
| **10013**  2:6 6:10 |
| 15:14 |
| **12:04**  2:4 6:4 |
| **12:08**  10:13,16 |
| **12:52**  37:25 |
| **12:56**  38:3 |
| **1902**  3:8,15 |
| **1954**  14:18 |
| **1989**  15:18 |
| **1:15**  49:17,19 |

| 2 |
|---|
| **2**  1:15 |
| **20**  1:11 53:15 |
| **2016**  18:9 |
| **2020**  16:24 |
| 17:8 19:5,13 |
| 19:15,21,25 |
| 24:13,16,24 |
| 25:5,12,15 |
| 30:16,19 31:1 |
| 31:6 33:25 |
| 34:3 35:7 |
| **2020-0042538** |
| 4:11 |
| **2024**  2:3 6:9 |
| **212**  3:11,18 |
| 4:10 |
| **225**  3:8,15 |

| 24  10:19 |
|---|
| **24-1730**  4:12 |
| **28485**  50:17 |
| **285-1400**  3:11 |
| 3:18 |

| 3 |
|---|
| **3**  1:19 |
| **31**  2:3 6:9 |
| **311**  6:9 15:13 |
| **33153**  51:14 |
| **356-1000**  4:10 |
| **38**  5:7 |

| 4 |
|---|
| **4**  1:20 14:8 |
| 16:24 17:8 |
| 19:5 24:13 |
| 25:12,15 30:19 |
| 33:25 34:3 |
| 35:7 |
| **42**  47:2 |
| **4905**  14:22 |
| **4h**  6:9 15:14 |
| **4th**  19:12,15,21 |
| 19:25 24:16 |
| 30:16 31:1,6 |

| 6 |
|---|
| **6732930**  2:8 |
| 52:2 53:2 |

| 8 |
|---|
| **8**  5:3 |
| **8964**  1:11 |

| a |
|---|
| **ability**  10:9,20 |
| 10:24 50:10 |
| 51:7 |
| **able**  9:10 21:10 |
| 25:14 26:16 |
| 45:15 |
| **above**  53:7 |
| **absent**  6:15 |
| **accurate**  31:23 |
| 50:9 51:5 |
| **accurately**  8:10 |
| 8:15 9:10,25 |
| **accuse**  22:23 |
| **accusing**  26:1 |
| **acknowledge...** |
| 53:3 |
| **acknowledg...** |
| 6:12 |
| **acting**  26:11 |
| **action**  50:12,16 |
| 51:8,12 |
| **active**  33:23 |
| **activist**  45:25 |
| **actually**  21:9 |
| 27:12 36:7 |
| 37:20 42:18 |
| 44:4,5 45:12 |
| **add**  27:21 |
| 28:23 |
| **addition**  18:25 |
| **additionally** |
| 6:15 |
| **additions**  53:6 |

| **address**  15:12 |
|---|
| 15:15,17,25 |
| **administer** |
| 6:12 |
| **advocates**  3:7 |
| 3:14 7:8 |
| **advocatesny....** |
| 3:17 |
| **afjlaw.com** |
| 3:10 |
| **afternoon**  6:1 |
| 8:3 |
| **age**  32:20 33:4 |
| **agree**  6:13,17 |
| **ahead**  33:17,19 |
| **al**  6:7,8 |
| **albert**  12:12 |
| **alliance**  1:5 3:3 |
| 6:7 18:5 52:1 |
| 53:1 |
| **allowed**  25:16 |
| 26:13 36:5 |
| 39:25 40:2,12 |
| 40:18 45:7,10 |
| 45:17 |
| **alphabet**  16:6 |
| **amazed**  43:4 |
| **amendment** |
| 46:5 |
| **american**  1:4 |
| 3:2 6:6 18:5,23 |
| 52:1 53:1 |
| **anger**  33:6 |
| **angry**  32:18,18 |
| 32:21 |

| | | **b** | 36:24 40:15,17 |
|---|---|---|---|
| **annual** 32:25 | **assigned** 6:2 | | 40:18 41:4,9 |
| **answer** 8:25 | **assistance** 15:4 | **b** 5:5 | 43:1 |
| 9:7,9,20 28:2 | **asst** 1:13 | **babuska** 45:22 | **blanking** 16:7 |
| 30:5 31:13 | **assume** 8:20,22 | 45:23,24 | **blasio** 44:22 |
| **answered** | 41:17 | **back** · 9:22 | **block** 23:20 |
| 21:15 | **attached** 45:18 | 10:15 14:12 | 26:12 42:6,7 |
| **anymore** 19:20 | **attempt** 22:3 | 19:15,21,25 | 42:10 44:2 |
| 19:24 | **attempting** | 23:9 24:10 | **blocked** 22:13 |
| **anyway** 47:6 | 21:23 | 29:24 35:6 | 22:25 |
| **apartment** 6:9 | **attend** 17:12 | 38:2 40:1 44:6 | **blocking** 22:18 |
| 15:14 | 18:18 20:3 | 47:17 | 25:24 26:1,1 |
| **apologize** 31:15 | 46:19,21,22,23 | **backtrack** | 42:3,11 |
| 46:6 | 47:5,11,15 | 40:14 | **blond** 44:25 |
| **apparently** | **attendance** 7:2 | **badges** 45:4 | **blondish** 43:22 |
| 45:25 | **attended** 24:13 | **band** 30:3,7 | **blood** 32:19,23 |
| **appearance** | 24:17,18,23 | **baruska** 36:9 | 33:1 |
| 44:9 | 30:17,19 31:2 | 36:13 | **bluish** 44:17 |
| **appended** 53:7 | **attending** | **basic** 47:10 | **booed** 25:7 |
| **applicable** 6:21 | 17:16 31:6 | **basically** 37:1 | **bosses** 44:7 |
| **approximately** | 45:5 48:23 | **beard** 43:20 | **break** 9:19,21 |
| 27:23 28:8,17 | **attorney** 12:15 | 44:24 | **brief** 31:10 |
| 28:19 37:5 | 12:23 13:4,14 | **beginning** | **bring** 18:1 46:5 |
| **arguing** 23:13 | 14:1 50:14 | 15:13 38:21 | **broadway** 3:8 |
| 46:4 | 51:10 | **behalf** 3:2 4:2 | 3:15 |
| **arrived** 17:7 | **attorneys** 3:7 | **beige** 44:11 | **broke** 23:13 |
| 20:8,10 | 3:14 7:9 | **benefits** 15:1,9 | **brooklyn** 17:5 |
| **arthur** 3:6 | **audio** 50:8 51:3 | **bernard** 26:15 | **brought** 11:17 |
| **aschwartz** 3:10 | **auditorium** | 28:15 | 11:20 30:12 |
| **asian** 33:11 | 29:22 30:15 | **best** 8:13 50:9 | 41:13,16,18,19 |
| **aside** 30:10 | 37:2 41:10,20 | 51:6 | **buff** 44:16,16 |
| **asked** 31:15 | **authority** 42:20 | **birth** 14:17 | **building** 35:10 |
| 46:7 | **authorized** | **bit** 23:10 | **bunch** 32:3 |
| **asking** 13:20,25 | 6:11 | **black** 44:11,17 | |
| 30:23 41:17,17 | **aware** 33:7,8 | **blacks** 27:8 | |
| 43:8 | | 30:11 35:2 | |

George Shu-An Lee

[c - crowd]

| c |
| --- |
| c 3:1 4:1 16:10 16:13 |
| cacagny 5:7 |
| cacagny's 19:4 |
| call 44:12 |
| called 7:20 47:7 |
| campus 23:18 |
| capital 35:11 |
| cards 29:16 |
| carol 47:7 |
| carranza 17:18 24:20 25:7 30:1,5 40:16 |
| carrying 41:6 |
| case 11:2,6,13 45:13 |
| cec 17:24 45:19 45:20 |
| certainly 29:22 48:18 |
| certificate 50:1 51:1 |
| certified 6:18 |
| certify 50:3 51:2 |
| chancellor 17:18 |
| change 52:4,7 52:10,13,16,19 |
| changes 53:6 |
| chap 44:12 |
| charlie 36:9,13 45:22,23,24 |

charter 18:22
18:24
chartered 3:7
3:14 7:9
chased 23:22
check 32:25
37:7,8 45:6,12
48:18,19
checked 35:5
checks 43:3
children 19:16
19:18,22
chin 26:22,23
27:11 43:23
china 16:10
chinese 1:4 3:2
6:6 17:19,25
18:2,4 24:8
26:10 27:5,8
28:23 33:15,16
36:8,25,25
37:2 42:25
48:7,8,17,19
52:1 53:1
chosen 29:15
chubby 43:19
43:22 44:11,16
44:24,25
church 4:7
citizens 1:4 3:2
6:6 18:5 52:1
53:1
city 1:11,12 4:2
4:3,6 6:8 7:6
11:18

claim 11:14
clarify 9:14,16
15:7 16:12
35:13 41:3
class 47:2
clearly 8:14
23:18
click 37:12 38:8
close 23:5
26:16 41:22
coat 26:22
cody 17:24
18:3 49:1
colleague 12:22
12:24,25
collecting
29:16 36:10
college 47:11
47:13,15
come 9:22 21:6
21:9 29:16
40:2
community
17:19,25 18:1
18:2 45:20
complete 53:8
completely 9:7
concert 26:12
concluded
49:20
condition 10:2
10:5,8
congestion 24:5
constitute 6:24

cont'd 4:1
control 4:12
controversy
17:24
conversation
13:3 14:2
conversations
14:1
cops 46:4
corporation
7:6
correct 15:15
16:18 19:10
29:4,5 34:14
39:22,23 40:2
42:4 43:11
47:20,22 48:2
53:8
correction 9:15
corrections
53:6
council 45:20
counsel 7:4,7
7:24 10:12
13:21 38:24
40:22 50:10,13
51:7,10
count 13:11
court 1:1 6:2
8:9,14 9:7 38:5
38:8 39:14
cover 47:23
crowd 24:9
25:7 31:25
48:11

George Shu-An Lee

current  15:15
currently  19:18
cv  1:11

**d**

d  5:1
dash  12:12
date  2:3 14:17
    16:20,23 52:24
    53:12
day  17:11 20:4
    31:17 33:2
    53:15
days  47:10
de  44:22
dead  46:18
decide  9:13
declare  53:4
deemed  53:6
defendant  7:7
    11:10,12,14
defendants
    1:22 4:2 8:4
definitely  35:3
demonstration
    20:11,13,14,18
    21:1,15,16,22
    22:3,6,7,9
    39:21 48:15,17
    48:24 49:3
demonstrations
    25:4,11 46:1
department
    1:11 4:2,6 6:8
    7:6 19:19,22

deponent  53:3
deposition  2:1
    6:5,22 8:5,15
    9:10 11:7,9
    12:16,18,21
    13:5,10,14
    14:3 15:13
    46:8,12 50:1
describe  43:18
    44:9 45:8
described
    31:24 42:15
    44:23 47:18
description  5:6
    31:23
detail  44:21
difficulty  37:23
digital  50:8
    51:3
directing  44:7
directly  20:9
disability  14:25
discuss  12:16
    12:18,21 13:1
    13:2,7,11,13
discussion  14:2
    14:9 31:10
discussions
    13:16
distinct  16:15
district  1:1,2
doctor  32:22
doctors  32:24
documents
    46:7

doe  1:14,15,18
    1:20 42:22
    43:2 52:1 53:1
doing  9:5 22:24
    23:19
domingo  47:8
dominican  47:8
door  24:6
    26:12 42:2,6,7
    42:10,12,14,23
    43:9,10,13
    44:2
doors  24:1,2,3
dozens  28:10
duly  7:20 50:5
duties  18:14
dym  1:16 4:4

**e**

e  3:1,1 4:1,1 5:1
    5:5 12:6 52:3,3
    52:3
earlier  29:10
    39:21 42:1,15
    47:3
early  29:14
easy  37:10
education  1:12
    4:3 6:8 19:19
    19:22 45:20
eifel  35:11,13
    35:14,15,17
either  29:13
email  13:9
emotional
    11:15 32:17,19

employed  35:6
    35:9 50:11,14
    51:8,11
employee  50:13
    51:10
employees  43:2
enable  37:18
ended  21:17
    22:6,7
enrolled  19:18
    19:22
enter  25:16
    36:4,6
entered  29:3,6
    29:21 33:10
    39:25
entering  20:20
    21:13 25:21
    48:5
entrance  23:25
    23:25 25:20
es  50:4
esquire  3:6,13
    4:5
et  6:7,8
evening  17:9
event  33:25
    34:4
events  16:25
eventually
    21:11 26:6,16
    29:3
everybody
    25:23

George Shu-An Lee

**[evidentiary - hair]**                                          Page 5

evidentiary
  6:21
exactly  18:10
  23:3
examination
  5:2 8:1
examined  7:22
example  14:4,4
excuse  27:5
exhibit  38:10
expectation
  29:12
expected  31:9
  48:25
explain  13:2,6
explained
  29:10
express  31:14
extent  13:11,20

**f**

facebook  33:22
  33:24 34:3,6
  34:10
factual  45:11
fancy  47:9
far  29:25 32:11
february  16:24
  17:8 19:5,12
  19:15,21,25
  24:13,16,24
  25:5,12,15
  30:16,19 31:1
  31:6 33:25
  34:3 35:6

feelings  33:6
fell  26:15
felt  21:25 22:1
file  4:11
finally  9:18
financially
  50:15 51:11
find  31:16
finish  9:6
fire  15:22
first  7:20 8:7
  16:12,15 22:11
  31:22 46:4
  48:12
five  22:14
  23:16 28:11
flat  44:13
focusing  36:23
follow  45:9
follows  7:22
foregoing  50:3
  50:4 51:4 53:5
form  15:3
format  30:17
  30:20 31:2,7,9
formed  24:9
forty  39:15
founding  18:9
four  14:20
  22:14 23:16
  39:15
free  9:21 14:7,7
friday  2:3 6:8
front  23:24,25
  25:19,23 27:20

28:8,9,13,18
  33:13 34:20,21
froze  39:7
full  9:8,8 14:16
  14:20 29:22
  37:1
further  49:6
  50:12 51:9

**g**

g  12:6
gee  28:11 44:10
general  12:17
generally  12:19
  13:12
gentle  18:21
george  1:7 2:2
  3:4 6:5 7:10,19
  11:24 12:2,7
  52:2,24 53:2,4
  53:12
getting  24:8
  27:5
give  8:6,7 9:15
  14:4 40:24
given  17:17
  53:9
giving  36:8,8
  42:18 44:1
go  17:10 20:9
  21:23 22:3
  23:21 32:8
  38:15,16,17
  39:25 40:8
  42:24 45:12
  47:17,25

goes  8:21 27:17
  33:4
going  7:3 8:5
  13:8,19,20
  21:18,25 22:8
  23:21 38:6,7
  38:20 39:4
  47:18
good  6:1 8:3
graduate  46:25
  47:13
graduated
  19:24 20:1
  47:3
graduating
  47:2
gray  44:14
great  9:5
greater  1:5 3:3
  6:7 18:5 52:1
  53:1
greenwich  6:9
  15:13
ground  8:6
guards  25:24
guess  9:1,2
  41:17 48:14
guy  26:16
guys  26:21

**h**

h  5:5 12:11
  16:9,10,12,13
  16:17 52:3
hair  43:20
  44:18

George Shu-An Lee

**half** 25:8 30:2
48:22
**hall** 17:12,13
17:16,17 19:12
20:3,9,10,21
21:7,10,13,17
22:4 24:14,17
24:19 25:21
29:4,6 30:4,4
31:16 33:10
45:5
**halls** 17:20
29:11
**hand** 7:14
44:20
**hands** 20:23
29:1
**happen** 33:2
**happened** 14:6
21:14 22:6
23:11,12
**happens** 14:7
**hard** 8:12 25:7
37:14
**harry** 12:12
16:9
**hat** 44:13
**head** 8:8 22:11
**headed** 23:14
**health** 15:10
33:5
**hear** 8:21 23:7
**heard** 8:22
31:23 36:17

**hearing** 7:12
11:1,4
**held** 29:20
**help** 38:5
**hereto** 50:14
51:11 53:7
**herring** 27:4
**high** 17:4,8,10
19:12 20:8
21:13 24:14
46:19,21,22,23
46:25 47:2,7
**hing** 1:6 3:3
**history** 17:18
**hmms** 8:9
**hold** 25:14
27:25
**holding** 25:11
28:14,15,20
40:12
**home** 20:7
**hope** 15:21
**hour** 25:9
**hours** 10:19
**huhs** 8:9
**hurt** 32:13

**i**

**identification**
38:11
**identify** 7:2
**image** 37:13
**impairs** 10:3,6
**imply** 23:4
**implying** 22:16

**inaccurate** 9:13
**incident** 16:21
32:15 35:23
36:1 49:1
**incidents** 18:3
**incomplete**
9:13
**index** 1:10
**india** 16:8,9
**indicate** 40:11
**individual**
27:10 47:21
**individually**
1:14,15,16,17
1:19,21
**individuals**
23:7 29:7
34:13 40:12
41:5 42:2,15
42:21 44:1
45:17 47:19,24
48:21
**informative**
34:23
**initial** 12:2,9,14
**injuries** 11:15
32:14,17
**inside** 33:12
**instruction**
44:1
**insurance**
15:10
**intended** 6:20
**interaction**
13:6

**interested**
50:15 51:12
**interfere** 10:9
10:19,23
**interpreted**
26:23 27:11
**involving** 14:1
**ish** 43:21

**j**

**j** 12:6
**jacket** 26:25,25
27:1,12,13,22
43:24
**jackie** 17:24
18:3 49:1
**james** 17:4,8,10
19:12 21:12
24:14,15
**jason** 1:13 4:3
**jaz** 2:7 6:2 50:2
50:18
**job** 2:8 9:5
**john** 1:14,15,18
1:20
**jonathan** 51:2
51:15
**jorge** 12:3,4,5
**justice** 3:7,14
7:9

**k**

**keep** 8:13 39:3
**kept** 22:21
**kevon** 4:5 7:5
8:3

George Shu-An Lee

[kids - meeting]                                                    Page 7

kids  47:3
kind  18:21
  42:19 43:22
  44:10,21
knew  17:23
  28:21
know  8:12,18
  8:22,25 9:1,2
  9:14,19 19:11
  21:14,18,20
  23:19 24:1
  31:7,23 32:3
  33:17 36:7,21
  37:7 38:14,15
  41:9,12,16,18
  41:19 42:9,25
  44:4,12,25
  45:2,25 47:6
  48:23 49:2
knowledge
  50:9 51:6
known  11:23
knows  46:1
kweekes  4:9

l

lak  1:11
lam  1:7 3:4
  22:10 23:1,8
  47:19
larger  18:2
lasted  21:19,21
law  4:6 7:6
law.nyc.gov  4:9
laws  6:22

lawsuit  11:17
  11:20 34:7,10
lawyer  45:12
lead  22:11
leading  22:14
lee  1:8 2:2 3:4
  6:5 7:10,10,14
  7:16,19 8:3
  9:24 10:18
  11:1,24 12:2,3
  12:7,15 13:25
  14:15,23 15:10
  15:12,24 16:20
  18:4 19:16
  35:6 38:5,24
  39:14 40:10
  41:3 42:1 46:6
  46:19 49:5
  52:2,24 53:2,4
  53:12
left  30:8,8,8,15
  31:5 40:16
  47:3
letting  15:20
  43:6
lifted  26:22
  27:10
lifting  26:23
lin  1:6 3:4
linda  1:7 3:4
  22:10,17 23:13
  23:22 48:10
line  31:19,22
  31:24 32:2
  52:4,7,10,13,16

52:19
link  46:18
listen  41:14
little  23:10
  48:10
liu  1:7 3:4
live  15:24 16:2
lived  15:17
location  2:5
logic  40:18
long  15:17 18:8
  21:12,18,20,21
  21:24,25 22:1
  29:20 45:10,18
look  18:10 20:2
  27:22 32:1
  33:9 43:13
  44:3 46:15,16
  47:9
looked  26:22
  40:1 42:17,17
  44:5,7,16
looking  45:3
looks  27:17
loose  23:13
lose  35:22,25
lot  15:19 19:1
  25:22 26:8
  27:7,19 28:7
  28:10 30:2,22
  38:14 43:20,20
  46:1 47:18
loud  36:16
lucas  1:7 3:4

m

made  53:5
madison  17:4,8
  17:10 19:12
  21:12 24:14,15
make  9:15
  13:10 14:6
  24:4 46:12
manner  6:22
marino  1:13
  4:3
marked  38:10
matter  6:6 8:4
mean  21:14,21
  26:24 27:11
  28:10 30:21
  31:12 32:19
  34:21
meaning  32:9
means  6:23
  13:2
meant  26:24
  27:18
medicaid  14:23
medicare  15:6
  15:8
medication
  10:18,22
meet  13:8
meeting  13:21
  13:23 20:3,9
  20:10,21 21:7
  21:10,13 29:4
  29:6,7,9,17,19
  29:21 30:1,3

George Shu-An Lee

[meeting - opportunity]                                                    Page 8

31:7,8,17,20
32:8 33:10,12
34:13 35:1
39:22,25 45:5
45:7 48:23
**meetings** 17:20
18:18 24:3,14
24:17,18,21,23
25:4,11,16
29:11 30:17,20
31:2,10,12
45:15
**member** 17:24
18:4,8,9,13,15
18:16 33:21
**members** 17:25
18:1,20 45:19
45:21
**memorable**
25:6
**memory** 10:3,6
**mental** 10:5
33:5
**mention** 36:20
**mentioned**
27:19 28:7
29:3 34:12
39:24 42:1
43:12,25
**middle** 12:9,10
22:13 30:14
**midnight** 31:4
**minutes** 29:15
**mm** 8:9

**morgan** 47:7
**morning** 31:24
**moving** 43:10
**music** 30:3
**must've** 41:13

**n**

**n** 3:1 4:1 5:1
12:12 16:10,13
**name** 6:1 8:3
11:23 12:1,10
12:13,25 16:4
16:12,13,15
47:6
**names** 45:16
**navy** 44:17
**necessary** 53:6
**need** 9:14,18
15:7
**needs** 35:13
**neighbor's**
15:21
**neither** 50:10
51:7
**network** 33:21
**never** 27:2 30:3
**new** 1:2,5,11,12
2:6 3:3,9,16
4:2,3,6,8 6:7,7
6:9,10,12 7:5
11:18,21 15:14
15:14 18:5
50:20
**ni** 1:8 3:5
**nicholas** 12:13

**night** 27:2
**nodding** 8:8
**noise** 15:20
**non** 23:17 24:7
27:8 34:16
43:25
**nonsense** 22:18
30:22
**nonsensical**
26:2
**noon** 14:5
**normally** 24:2
**notary** 6:11
50:19 53:13,19
**noted** 53:7
**number** 14:21
37:13
**ny** 2:6 3:9,16
4:8 52:1 53:1
**nyc** 52:1 53:1
**nypd** 26:11
45:1,4

**o**

**o** 12:6
**o'clock** 14:8
31:4
**oaths** 6:12
**object** 13:19,20
**objection** 6:15
7:12
**observed** 36:3
**obtained** 41:12
**obviously**
22:23

**office** 7:6
**officer** 1:17,18
1:20 50:1,2
**officers** 31:20
32:9 42:22
43:12 44:23
**officially** 24:19
**oh** 16:16 19:17
24:25 25:6,13
25:18 28:10
32:24 35:2,16
35:18 36:22
37:22 46:20,24
**okay** 8:6,10,15
8:23 9:3,10,16
9:22 12:7
15:24 16:16
18:11 35:18
36:15 37:10,22
38:9,13,19,23
39:6,11,11
41:21,23 43:7
43:17 49:5,16
**old** 20:2
**once** 22:6,7
29:6
**ones** 24:25
42:11,18
**online** 24:22
**open** 24:4,6,25
26:24 27:11,13
43:24
**opened** 27:1,21
**opportunity**
9:15

George Shu-An Lee

**[orders - probably]**                                          Page 9

orders   42:18
organization
   18:6,12 37:6
   39:15
organization's
   19:9 38:7
organized   49:2
outcome   50:15
   51:12
outside   22:9
   32:6 34:13
   39:22 42:2,13
   42:23 43:9,10
   48:16,24
overall   10:9
overheard
   22:25 34:12

**p**

p   3:1,1 4:1,1
p.m.   2:4 6:4
   49:19
page   5:2,6 52:4
   52:7,10,13,16
   52:19
parent   45:25
part   20:14,17
   21:24 35:17
participants
   48:16
participate
   20:16
participation
   18:2
particular
   18:20 26:17

40:20 41:8
parties   6:13,16
   50:11,14 51:8
   51:11
parts   29:8
pass   15:20
path   22:14
   47:23
patriotic   18:23
pending   9:20
people   20:23,25
   22:7,15,25
   23:15,20 24:4
   24:7 25:11,16
   25:22,24 26:2
   26:9,18 27:16
   27:20 28:8,8
   28:11,13,18,19
   28:20,24 29:11
   29:12 30:9,11
   31:5 32:3,13
   33:8 34:19,20
   34:21 36:7,8
   36:20 40:1,15
   40:19 41:8
   42:12,16 44:3
   45:9 47:18,22
   47:25 48:6,7
   48:11,12
perceived
   33:11
performative
   34:24
permitted   6:20

person   24:23
   27:12 31:25
   36:16 44:21
   45:21
personnel
   42:22 44:15
ph   36:9,13
   45:22,23,24
phil   14:5
phillip   1:6 3:3
photo   38:16
photographs
   5:7 19:1,6,8
   43:14,16 45:3
   46:16
photos   32:1
   37:5,17 38:6,9
   38:14 39:16,20
   39:21 40:1,4,8
   41:22
physical   10:2
   11:15 32:14,19
   32:21,25 44:9
picket   45:10,18
picture   44:19
pictures   20:12
   20:15,22,23
   21:16,22 22:5
   23:6,10 25:2
   26:19 36:23
   40:19 41:4
   44:19
place   17:1,3
   22:9 25:4
   48:15

plaintiff   7:10
   11:9 13:21
plaintiffs   1:9
   3:2 7:9 13:17
played   30:7
playing   30:3
please   7:2,14
   7:24 8:18,21
   9:1,1,6,14 28:4
point   8:17 9:12
   9:18 26:3 48:3
police   1:17,19
   33:8 34:15,16
policies   17:19
possibly   17:22
post   33:24 34:6
posted   19:1,8
   34:2,9 37:6
potential   11:14
preparation
   46:8
prepared   51:3
pressure   32:19
   32:23 33:1
pretty   42:17
prevented
   21:18,25
principal   1:13
prior   20:20
   22:2 24:13
   30:6,16 31:6
   45:5,14 48:23
   50:5
probably   22:1

George Shu-An Lee

**[problem - responsibilities]**                                                    Page 10

**problem** 35:20
**procedural**
  6:21
**proceed** 7:24
**proceeded** 29:9
**proceeding** 2:5
  6:3,19 49:20
  51:4
**proceedings**
  50:3,4,6,8 51:6
**produced** 6:18
**professional**
  33:5
**proves** 27:3
**public** 15:3
  50:19 53:19
**purpose** 30:4
**push** 31:21
  32:10
**pushed** 28:16
**put** 36:5

**q**

**q&a** 30:17,20
  31:2,4,11
**q&as** 31:5
**q's** 31:12
**qualified** 50:7
**qualifies** 13:7
**question** 8:17
  8:20,22,25 9:6
  9:8,12,20,21
  15:7 28:3,17
  29:9 30:24
  32:5 41:14
  43:5

**questions** 29:17
  30:2,5,10
  31:13 38:9
  49:6,9,14
**quickly** 47:17
**quite** 26:4
  31:22 47:10,10
  48:11

**r**

**r** 2:7 3:1 4:1
  12:6 50:2,18
  52:3,3
**raincoat** 44:12
**raise** 7:14
**rally** 20:11,13
**ramos** 2:7 6:2
  14:13 37:15
  38:13 40:7
  41:21 49:10
  50:2,18
**rarely** 12:13
**rather** 20:15
**read** 53:5
**ready** 9:22
**reason** 9:24
  17:23 45:14
  52:6,9,12,15,18
  52:21
**recall** 11:1,4
  16:20,25 17:7
  17:13 20:25
  21:3,21 25:3
  25:10,15 34:2
  34:9 36:3 37:4
  41:5,7 42:13

  42:22 43:13,15
  43:17 44:2
  45:16 46:13
  48:20
**receiving** 15:8
**recipient** 14:23
  14:25 15:3,6
**recognize**
  39:16,18
**record** 6:3,4,16
  7:2 10:13,14
  10:15 14:10,11
  14:12 37:25
  38:1,2 49:17
  50:9 51:5
**recorded** 6:22
  50:6
**recording** 6:18
  50:8 51:4
**red** 27:4
**reduced** 50:6
**regarding** 13:4
  17:24 25:21
  33:6 34:3,6,10
**regulations**
  45:9
**related** 11:2,6
  32:22 33:24
  50:11 51:7
**relative** 50:13
  51:10
**remarks** 17:19
**remember**
  18:10 22:10
  45:20,22

**remote** 2:5
**remotely** 6:14
**repeat** 8:18
**rephrase** 8:19
  32:5
**reported** 2:7
**reporter** 6:1,2
  7:11,17,23 8:9
  8:14 9:8 10:12
  10:15 14:12
  16:11,11,16
  27:24 28:1,4
  35:12,12,16,18
  35:20 36:12,15
  37:16,18,22,25
  38:2,6,8,18,23
  39:3,6,11,14
  40:22,25 41:23
  49:12,16
**represent** 7:3
  8:4
**representing**
  7:7
**republic** 47:8
**requested**
  50:22
**required** 53:13
**research** 35:11
  35:13
**reserved** 49:18
**responses** 8:8
  8:10
**responsibilities**
  18:15,21

George Shu-An Lee

[responsibility - sitting]                                              Page 11

| | | | |
|---|---|---|---|
| **responsibility** 18:19 | **saying** 22:21 23:1,19 24:10 24:11 25:24 26:10,12,18 29:2 34:13,19 34:20 42:3,9 44:1,5 | 29:1,7,9 31:7 32:22 33:5 34:25 37:4 38:24,25 39:2 40:12 46:4 | 53:12 |
| **rest** 43:15 | | | **side** 30:9 40:17 |
| **result** 32:15 35:22,25 | | | **sides** 30:13 |
| **returned** 20:6 | | | **sidewalk** 22:10 |
| **review** 46:7,10 46:15 50:22 | | **seeing** 32:24 34:2,9 42:13 42:23 | **sign** 20:21 21:3 27:3 29:13,13 36:4,5,5 |
| **reviewed** 46:11 | **schedule** 13:18 | | **signature** 49:18 50:17 51:14 |
| **richard** 3:13 7:8 | **scheduled** 14:5 | **seemed** 42:21 | **signed** 15:8 |
| **right** 7:14 14:9 16:14 18:25 30:14 38:20 39:12 40:14 41:7 46:5 48:1 49:13 | **school** 1:18 17:4,8,10 19:12,19,23 20:8 21:13 22:8,9,14 23:25 24:3,14 25:20 26:11 45:1 46:19,21 46:22,23,25 47:2,7,7,8 48:16 | **senior** 42:17 | **signs** 20:23,24 21:1 24:12 25:11,14,17 26:13,13,17,18 26:19 27:1,2 27:15,16 28:14 28:15,20,22,25 29:2,7,10 30:1 30:8,12,13,14 30:15 34:13,18 34:22,25 35:3 35:3,4 36:8,8 36:10 40:2,13 40:17,19,20 41:6,8,9,12,16 41:18,20 44:2 44:5 45:6,9,15 45:17 46:5 48:21,22 |
| | | **separated** 33:20 | |
| | | **separately** 40:16 | |
| | | **series** 37:17 38:6 | |
| | | **several** 24:1 28:22 | |
| | | **shaking** 8:8 | |
| **role** 18:11 | | **share** 37:21 38:18 | |
| **room** 37:1,3 | | | |
| **rsoto** 3:17 | **schoolyard** 22:22 24:10 25:25 | **sharing** 37:19 37:24 | |
| **rules** 6:21 8:6 46:2 | | | |
| **run** 25:7 | **schwartz** 3:6 13:19 | **sheet** 29:13 | |
| **s** | | **sherry** 51:2,15 | **similar** 11:2 31:9 |
| **s** 3:1 4:1 5:5 12:2,7,7,8,9,11 52:3 | **screen** 37:19,24 38:19 | **short** 44:17 | |
| | | **shouting** 22:16 34:18 | **sir** 7:15 16:17 |
| **safety** 1:18 45:1 | **scrolling** 40:23 | **shove** 31:20 32:10 | **sit** 29:23,23 |
| **santo** 47:8 | **second** 16:13 38:16 40:24 | **shoved** 26:15 | **sitting** 11:1 |
| **sat** 11:4,6,13 | **security** 14:21 33:9 44:15,21 | **shoving** 26:14 | |
| **saw** 26:14 32:12 40:15,16 43:8 44:22 | **see** 7:16 22:18 26:8,25 27:9 28:14,24,25 | **show** 43:23 **shu** 2:2 7:19 52:2,24 53:2 | |

George Shu-An Lee

siu  1:6 3:4
skills  50:10
  51:6
small  28:11
  47:2
social  14:21
  33:21
somebody
  29:16
soon  30:8
sorry  10:12
  12:5 13:1
  15:19 16:11
  33:18 35:12,19
  36:12 40:6,7
sort  22:11
soto  3:13 7:8,8
  40:5 49:9,13
  49:15
southern  1:2
space  16:17
  28:11
speak  8:13
  17:22 29:11,15
  32:2
speaker  16:8
speaks  21:4
specific  12:17
  18:14 30:23
  34:19
specifically
  13:13 30:23
specifics  13:13
spell  12:5,11
  16:5

spelled  12:4
spending  38:15
spent  30:2
spike  32:22
spoken  17:21
stairs  25:19
  47:25 48:4
stand  12:8
  29:24
standing  31:19
  32:6 36:9 42:3
  42:13,23 43:8
  43:11 44:6
start  7:4 38:21
  40:22
started  9:22
  22:7 23:15
  47:18
starts  29:18,20
state  11:21
  50:20
states  1:1
stayed  32:16
staying  32:11
stenographic
  6:23
stepped  23:9
steps  23:24
sticking  44:19
stipulation
  6:24
stop  24:8 27:5
  40:11 42:3
  44:18

stopped  23:5,7
  47:19 48:13
stopping  27:16
  47:24 48:5,8
street  4:7 6:9
  15:13
strike  31:20
  32:10
structure  35:10
subscribed
  53:14
suit  44:14
suite  3:8,15
suits  44:17,17
supposed  17:14
sure  11:11 23:3
  24:4,18 25:1
  26:24 28:5,15
  36:17 38:18
  40:25 43:11
  44:10,10 46:13
sustain  32:14
  32:17
swear  6:13
  7:12
switch  14:6
switched  14:8
sworn  6:16
  7:20 50:5
  53:14

t

t  5:5 52:3,3
tactic  22:22
  24:11 25:25

take  6:3,11
  9:19,21 10:23
  17:3 19:1,5
  20:12,14,15,17
  20:22,23 23:10
  30:1
taken  6:6 10:18
  10:23 38:7
  39:15 50:3,12
  51:9
talked  30:7
talking  9:9
tell  7:21 8:19
  13:7 26:4,6
  27:12 28:18
  29:25 33:3
  41:7
tells  37:12
ten  28:12,17,19
  28:19,21
tended  30:14
  30:15
terms  12:17,17
testified  7:22
  39:20
testify  9:25
  10:9,20,24
testifying  50:5
testimony  53:8
thank  7:11,17
  7:23 16:17,18
  41:24 49:6,8
  49:10
thanks  14:13

George Shu-An Lee

[thing - video]                                                                    Page 13

| | | | |
|---|---|---|---|
| thing 9:19 26:2 27:4 | together 20:6,7 23:17,20 24:8 26:11 29:23 | 50:22 51:3,5 53:5,8 | understanding 14:15,19 |
| things 21:14 29:2 44:6,7 46:13 | told 19:14 31:18 36:4 45:8,17,21 | transcriptionist 50:7 | understood 8:20 |
| think 23:12 24:2 25:8 27:18 33:3 37:20 39:7,9 43:22 45:3 46:3 47:1,3 48:7,9,13 | took 16:25 21:16 22:9,11 25:2,4 36:23 37:5 39:19,21 40:1,17,19 41:4,9,10 45:11 48:15 | tried 21:8,17 30:21 44:18 | unidentified 16:8 |
| | | trouble 17:20 | uniform 23:17 23:17 24:7,7 26:21 32:9 33:9 34:16,16 42:15,16,19 43:19 44:1 45:1,1 |
| | | true 50:9 51:5 53:8 | |
| | | truth 7:21,21 7:22 45:11 | |
| | | truthfully 9:25 | |
| thought 17:25 34:16 | top 47:25 48:4 | try 8:13 | uniformed 22:15 |
| thousand 16:24 | toward 23:14 | trying 23:4 24:9 25:23 32:4 33:13 | united 1:1 12:12 |
| three 16:5 24:2 | towards 22:8 | | |
| time 2:4 7:1 13:9 17:7,13 20:6,20 21:6,9 21:25 22:2 24:6 28:4,24 29:21 30:22 33:14,22 35:22 37:12 45:2 48:4,8,9 49:7 | tower 35:10,11 35:13,14,15 | turned 36:22 | uphold 18:23 |
| | town 17:12,13 17:16,17,20 19:11 20:3,9 20:10,21 21:7 21:10,13,17 22:3 24:14,17 24:19 25:21 29:4,6,11 30:4 30:4 31:16 33:10 45:5 | twelve 31:3,4 | upset 30:9 32:18,21 33:6 |
| | | two 16:15,16 16:24 21:14 29:8,15 43:15 43:17 44:23 | use 12:13,14 |
| | | | uses 6:20 |
| | | types 22:19 33:9 | using 27:4 |
| | | | usually 20:11 20:15 21:4,5 |
| today 9:3,25 10:10,20,24 13:8,10,18 14:5 16:21 37:24 | | typewriting 50:7 | |
| | | typically 20:22 | v |
| | townhall 39:22 | u | v 1:10 52:1 53:1 |
| today's 12:16 12:18,21 13:4 13:13 14:3 46:8 | transcribe 8:10 8:15 9:8,10 | u 12:12 | values 18:23 |
| | transcriber 51:1 | uh 8:9 | verbal 8:7 |
| | | um 42:5 | verify 45:6 |
| | transcript 6:18 14:16,20 46:11 | under 6:21 | veritext 6:3 |
| | | understand 6:17 8:18 | video 27:9 36:17 |

George Shu-An Lee

[videoconference - youtube]                                          Page 14

videoconfere...
  2:1 3:6,13 4:5
videos  32:1
  46:3,17,17
violence  33:8
violent  22:17
  22:19,21 23:1
  23:4 24:11
virus  24:21
visited  46:12
  46:14
vividly  43:15
  43:17
voice  8:13
voluntary
  18:19
vs  6:7

w
w  16:5,9,12,12
  16:17,17
wages  35:25
wait  9:6 27:24
  27:24,24 31:3
waited  36:25
waiting  32:8
  42:14,24
walk  23:15
walked  23:14
want  9:2 18:10
  32:13 37:7,11
  39:3 47:6
wanted  17:21
  20:12
wants  16:12

waste  30:22
watching  44:6
way  22:12
  31:21 32:10
  42:3 45:6,8
we've  24:3
wearing  43:19
  44:11 45:1,3
web  19:1 39:15
website  5:8
  19:2,4,9 37:6
  38:7 45:12
  46:12,14,15
  47:9
weekes  4:5 5:3
  7:4,5,5 8:2
  10:17 13:24
  14:10,13,14
  15:19,23 16:19
  27:25 28:2,6
  35:21 36:19
  37:15,17,20,23
  38:4,13,22
  39:2,5,9,13
  40:5,7,9,24
  41:2,21,24,25
  49:5,10
welcome  49:12
went  20:6 21:6
  21:9 23:22,22
  24:25 25:8
  31:11 32:20
  33:1 39:14
  47:22 48:3,4
  48:12

white  43:21,21
  43:21 44:14,23
whites  27:8
  30:11 35:2
  36:23 40:15,17
  40:18 41:4,9
  43:1
width  47:23
wife  16:3 19:14
  20:3,17 21:3
  22:10,16 23:1
  23:8,13 31:18
  33:17,19 47:20
  48:10
wife's  16:4
withdrawn
  19:16
witness  6:13,16
  6:17 7:13,20
  11:11,13 15:21
  16:14,18 28:5
  35:14,17,19
  36:14,16 39:1
  40:6 49:8 50:4
wong  1:6 3:3
  14:5
word  18:25
  43:11
words  16:5,15
  16:16 23:2
  27:14
wore  44:14
work  35:22
working  23:16
  24:8

world  16:6
written  6:24
wuhan  24:21

x
x  5:1,5 50:22
xuhui  1:8 3:4
xx  14:22
xxx  14:22

y
yale  47:16
yan  1:6 3:3
yeah  13:15
  23:2 25:13
  28:10,21 29:1
  32:20,21 36:14
  43:19
year  14:16
  32:25 47:3
yelling  26:9,17
  27:15,16 34:18
  42:12
yep  7:17
yergey  1:16 4:3
york  1:2,5,11
  1:12 2:6 3:3,9
  3:16 4:2,3,6,8
  6:7,7,10,10,12
  7:5 11:18,21
  15:14,14 18:5
  50:20
youtube  46:3

George Shu-An Lee

**[z - zoom]**                                         Page 15

| z |
|---|
| **z**   3:6 |
| **zoom**   8:12 |

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the
deponent or a party before the deposition is
completed, the deponent must be allowed 30 days
after being notified by the officer that the
transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to
sign a statement listing the changes and the
reasons for making them.

(2) Changes Indicated in the Officer's Certificate.
The officer must note in the certificate prescribed
by Rule 30(f)(1) whether a review was requested
and, if so, must attach any changes the deponent
makes during the 30-day period.


DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF APRIL 1,
2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the

foregoing transcript is a true, correct and complete

transcript of the colloquies, questions and answers

as submitted by the court reporter. Veritext Legal

Solutions further represents that the attached

exhibits, if any, are true, correct and complete

documents as submitted by the court reporter and/or

attorneys in relation to this deposition and that

the documents were processed in accordance with

our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining

the confidentiality of client and witness information,

in accordance with the regulations promulgated under

the Health Insurance Portability and Accountability

Act (HIPAA), as amended with respect to protected

health information and the Gramm-Leach-Bliley Act, as

amended, with respect to Personally Identifiable

Information (PII). Physical transcripts and exhibits

are managed under strict facility and personnel access

controls. Electronic files of documents are stored

in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.