# EXHIBIT F

Lucas Liu

Page 1

1               UNITED STATES DISTRICT COURT

2               SOUTHERN DISTRICT OF NEW YORK

3     _____

4     CHINESE AMERICAN CITIZENS

5     ALLIANCE GREATER NEW YORK,

6     PHILLIP YAN, HING WONG, SIU-LIN

7     LINDA LAM, LUCAS LIU, GEORGE

8     LEE, XUHUI NI,

9             Plaintiffs,

10        v.                          Case No.

11    NEW YORK CITY DEPARTMENT OF       1:2020cv08964

12    EDUCATION, CITY OF NEW YORK,

13    CHANCELLOR RICHARD A. CARRANZA,

14    MAYOR BILL DE BLASIO, JASON

15    MARINO, JOHN DOE NO. 2,

16    JOHN DOE NO. 3, POLICE OFFICER

17    JOHN DOE NO. 4, JOHN DOE NO. 5,

18    JOHN DOE NO. 6, JOHN DOE NO. 7,

19    JOHN DOE NO. 8,

20            Defendants.

21    _____

22

23

24                              Certified Original

25

Lucas Liu

Page 2

1                VIDEOCONFERENCE DEPOSITION OF

2                          LUCAS LIU

3    DATE:              Friday, May 31, 2024

4    TIME:              2:06 p.m.

5    LOCATION:          Remote Proceeding

6                       New York, NY 10024

7    REPORTED BY:       Douglass Breshin

8    JOB NO.:           6732946

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                    A P P E A R A N C E S

2    ON BEHALF OF PLAINTIFFS CHINESE AMERICAN CITIZENS

3    ALLIANCE GREATER NEW YORK, PHILLIP YAN, HING WONG,

4    SIU-LIN LINDA LAM, LUCAS LIU, GEORGE LEE, XUHUI NI:

5         ARTHUR Z. SCHWARTZ, ESQUIRE (by videoconference)

6         Advocates For Justice Chartered Attorneys

7         225 Broadway, Suite 1902

8         New York, NY 10007

9         aschwartz@afjlaw.com

10        (212) 285-1400

11

12   ON BEHALF OF DEFENDANTS NEW YORK CITY DEPARTMENT OF

13   EDUCATION, CITY OF NEW YORK, CHANCELLOR RICHARD A.

14   CARRANZA, MAYOR BILL DE BLASIO, JASON MARINO:

15        KEVON WEEKES, ESQUIRE (by videoconference)

16        New York City Law Department

17        100 Church Street, 4th Floor

18        New York, NY 10007

19        kweekes@law.nyc.gov

20        (212) 788-0303

21        File #:  2020-0042538    Control #:  24-1731

22   ALSO PRESENT:

23        George Lee, Named Plaintiff (by videoconference)

24

25

Lucas Liu

Page 4

1                          I N D E X

2     EXAMINATION:                                      PAGE

3          By Ms. Weekes                                   7

4

5                        E X H I B I T S

6     NO.             DESCRIPTION                       PAGE

7                      (None marked.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Lucas Liu

Page 5

1          P R O C E E D I N G S

2              THE REPORTER:  Good afternoon,

3    everyone.  My name is Douglass Breshin; I am the

4    reporter assigned by Veritext to take the record of

5    this proceeding.  We will now be going on the record;

6    it is 2:06 p.m.

7              This is the deposition to be taken of

8    Lucas Liu taken in the matter of The Chinese American

9    Citizens Alliance of Greater New York, et al. vs. The

10   New York City Department of Education, et al.  Today

11   is May 31, 2024, and we are doing this deposition

12   remotely via Zoom.

13              I am a notary authorized to take

14   acknowledgments and administer oaths in the state of

15   New York, as which parties agree that I will swear in

16   our witness remotely.

17              Additionally, absent an objection on

18   the record before the witness is sworn, all parties

19   and the witness understand and agree that any

20   certified transcript produced virtually from this

21   proceeding:

22                   - is intended for all uses permitted

23                     under applicable procedural and

24                     evidentiary rules and laws in the

25                     same manner as a deposition recorded

Lucas Liu

Page 6

1                        by live stenographic means; and

2                    - shall constitute written stipulation

3                        of such.

4                And just before I swear in our witness,

5     may I just please ask our attorneys appearing today to

6     introduce themselves for the record, please.

7                MR. SCHWARTZ:   Should I start?

8                THE REPORTER:   Sure.

9                MR. SCHWARTZ:   Plaintiff, for the

10    plaintiffs, Arthur Schwartz, Advocates For Justice

11    Chartered Attorneys, 225 Broadway, New York, New York,

12    10007.

13                MS. WEEKES:   Kevon Weekes, New York

14    City Law Department, Office of the Corporation,

15    counsel for the defendants.

16                THE REPORTER:   Thank you very much,

17    everyone.   Now, hearing no objections, I will swear in

18    our witness.

19                So, Lucas, may I please ask you to

20    raise your right hand?   Thank you very much.

21    WHEREUPON,

22                        LUCAS LIU,

23    called as a witness and having been first duly sworn

24    to tell the truth, the whole truth, and nothing but

25    the truth, was examined and testified as follows:

Lucas Liu

1              THE REPORTER:  Thank you very much.

2      And, Lucas, before we get started, may I just please

3      ask you, for the record, to state your full name,

4      please, followed by your address?

5              THE WITNESS:  Full name is Ming Lucas

6      Liu.  Do you want me to spell that?

7              THE REPORTER:  Is it M-I-N-G; the first

8      name?

9              THE WITNESS:  M-I-N-G, yes.

10              THE REPORTER:  Thanks.

11              THE WITNESS:  Address, ███ ███ ████

12      █████████████████ ████ ████ ███ ███ ████

13              THE REPORTER:  Thank you very much.

14              And we are all set to begin.

15                      EXAMINATION

16      BY MS. WEEKES:

17      Q     Good afternoon, Mr. Liu.  My name is Kevon

18      and I represent the defendants in this matter.  Before

19      we get started with the deposition, I'm going to go

20      over some rules for you; okay?

21      A     Sure.

22      Q     First, I ask that you give only verbal

23      responses, so no nodding or shaking of the head.  No

24      "ah-has" or "hm-hms" and that's so that the court

25      reporter can transcribe your responses accurately;

Lucas Liu

Page 8

1    okay?

2         A    Okay.

3         Q    Next, I ask you to try your very best to

4    keep your voice up, and speak as clearly as you can,

5    and that also is so that the court reporter can

6    transcribe your responses and just overall deposition

7    accurately; okay?

8         A    All right.

9         Q    If at any point I ask you a question that

10   you don't understand, please let me know.  I will

11   repeat the question or rephrase it.  Just please let

12   me know that you don't understand; okay?

13        A    Okay.

14        Q    If at any point you don't hear me, I ask you

15   question that you don't hear, please let me know so

16   that I can repeat the question.  Otherwise, I'll

17   assume that you've heard my question and similarly,

18   unless you tell me you don't understand, I'll assume

19   that you've understood my question; okay?

20        A    Okay.

21        Q    Next, I ask that you continue to wait for me

22   to finish my questions before you answer and that will

23   allow the court reporter to transcribe not only the

24   full question, but the full answer.  If we're talking

25   over each other, he'll have difficulty; okay?

Lucas Liu

Page 9

1      A    Right.  Okay.

2      Q    And finally, if at any point you need to

3  take a break, please let me know.  The only thing I

4  ask is if there is a pending question you please

5  answer the question, then you're free to take a break

6  and we'll come back when you're ready; okay?

7      A    Right.  Okay.

8      Q    Mr. Liu, is there any medication that you

9  took in the last 24 hours that could impair or affect

10  your ability to testify here today?

11      A    No.

12      Q    Is there any medication that you should have

13  taken, but did not take, that could impair or affect

14  your ability to testify here today?

15      A    No.

16      Q    Do you have any mental condition that could

17  interfere with your ability to testify here today?

18      A    Not that I'm aware of.

19      Q    Do you have any physical condition that

20  could interfere with your ability to sit and testify

21  here today?

22      A    No.  I do not.

23      Q    With the understanding that only the last

24  four will be on the record, what is your full social

25  security number?

Lucas Liu

Page 10

```
 1      A      ██████████.

 2      Q      With the understanding that only the year

 3   will be on the record, what is your date of birth?

 4      A      ████████/████

 5      Q      Mr. Liu, are you currently a recipient of

 6   Medicaid?

 7      A      No.

 8      Q      Are you a recipient of any form of public

 9   assistance?

10      A      No.

11      Q      Do you have health insurance?

12      A      Yes.

13      Q      Did you graduate high school?

14      A      Yes.

15      Q      Which high school?

16      A      Liverpool High School.

17      Q      Did you graduate -- withdrawn.  Did you

18   attend college?

19      A      Yes.

20      Q      Which college?

21      A      SUNY Albany.

22      Q      Did you graduate from SUNY Albany?

23      A      Yes.

24      Q      Other than the filing -- withdrawn.  Do you

25   recall sitting for prior hearing related to this case?
```

Lucas Liu

Page 11

1          A      To the prior hearing?  I -- we -- I think it

2    was just a deposition we did before.  I -- maybe

3    forgetting all the -- whatever it's technically

4    called, but it -- was the previous one called the

5    deposition, as well?  I don't -- is that the same

6    thing?

7          Q      So you sat for -- in a similar setting like

8    this where you were asked questions and your attorney

9    was present?

10         A      Yes.  On -- however long -- year?  Was it,

11   like, a year ago?  I don't remember.

12         Q      Other than for this case, have you ever sat

13   for a deposition, similar proceeding to this, not

14   related to this case?

15         A      Yes.

16         Q      And in that prior case, were you a plaintiff

17   or a defendant?

18         A      Plaintiff.

19         Q      In that prior case, were you claiming

20   physical or emotional injury?

21         A      No.

22         Q      Have you ever brought a lawsuit against the

23   City of New York?

24         A      Well, outside of this?  What we're doing

25   here?

Lucas Liu

Page 12

1    Q    Correct.

2    A    Yeah, okay.  No.  Not outside of this.

3    Q    Have you ever brought a suit against the

4    State of New York?

5    A    No.

6    Q    Do you recall the date for the incident for

7    which we're here today?

8    A    February 2020.  That right?  February 2020.

9    Q    If I were to specify that it was February

10   4th of 2020, would that sound accurate?

11   A    I think so.  I mean, we could easily look it

12   up and find out when it -- the actual date.  But yeah,

13   that could be the right date.

14   Q    Do you recall where the events for which

15   we're here today took place?

16   A    James Madison High School, Brooklyn.

17   Q    And were you present at James Madison High

18   School on that day?

19   A    Yes.

20   Q    Do you recall around what time you arrived

21   at James Madison High School?

22   A    I would say around six o'clock, or so.

23   Q    And why were you at James Madison High

24   School?

25   A    There was a chancellor town hall that we

Lucas Liu

Page 13

1    were attending and then we were going to protest, as

2    well.

3         Q    When you say "we," who are you referring to?

4         A    Myself, a number of other parents that were

5    engaged in this -- in the overarching incident, I

6    guess you call it that.

7         Q    How did you come to know there would be a

8    town hall that day?

9         A    I believe it was notification, email

10   notification, from, like, the DOE.  They send out a

11   notice that the town hall was happening.  I think that

12   was it.

13        Q    Do you know who organized the protest that

14   you were going to attend?

15        A    I mean, I -- gosh the -- may have been -- I

16   think I may have had a role.  I think I may have,

17   like, helped coordinate some people.  I think

18   Wei-Wah [ph], Linda, some others.  Linda Lam, Wei-Wah

19   Chen [ph].  And I'm sure -- I mean, there were a

20   number of us formally -- I wouldn't say formally, but

21   involved in, like, coordinating.

22        Q    Are you a member of the Caribbean --

23   withdrawn.  Are you a member of the Chinese American

24   Citizen Alliance of Greater New York organization?

25        A    Yes.

Lucas Liu

Page 14

1       Q    How long have you been a member?

2       A    How long?  Three, four -- three, four years,

3   maybe.  Something like that, plus or minus.

4       Q    Do you have any other role in the

5   organization other than being a member?

6       A    No.

7       Q    Prior to February of 2020, did you attend

8   any town hall meetings?

9       A    Chancellor town hall meetings?  Yes.

10      Q    Between February of 2020 and now, have you

11  attended any chancellor town hall meetings?

12      A    Yes.

13      Q    The protests that were taking place at the

14  high school, do you recall what time that protest

15  started?

16      A    I don't know when it started.  I got there

17  late.  And there was already some hustle and bustle

18  going on because of things, you know, things that were

19  happening.  I got there late, so I don't know when

20  exactly it -- it started.

21      Q    When you arrived, was the protest ongoing or

22  had it ended?

23      A    I would say, well, protests in the sense of

24  it was going to be outside.  It was going to be

25  inside, as well.  So what I would have said the

Lucas Liu

1    protest, the duration of it, probably could have been

2    considered -- the entire -- intended to be the entire

3    time of the -- the town hall.  When I got there,

4    people were trying to enter the building.  And so, I

5    -- I don't know what happened before I arrived.

6         Q    When you arrived at James Madison, did you

7    have a sign?

8         A    I didn't have a sign.  I had fliers in my

9    hand.

10        Q    The fliers that you had, did you create them

11   or did someone else?

12        A    I did.  I created them.

13        Q    And what, if anything, were you going to do

14   with the fliers?

15        A    Distribute them to anyone who would take it.

16        Q    And did you intend to distribute the fliers

17   outside or inside the meeting?

18        A    Both, probably.  I mean, both -- both.

19        Q    And the fliers that you had, did you have

20   them inside of anything, like a bag, or an envelope,

21   or were they just in your hand?

22        A    They were in my hand.

23        Q    Once you arrived at James Madison, did you

24   go directly to the entrance into the meeting?

25        A    When I arrived, I probably spoke to one or

Lucas Liu

1    two people first outside.  Then, I tried to go inside.

2        Q    And were you -- did you go inside?

3        A    Eventually, I was able to get inside, yes.

4        Q    How many times did you attempt to enter to

5    go into the meeting?

6        A    Well, it was one time.  But it wasn't simply

7    just walking up and walking in.  I was stopped.  So I

8    don't know if you want to consider all that one time?

9    I tried to go in; I was stopped.  They wouldn't let me

10   in with the fliers, so I had to -- I gave them to

11   somebody else.  And then, I walked in, or tried to

12   walk in, and they stopped me again to make sure I

13   didn't have anything, and then they let me in.  I

14   don't know if you'd call that one time or multiple

15   times.  But --

16       Q    When you first approached the entrance and

17   you were stopped, if you recall, who stopped you?

18       A    It was -- I don't know if he was a police

19   officer or a school security, but he had the -- the

20   uniform -- uniform on.

21       Q    Do you recall what that individual looked

22   like?

23       A    There were -- there was one White -- White,

24   I don't know, I'll call him an officer.  I don't know

25   if school security or police.  And then, a Black one

Lucas Liu

Page 17

1   as well.  That immediately -- I mean, in that area,

2   right in front of the door, there were several.  But

3   those were the two that I would say most -- were the

4   ones that prevented me from just walking in.

5       Q     And did any of those individuals, who

6   prevented you from walking in, did they say anything

7   to you?

8       A     Yeah.  There -- there was -- we had a

9   conversation about being able to walk in with signs

10   and so they wouldn't let me in.  And so, then, I

11   turned around and gave someone the fliers that I was

12   holding.  Then, I tried to walk in and the -- the

13   Black officer, sort of, put his arm out to stop me.

14   And I showed -- held up my hands to show that I didn't

15   have them anymore.  And, you know, the -- I -- he

16   looked at another officer, who I think was probably

17   the one in charge.

18         He had a white -- a white shirt and not a --

19   he was -- he had a white shirt on, different than the

20   other, white uniform shirt.  And he -- I think, he --

21   he, kind of, nodded, you know, "Let him in," or gave

22   the acknowledgment to -- that it was okay for me to --

23   to come in.  But I also asked him, you know, who do I

24   talk to about this?  And he said talk to Mr. Edwards.

25   A DOE -- he said talk to the DOE person, the DOE

Lucas Liu

Page 18

1    staff.

2         Q    Did you overhear any of these individuals

3    tell anyone else that they couldn't come in with

4    signs?

5         A    I don't recall if I heard -- I mean, it's

6    been a while.  I don't recall if I -- I overheard

7    other people saying that, versus seeing people

8    physically not -- physically being stopped from

9    entering.

10        Q    And the people you observed were stopped

11   from entering, did they have signs?

12        A    Some probably did, but I know not everyone

13   did.

14        Q    And based on your observation, could you

15   tell whether the individuals were being stopped were

16   they only Asian-American or did you observe people

17   that were non-Asian also being stopped?

18        A    No.  Only Asians were being stopped.  And at

19   the same time, they were letting non-Asians go by.

20        Q    Did you observe non-Asians with signs enter?

21        A    Not specifically.

22        Q    When you entered into the town hall meeting,

23   based on your observation, were there Asians inside

24   the meeting?

25        A    Yes.  There were some inside already.  I

Lucas Liu

Page 19

1    don't know when they got in, but there were others

2    inside.

3         Q    And do you recall whether the Asians that

4    were already inside, whether or not they had signs?

5         A    I don't recall if they were openly

6    displaying signs.  I think some people were told to

7    put them in their bags to get in.  I think, you know,

8    from talking to other people.

9         Q    Other than the filing of this lawsuit, did

10   you file any other complaint to DOE, regarding this

11   incident?

12        A    The incident with regards to being let in?

13   Or the incident that led up to all of this?

14        Q    Well, regarding what happened on February

15   4th of 2020, the events surrounding entering the town

16   hall, did you file any complaint other than the filing

17   of this lawsuit?

18        A    No.  No, nothing formal.

19        Q    Now, you mentioned what led up to this

20   event.  Can you tell me a little bit more what you're

21   referring to?

22        A    Sure.  It was -- we were in a -- one of

23   these chat groups and it was a discussion on

24   standardized testing.  And one of the participants

25   made reference to Asians being, you know, yellow.  And

Lucas Liu

Page 20

1      a number of us took offense to that.  It was another

2      CEC member who -- who used that term.  And we -- you

3      know, we were upset, and we complained about it, and

4      nobody would do anything about it.  You know, tried to

5      sweep it under the rug.  Tell us we were -- you know,

6      it wasn't worth -- you know, worth discussing.

7          Q     Do you recall how long before you were

8      allowed to enter into the town hall meeting?

9          A     From when I first tried to enter to when I

10     actually got in?

11         Q     Yes.

12         A     I would say it was probably no more than 30

13     seconds, but it was all about whether or not I had

14     those fliers in my hand.  Right, so like I said, I --

15     when they wouldn't let me in, I turned around and gave

16     my fliers to a person standing right next to me.  And

17     then, showed my hands.

18             I had to stick my -- put out my hands to

19     show them I didn't have anything.  And then, they let

20     me in.  So I'm guessing beginning to end it was less

21     than 30 seconds, maybe, or around 30 seconds.  It's --

22     I'm sure it's in the video somewhere.  We could figure

23     out the exact amount of time.

24         Q     Prior to February 4th of 2020, you mentioned

25     that you attended town hall meetings; correct?

Lucas Liu

Page 21

1       A     Yes.   Correct.

2       Q     Did you take fliers to any of those prior

3   meetings?

4       A     I -- I probably did, but I'm sure I also

5   carried in a sign, as well, in one or two of them.

6       Q     After February 4th of 2020, have you taken

7   fliers to any of the town hall meetings that you've

8   attended?

9       A     Okay, I'm going to separate into two -- two

10  parts.   One is my role as a protester.   And my role as

11  a CEC member; right?   Which you go to town halls as

12  part of your responsibilities as a CEC member.   As a

13  CEC member, I would probably say yes.   But then, they

14  would never stop me; I'm a CEC member.   I'm there

15  doing my duties as a CEC member.

16          And the fliers wouldn't have been anything

17  around this incident.   It would have been around the

18  school activities that I would do as my normal

19  function as a CEC member.   As a protester, I don't --

20  I -- I don't know.   Yes, I don't know.   I don't know

21  if I did or did not afterwards.   I may have.

22      Q     Did you suffer any physical injury as a

23  result of the events that took place on February 4th

24  of 2020?

25      A     No.

Lucas Liu

Page 22

1      Q      Did you suffer any emotional injury?

2      A      Nothing permanent.  I was pissed off.

3  That's emotional.

4      Q      And those feelings of anger, did you see a

5  mental health professional regarding those feelings?

6      A      No.

7      Q      While waiting to enter the town hall

8  meeting, did you observe anyone carrying signs, put

9  away, or get rid of their signs and were then allowed

10  to enter?

11      A      I -- I don't think so, because, you know,

12  after I may have talked to one or two people, I went

13  straight up the stairs to try to go in.  And then,

14  like I said, I was stopped from going in.  But that

15  beginning to end to get in, like I said, was 30

16  seconds, maybe, right at the door.

17      Q      And while you were --

18      A      And you mean besides me?  I mean, besides

19  me?

20      Q      Yes.  Besides you.  While you were making

21  your way in, did you observe anyone in front of you

22  get stopped?

23      A      I don't know if they were being -- I mean,

24  they were -- there were people standing there.  I

25  don't know at that point if they had already been

Lucas Liu

Page 23

1    stopped or not. I think I was just more focused on me

2    getting in, and talking to the officers that were

3    stopping me.

4         Q    And the individuals that you observed

5    standing, were they standing, like, directly in front

6    of the open door? Were they standing off to the side?

7         A    In front of the doorway.

8         Q    And the individuals that were standing, were

9    they Asian or non-Asian individuals, if you recall?

10        A    In that -- in that immediate area where I

11   was -- we were -- it was at all Asians except for,

12   like, the officers. And -- and then, you know, some

13   of the people who they were letting in weren't Asian.

14        Q    Prior to your walking up to the door, did

15   you overhear any of the officers or DOE personnel that

16   were present saying, "No signs," or shouting anything

17   about not -- no signs?

18        A    No. There was no -- no one was shouting or

19   anything like -- announcing no signs allowed or

20   anything like that. I think they were just stopping

21   Asians.

22        Q    Prior to attending this town hall meeting,

23   did you check, or verify, in any way that signs were

24   allowed at the meeting?

25        A    Did I actually -- no, I didn't check. It's

Lucas Liu

1    an open meeting.  And these types of meetings they --

2    there were always signs.  Someone's always bringing

3    signs of some sort to these meetings.

4        Q    When the protest was being organized, do you

5    recall whether you or anyone else gave instruction to

6    bring signs to the protest?

7        A    Yeah.  Yeah, there was -- I mean, there was

8    discussion about sign -- making signs and things like

9    that.

10       Q    And you mentioned earlier that the protest,

11   the entire protest, was to take part outside the town

12   hall meeting and also inside the town hall meeting;

13   correct?

14       A    I mean, it was -- I don't -- I -- I don't

15   recall or I wouldn't say that, like, we said, "Hey,

16   it's -- do it inside and do it outside."  I think it

17   was just the natural assumption that, you know, we're

18   going to protest the whole time we were there, whether

19   we were inside or -- or outside.  I don't think that

20   anything was formally said to, "Hey, you know, we're

21   going to do it."  I think it was just -- or the

22   conversations I was involved in, in the planning was

23   just more, you know, we're going to do it the whole

24   time we're there.

25       Q    When you entered the town hall meeting, do

Lucas Liu

Page 25

```
1    you recall seeing any non-Asians with signs?
2         A    When I got inside, there were people with
3    signs, yeah.  Non-Asians.
4         Q    Do you recall seeing any Asians with signs
5    inside the town hall meeting?
6         A    I don't recall.  I mean, there could have
7    been people who put them in their bags to get in, you
8    know, following the instructions of the people at the
9    -- the door.  The security telling them to put them
10   away, and then, maybe, I -- but I don't remember if
11   they had -- took them out afterwards or something like
12   that.  I mean, at some point, everybody had their
13   signs out, afterwards.
14        Q    The address that you gave us at the
15   beginning, ██████████████████████████████ ████
16   ████ ████ ████  is that your current address?
17        A    Yes.
18        Q    Back in February of 2020, did you live at
19   that address?
20        A    Yes.  How many years ago?  2023 -- gosh, I
21   don't remember.  I think so.
22        Q    Well, let me ask, how long have you lived --
23        A    That's what I'm trying to back into here.
24   Gosh, I can't believe I don't remember.  I would say
25   -- I mean, we've been here a little over three years,
```

Lucas Liu

Page 26

1    I think.  So three years -- 20 -- where was I in 2020?

2    Yeah.  I -- I think we were -- yes.  I think I lived

3    here in 2020.

4         Q    And do you currently live with anyone?

5         A    Wife and two kids.

6         Q    Back in February of 2020, were any of your

7    children enrolled in a Department of Education school?

8         A    Yes.

9         Q    Are any of them currently enrolled?

10        A    In the public -- in New York City public

11   school?  No.

12        Q    Other than conversation with your attorney

13   present, did you speak with anyone else regarding

14   today's deposition?

15        A    Just other people who are going to be here

16   today.

17        Q    And I just want to clarify, I'm asking about

18   conversations without your attorney present?

19        A    Without the attorney present?  Does email

20   count?

21        Q    If your attorney was on the emails, I don't

22   want to know.

23        A    I don't recall who was on the distribution

24   list.

25        Q    And the distribution list, that's related --

Lucas Liu

1      A    Well, okay -- okay, wait.  I will tell you,

2   yeah.  All right, so, I believe the lawyers were not

3   on the email when we were arranging what times we were

4   going to be today.

5      Q    So the conversation --

6      A    I think Linda was just organizing the time

7   and the lawyer wasn't on it.

8      Q    So conversation, just to be clear, we're

9   just regarding the schedule for today's depositions?

10     A    Yeah.  Scheduling and, yeah, I think -- I

11  don't remember what else might have been.  Yeah, just

12  scheduling and maybe preparing.  You know, but

13  preparing might be an overstatement of calling it -- I

14  think we were just scheduling time and I -- I think I

15  may have asked, "Are we going to meet with the lawyers

16  beforehand?"  I think that may have been it.

17     Q    Did you review any documents in preparation

18  for today's deposition?

19     A    I quickly, very quickly, reread the

20  transcript from last time, but I don't think I got

21  through the whole thing.

22     Q    Did you review any photographs or videos in

23  preparation?

24     A    Oh, yeah.  Yeah.  Oh, yeah, yes.  That's

25  right.  I did dig out some -- okay, well you had asked

1    if the lawyer was on the emails or not.  So if they

2    are, then I don't talk about it?  Is that right?

3        Q    I don't want to know about any communication

4    or conversations you had with your attorney.  That's

5    privileged, and we're not going to talk about that.

6        A    All right.  Okay.  Then, I guess I can't

7    answer that.  Well, all right, let me figure out --

8    did I look at videos?  Yes.  I went and looked for --

9    like, looked to see what I had.  Yeah.

10       Q    And you said you went to look to see where

11   you had, do you have -- is this a personal file of,

12   like, notes and documents related to these events or

13   did you look somewhere else?

14       A    It was just in my -- all the pictures and

15   files and photos I have from the 30 years of me taking

16   pictures and stuff.  You know, wasn't a specific

17   folder of videos, and it's just all intermingled with

18   my other regular stuff.

19       Q    Are you a member of any social network?

20       A    Social network?  Well, I'm part of group --

21   I mean --

22            MR. SCHWARTZ:  I think she means an

23   online social network.

24            THE WITNESS:  Like, strictly for being

25   social?  Or --

Lucas Liu

Page 29

1              MS. WEEKES:  For example: Facebook,

2      WeChat, Instagram.

3              THE WITNESS:  Oh, okay.  Yes.

4      BY MS. WEEKES:

5          Q    Have you posted anything on any online

6      social networking platform regarding the February 4,

7      2020, events?

8          A    No.

9          Q    Have you seen anything posted by anyone else

10     on the social network regarding the February 4, 2020,

11     events?

12         A    I'm not sure.  Because you're just asking

13     about, like, on Facebook or -- or Instagram, or

14     something like that?  Versus, like, I mean, emails?

15     Yes.  But I don't think you'd call that social

16     networking.

17         Q    No.  Not emails.  For example, while on

18     Facebook -- well, let's do this.  Let's take a step

19     back.  What social network are you a member of?

20         A    Well, I have a Facebook account.  I have an

21     Instagram account but I don't really use.  Twitter;

22     right?  I think, I mean, chat -- are you calling chat

23     groups, like, a social network?  Or, like, a -- a

24     WeChat or WhatsApp chat group or anything?  Is that

25     considered a social network?

Lucas Liu

Page 30

1      Q      Right.   WeChat and WhatsApp, yes.

2      A      Okay.   So I have WeChat and WhatsApp, as

3   well.

4      Q      So during, or after, the February 4, 2020,

5   events, did you see anyone post anything?  Did you see

6   any posts, or statuses, on Facebook regarding the

7   incident?

8      A      I don't think Facebook, since you're

9   mentioning that specifically.  But, like, on WeChat or

10  WhatsApp, yes.  People were posting videos and

11  commenting in the day, or days, following, yes.

12     Q      Do you recall who made the posts?

13     A      Oh, a bunch of different people.

14     Q      On February 4, 2020, did you take any

15  photos?

16     A      Yes.  Yes.

17     Q      And your photos, were they taken outside or

18  inside of James Madison High School?

19     A      Inside.  I don't think I took anything

20  outside.

21     Q      Did you take any videos?

22     A      I -- I don't recall.  I know I took photos

23  because I took photos of the two people -- that people

24  were that -- people who are saying they couldn't get

25  in, we're told by the, you know, we're stopped by

Lucas Liu

Page 31

1   these two certain people.  So I went in and took the

2   picture because they wouldn't give me their names.

3           Videos?  I don't recall if I did or did not.

4   I have a bunch of videos but I don't recall -- I know

5   most -- most, if all of them, I -- I was not the

6   person doing it, but I don't recall if I didn't -- if

7   I absolutely did not take a video.  I don't recall.

8       Q    The two individuals that you just mentioned,

9   whose photos you took because they were pointed out to

10  you as the individuals stopping people from entering,

11  are they the same people that stopped you from

12  entering the town hall?

13      A    No.  They were not.  We just -- just, there

14  were multiple people involved and these two

15  individuals I took a photo of, I was told that those

16  two had stopped, or tried to stop, others from

17  entering.

18      Q    The individuals --

19      A    But they -- but they were not me.  They

20  weren't the ones that -- that tried to stop me.

21  Officers at the doorway that did.

22      Q    The individuals that stopped you, do you

23  recall what they look like?

24      A    Like I said, they were wearing uniforms.  I

25  don't know if they were school safety agents or if

Lucas Liu

1    they were police officers.  One was White, one was

2    Black.

3        Q    Do you recall any other physical

4    characteristics about these individuals?

5        A    No.

6        Q    Once inside the town hall meeting, what

7    happened?

8        A    You mean from, like, when I finally -- the

9    -- the moment I finally got in?  Or do you mean just

10   during the town hall itself?

11       Q    Well, once you finally got in, what

12   happened?

13       A    Well, once I got in, I went and started

14   looking for, I think it was -- what's her name?  The

15   -- what's -- Adrian Austin, the deputy chancellor.  I

16   did not find her right away.  I did -- someone, when I

17   got in, pointed out those two -- those two gentlemen

18   to me.  And so, I went over and I took their picture.

19   I asked -- I took their picture because they wouldn't

20   tell me who -- their names.

21            What else?  I think I wound up speaking with

22   Linda, maybe, after I got in.  And at some point, I

23   don't know if she got in before or after me, I don't

24   recall.  And I think I went and took a seat.  And

25   then, the town hall started.  And whatever happened

Lucas Liu

Page 33

1  during the, you know -- the agenda, then, you know --

2  whatever was on the agenda for the town hall.  You

3  know, they went through and then there were people

4  protesting during parts of -- of all of that.

5      Q    You mentioned, at some point, seeking out

6  Ms. Austin; did you speak with her?

7      A    Yes, eventually.  But it was -- yeah,

8  eventually I did.  But I think Linda had already found

9  her.  The point of going to find her was to tell her

10 they weren't letting Asians in and that it was wrong.

11 Whatever instructions they were -- those security

12 people were getting, needed to be changed.  And I --

13 you know, she's the deputy chancellor.  I knew she was

14 going to be there, or she was there.  I knew who she

15 was.  She knew who I was.  So that's probably why I

16 sought out her specifically.

17     Q    But did you actually speak with her about

18 what was happening outside?

19     A    Eventually, yes.  I did eventually find her.

20     Q    And what, if anything, did she say in

21 response?

22     A    I don't remember exactly.  But I think, I

23 mean, I -- I recall, like, she -- you know, she

24 agreeing with me that, you know, no one should be

25 stopped from -- from getting in.  Now, whether or not

Lucas Liu

Page 34

1    she was the one that gave the instructions, and then

2    tried to give the impression she didn't, I have no

3    idea.  But I do think -- I do recall she's saying that

4    nobody should be stopped from entering.

5        Q    Do you know whether Ms. Austin relayed this

6    information to the officers and personnel that were

7    outside?

8        A    I -- I don't recall.  I imagine she would

9    have had, she -- if and when she had found out.  When

10   I told her, maybe, I don't recall.  I think, maybe,

11   Linda had gotten -- had found her first and informed

12   her.  I don't recall exactly.

13       Q    You mentioned earlier that you are a CEC

14   member; is that correct?

15       A    That's right -- ex.  I'm no longer.  No

16   longer, but I was, at the time.

17       Q    And at that time, back in February of 2020,

18   how long were you a CEC member at that time?

19       A    Let me, here -- let me do the math here.

20   Let's see.  Eight years, ending 2023, so five years, I

21   guess.

22       Q    After February of 2020, did you encounter

23   any of the officers that stopped you at any other

24   subsequent town hall meeting?

25       A    No.  I don't recall seeing those same people

Lucas Liu

Page 35

1    at any -- any of the -- any of the town halls.

2        Q    Now, you also mentioned that you sometimes

3    attended meetings as a CEC member, sometimes as a

4    protester.  The February 4, 2020, meeting, did you

5    attend in the capacity of a CEC member or protester?

6        A    Protester.

7        Q    Once inside the meeting, was there any other

8    interaction between yourself and any of the

9    individuals that stopped you outside?

10       A    No.

11       Q    Did you observe whether there was any

12   interaction between any other protester, and any of

13   the officers, or DOE personnel that were outside?

14       A    I don't think so.  I don't recall.  I don't

15   know.

16       Q    And how did you -- I know you mentioned that

17   you arrived at the meeting late that day, how did you

18   get there?

19       A    Subway.  Then, I think I walked from the

20   subway.  I don't remember if I took the bus or if I

21   walked from the subway.  I think I walked from the

22   subway.

23       Q    Mr. Liu, did any of the officers or DEO

24   personnel, did any of them touch your person in any

25   way?

Lucas Liu

Page 36

```
1        A      Well, when I tried to enter, they stuck
2    their arm out to block me.  I mean, it wasn't like
3    they shoved me or anything.  It was just, you know,
4    you stick your arm out and -- you know, like that.
5        Q      And you mentioned earlier that they stopped
6    you, let's call it your second attempt to enter after
7    you put the fliers down, you tried to go in again and
8    you were stopped.  They wanted to make sure you didn't
9    have the fliers; correct?
10       A      That's right.
11       Q      Did they say anything to you about the
12   fliers?
13       A      You mean -- well, when I walked in, I had
14   the fliers in my hand.  They weren't letting me in
15   because they were, you know -- the someone -- well,
16   trying to remember, be specific, you know.  I don't
17   recall exactly what they said to me, but whatever they
18   said led me to have to give my fliers to somebody
19   else.  So I assume that they meant that -- whatever
20   the wording was, it led to me to give my fliers to
21   somebody else so I could get in.
22       Q      Right.  So once you gave the fliers to
23   someone else, and then you tried to go in again, you
24   mentioned that you were stopped a second time?
25       A      Right, right.  You know, it's just -- you
```

Lucas Liu

Page 37

1    know, put his arm out.  And I stuck my hands out to

2    show that they were empty.  And, you know, then, I --

3    I remember asking the -- who do I talk to about this?

4    What's going on here?  And that's when I, you know,

5    talked to Mr. Edwards.  Or something like that, and

6    the -- the DOE person.

7         Q    During the time that you stuck your arm out

8    to show that you no longer had the fliers, did any of

9    the officers pat you down or physically search you in

10   any way?

11        A    No.  I mean, they could see me turn and give

12   the fliers to somebody, you know, the person.  So I

13   don't know if there would been a reason for them to

14   pat me down.

15        Q    Do you recall how many doors were open to

16   allow people to enter into the town hall meeting?

17        A    Everyone was trying to go through the one

18   door that was open.

19        Q    Did you, at any time prior to entering, see

20   anyone enter through any of the other doors?

21        A    I don't think so because I was only on that

22   -- the landing.  I guess, is that what you call it?

23   You know, you go up the stairs, and then there's that

24   area in front of the door.  I mean, literally, like I

25   said, the whole interaction lasted maybe 30 -- I'm

Lucas Liu

Page 38

1    guessing, maybe, 30 seconds.

2                    MS. WEEKES:  Okay, Mr. Liu, thank you

3    so much for your time.  I have no further questions

4    for you.

5                    THE WITNESS:  All right.  Okay.

6                    THE REPORTER:  Do you have any follow

7    up, Mr. Schwartz?

8                    MR. SCHWARTZ:  No.  I have no

9    questions.

10                    THE REPORTER:  Okay.  So I will go off

11   the record, everyone.  It's 3:02.

12                    (Signature reserved.)

13                    (Whereupon, at 3:02 p.m., the

14                    proceeding was concluded.)

15

16

17

18

19

20

21

22

23

24

25

Lucas Liu

Page 39

CERTIFICATE OF DEPOSITION OFFICER

1

2          I, DOUGLASS BRESHIN, the officer before whom

3     the foregoing proceedings were taken, do hereby

4     certify that any witness(es) in the foregoing

5     proceedings, prior to testifying, were duly sworn;

6     that the proceedings were recorded by me and

7     thereafter reduced to typewriting by a qualified

8     transcriptionist; that said digital audio recording of

9     said proceedings are a true and accurate record to the

10    best of my knowledge, skills, and ability; that I am

11    neither counsel for, related to, nor employed by any

12    of the parties to the action in which this was taken;

13    and, further, that I am not a relative or employee of

14    any counsel or attorney employed by the parties

15    hereto, nor financially or otherwise interested in the

16    outcome of this action.

17

18

19                          DOUGLASS BRESHIN

20                     Notary Public in and for the

21                          State of New York

22

23    [X] Review of the transcript was requested.

24

25

Page 40

1              CERTIFICATE OF TRANSCRIBER

2              I, LISA CHAMBERS, do hereby certify that

3       this transcript was prepared from the digital audio

4       recording of the foregoing proceeding, that said

5       transcript is a true and accurate record of the

6       proceedings to the best of my knowledge, skills, and

7       ability; that I am neither counsel for, related to,

8       nor employed by any of the parties to the action in

9       which this was taken; and, further, that I am not a

10      relative or employee of any counsel or attorney

11      employed by the parties hereto, nor financially or

12      otherwise interested in the outcome of this action.

13

14

15                              LISA CHAMBERS

16

17

18

19

20

21

22

23

24

25

Lucas Liu

Page 41

1    Chinese American Citizens Alliance Of Greater NY v. NYC DOE

2    Lucas Liu (#6732946)

3                    E R R A T A   S H E E T

4    PAGE_____ LINE_____ CHANGE_____

5    _____

6    REASON_____

7    PAGE_____ LINE_____ CHANGE_____

8    _____

9    REASON_____

10   PAGE_____ LINE_____ CHANGE_____

11   _____

12   REASON_____

13   PAGE_____ LINE_____ CHANGE_____

14   _____

15   REASON_____

16   PAGE_____ LINE_____ CHANGE_____

17   _____

18   REASON_____

19   PAGE_____ LINE_____ CHANGE_____

20   _____

21   REASON_____

22

23   _____    _____

24   Lucas Liu                              Date

25

Lucas Liu

Page 42

1   Chinese American Citizens Alliance Of Greater NY v. NYC DOE

2   Lucas Liu (#6732946)

3                   ACKNOWLEDGEMENT OF DEPONENT

4       I, Lucas Liu, do hereby declare that I

5   have read the foregoing transcript, I have made any

6   corrections, additions, or changes I deemed necessary as

7   noted above to be appended hereto, and that the same is

8   a true, correct and complete transcript of the testimony

9   given by me.

10

11  _____    _____

12  Lucas Liu                           Date

13  *If notary is required

14                      SUBSCRIBED AND SWORN TO BEFORE ME THIS

15                      _____ DAY OF _____, 20___.

16

17

18                      _____

19                      NOTARY PUBLIC

20

21

22

23

24

25

Lucas Liu

**[100 - appearing]**

| 1 | 3 |
|---|---|
| **100**   3:17 | **3**   1:16 |
| **10007**   3:8,18 | **30**   20:12,21,21 |
| 6:12 | 22:15 28:15 |
| **10024**   2:6 7:12 | 37:25 38:1 |
| 25:16 | **31**   2:3 5:11 |
| **1902**   3:7 | **3187**   10:1 |
| **1968**   10:4 | **32825**   40:14 |
| **1:2020cv089...** | **3:02**   38:11,13 |
| 1:11 | **4** |
| **2** | **4**   1:17 29:6,10 |
| **2**   1:15 | 30:4,14 35:4 |
| **20**   26:1 42:15 | **4c**   7:12 25:15 |
| **2020**   12:8,8,10 | **4th**   3:17 12:10 |
| 14:7,10 19:15 | 19:15 20:24 |
| 20:24 21:6,24 | 21:6,23 |
| 25:18 26:1,3,6 | **5** |
| 29:7,10 30:4 | **5**   1:17 |
| 30:14 34:17,22 | **6** |
| 35:4 | **6**   1:18 |
| **2020-0042538** | **6732946**   2:8 |
| 3:21 | 41:2 42:2 |
| **2023**   25:20 | **7** |
| 34:20 | **7**   1:18 4:3 |
| **2024**   2:3 5:11 | **76**   7:11 25:15 |
| **212**   3:10,20 | **788-0303**   3:20 |
| **225**   3:7 6:11 | **8** |
| **24**   9:9 | **8**   1:19 |
| **24-1731**   3:21 | **86th**   7:11 25:15 |
| **25609**   39:18 | **a** |
| **285-1400**   3:10 | **ability**   9:10,14 |
| **2:06**   2:4 5:6 | 9:17,20 39:10 |

40:7
**able**   16:3 17:9
**above**   42:7
**absent**   5:17
**absolutely**   31:7
**account**   29:20
29:21
**accurate**   12:10
39:9 40:5
**accurately**   7:25
8:7
**acknowledge...**
42:3
**acknowledg...**
17:22
**acknowledg...**
5:14
**action**   39:12,16
40:8,12
**activities**   21:18
**actual**   12:12
**actually**   20:10
23:25 33:17
**additionally**
5:17
**additions**   42:6
**address**   7:4,11
25:14,16,19
**administer**
5:14
**adrian**   32:15
**advocates**   3:6
6:10
**affect**   9:9,13

**afjlaw.com**   3:9
**afternoon**   5:2
7:17
**agenda**   33:1,2
**agents**   31:25
**ago**   11:11
25:20
**agree**   5:15,19
**agreeing**   33:24
**ah**   7:24
**al**   5:9,10
**albany**   10:21
10:22
**alliance**   1:5 3:3
5:9 13:24 41:1
42:1
**allow**   8:23
37:16
**allowed**   20:8
22:9 23:19,24
**american**   1:4
3:2 5:8 13:23
18:16 41:1
42:1
**amount**   20:23
**anger**   22:4
**announcing**
23:19
**answer**   8:22,24
9:5 28:7
**anymore**   17:15
**apartment**   7:12
25:15
**appearing**   6:5

Lucas Liu

[appended - check]

**appended** 42:7
**applicable** 5:23
**approached** 16:16
**area** 17:1 23:10 37:24
**arm** 17:13 36:2 36:4 37:1,7
**arranging** 27:3
**arrived** 12:20 14:21 15:5,6 15:23,25 35:17
**arthur** 3:5 6:10
**aschwartz** 3:9
**asian** 18:16,17 23:9,9,13
**asians** 18:18,19 18:20,23 19:3 19:25 23:11,21 25:1,3,4 33:10
**asked** 11:8 17:23 27:15,25 32:19
**asking** 26:17 29:12 37:3
**assigned** 5:4
**assistance** 10:9
**assume** 8:17,18 36:19
**assumption** 24:17
**attempt** 16:4 36:6
**attend** 10:18 13:14 14:7

35:5
**attended** 14:11 20:25 21:8 35:3
**attending** 13:1 23:22
**attorney** 11:8 26:12,18,19,21 28:4 39:14 40:10
**attorneys** 3:6 6:5,11
**audio** 39:8 40:3
**austin** 32:15 33:6 34:5
**authorized** 5:13
**aware** 9:18

**b**

**b** 4:5
**back** 9:6 25:18 25:23 26:6 29:19 34:17
**bag** 15:20
**bags** 19:7 25:7
**based** 18:14,23
**beginning** 20:20 22:15 25:15
**behalf** 3:2,12
**believe** 13:9 25:24 27:2
**best** 8:3 39:10 40:6

**bill** 1:14 3:14
**birth** 10:3
**bit** 19:20
**black** 16:25 17:13 32:2
**blasio** 1:14 3:14
**block** 36:2
**break** 9:3,5
**breshin** 2:7 5:3 39:2,19
**bring** 24:6
**bringing** 24:2
**broadway** 3:7 6:11
**brooklyn** 12:16
**brought** 11:22 12:3
**building** 15:4
**bunch** 30:13 31:4
**bus** 35:20
**bustle** 14:17

**c**

**c** 3:1 5:1
**call** 13:6 16:14 16:24 29:15 36:6 37:22
**called** 6:23 11:4 11:4
**calling** 27:13 29:22
**capacity** 35:5
**caribbean** 13:22

**carranza** 1:13 3:14
**carried** 21:5
**carrying** 22:8
**case** 1:10 10:25 11:12,14,16,19
**cec** 20:2 21:11 21:12,13,14,15 21:19 34:13,18 35:3,5
**certain** 31:1
**certificate** 39:1 40:1
**certified** 5:20
**certify** 39:4 40:2
**chambers** 40:2 40:15
**chancellor** 1:13 3:13 12:25 14:9,11 32:15 33:13
**change** 41:4,7 41:10,13,16,19
**changed** 33:12
**changes** 42:6
**characteristics** 32:4
**charge** 17:17
**chartered** 3:6 6:11
**chat** 19:23 29:22,22,24
**check** 23:23,25

Lucas Liu

[chen - douglass]                                                      Page 3

chen 13:19
children 26:7
chinese 1:4 3:2
  5:8 13:23 41:1
  42:1
church 3:17
citizen 13:24
citizens 1:4 3:2
  5:9 41:1 42:1
city 1:11,12
  3:12,13,16
  5:10 6:14
  11:23 26:10
claiming 11:19
clarify 26:17
clear 27:8
clearly 8:4
college 10:18
  10:20
come 9:6 13:7
  17:23 18:3
commenting
  30:11
communication
  28:3
complained
  20:3
complaint
  19:10,16
complete 42:8
concluded
  38:14
condition 9:16
  9:19

consider 16:8
considered
  15:2 29:25
constitute 6:2
continue 8:21
control 3:21
conversation
  17:9 26:12
  27:5,8
conversations
  24:22 26:18
  28:4
coordinate
  13:17
coordinating
  13:21
corporation
  6:14
correct 12:1
  20:25 21:1
  24:13 34:14
  36:9 42:8
corrections
  42:6
counsel 6:15
  39:11,14 40:7
  40:10
count 26:20
court 1:1 7:24
  8:5,23
create 15:10
created 15:12
current 25:16
currently 10:5
  26:4,9

| d |
| --- |
d 4:1 5:1
date 2:3 10:3
  12:6,12,13
  41:24 42:12
day 12:18 13:8
  30:11 35:17
  42:15
days 30:11
de 1:14 3:14
declare 42:4
deemed 42:6
defendant
  11:17
defendants
  1:20 3:12 6:15
  7:18
deo 35:23
department
  1:11 3:12,16
  5:10 6:14 26:7
deponent 42:3
deposition 2:1
  5:7,11,25 7:19
  8:6 11:2,5,13
  26:14 27:18
  39:1
depositions
  27:9
deputy 32:15
  33:13
description 4:6
different 17:19
  30:13

difficulty 8:25
dig 27:25
digital 39:8
  40:3
directly 15:24
  23:5
discussing 20:6
discussion
  19:23 24:8
displaying 19:6
distribute
  15:15,16
distribution
  26:23,25
district 1:1,2
documents
  27:17 28:12
doe 1:15,16,17
  1:17,18,18,19
  13:10 17:25,25
  17:25 19:10
  23:15 35:13
  37:6 41:1 42:1
doing 5:11
  11:24 21:15
  31:6
door 17:2
  22:16 23:6,14
  25:9 37:18,24
doors 37:15,20
doorway 23:7
  31:21
douglass 2:7
  5:3 39:2,19

Lucas Liu

**[duly - further]**

**duly** 6:23 39:5
**duration** 15:1
**duties** 21:15

**e**

**e** 3:1,1 4:1,5 5:1
5:1 41:3,3,3
**earlier** 24:10
34:13 36:5
**easily** 12:11
**education** 1:12
3:13 5:10 26:7
**edwards** 17:24
37:5
**eight** 34:20
**email** 13:9
26:19 27:3
**emails** 26:21
28:1 29:14,17
**emotional**
11:20 22:1,3
**employed**
39:11,14 40:8
40:11
**employee** 39:13
40:10
**empty** 37:2
**encounter**
34:22
**ended** 14:22
**engaged** 13:5
**enrolled** 26:7,9
**enter** 15:4 16:4
18:20 20:8,9
22:7,10 36:1,6
37:16,20

**entered** 18:22
24:25
**entering** 18:9
18:11 19:15
31:10,12,17
34:4 37:19
**entire** 15:2,2
24:11
**entrance** 15:24
16:16
**envelope** 15:20
**es** 39:4
**esquire** 3:5,15
**et** 5:9,10
**event** 19:20
**events** 12:14
19:15 21:23
28:12 29:7,11
30:5
**eventually** 16:3
33:7,8,19,19
**everybody**
25:12
**evidentiary**
5:24
**ex** 34:15
**exact** 20:23
**exactly** 14:20
33:22 34:12
36:17
**examination**
4:2 7:15
**examined** 6:25
**example** 29:1
29:17

**except** 23:11

**f**

**facebook** 29:1
29:13,18,20
30:6,8
**february** 12:8,8
12:9 14:7,10
19:14 20:24
21:6,23 25:18
26:6 29:6,10
30:4,14 34:17
34:22 35:4
**feelings** 22:4,5
**figure** 20:22
28:7
**file** 3:21 19:10
19:16 28:11
**files** 28:15
**filing** 10:24
19:9,16
**finally** 9:2 32:8
32:9,11
**financially**
39:15 40:11
**find** 12:12
32:16 33:9,19
**finish** 8:22
**first** 6:23 7:7
7:22 16:1,16
20:9 34:11
**five** 34:20
**fliers** 15:8,10
15:14,16,19
16:10 17:11
20:14,16 21:2

21:7,16 36:7,9
36:12,14,18,20
36:22 37:8,12
**floor** 3:17
**focused** 23:1
**folder** 28:17
**follow** 38:6
**followed** 7:4
**following** 25:8
30:11
**follows** 6:25
**foregoing** 39:3
39:4 40:4 42:5
**forgetting** 11:3
**form** 10:8
**formal** 19:18
**formally** 13:20
13:20 24:20
**found** 33:8
34:9,11
**four** 9:24 14:2
14:2
**free** 9:5
**friday** 2:3
**front** 17:2
22:21 23:5,7
37:24
**full** 7:3,5 8:24
8:24 9:24
**function** 21:19
**further** 38:3
39:13 40:9

Lucas Liu

**[g - intended]**

| g |
| --- |
| **g**  5:1 7:7,9 |
| **gentlemen** 32:17 |
| **george**  1:7 3:4 3:23 |
| **getting**  23:2 33:12,25 |
| **give**  7:22 31:2 34:2 36:18,20 37:11 |
| **given**  42:9 |
| **go**  7:19 15:24 16:1,2,5,9 18:19 21:11 22:13 36:7,23 37:17,23 38:10 |
| **going**  5:5 7:19 13:1,14 14:18 14:24,24 15:13 21:9 22:14 24:18,21,23 26:15 27:4,15 28:5 33:9,14 37:4 |
| **good**  5:2 7:17 |
| **gosh**  13:15 25:20,24 |
| **gotten**  34:11 |
| **graduate**  10:13 10:17,22 |
| **greater**  1:5 3:3 5:9 13:24 41:1 42:1 |

**group**  28:20 29:24
**groups**  19:23 29:23
**guess**  13:6 28:6 34:21 37:22
**guessing**  20:20 38:1

| h |
| --- |
| **h**  4:5 41:3 |
| **hall**  12:25 13:8 13:11 14:8,9 14:11 15:3 18:22 19:16 20:8,25 21:7 22:7 23:22 24:12,12,25 25:5 31:12 32:6,10,25 33:2 34:24 37:16 |
| **halls**  21:11 35:1 |
| **hand**  6:20 15:9 15:21,22 20:14 36:14 |
| **hands**  17:14 20:17,18 37:1 |
| **happened**  15:5 19:14 32:7,12 32:25 |
| **happening** 13:11 14:19 33:18 |

**he'll**  8:25
**head**  7:23
**health**  10:11 22:5
**hear**  8:14,15
**heard**  8:17 18:5
**hearing**  6:17 10:25 11:1
**held**  17:14
**helped**  13:17
**hereto**  39:15 40:11 42:7
**hey**  24:15,20
**high**  10:13,15 10:16 12:16,17 12:21,23 14:14 30:18
**hing**  1:6 3:3
**hm**  7:24
**hms**  7:24
**holding**  17:12
**hours**  9:9
**hustle**  14:17

| i |
| --- |
| **idea**  34:3 |
| **imagine**  34:8 |
| **immediate** 23:10 |
| **immediately** 17:1 |
| **impair**  9:9,13 |
| **impression** 34:2 |
| **incident**  12:6 13:5 19:11,12 |

19:13 21:17 30:7
**individual** 16:21
**individuals** 17:5 18:2,15 23:4,8,9 31:8 31:10,15,18,22 32:4 35:9
**information** 34:6
**informed**  34:11
**injury**  11:20 21:22 22:1
**inside**  14:25 15:17,20 16:1 16:2,3 18:23 18:25 19:2,4 24:12,16,19 25:2,5 30:18 30:19 32:6 35:7
**instagram**  29:2 29:13,21
**instruction** 24:5
**instructions** 25:8 33:11 34:1
**insurance** 10:11
**intend**  15:16
**intended**  5:22 15:2

Lucas Liu

**interaction**
35:8,12 37:25
**interested**
39:15 40:12
**interfere** 9:17
9:20
**intermingled**
28:17
**introduce** 6:6
**involved** 13:21
24:22 31:14

**j**

**james** 12:16,17
12:21,23 15:6
15:23 30:18
**jason** 1:14 3:14
**job** 2:8
**john** 1:15,16,17
1:17,18,18,19
**justice** 3:6 6:10

**k**

**keep** 8:4
**kevon** 3:15
6:13 7:17
**kids** 26:5
**kind** 17:21
**knew** 33:13,14
33:15
**know** 8:10,12
8:15 9:3 13:7
13:13 14:16,18
14:19 15:5
16:8,14,18,24
16:24 17:15,21

17:23 18:12
19:1,7,25 20:3
20:4,5,6 21:20
21:20,20 22:11
22:23,25 23:12
24:17,20,23
25:8 26:22
27:12 28:3,16
30:22,25 31:4
31:25 32:23
33:1,1,3,13,23
33:24 34:5
35:15,16 36:3
36:4,15,16,25
37:1,2,4,12,13
37:23
**knowledge**
39:10 40:6
**kweekes** 3:19

**l**

**lam** 1:7 3:4
13:18
**landing** 37:22
**lasted** 37:25
**late** 14:17,19
35:17
**law** 3:16 6:14
**law.nyc.gov**
3:19
**laws** 5:24
**lawsuit** 11:22
19:9,17
**lawyer** 27:7
28:1

**lawyers** 27:2
27:15
**led** 19:13,19
36:18,20
**lee** 1:8 3:4,23
**letting** 18:19
23:13 33:10
36:14
**lin** 1:6 3:4
**linda** 1:7 3:4
13:18,18 27:6
32:22 33:8
34:11
**line** 41:4,7,10
41:13,16,19
**lisa** 40:2,15
**list** 26:24,25
**literally** 37:24
**little** 19:20
25:25
**liu** 1:7 2:2 3:4
5:8 6:22 7:6,17
9:8 10:5 35:23
38:2 41:2,24
42:2,4,12
**live** 6:1 25:18
26:4
**lived** 25:22
26:2
**liverpool** 10:16
**location** 2:5
**long** 11:10 14:1
14:2 20:7
25:22 34:18

**longer** 34:15,16
37:8
**look** 12:11 28:8
28:10,13 31:23
**looked** 16:21
17:16 28:8,9
**looking** 32:14
**lucas** 1:7 2:2
3:4 5:8 6:19,22
7:2,5 41:2,24
42:2,4,12

**m**

**m** 7:7,9
**made** 19:25
30:12 42:5
**madison** 12:16
12:17,21,23
15:6,23 30:18
**make** 16:12
36:8
**making** 22:20
24:8
**manner** 5:25
**marino** 1:15
3:14
**marked** 4:7
**math** 34:19
**matter** 5:8 7:18
**mayor** 1:14
3:14
**mean** 12:11
13:15,19 15:18
17:1 18:5
22:18,18,23
24:7,14 25:6

Lucas Liu

25:12,25 28:21
29:14,22 32:8
32:9 33:23
36:2,13 37:11
37:24
**means** 6:1
28:22
**meant** 36:19
**medicaid** 10:6
**medication** 9:8
9:12
**meet** 27:15
**meeting** 15:17
15:24 16:5
18:22,24 20:8
22:8 23:22,24
24:1,12,12,25
25:5 32:6
34:24 35:4,7
35:17 37:16
**meetings** 14:8,9
14:11 20:25
21:3,7 24:1,3
35:3
**member** 13:22
13:23 14:1,5
20:2 21:11,12
21:13,14,15,19
28:19 29:19
34:14,18 35:3
35:5
**mental** 9:16
22:5
**mentioned**
19:19 20:24

24:10 31:8
33:5 34:13
35:2,16 36:5
36:24
**mentioning**
30:9
**ming** 7:5
**minus** 14:3
**moment** 32:9
**multiple** 16:14
31:14

**n**

**n** 3:1 4:1 5:1
7:7,9
**name** 5:3 7:3,5
7:8,17 32:14
**named** 3:23
**names** 31:2
32:20
**natural** 24:17
**necessary** 42:6
**need** 9:2
**needed** 33:12
**neither** 39:11
40:7
**network** 28:19
28:20,23 29:10
29:19,23,25
**networking**
29:6,16
**never** 21:14
**new** 1:2,5,11,12
2:6 3:3,8,12,13
3:16,18 5:9,10
5:15 6:11,11

6:13 7:12,12
11:23 12:4
13:24 25:15,16
26:10 39:21
**ni** 1:8 3:4
**nodded** 17:21
**nodding** 7:23
**non** 18:17,19
18:20 23:9
25:1,3
**normal** 21:18
**notary** 5:13
39:20 42:13,19
**noted** 42:7
**notes** 28:12
**notice** 13:11
**notification**
13:9,10
**number** 9:25
13:4,20 20:1
**ny** 2:6 3:8,18
41:1 42:1
**nyc** 41:1 42:1

**o**

**o** 5:1
**o'clock** 12:22
**oaths** 5:14
**objection** 5:17
**objections** 6:17
**observation**
18:14,23
**observe** 18:16
18:20 22:8,21
35:11

**observed** 18:10
23:4
**offense** 20:1
**office** 6:14
**officer** 1:16
16:19,24 17:13
17:16 39:1,2
**officers** 23:2,12
23:15 31:21
32:1 34:6,23
35:13,23 37:9
**oh** 27:24,24
29:3 30:13
**okay** 7:20 8:1,2
8:7,12,13,19,20
8:25 9:1,6,7
12:2 17:22
21:9 27:1,1,25
28:6 29:3 30:2
38:2,5,10
**once** 15:23 32:6
32:11,13 35:7
36:22
**ones** 17:4 31:20
**ongoing** 14:21
**online** 28:23
29:5
**open** 23:6 24:1
37:15,18
**openly** 19:5
**organization**
13:24 14:5
**organized**
13:13 24:4

Lucas Liu

[organizing - protesting]

organizing
27:6
outcome   39:16
40:12
outside   11:24
12:2 14:24
15:17 16:1
24:11,16,19
30:17,20 33:18
34:7 35:9,13
overall   8:6
overarching
13:5
overhear   18:2
23:15
overheard   18:6
overstatement
27:13

**p**

p   3:1,1 5:1
p.m.   2:4 5:6
38:13
page   4:2,6 41:4
41:7,10,13,16
41:19
parents   13:4
part   21:12
24:11 28:20
participants
19:24
parties   5:15,18
39:12,14 40:8
40:11
parts   21:10
33:4

pat   37:9,14
pending   9:4
people   13:17
15:4 16:1 18:7
18:7,10,16
19:6,8 22:12
22:24 23:13
25:2,7,8 26:15
30:10,13,23,23
30:24 31:1,10
31:11,14 33:3
33:12 34:25
37:16
permanent
22:2
permitted   5:22
person   17:25
20:16 31:6
35:24 37:6,12
personal   28:11
personnel
23:15 34:6
35:13,24
ph   13:18,19
phillip   1:6 3:3
photo   31:15
photographs
27:22
photos   28:15
30:15,17,22,23
31:9
physical   9:19
11:20 21:22
32:3

physically   18:8
18:8 37:9
picture   31:2
32:18,19
pictures   28:14
28:16
pissed   22:2
place   12:15
14:13 21:23
plaintiff   3:23
6:9 11:16,18
plaintiffs   1:9
3:2 6:10
planning   24:22
platform   29:6
please   6:5,6,19
7:2,4 8:10,11
8:15 9:3,4
plus   14:3
point   8:9,14 9:2
22:25 25:12
32:22 33:5,9
pointed   31:9
32:17
police   1:16
16:18,25 32:1
post   30:5
posted   29:5,9
posting   30:10
posts   30:6,12
preparation
27:17,23
prepared   40:3
preparing
27:12,13

present   3:22
11:9 12:17
23:16 26:13,18
26:19
prevented   17:4
17:6
previous   11:4
prior   10:25
11:1,16,19
14:7 20:24
21:2 23:14,22
37:19 39:5
privileged   28:5
probably   15:1
15:18,25 17:16
18:12 20:12
21:4,13 33:15
procedural
5:23
proceeding   2:5
5:5,21 11:13
38:14 40:4
proceedings
39:3,5,6,9 40:6
produced   5:20
professional
22:5
protest   13:1,13
14:14,21 15:1
24:4,6,10,11,18
protester   21:10
21:19 35:4,5,6
35:12
protesting   33:4

Lucas Liu

**[protests - security]**

| | | | |
|---|---|---|---|
| **protests** 14:13 14:23 | 31:3,4,6,7,23 32:3,24 33:23 | 36:16 37:3 | 34:15 36:10,22 36:25,25 38:5 |
| **public** 10:8 26:10,10 39:20 42:19 | 34:3,8,10,12,25 35:14 36:17 37:15 | **remote** 2:5 **remotely** 5:12 5:16 | **role** 13:16 14:4 21:10,10 |
| **put** 17:13 19:7 20:18 22:8 25:7,9 36:7 37:1 | **recipient** 10:5,8 **record** 5:4,5,18 6:6 7:3 9:24 10:3 38:11 39:9 40:5 | **repeat** 8:11,16 **rephrase** 8:11 **reported** 2:7 **reporter** 5:2,4 6:8,16 7:1,7,10 7:13,25 8:5,23 38:6,10 | **rug** 20:5 **rules** 5:24 7:20 |
| | | | **s** |
| **q** | | | **s** 3:1 4:5 5:1 41:3 |
| **qualified** 39:7 **question** 8:9,11 8:15,16,17,19 8:24 9:4,5 | **recorded** 5:25 39:6 **recording** 39:8 40:4 | **represent** 7:18 **requested** 39:23 | **safety** 31:25 **sat** 11:7,12 **saying** 18:7 23:16 30:24 34:3 |
| **questions** 8:22 11:8 38:3,9 **quickly** 27:19 27:19 | **reduced** 39:7 **reference** 19:25 **referring** 13:3 19:21 | **required** 42:13 **reread** 27:19 **reserved** 38:12 **response** 33:21 | **schedule** 27:9 **scheduling** 27:10,12,14 |
| **r** | **regarding** 19:10,14 22:5 26:13 27:9 29:6,10 30:6 | **responses** 7:23 7:25 8:6 **responsibilities** 21:12 | **school** 10:13,15 10:16 12:16,18 12:21,24 14:14 16:19,25 21:18 26:7,11 30:18 31:25 |
| **r** 3:1 5:1 41:3,3 **raise** 6:20 **read** 42:5 **ready** 9:6 **really** 29:21 **reason** 37:13 41:6,9,12,15,18 41:21 | **regards** 19:12 **regular** 28:18 **related** 10:25 11:14 26:25 28:12 39:11 40:7 | **result** 21:23 **review** 27:17 27:22 39:23 **richard** 1:13 3:13 **rid** 22:9 | **schwartz** 3:5 6:7,9,10 28:22 38:7,8 **search** 37:9 **seat** 32:24 **second** 36:6,24 **seconds** 20:13 20:21,21 22:16 38:1 |
| **recall** 10:25 12:6,14,20 14:14 16:17,21 18:5,6 19:3,5 20:7 23:9 24:5 24:15 25:1,4,6 26:23 30:12,22 | **relative** 39:13 40:10 **relayed** 34:5 **remember** 11:11 25:10,21 25:24 27:11 33:22 35:20 | **right** 6:20 8:8 9:1,7 12:8,13 17:2 20:14,16 21:11 22:16 27:2,25 28:2,6 28:7 29:22 30:1 32:16 | **security** 9:25 16:19,25 25:9 33:11 |

Lucas Liu

**[see - take]**

| | | | |
|---|---|---|---|
| **see** 22:4 28:9 28:10 30:5,5 34:20 37:11,19 | **similar** 11:7,13 | **standardized** 19:24 | **stuck** 36:1 37:1 37:7 |
| **seeing** 18:7 25:1,4 34:25 | **similarly** 8:17 | **standing** 20:16 22:24 23:5,5,6 23:8 | **stuff** 28:16,18 |
| **seeking** 33:5 | **simply** 16:6 | | **subscribed** 42:14 |
| **seen** 29:9 | **sit** 9:20 | **start** 6:7 | **subsequent** 34:24 |
| **send** 13:10 | **sitting** 10:25 | **started** 7:2,19 14:15,16,20 32:13,25 | **subway** 35:19 35:20,21,22 |
| **sense** 14:23 | **siu** 1:6 3:4 | **state** 5:14 7:3 12:4 39:21 | **suffer** 21:22 22:1 |
| **separate** 21:9 | **six** 12:22 | **states** 1:1 | **suit** 12:3 |
| **set** 7:14 | **skills** 39:10 40:6 | **statuses** 30:6 | **suite** 3:7 |
| **setting** 11:7 | **social** 9:24 28:19,20,23,25 29:6,10,15,19 29:23,25 | **stenographic** 6:1 | **suny** 10:21,22 |
| **several** 17:2 | | **step** 29:18 | **sure** 6:8 7:21 13:19 16:12 19:22 20:22 21:4 29:12 36:8 |
| **shaking** 7:23 | | **stick** 20:18 36:4 | |
| **shirt** 17:18,19 17:20 | **somebody** 16:11 36:18,21 37:12 | **stipulation** 6:2 | |
| **shouting** 23:16 23:18 | **someone's** 24:2 | **stop** 17:13 21:14 31:16,20 | **surrounding** 19:15 |
| **shoved** 36:3 | **sort** 17:13 24:3 | **stopped** 16:7,9 16:12,17,17 18:8,10,15,17 18:18 22:14,22 23:1 30:25 31:11,16,22 33:25 34:4,23 35:9 36:5,8,24 | **swear** 5:15 6:4 6:17 |
| **show** 17:14 20:19 37:2,8 | **sought** 33:16 | | **sweep** 20:5 |
| **showed** 17:14 20:17 | **sound** 12:10 | | **sworn** 5:18 6:23 39:5 42:14 |
| **side** 23:6 | **southern** 1:2 | | |
| **sign** 15:7,8 21:5 24:8 | **speak** 8:4 26:13 33:6,17 | | |
| **signature** 38:12 39:18 40:14 | **speaking** 32:21 | **stopping** 23:3 23:20 31:10 | **t** |
| **signs** 17:9 18:4 18:11,20 19:4 19:6 22:8,9 23:16,17,19,23 24:2,3,6,8 25:1 25:3,4,13 | **specific** 28:16 36:16 | **straight** 22:13 | **t** 4:5 41:3,3 |
| | **specifically** 18:21 30:9 33:16 | **street** 3:17 7:12 25:15 | **take** 5:4,13 9:3 9:5,13 15:15 21:2 24:11 29:18 30:14,21 31:7 |
| | **specify** 12:9 | **strictly** 28:24 | |
| | **spell** 7:6 | | |
| | **spoke** 15:25 | | |
| | **staff** 18:1 | | |
| | **stairs** 22:13 37:23 | | |

Lucas Liu

**[taken - v]**

Page 11

taken  5:7,8
9:13 21:6
30:17 39:3,12
40:9
talk  17:24,24
17:25 28:2,5
37:3
talked  22:12
37:5
talking  8:24
19:8 23:2
technically
11:3
tell  6:24 8:18
18:3,15 19:20
20:5 27:1
32:20 33:9
telling  25:9
term  20:2
testified  6:25
testify  9:10,14
9:17,20
testifying  39:5
testimony  42:8
testing  19:24
thank  6:16,20
7:1,13 38:2
thanks  7:10
thing  9:3 11:6
27:21
things  14:18,18
24:8
think  11:1
12:11 13:11,16
13:16,17 17:16

17:20 19:6,7
22:11 23:1,20
24:16,19,21
25:21 26:1,2,2
27:6,10,14,14
27:16,20 28:22
29:15,22 30:8
30:19 32:14,21
32:24 33:8,22
34:3,10 35:14
35:19,21 37:21
three  14:2,2
25:25 26:1
time  2:4 12:20
14:14 15:3
16:6,8,14
18:19 20:23
24:18,24 27:6
27:14,20 34:16
34:17,18 36:24
37:7,19 38:3
times  16:4,15
27:3
today  5:10 6:5
9:10,14,17,21
12:7,15 26:16
27:4
today's  26:14
27:9,18
told  19:6 30:25
31:15 34:10
took  9:9 12:15
20:1 21:23
25:11 30:19,22
30:23 31:1,9

31:15 32:18,19
32:24 35:20
touch  35:24
town  12:25
13:8,11 14:8,9
14:11 15:3
18:22 19:15
20:8,25 21:7
21:11 22:7
23:22 24:11,12
24:25 25:5
31:12 32:6,10
32:25 33:2
34:24 35:1
37:16
transcribe  7:25
8:6,23
transcriber
40:1
transcript  5:20
27:20 39:23
40:3,5 42:5,8
transcriptionist
39:8
tried  16:1,9,11
17:12 20:4,9
31:16,20 34:2
36:1,7,23
true  39:9 40:5
42:8
truth  6:24,24
6:25
try  8:3 22:13
trying  15:4
25:23 36:16

37:17
turn  37:11
turned  17:11
20:15
twitter  29:21
two  16:1 17:3
21:5,9,9 22:12
26:5 30:23
31:1,8,14,16
32:17,17
types  24:1
typewriting
39:7

**u**

under  5:23
20:5
understand
5:19 8:10,12
8:18
understanding
9:23 10:2
understood
8:19
uniform  16:20
16:20 17:20
uniforms  31:24
united  1:1
upset  20:3
use  29:21
used  20:2
uses  5:22

**v**

v  1:10 41:1
42:1

Lucas Liu

[verbal - zoom]

Page 12

| | | |
|---|---|---|
| **verbal** 7:22 | **wechat** 29:2,24 | **xxx** 10:1 |
| **verify** 23:23 | 30:1,2,9 | **y** |
| **veritext** 5:4 | **weekes** 3:15 4:3 | **yan** 1:6 3:3 |
| **versus** 18:7 | 6:13,13 7:16 | **yeah** 12:2,12 |
| 29:14 | 29:1,4 38:2 | 17:8 24:7,7 |
| **video** 20:22 | **wei** 13:18,18 | 25:3 26:2 27:2 |
| 31:7 | **went** 22:12 | 27:10,10,11,24 |
| **videoconfere...** | 28:8,10 31:1 | 27:24,24 28:9 |
| 2:1 3:5,15,23 | 32:13,18,24 | 33:7 |
| **videos** 27:22 | 33:3 | **year** 10:2 11:10 |
| 28:8,17 30:10 | **west** 7:11 25:15 | 11:11 |
| 30:21 31:3,4 | **whatsapp** | **years** 14:2 |
| **virtually** 5:20 | 29:24 30:1,2 | 25:20,25 26:1 |
| **voice** 8:4 | 30:10 | 28:15 34:20,20 |
| **vs** 5:9 | **white** 16:23,23 | **yellow** 19:25 |
| **w** | 17:18,18,19,20 | **york** 1:2,5,11 |
| **wah** 13:18,18 | 32:1 | 1:12 2:6 3:3,8 |
| **wait** 8:21 27:1 | **wife** 26:5 | 3:12,13,16,18 |
| **waiting** 22:7 | **withdrawn** | 5:9,10,15 6:11 |
| **walk** 16:12 | 10:17,24 13:23 | 6:11,13 7:12 |
| 17:9,12 | **witness** 5:16,18 | 7:12 11:23 |
| **walked** 16:11 | 5:19 6:4,18,23 | 12:4 13:24 |
| 35:19,21,21 | 7:5,9,11 28:24 | 25:16,16 26:10 |
| 36:13 | 29:3 38:5 39:4 | 39:21 |
| **walking** 16:7,7 | **wong** 1:6 3:3 | **z** |
| 17:4,6 23:14 | **wording** 36:20 | **z** 3:5 |
| **want** 7:6 16:8 | **worth** 20:6,6 | **zoom** 5:12 |
| 26:17,22 28:3 | **wound** 32:21 | |
| **wanted** 36:8 | **written** 6:2 | |
| **way** 22:21 | **wrong** 33:10 | |
| 23:23 35:25 | **x** | |
| 37:10 | **x** 4:1,5 39:23 | |
| **we've** 25:25 | **xuhui** 1:8 3:4 | |
| **wearing** 31:24 | **xx** 10:1,4,4 | |

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the

foregoing transcript is a true, correct and complete

transcript of the colloquies, questions and answers

as submitted by the court reporter. Veritext Legal

Solutions further represents that the attached

exhibits, if any, are true, correct and complete

documents as submitted by the court reporter and/or

attorneys in relation to this deposition and that

the documents were processed in accordance with

our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining

the confidentiality of client and witness information,

in accordance with the regulations promulgated under

the Health Insurance Portability and Accountability

Act (HIPAA), as amended with respect to protected

health information and the Gramm-Leach-Bliley Act, as

amended, with respect to Personally Identifiable

Information (PII). Physical transcripts and exhibits

are managed under strict facility and personnel access

controls. Electronic files of documents are stored

in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.