# EXHIBIT G

Xuhui Ni

Page 1

1                UNITED STATES DISTRICT COURT

2                SOUTHERN DISTRICT OF NEW YORK

3         _____

4    CHINESE AMERICAN CITIZENS

5    ALLIANCE GREATER NEW YORK,

6    PHILLIP YAN, HING WONG, SIU-LIN

7    LINDA LAM, LUCUS LIU, GEORGE

8    LEE, XUHUI NI

9              Plaintiffs,

10         v.                              Index No.

11   NEW YORK CITY DEPARTMENT OF          1:2020cv

12   EDUCATION, CITY OF NEW YORK,         08964

13   CHANCELLOR RICHARD A CARRANZA,

14   MAYOR BILL DE BLASIO, JASON

15   MARINO, JOHN DOE NO. 2, JOHN

16   DOE NO. 3, POLICE OFFICER JOHN

17   DOE NO. 4, JOHN DOE NO. 5, JOHN

18   DOE NO. 6, JOHN DOE NO. 7, JOHN

19   DOE NO. 8,

20              Defendants.

21   _____

22

23                              Certified Original

24

25

Xuhui Ni

Page 2

1                VIDEOCONFERENCE DEPOSITION OF

2                        XUHUI NI

3    DATE:            Friday, May 31, 2024

4    TIME:            9:40 a.m.

5    LOCATION:        Remote Proceeding

6                     Brooklyn, NY

7    REPORTED BY:     Douglass Breshin

8    JOB NO.:         6733073

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Xuhui Ni

Page 3

1                  A P P E A R A N C E S

2     ON BEHALF OF PLAINTIFFS CHINESE AMERICAN CITIZENS

3     ALLIANCE GREATER NEW YORK, PHILLIP YAN, HING WONG,

4     SIU-LIN LINDA LAM, LUCAS LIU, GEORGE LEE, XUHUI NI:

5              RICHARD SOTO, ESQUIRE (by videoconference)

6              Advocates for Justice Chartered Attorneys

7              225 Broadway, Suite 1902

8              New York, NY 10007

9              rsoto@advocatesny.com

10             (212) 285-1400

11

12    ON BEHALF OF DEFENDANTS NEW YORK CITY DEPARTMENT OF

13    EDUCATION, CITY OF NEW YORK, CHANCELLOR RICHARD A.

14    CARRANZA, MAYOR BILL DE BLASIO, JASON MARINO, JOHN DOE

15    NO. 2, JOHN DOE NO. 3, POLICE OFFICER JOHN DOE NO. 4,

16    JOHN DOE No. 5, JOHN DOE NO. 6 JOHN DOE NO. 7, JOHN

17    DOE NO. 8:

18             KEVON WEEKES, ESQUIRE (by videoconference)

19             New York City Law Department

20             100 Church Street

21             New York, NY 10007

22             kweekes@law.nyc.gov

23             (212) 788-0303

24             File #:  2020-0042538

25             Control #:  24-1729

Xuhui Ni

Page 4

```
1    ALSO PRESENT:
2         James Lin, Mandarin Chinese Interpreter (by
3         videoconference)
4         George Lee; Named Plaintiff (by videoconference)
5         Arthur Schwartz, Plaintiff Counsel (by
6         videoconference)
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Xuhui Ni

Page 5

1                         I N D E X

2     EXAMINATION:                                    PAGE

3         By Ms. Weekes                                9

4                    ·

5                      E X H I B I T S

6     NO.                DESCRIPTION                  PAGE

7     Defendant:

8     A              Video of Outside Crowd

9                    Of Public Meeting               34

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Xhui Ni

Page 6

1                    P R O C E E D I N G S

2                    THE REPORTER:  Good morning, everyone.

3    My name is Douglass Breshin; I am the officer assigned

4    by Veritext to take the record of this proceeding.  We

5    will now be going on the record.  It is 9:40 a.m.

6                    This is the deposition to be taken of

7    Xhui Ni taken in the matter of The Chinese American

8    Citizens Alliance of Greater New York, et al. vs. The

9    New York City Department of Education, et al.  Today

10   is May 31, 2024, and we are doing this deposition

11   remotely via Zoom.

12                    I am a notary authorized to take

13   acknowledgments and administer oaths in the State of

14   New York and which parties agree that I will swear in

15   the witness and our interpreter remotely.

16                    Additionally, absent an objection on

17   the record before the witness is sworn, all parties

18   and the witness understand and agree that any

19   certified transcript produced from the recording of

20   this proceeding:

21                    - is intended for all uses permitted

22   under applicable procedural and evidentiary rules and

23   laws in the same manner as a deposition recorded by

24   live stenographic means; and

25                    - shall constitute written stipulation

Xuhui Ni

Page 7

1    of such.

2                    And just before I get started with our

3    swear-ins, may I just please ask our attorneys

4    appearing today to introduce themselves on the record,

5    please.

6                    MR. SOTO:  Richard Soto from Advocates

7    for Justice Chartered Attorneys, appearing for the

8    plaintiffs.

9                    MS. WEEKES:  Kevon Weekes, New York

10   City Law Department, Office of the Corporation

11   Counsel, for the defendants.

12                   THE REPORTER:  So thank you very much,

13   everyone.  And now hearing no objections, I will first

14   swear in our interpreter and our then our witness.

15                   So Mr. Lin, may I please ask you to

16   raise your right hand?  Thank you.

17                        (Interpreter James Lin sworn to

18                        translate between English and Mandarin

19                        Chinese.)

20                        (All answers through interpreter unless

21                        otherwise noted.)

22                   THE REPORTER:  Thank you very much, Mr.

23   Lin.  And can we please ask Mr. Ni to raise his right

24   hand?

25   //

Xuhui Ni

Page 8

1    WHEREUPON,

2                          XUHUI NI,

3    called as a witness and having been first duly sworn

4    to tell the truth, the whole truth, and nothing but

5    the truth, was examined and testified as follows:

6                    THE REPORTER:  Thank you very much, Mr.

7    Ni.  And, before we get started can I just please ask

8    you for the record to state your full name, please,

9    followed by your address?

10                   THE INTERPRETER:  I just asked for the

11   clarification of the witness's full name a second

12   time.  Witness told me that his last name family is

13   NI, N-I.  His name is X-U-H-U-I.

14                   THE INTERPRETER (FOR THE WITNESS):  And

15   my address is ████ ████ ████████████.  The zip

16   code is ████ and I do have another address, which is

17   ████ ██████████ ██████████.  The zip is ██████.

18                   THE REPORTER:  Okay.  Thank you very

19   much, Mr. Ni, and we are all set to begin.

20                   And I apologize.  I wanted to ask which

21   location are you physically at today, Mr. Ni?

22                   THE WITNESS:  Right now?

23                   THE INTERPRETER:  Right now in English.

24                   THE REPORTER:  Correct, yes.  Your

25   location.

Xuhui Ni

Page 9

1              THE INTERPRETER (FOR THE WITNESS):

2    1017 76TH Street.

3              THE REPORTER:  Okay.  Thank you very

4    much.  And now we are all set to begin.

5                        EXAMINATION

6    BY MS. WEEKES:

7         Q    Good morning, Mr. Ni.  My name is Kevon, and

8    I represent the defendants in this matter.  Before we

9    dive into the deposition, I'm going to go over some

10   rules for you; okay?

11             First, I ask that you give only verbal

12   responses, so no nodding or shaking of the head, no

13   "uh-huhs" or "mm-hmms", just verbal responses, so that

14   the interpreter and court reporter can transcribe your

15   responses accurately; okay?

16        A    (In English) Okay.

17             (Interpreter) All right.

18        Q    Next, I know sometimes it's a little bit

19   difficult on Zoom but try your very best to keep your

20   voice up and speak as clearly as you can.  That also

21   is so that the interpreter can hear and translate you

22   accurately, and that our court reporter can transcribe

23   accurately.  Do you understand?

24        A    Okay.

25        Q    If you do not know the answer to any of my

Xuhui Ni

1    questions, please do not guess.  It's okay to tell me

2    that you don't know because I don't want you to guess

3    anything today; okay?

4        A    Okay.

5        Q    And, finally, if at any time you need to

6    take a break, that's fine.  The only thing I ask is

7    that if there's a pending question, you answer the

8    question, then you're free to take a break, and we'll

9    come back when you're ready.

10       A    Okay.

11       Q    And, Mr. Ni, do you have any physical

12   condition that could interfere with your ability to

13   testify here today?

14       A    No.

15       Q    Do you have any mental condition that could

16   interfere with your ability to testify here today?

17       A    No.

18       Q    Have you taken any medication in the last 24

19   hours that could impair your memory or your ability to

20   testify here today?

21              THE INTERPRETER:  The witness says "no"

22   before the whole question was rendered.

23   BY MS. WEEKES:

24       Q    Okay.  Mr. Ni, I just also that you wait for

25   me to fully complete my question, but also wait for

Xuhui Ni

Page 11

1    the interpreter to fully translate before you respond,

2    even if you understand what we're asking; okay?

3         A    Okay.

4         Q    Mr. Ni, is there any medication that you

5    should have taken but did not take, and not taking it

6    would affect your ability to testify today?

7         A    No.

8         Q    Not related to this case, have you ever sat

9    for a deposition like this before?

10        A    No.

11        Q    Do you recall sitting for a hearing related

12   to this case?

13        A    You talking about a hearing related to this

14   case?

15        Q    Yes, related to this case.  Do you recall

16   sitting in a similar setting where you were

17   represented by an attorney, and you were asked

18   questions related to this case?

19        A    Yeah, once before sometime.  Quite some time

20   before, I attend a hearing, something about this case.

21        Q    Mr. Ni, did you review any documents in

22   preparation for today's deposition?

23        A    I reviewed the video when these things

24   happened.

25        Q    Did you review anything else?

Xuhui Ni

Page 12

1          A     No.

2          Q     Other than this case, have you ever brought

3     any lawsuits against the City of New York?

4          A     No.·

5          Q     Have you ever brought any lawsuits against

6     the State of New York?

7          A     No.

8          Q     Mr. Ni, at the beginning of the deposition,

9     you gave two addresses.  Which is your current

10    address?  Where do you live?

11         A     ███ ██████████.

12         Q     How long have you lived at that address?

13         A     A little bit more than five years.

14         Q     Do you live with anyone at that address?

15         A     Yes, my family.

16         Q     And when you say your family, who are you

17    referring to?

18         A     My wife, my son or sons, my daughter or

19    daughters.

20         Q     Did you discuss today's deposition with any

21    members of your family?

22         A     No.

23         Q     Mr. Ni, with the understanding that only the

24    last four digits will be on the transcript, what is

25    your full date of birth?

Xuhui Ni

Page 13

1      A      ███████

2      Q      With the understanding that only the last

3   four will be on the transcript, what is your full

4   social security number?

5      A      ███████

6      Q      Mr. Ni, are you currently a recipient of

7   public assistance?

8      A      No.

9      Q      Are you a recipient of Medicaid or Medicare?

10     A      I should have something, but I'm certain

11  because I do have health insurance, something called

12  the First Health or something.  I'm not certain.  I

13  need to discuss that with my wife.

14     Q      Are you a recipient of any disability

15  benefits?

16     A      No.

17     Q      Are you currently employed?

18     A      Yes.

19     Q      Where are you employed?

20     A      New, N-E-W, LNH Computer.

21            THE INTERPRETER:  Yeah, the witness

22  thought -- did you get that?

23            THE REPORTER:  I only heard what you

24  originally said.  The New LNH Computer --

25            THE INTERPRETER:  Computer, yeah.

Xuhui Ni

Page 14

1    Thanks.

2    BY MR. WEEKES:

3        Q    Mr. Ni, do you recall the date of the

4    incident for which we are here today?

5        A    It was a while ago, a long time ago.  I -- I

6    really need to look up in my record, but I remember

7    it's one of those winter date.

8        Q    If I were to tell you the date of the

9    incident is February 4th of 2020, would that sound

10   accurate?

11       A    Yes.

12       Q    Back on February 4th of 2020, were you

13   employed at New LNH Computer?

14       A    Yes.

15       Q    Did you lose any time from work as a result

16   of this incident?

17       A    No.

18       Q    Do you recall where the incident took place?

19       A    I remember it happened in school at a time

20   we were about to go into -- into the auditorium to

21   join a meeting.

22       Q    Which school?  You mentioned that you recall

23   what happened at the school.  Which school was it?

24       A    I don't recall the exactly what the school

25   name is now.

Xuhui Ni

Page 15

```
 1        Q     Do you recall where it's located?

 2        A     It's in South Brooklyn.

 3        Q     Do you recall around what time you arrived

 4   at the school?

 5        A     Five-ish, close to six.

 6        Q     And why did you go to the school that day?

 7              THE INTERPRETER:  Ms. Weekes, the

 8   interpreter need clarification.

 9              MS. WEEKES:  Okay.

10              THE INTERPRETER (FOR THE WITNESS):

11   Well, because there was a meeting supposed to held in

12   the school that -- that day, and the commissioner of

13   the education department scheduled to be there because

14   there's a Hispanic person whose name is Cody and call

15   us Chinese as yellow.  She we want -- we were -- the

16   whole Chinese community, we were raged.  We want to

17   the commissioner, we want to -- to that commissioner

18   to heard our voice against people use that kind of

19   term to call us.

20              THE REPORTER:  I'm sorry to cut in,

21   James.  Can I just double check the name you said.

22   The person was Cody with a C?

23              THE INTERPRETER:  That's the -- I

24   didn't ask for the spelling, so I use the phonetic.  I

25   would say C-O-D-Y or C-O-D-I.
```

Xuhui Ni

Page 16

1          THE REPORTER:  Thank you very much.  I

2    just wanted to check what I heard very quickly.

3          THE INTERPRETER:  Okay.  No problem.

4    BY MS. WEEKES:

5        Q    Do you recall whether anyone went with you

6    to the meeting?

7        A    I drove there myself.

8        Q    When you arrived at the school, did you go

9    directly into the meeting?

10        A    No.

11        Q    What did you do?

12        A    Because at that time, outside the school

13    there was a protest going on.  People protest Cody use

14    the term yellow, and I joined them.  And I have a

15    placard in my hand.  I joined them.

16             And then when the protest about end, that's

17    when the meeting about to ready.  So we ended the

18    protesting, and we were ready to go in the meeting.

19    And then what happened was outside the meeting, the

20    event -- of the event, what happened was they won't

21    let us go inside the meeting.

22        Q    Prior to arriving at the school, were you

23    aware that there would be a protest outside the

24    meeting?

25        A    No.  All I know there was a meeting on that

Xuhui Ni

Page 17

1    day.  But once I arrive there, I park my car and I

2    realized there's a protesting going on outside the

3    school.  It's on the street outside the school walls.

4         Q    You mentioned that you had, I think you said

5    a card, a blank card, a placard in your hand and you

6    joined the protest; is that correct?

7         A    Yeah.  There was something that once I

8    joined the protest, one of the participants gave me

9    one of those signs.

10        Q    How long did you take part in the protest?

11        A    I don't recall exactly how long it was now,

12   but I would say something around like 10 to 20

13   minutes.

14        Q    Do you recall the names of any of the other

15   individuals that were protesting with you?

16        A    Yes, yes, I do.

17        Q    What are their names?

18        A    I saw Chen Hui Hua, C-H-E-N H-U-I H-U-A.

19   The is the named spelled.  I saw George Lee, Bernard,

20   Linda Lam, L-A-M.  And there was a chubby person, this

21   woman.  I just can't think of that person now.  And I

22   saw a lot of parents, someone -- such as like Tracy.

23        Q    Mr. Ni, do any of your children currently

24   attend Department of Education School?

25        A    Yes.  My son is attending the Hunter High,

Xuhui Ni

Page 18

1    and my daughter is attending the Staten Island Tech.

2                MS. WEEKES:  I'm sorry, Mr. Lin.  Can

3    you say that again?

4                ·  THE INTERPRETER:  Staten Island Tech.

5    BY MS. WEEKES:

6        Q    Back on February 4, 2020, were any of your

7    children enrolled in a Department of Education School?

8        A    Yes.

9        Q    Prior to February 4, 2020, did you know

10   George Lee?

11       A    Yes, I do.

12       Q    At that time, how long had you known Mr.

13   Lee?

14       A    We met in 2018 when we went to SHSAT.

15                MS. WEEKES:  Mr. Lin, it's S-S-A-T?

16                THE INTERPRETER:  S-H-S-A-T.

17   BY MS. WEEKES:

18       Q    What is SHSAT?

19       A    Special High Schools something.  Let me --

20   let me refresh my memory.

21                (In English) Special High School, let me

22   see.

23       Q    If you don't remember, it's okay.

24       A    Okay.

25       Q    Prior to arriving at the school, were you

Xuhui Ni

Page 19

1    aware that Mr. Lee would be a part of the protest?

2        A    I didn't know.  Well, maybe I should say I

3    wasn't sure.

4        Q    Prior to February 4, 2020, did you know

5    Linda Lam?

6        A    Yes, I do.

7        Q    So how long prior to February 4, 2020, did

8    you know Ms. Lam?

9        A    The same thing.  The band related to SHSAT

10   in 2018.

11       Q    Mr. Ni, do you know who Phillip Wong is?

12                THE INTERPRETER:  Ms. Weekes, Mr. Wong,

13   W-O-N-G?

14                MS. WEEKES:  Yes.

15                THE INTERPRETER:  Thank you.

16                THE INTERPRETER (FOR THE WITNESS):

17   Yes, I do.

18   BY MS. WEEKES:

19       Q    Do you recall whether Mr. Wong was at the

20   protest on February 4, 2020?

21       A    Let me refresh my -- No, I don't recall now.

22       Q    Do you know who Lucas, I'll spell, Lucas,

23   last name L-I-U?

24                THE INTERPRETER:  Lucas, L-U-C-A-S.

25                MS. WEEKES:  Yes.

Xuhui Ni

Page 20

1          THE INTERPRETER:  Thank you, ma'am.

2          THE INTERPRETER (FOR THE WITNESS):

3     Yes, I do.

4     BY MS. WEEKES:

5          Q    Do you recall whether he was at the protest

6     on February 4, 2020?

7          A    Yes.  He was right behind me when I was

8     stopped to go inside.

9          Q    Do you recall whether Lucas also had a sign

10    during the protest?

11         A    He should have one.

12         Q    Mr. Ni, do you recall what you were wearing

13    on that day?

14         A    North Face, military green overcoat, and

15    inside, I believe I had -- it was a short coat.  I

16    believe I had like a leather jacket or something under

17    it.

18         Q    Mr. Ni, I see that you are wearing glasses

19    today.  Were you wearing glasses back on February 4,

20    2020?

21         A    I've been wearing glasses, yes.

22         Q    Now, after you left the protest after 10 to

23    20 minutes, what happened?

24         A    Yes, this is what happened immediately after

25    the protest was end.  And there was a time when the

Xuhui Ni

Page 21

1    meeting is supposed to started.  And, you know, then

2    we were ready to go inside and join the meeting.

3               Usually when the school, they have four

4    doors, but on that day, they only opened the very far

5    right door.  So during that chill weather, we still

6    have to wait in line, try to get in.

7               And then so the sign I had, I rolled it up

8    and I was holding in my hand.  So I was waiting and

9    then I got in.  And then once I start approaching and

10   there was like steps, there were two people on the

11   steps.  And when they saw me have this sign in my

12   hand, and they told me that because you carry this

13   sign, you're not allowed to go in.  So I was forced to

14   leave to go back to the outside.

15              And then I heard a noise of commotion, and I

16   heard somebody ask, "Why do you come out?"  I said, "I

17   was forced out."  That person gave me another sign,

18   and why he hand me another sign and told me, "This is

19   your right because this is a public open meeting to

20   the public."

21        Q    Prior to February 24, 2020, have you ever

22   attended a meeting at this location?

23        A    No, because this school doesn't -- my

24   children does not belong to that district.

25        Q    Why did you go to this meeting on that day?

Xuhui Ni

Page 22

1        A     I did briefly mention that earlier because a

2    member, whose name is Cody, who is Hispanic, he used

3    the term to describe the Chinese, and we tried to put

4    pressure on it and ask the member to apologize to the

5    Chinese community.  And, also, we want the

6    commissioner -- Education Commissioner -- try to get

7    these things involved.

8        Q     You mentioned that there were two people at

9    the top of the steps that told you you could not carry

10   in the sign.  Do you recall what they looked like?

11       A     I don't recall now.

12       Q     Prior to trying to go in, did you hear these

13   individuals say that you could not come in with the

14   sign?

15       A     No.

16       Q     Do you recall whether you saw anyone enter

17   with a sign prior to your attempt to go into the

18   meeting?

19       A     Well, to be very honest with you, because my

20   feeling is, it is a meeting open to the public, and it

21   is my right to attend the meeting.  So I did not pay

22   much attention to other people if they carried a sign

23   or not.

24       Q     You mentioned that there was only one door

25   open, and you had to wait in line to go into that

Xuhui Ni

Page 23

1    door.  Do you recall seeing anyone enter the meeting

2    through a different door?

3         A    No.

4         Q    Now, you mentioned that you were stopped

5    when you tried to enter with the sign.  Were you

6    stopped before you went through the door or after?

7         A    Well, as a matter of fact, it happened

8    twice.  The first time I entered the door, but I was

9    stopped.  And then I exit, I left.  And then I tried

10   to get in again, and I got stopped again.

11        Q    The first time you entered, did you enter

12   with the sign in your hand?

13        A    Yes.

14        Q    Do you recall how the person that stopped

15   you, what they looked like?

16        A    I don't recall.

17        Q    And once you left, what happened?

18        A    When I was stopped at the stairs and the

19   person told me I cannot come in, so I exit.  And

20   outside the door at the staircase, and I encountered

21   something, which is upset me very much.  At time,

22   there was a person with some kind of uniform, like a

23   police uniform.  That person requirement that he want

24   to do a search.  He wanted me to open my coat and to

25   search if I carry any sign or anything.

Xuhui Ni

Page 24

1      Q     Let's go back.  So you exited after the

2   first time you were told you could not enter.  The

3   second time, did you still have the sign in your hand?

4      A     No.  But that's what I'm trying to tell you

5   because at that time I didn't have any sign on me, and

6   that person, that uniform, police uniform person, and

7   he realized I didn't have a sign, but he insist to

8   check me -- to check me.  And after he find any --

9   nothing on me, he still won't let me in.

10      Q     Now, you mentioned that this person searched

11   you.  Describe to me how he did that.

12      A     Okay.  Because that person stopped me.  He

13   told me that I -- "I need to search you.  I want you

14   to open your coat to see if you have any sign."  I

15   showed it to him that I don't have anything, but even

16   after he realized that I didn't have anything, he

17   still blocked me with his body to go in, but he let

18   other people to walk in.

19      Q     The sign that you had in your hand, what did

20   you do with it?

21      A     I -- I don't recall now, but I remember that

22   I gave the sign to a student parent.  And then when

23   that uniform person kept on blocking me from go in,

24   and them people, the crowd said, "You should keep

25   yours.  It's your right."  And -- but I -- I tell the

Xuhui Ni

1    crowd that, "See, this -- this guy won't let me in."

2         Q    Did there come a time that you entered the

3    meeting?

4         · A    Yes.  At the end, I placed the sign, and I

5    left on the stair -- the step outside the door.  And

6    that's when they allowed me in.

7         Q    Do you recall how long before you were

8    allowed into the meeting?

9         A    Somewhere like ten plus minute.

10         Q    I just want to go back for a second.  So the

11    person you said that they wanted to check to make sure

12    you didn't have a sign, did that person put their

13    hands on you in any way?

14         A    I don't think so.  I just want to be very

15    clear.  Like even though he did not use his hand to

16    touch me any way, but he's using his body to block me

17    to going in.

18         Q    Well, that's not my question.  You mentioned

19    you were searched.  My question is did this person use

20    his hand, or rather I should rephrase.  Did this

21    person use their hands to search your person, search

22    your body in any way?

23         A    No.

24         Q    Now, you mentioned that the person used

25    their body to block you.  Were you pushed or shoved by

Xuhui Ni

Page 26

```
 1    that person in any way?
 2         A    Of course, yes.
 3         Q    Once you entered the meeting, did you see
 4    anyone with signs inside of the meeting?
 5         A    No.  But -- but on the other side, I would
 6    say on the left side, I saw something.  I saw people
 7    had something in their hand to bring with them because
 8    once they allow me in, it was crowded inside already,
 9    and I was let in very late.
10         Q    Other than this lawsuit, did you file any
11    complaint regarding this incident?
12         A    Well, I did share this event with my
13    community members, so I shared what had transpired
14    about this event.  I shared with the student parents.
15         Q    Did you file any complaint with Department
16    of Education?
17         A    Personally?  No.
18         Q    Did you at any time ask why you cannot go
19    into the meeting?
20         A    Of course I did because the very first time
21    when they stopped me, they won't let me in.  And I did
22    ask them and they said, "Because you have a sign in
23    your hand."  And on the second event, because I was
24    stopped to go -- from go in, you know, I asked them
25    the same question.  And now this time they decide to
```

Xuhui Ni

Page 27

```
 1   keep silent.
 2         Q     Did you suffer any physical injury as a
 3   result of this incident?
 4       · A     No.
 5         Q     Did you suffer any emotional injury as a
 6   result of this incident?
 7         A     Of course.
 8         Q     Please describe your emotional injuries.
 9         A     First, being an American citizen in this
10   country, right, and you are denied your right to enter
11   a meeting open to the public, you feel raged and also
12   in the sense, I believe, you're lost.  The sense of
13   lost.  You not belong to this society.  Okay.  And
14   then once you've lost that sense of your belonging and
15   you -- you easily, you feel you have been bullied and,
16   of course, the next thing is you are seeking for
17   justice.  And that that time, I have no way knowing
18   where to where to seek injustice at that time.  And
19   the most -- most of all to my personality is I'm a
20   legal citizen here, and without any legal ground.  Who
21   has the right to ask me to open my coat for -- for
22   illegal search?  Well, especially we have a very
23   strong feeling about this personal freedom because we
24   came from a Chinese police country in China.  And
25   Chinese police, they don't respect any human rights.
```

Xuhui Ni

Page 28

1   And we came here -- we left China to come here seeking

2   for freedom.  But when that's -- when the event

3   happened, and I believe that my personal right and

4   everything I was seeking for has been taken away.

5          Q     Did you see a mental health professional

6   regarding these emotional injuries?

7          A     No, because that costs money.

8          Q     After February 4, 2020, did you attend any -

9   - withdrawn.  After February 4, 2020, have you

10  attended any town hall meetings?

11         A     Yeah, because I strongly believed I need to

12  get back my right where my right was taken away from

13  me.

14         Q     Between February 4, 2020, and today,

15  approximately how many town hall meetings have you

16  attended?

17         A     A lot.  I don't recall the exact number now.

18         Q     After February 4, 2020, did you take a sign

19  into any of the town hall meetings you attended?

20         A     Yes.

21         Q     And at those meetings where you took a sign,

22  were you told that you could not enter with a sign?

23         A     No.

24         Q     Prior to February 4, 2020, did you attend

25  any town hall meetings?

Xuhui Ni

Page 29

1      A    Yes.

2      Q    At any of the town hall meetings you

3   attended prior to February 4, 2020, did you take a

4   sign?

5      A    Yes.

6      Q    At any of those meetings that you took a

7   sign prior to February 4, 2020, were you told you

8   could not enter with a sign?

9      A    No.

10     Q    I'd like to go back for just very briefly,

11  the individual that told you to open your jacket, you

12  mentioned they were in uniform; is that correct?

13     A    Yes.

14     Q    Do you know whether that person was a safety

15  officer or NYPD officer?

16     A    At that time, I cannot tell the difference

17  because they all wear like black uniforms.

18     Q    Do you recall whether, anyone other than

19  yourself, do you recall seeing anyone denied entry

20  into the meeting?

21     A    Oh, yes.  Well, anybody look like Asian was

22  stopped and other race, they were allowed in.

23     Q    The people that you saw stopped and denied

24  entry into the meeting, were they carrying signs?

25     A    I don't believe so.

Xuhui Ni

Page 30

1        Q     Do you recall whether you saw anyone that
2    appeared to be Asian allowed into the meeting?
3        A     No, I don't believe so.  Well, anyone looks
4    like Asian was put on hold.
5        Q     You mentioned earlier that you were standing
6    in line to get to the meeting.  Approximately how many
7    people were in front of you?
8        A     Yes, because they only open small doors, you
9    won't -- you won't be able to see what's inside behind
10   that door, but in front of me, outside, it was at
11   least five, maybe six person.
12       Q     Mr. Ni, approximately how tall are you?
13       A     Five-seven.
14       Q     When you entered the meeting, do you recall
15   seeing anyone you perceived to be Asian inside of the
16   meeting?
17       A     Yeah.  By the time I was allowed in, I was,
18   you know -- yes, when I went in, yes.  I saw some
19   Asian faces.
20              THE INTERPRETER:  Ms. Weekes?
21              MS. WEEKES:  Yes.
22              THE INTERPRETER:  The interpreter can
23   take like a couple minutes' break?
24              MS. WEEKES:  Yeah, sure.  Perfect
25   timing because I need to pull up the video.  So let's

Xuhui Ni

Page 31

1    take -- what time is it now?  11:02, five minutes; is

2    that good?

3                        MR. INTERPRETER:  That's good enough.

4         ·              MS. WEEKES:  Okay, so we'll be back at

5    11:07, Douglass.

6                        THE REPORTER:  Sure.  I will go off the

7    record, everyone.  It's 11:02.

8                        (Off record.)

9                        THE REPORTER:  Thank you very much.

10   I'm back on the record, everyone.  It's 11:09.

11                       MS. WEEKES:  Mr. Breshin, I have a

12   video that I would like to pull up.  I don't know if I

13   have share screen controls, or do I need to send it to

14   you?

15                       THE REPORTER:  You have full controls

16   to share.

17                       MS. WEEKES:  Okay.

18                       THE INTERPRETER (FOR THE WITNESS):  Can

19   I say something?  I just want to verify something.

20   BY MS. WEEKES:

21        Q    Sure, that's fine.

22        A    Well, I just want to verify, you know,

23   because I'm trying to -- to say that, you know, when I

24   -- when I first stopped going in, I -- I was stopped

25   because I was carrying the sign.  And, again, and on

Xuhui Ni

Page 32

```
1    the second attempt I was trying to get in, it was a

2    stop, and I wasn't able to get in.  I did ask them.  I

3    did ask them, "What's the reason you guys stopped me

4    from going in because I'm carrying the sign?"  And

5    that time when I raised that question, they kept

6    silent.  They did not want to respond to my question.

7    I just wanted to make sure that was my answer to the

8    question to you before the break.

9         Q    And the first time you tried to go in, were

10   you told that you weren't allowed to come in because

11   you did not have a sign?

12        A    But the first time, I tried to enter, it was

13   steps inside the door.  There were two guys, as I

14   mentioned.  They told me that, "You cannot come in

15   because you have a sign on you."  And then they demand

16   me to leave, so I follow -- I follow it, and I left.

17   I exit.  And, at that time, when I left, when I was

18   outside, I don't believe I had the sign in my hand.

19             At that time, those was uniform.  They

20   brought me from go in and they told me that, "You

21   cannot carry any sign."  I did ask them at that time.

22   I ask them what the reason behind that?  And they keep

23   on repeating and saying, "There's no sign allowed."

24             MS. WEEKES:  Mr. Breshin, can you give

25   me your email.  I'm having trouble play the video, so
```

Xuhui Ni

1    perhaps if I send it to you, you'll be able to pull it

2    up.   If not, then we'll move on without, but I'd like

3    to try first.

4              THE REPORTER:   I'll put it in the chat

5    right now for you.   Okay.   I just put it in the chat.

6              MS. WEEKES:   Okay, I just sent it.   I

7    sent multiple, but I don't intend on using all three.

8    I just, for some reason, I can't open it to see which

9    one.   Once they pop up, I can tell you which one I

10   actually need.

11             I'm sorry, everyone.   Just bear with me

12   one minute.   Let's see if we can get the video, and

13   then we're almost done.

14             THE REPORTER:   Okay, I received them.

15   It looks like they're working.

16             MS. WEEKES:   Okay.   So, unfortunately,

17   I cannot tell which is which.   Give me one second.

18   Let me see if I can find it.   Okay, so not -- let's

19   see if I can tell if this is the one.

20             (Video played.)

21             MS. WEEKES:   Okay.   From the time stamp

22   -- the time stamp I need is about two minutes and 20

23   seconds.   If you can go there and I can tell you if

24   this is the correct one or not.   I'm just not able to

25   play them and I can't tell.   I think you have to hit

Xuhui Ni

```
1     play.  Otherwise, I think it pauses where the initial

2     -- even if, you know, you drag it, it doesn't actually

3     play.

4              ·                THE REPORTER:  I was just moving it to

5     the right spot.  Hold on.

6                        (Video played.)

7                        MS. WEEKES:  Okay, so it's not this

8     one.  This is Video 2?

9                        THE REPORTER:  This was Video 1.

10                       MS. WEEKES:  Okay.  So let's try 2.

11                       (Video was played.)

12                       MS. WEEKES:  Is that the end of that

13    video?

14                       THE REPORTER:  This is Video 2.

15                       (Video was played.)

16                       THE REPORTER:  I was trying to move it

17    to 2 minutes and 20 seconds, but it looks like the

18    entire video is only --

19                       MS. WEEKES:  Okay.  So Video 3 is the

20    one that we need.  Okay.  That was helpful.  Okay.

21    Okay, you just need to share your screen.  Okay.

22    Perfect, thank you so much.  Okay, so let's mark this

23    as Defendant's Exhibit A.

24                       (Defendant's Exhibit A was marked for

25                        identification.)
```

Xuhui Ni

Page 35

1    BY MS. WEEKES:

2        Q    Okay, Mr. Ni, I'm going to show you a video

3    that's just been marked as Defendant's Exhibit A.  I'm

4    going to play this video from about 2 minutes and 20

5    seconds with the help of our court reporter all the

6    way to the end, and then I'll ask you questions; okay?

7        A    Okay.

8                (Video was played.)

9        Q    Okay, Mr. Ni, do you recognize the events

10   depicted in the video?

11       A    Yes.  Yes, I do.

12       Q    And what do you recognize it to be?

13       A    This happened with -- after I left.  I'm

14   trying re-entry and they just kept on blocking me,

15   won't let me in.

16       Q    So you recognize yourself in the video?

17       A    Yes.

18       Q    Do you know who took the video?

19       A    I don't know.

20              MS. WEEKES:  Mr. Breshin, if we can

21   pull back up the video.

22   BY MS. WEEKES:

23       Q    And what I'd like for you to do, Mr. Ni, is

24   when you see yourself on the screen if you can just

25   indicate, just call out for me.

Xuhui Ni

Page 36

1              MS. WEEKES:  Just for the record, we're
2     playing the video again for about 2 minutes and 15
3     seconds.
4              ·         (Video was played.)
5                    Mr. Breshin, can you pause?
6              THE INTERPRETER (FOR THE WITNESS):
7     Yeah.
8     BY MS. WEEKES:
9          Q    Mr. Ni, have you seen yourself yet in the
10    video?
11         A    Yes.
12         Q    Can you indicate by describing your clothing
13    which individual in the video is you?
14         A    If you count from the right, I'm the third
15    person with the glasses on and with the military green
16    overcoat.
17              MR. SOTO:  Can we note for the record
18    that the current timestamp on the video is 2 minutes
19    and 35 second?
20    BY MS. WEEKES:
21         Q    Mr. Ni, here paused at 2 minutes and 35
22    seconds, are you the individual holding what appears
23    to be a cell phone in your hand?
24         A    Yes.
25              MS. WEEKES:  Mr. Breshin, can we play?

Xuhui Ni

Page 37

1               (Video played.)

2               MS. WEEKES:  Can you pause?  If we can

3      just go back to about 2 minutes and 40 seconds and

4      pause there.

5      BY MS. WEEKES:

6         Q    Mr. Ni, you're wearing a red shirt at 2

7      minutes and 40 seconds; is that correct?

8         A    Yes.

9         Q    And you're holding a cell phone in what

10     appears to be your right hand?

11        A    Yes.

12        Q    In your left hand, are you holding a sign?

13     Withdrawn.  We can see at 2 minutes and 40 seconds,

14     your left arm is kind of bent at about a 90-ish degree

15     angle.  Are you holding a sign in your arm in this

16     image?

17        A    I don't recall now.

18               MS. WEEKES:  Can you let the video

19     play, Mr. Breshin?

20               (Video played.)

21               MS. WEEKES:  Okay, can we pause?

22     BY MS. WEEKES:

23        Q    Mr. Ni, we see that it appears that you were

24     stopped and turned back.  Do you recall why you were

25     stopped?

Xuhui Ni

Page 38

1        A    Because, you know, as a matter of fact,

2    prior to this, he was the person that asked me to open

3    my coat up, and so he wanted to make sure that I don't

4    have any sign on me.  And I believe he recognized me

5    now.  But, at this time, he stopped me from going in.

6        Q    And at this time, did you have a sign in

7    your coat?

8                  MS. WEEKES:  Mr. Breshin, can we let

9    the video play?

10                 (Video played.)

11                 MS. WEEKES:  Can you pause?

12   BY MS. WEEKES:

13       Q    Mr. Ni, we just saw you unroll a sign; is

14   that correct?

15       A    Yeah.  As I said earlier, somebody, I don't

16   know who, gave me another sign.  But then I paused for

17   a while, I decided I don't want to carry that, so I

18   unrolled it, I left on the step.

19       Q    And prior to unrolling the sign, where was

20   it?

21       A    I don't know.  It was just somebody else

22   just gave to me.

23                 MS. WEEKES:  Mr. Breshin, let's go back

24   and play the video again from 2 minutes and 20 seconds

25   to the end.

Page 39

1                    (Video played.)

2    BY MS. WEEKES:

3         Q    Mr. Ni, do you see the individual that gave

4    you the sign?

5         A    No.

6         Q    When you unrolled the sign, was there anyone

7    standing to your left or to your right?

8         A    Yes.

9         Q    Do you see that person in the video?

10        A    No.

11        Q    At this point, after you unrolled the sign

12   and put it on the floor and went back in the line,

13   were you let into the meeting?

14        A    At that time, they still stopped me from

15   going in at that moment, but then you can see through

16   the whole video they let everybody in first before

17   they left me in.

18             MS. WEEKES:  Mr. Breshin, you can exit

19   the video.

20   BY MS. WEEKES:

21        Q    Mr. Ni, prior to February 4th of 2020, have

22   you ever seen a mental health professional for any

23   reason related to any mental health or emotional

24   injuries or symptoms?

25        A    No.

Xuhui Ni

Page 40

1        Q     Ms. Ni, are you a member of any social

2    network?

3        A     During what period of time?

4        Q     From February 4, 2020, to present.

5        A     Yes.

6        Q     What social network platforms are you a

7    member of?

8        A     WeChat.

9                    THE INTERPRETER:  W-E-C-H-A-T.

10   BY MS. WEEKES:

11       Q     Have you ever posted anything on WeChat

12   related to this incident?

13       A     Yes.

14       Q     When did you post on WeChat?

15       A     I don't recall now.

16       Q     What did you post?

17       A     The whole event, why I was stopped from

18   going in, and the reason is because I believe it is

19   our right to bring the sign, and I believe it's the

20   sign, and they shouldn't stop us from go into this

21   meeting open to the public.  And, also secondly, I

22   expressed that we against the member, Cody, use the

23   derogatory term to the Chinese people as a yellow.  So

24   I post that and some statements or chat and just I

25   wish the Chinese community keep on work together and

Xuhui Ni

Page 41

1    put the pressure on Education Department Commissioner.

2        Q    What is your WeChat username or handle?

3        A    Ling Fei.

4        Q    I'm sorry, can you say that again?

5        A    Ling Fei.

6                    THE INTERPRETER:  L-I-N-G F-E-I.

7    I believe the one shows on the screen.

8    BY MS. WEEKES:

9        Q    Other than those posts on WeChat, did you

10    post anywhere else regarding this incident?

11        A    No.

12        Q    Did you post on WeChat about this lawsuit?

13        A    No.

14        Q    Have you seen any postings on WeChat by

15    anyone else regarding the February 4, 2020, events?

16        A    I believe so.

17        Q    What did you see?

18        A    About something related to the Education

19    Department discriminated against us and won't allow us

20    to bring sign to go in the meeting.

21        Q    And those posts, do you recall who posted

22    that information?

23        A    I don't recall now.

24        Q    Mr. Ni, are you a member of the Chinese

25    American Citizens Alliance of Greater New York?

Xuhui Ni

Page 42

1       A     No.

2       Q     Are any members of your family part of that

3    organization?

4       A     No.

5              MS. WEEKES:   Okay, Mr. Ni.   Thank you

6    so much for your time.   I have no further questions

7    for you.

8              MR. SOTO:   I have no questions.

9              MS. WEEKES:   Thank you so much, Mr.

10   Breshin.

11             Thank you Mr. Lin.

12             THE INTERPRETER:   Thank you very much.

13             THE REPORTER:   We are off the record,

14   everyone.   It's 11:41.

15             (Signature reserved.)

16             (Whereupon, at 11:41 a.m., the

17             proceeding was concluded.)

18

19

20

21

22

23

24

25

Xuhui Ni

Page 43

1              CERTIFICATE OF DEPOSITION OFFICER

2              I, DOUGLASS BRESHIN, the officer before whom

3       the foregoing proceedings were taken, do hereby

4       certify that any witness(es) in the foregoing

5       proceedings, prior to testifying, were duly sworn;

6       that the proceedings were recorded by me and

7       thereafter reduced to typewriting by a qualified

8       transcriptionist; that said digital audio recording of

9       said proceedings are a true and accurate record to the

10      best of my knowledge, skills, and ability; that I am

11      neither counsel for, related to, nor employed by any

12      of the parties to the action in which this was taken;

13      and, further, that I am not a relative or employee of

14      any counsel or attorney employed by the parties

15      hereto, nor financially or otherwise interested in the

16      outcome of this action.

17

18                              DOUGLASS BRESHIN

19                      Notary Public in and for the

20                              State of New York

21

22      [X] Review of the transcript was requested.

23

24

25

Xuhui Ni

Page 44

1               CERTIFICATE OF TRANSCRIBER

2          I, DARLA HUMPHREYS, do hereby certify that

3     this transcript was prepared from the digital audio

4     recording of the foregoing proceeding, that said

5     transcript is a true and accurate record of the

6     proceedings to the best of my knowledge, skills, and

7     ability; that I am neither counsel for, related to,

8     nor employed by any of the parties to the action in

9     which this was taken; and, further, that I am not a

10    relative or employee of any counsel or attorney

11    employed by the parties hereto, nor financially or

12    otherwise interested in the outcome of this action.

13

14

15                              DARLA HUMPHREYS

16

17

18

19

20

21

22

23

24

25

Xuhui Ni

```
                                                    Page 45

1    Chinese American Citizens Alliance Of Greater NY v. NYC DOE

2    Xuhui Ni (#6733073)

3                    E R R A T A   S H E E T

4    · PAGE_____ LINE_____ CHANGE_____

5    _____

6    REASON_____

7    PAGE_____ LINE_____ CHANGE_____

8    _____

9    REASON_____

10   PAGE_____ LINE_____ CHANGE_____

11   _____

12   REASON_____

13   PAGE_____ LINE_____ CHANGE_____

14   _____

15   REASON_____

16   PAGE_____ LINE_____ CHANGE_____

17   _____

18   REASON_____

19   PAGE_____ LINE_____ CHANGE_____

20   _____

21   REASON_____

22

23   _____    _____

24   Xuhui Ni                            Date

25
```

Page 46

1    Chinese American Citizens Alliance Of Greater NY v. NYC DOE

2    Xuhui Ni (#6733073)

3                    ACKNOWLEDGEMENT OF DEPONENT

4        I, Xuhui Ni, do hereby declare that I

5    have read the foregoing transcript, I have made any

6    corrections, additions, or changes I deemed necessary as

7    noted above to be appended hereto, and that the same is

8    a true, correct and complete transcript of the testimony

9    given by me.

10

11    _____    _____

12    Xuhui Ni                              Date

13    *If notary is required

14                        SUBSCRIBED AND SWORN TO BEFORE ME THIS

15                        _____ DAY OF _____, 20___.

16

17

18                        _____

19                        NOTARY PUBLIC

20

21

22

23

24

25

Xuhui Ni

**[08964 - american]**                                                   Page 1

| 0 |
| --- |
| **08964**  1:12 |

| 1 |
| --- |
| **1**  34:9 |
| **10**  17:12 20:22 |
| **100**  3:20 |
| **10007**  3:8,21 |
| **1017**  8:15 9:2 |
|   12:11 |
| **11220**  8:17 |
| **11228**  8:16 |
| **11:02**  31:1,7 |
| **11:07**  31:5 |
| **11:09**  31:10 |
| **11:41**  42:14,16 |
| **15**  36:2 |
| **1902**  3:7 |
| **1977**  13:1 |
| **1:2020cv**  1:11 |

| 2 |
| --- |
| **2**  1:15 3:15 |
|   34:8,10,14,17 |
|   35:4 36:2,18 |
|   36:21 37:3,6 |
|   37:13 38:24 |
| **20**  17:12 20:23 |
|   33:22 34:17 |
|   35:4 38:24 |
|   46:15 |
| **2018**  18:14 |
|   19:10 |
| **2020**  14:9,12 |
|   18:6,9 19:4,7 |
|   19:20 20:6,20 |

21:21 28:8,9
28:14,18,24
29:3,7 39:21
40:4 41:15
**2020-0042538**
  3:24
**2024**  2:3 6:10
**212**  3:10,23
**225**  3:7
**24**  10:18 21:21
**24-1729**  3:25
**25609**  43:17
**285-1400**  3:10

| 3 |
| --- |
| **3**  1:16 3:15 |
|   34:19 |
| **31**  2:3 6:10 |
| **32385**  44:14 |
| **34**  5:9 |
| **35**  36:19,21 |

| 4 |
| --- |
| **4**  1:17 3:15 |
|   18:6,9 19:4,7 |
|   19:20 20:6,19 |
|   28:8,9,14,18,24 |
|   29:3,7 40:4 |
|   41:15 |
| **40**  37:3,7,13 |
| **4th**  14:9,12 |
|   39:21 |

| 5 |
| --- |
| **5**  1:17 3:16 |
| **5619**  8:17 |

| 6 |
| --- |
| **6**  1:18 3:16 |
| **6733073**  2:8 |
|   45:2 46:2 |
| **6902**  13:5 |

| 7 |
| --- |
| **7**  1:18 3:16 |
| **76th**  8:15 9:2 |
|   12:11 |
| **788-0303**  3:23 |
| **7th**  8:17 |

| 8 |
| --- |
| **8**  1:19 3:17 |

| 9 |
| --- |
| **9**  5:3 |
| **90**  37:14 |
| **9:40**  2:4 6:5 |

| a |
| --- |
| **a.m.**  2:4 6:5 |
|   42:16 |
| **ability**  10:12,16 |
|   10:19 11:6 |
|   43:10 44:7 |
| **able**  30:9 32:2 |
|   33:1,24 |
| **above**  46:7 |
| **absent**  6:16 |
| **accurate**  14:10 |
|   43:9 44:5 |
| **accurately**  9:15 |
|   9:22,23 |
| **acknowledge...** |
|   46:3 |

**acknowledg...**
  6:13
**action**  43:12,16
  44:8,12
**actually**  33:10
  34:2
**additionally**
  6:16
**additions**  46:6
**address**  8:9,15
  8:16 12:10,12
  12:14
**addresses**  12:9
**administer**
  6:13
**advocates**  3:6
  7:6
**advocatesny....**
  3:9
**affect**  11:6
**ago**  14:5,5
**agree**  6:14,18
**al**  6:8,9
**alliance**  1:5 3:3
  6:8 41:25 45:1
  46:1
**allow**  26:8
  41:19
**allowed**  21:13
  25:6,8 29:22
  30:2,17 32:10
  32:23
**american**  1:4
  3:2 6:7 27:9
  41:25 45:1

46:1
**angle** 37:15
**answer** 9:25
  10:7 32:7
**answers** 7:20
**anybody** 29:21
**apologize** 8:20
  22:4
**appeared** 30:2
**appearing** 7:4
  7:7
**appears** 36:22
  37:10,23
**appended** 46:7
**applicable** 6:22
**approaching**
  21:9
**approximately**
  28:15 30:6,12
**arm** 37:14,15
**arrive** 17:1
**arrived** 15:3
  16:8
**arriving** 16:22
  18:25
**arthur** 4:5
**asian** 29:21
  30:2,4,15,19
**asked** 8:10
  11:17 26:24
  38:2
**asking** 11:2
**assigned** 6:3
**assistance** 13:7

**attempt** 22:17
  32:1
**attend** 11:20
  17:24 22:21
  28:8,24
**attended** 21:22
  28:10,16,19
  29:3
**attending**
  17:25 18:1
**attention** 22:22
**attorney** 11:17
  43:14 44:10
**attorneys** 3:6
  7:3,7
**audio** 43:8 44:3
**auditorium**
  14:20
**authorized**
  6:12
**avenue** 8:17
**aware** 16:23
  19:1

| b |
| --- |

**b** 5:5
**back** 10:9
  14:12 18:6
  20:19 21:14
  24:1 25:10
  28:12 29:10
  31:4,10 35:21
  37:3,24 38:23
  39:12
**band** 19:9

**bear** 33:11
**beginning** 12:8
**behalf** 3:2,12
**believe** 20:15
  20:16 27:12
  28:3 29:25
  30:3 32:18
  38:4 40:18,19
  41:7,16
**believed** 28:11
**belong** 21:24
  27:13
**belonging**
  27:14
**benefits** 13:15
**bent** 37:14
**bernard** 17:19
**best** 9:19 43:10
  44:6
**bill** 1:14 3:14
**birth** 12:25
**bit** 9:18 12:13
**black** 29:17
**blank** 17:5
**blasio** 1:14
  3:14
**block** 25:16,25
**blocked** 24:17
**blocking** 24:23
  35:14
**body** 24:17
  25:16,22,25
**break** 10:6,8
  30:23 32:8

**breshin** 2:7 6:3
  31:11 32:24
  35:20 36:5,25
  37:19 38:8,23
  39:18 42:10
  43:2,18
**briefly** 22:1
  29:10
**bring** 26:7
  40:19 41:20
**broadway** 3:7
**brooklyn** 2:6
  8:15,17 15:2
**brought** 12:2,5
  32:20
**bullied** 27:15

| c |
| --- |

**c** 3:1 6:1 15:22
  15:25,25 17:18
  19:24 40:9
**call** 15:14,19
  35:25
**called** 8:3 13:11
**car** 17:1
**card** 17:5,5
**carranza** 1:13
  3:14
**carried** 22:22
**carry** 21:12
  22:9 23:25
  32:21 38:17
**carrying** 29:24
  31:25 32:4
**case** 11:8,12,14
  11:15,18,20

Xuhui Ni

[case - denied]

12:2
cell 36:23 37:9
certain 13:10
13:12
certificate 43:1
44:1
certified 6:19
certify 43:4
44:2
chancellor 1:13
3:13
change 45:4,7
45:10,13,16,19
changes 46:6
chartered 3:6
7:7
chat 33:4,5
40:24
check 15:21
16:2 24:8,8
25:11
chen 17:18
children 17:23
18:7 21:24
chill 21:5
china 27:24
28:1
chinese 1:4 3:2
4:2 6:7 7:19
15:15,16 22:3
22:5 27:24,25
40:23,25 41:24
45:1 46:1
chubby 17:20

church 3:20
citizen 27:9,20
citizens 1:4 3:2
6:8 41:25 45:1
46:1
city 1:11,12
3:12,13,19 6:9
7:10 12:3
clarification
8:11 15:8
clear 25:15
clearly 9:20
close 15:5
clothing 36:12
coat 20:15
23:24 24:14
27:21 38:3,7
code 8:16
cody 15:14,22
16:13 22:2
40:22
come 10:9
21:16 22:13
23:19 25:2
28:1 32:10,14
commissioner
15:12,17,17
22:6,6 41:1
commotion
21:15
community
15:16 22:5
26:13 40:25
complaint
26:11,15

complete 10:25
46:8
computer
13:20,24,25
14:13
concluded
42:17
condition 10:12
10:15
constitute 6:25
control 3:25
controls 31:13
31:15
corporation
7:10
correct 8:24
17:6 29:12
33:24 37:7
38:14 46:8
corrections
46:6
costs 28:7
counsel 4:5
7:11 43:11,14
44:7,10
count 36:14
country 27:10
27:24
couple 30:23
course 26:2,20
27:7,16
court 1:1 9:14
9:22 35:5
crowd 5:8
24:24 25:1

crowded 26:8
current 12:9
36:18
currently 13:6
13:17 17:23
cut 15:20

**d**

d 5:1 6:1 15:25
15:25
darla 44:2,15
date 2:3 12:25
14:3,7,8 45:24
46:12
daughter 12:18
18:1
daughters
12:19
day 15:6,12
17:1 20:13
21:4,25 46:15
de 1:14 3:14
decide 26:25
decided 38:17
declare 46:4
deemed 46:6
defendant 5:7
defendant's
34:23,24 35:3
defendants
1:20 3:12 7:11
9:8
degree 37:14
demand 32:15
denied 27:10
29:19,23

Xuhui Ni

[department - february]                                        Page 4

**department**
1:11 3:12,19
6:9 7:10 15:13
17:24 18:7
26:15 41:1,19
**depicted** 35:10
**deponent** 46:3
**deposition** 2:1
6:6,10,23 9:9
11:9,22 12:8
12:20 43:1
**derogatory**
40:23
**describe** 22:3
24:11 27:8
**describing**
36:12
**description** 5:6
**difference**
29:16
**different** 23:2
**difficult** 9:19
**digital** 43:8
44:3
**digits** 12:24
**directly** 16:9
**disability** 13:14
**discriminated**
41:19
**discuss** 12:20
13:13
**district** 1:1,2
21:24
**dive** 9:9

**documents**
11:21
**doe** 1:15,16,17
1:17,18,18,19
3:14,15,15,16
3:16,16,17
45:1 46:1
**doing** 6:10
**door** 21:5
22:24 23:1,2,6
23:8,20 25:5
30:10 32:13
**doors** 21:4 30:8
**double** 15:21
**douglass** 2:7
6:3 31:5 43:2
43:18
**drag** 34:2
**drove** 16:7
**duly** 8:3 43:5

**e**

**e** 3:1,1 5:1,5 6:1
6:1 13:20
17:18 40:9
41:6 45:3,3,3
**earlier** 22:1
30:5 38:15
**easily** 27:15
**education** 1:12
3:13 6:9 15:13
17:24 18:7
22:6 26:16
41:1,18
**email** 32:25

**emotional** 27:5
27:8 28:6
39:23
**employed**
13:17,19 14:13
43:11,14 44:8
44:11
**employee** 43:13
44:10
**encountered**
23:20
**ended** 16:17
**english** 7:18
8:23 9:16
18:21
**enrolled** 18:7
**enter** 22:16
23:1,5,11 24:2
27:10 28:22
29:8 32:12
**entered** 23:8,11
25:2 26:3
30:14
**entire** 34:18
**entry** 29:19,24
35:14
**es** 43:4
**especially**
27:22
**esquire** 3:5,18
**et** 6:8,9
**event** 16:20,20
26:12,14,23
28:2 40:17

**events** 35:9
41:15
**everybody**
39:16
**evidentiary**
6:22
**exact** 28:17
**exactly** 14:24
17:11
**examination**
5:2 9:5
**examined** 8:5
**exhibit** 34:23
34:24 35:3
**exit** 23:9,19
32:17 39:18
**exited** 24:1
**expressed**
40:22

**f**

**f** 41:6
**face** 20:14
**faces** 30:19
**fact** 23:7 38:1
**family** 8:12
12:15,16,21
42:2
**far** 21:4
**february** 14:9
14:12 18:6,9
19:4,7,20 20:6
20:19 21:21
28:8,9,14,18,24
29:3,7 39:21
40:4 41:15

Xuhui Ni

**[feel - illegal]** Page 5

| | | | |
|---|---|---|---|
| **feel** 27:11,15 | 31:15 | **greater** 1:5 3:3 | **heard** 13:23 |
| **feeling** 22:20 | **fully** 10:25 11:1 | 6:8 41:25 45:1 | 15:18 16:2 |
| 27:23 | **further** 42:6 | 46:1 | 21:15,16 |
| **fei** 41:3,5 | 43:13 44:9 | **green** 20:14 | **hearing** 7:13 |
| **file** 3:24 26:10 | **g** | 36:15 | 11:11,13,20 |
| 26:15 | **g** 6:1 19:13 | **ground** 27:20 | **held** 15:11 |
| **finally** 10:5 | 41:6 | **guess** 10:1,2 | **help** 35:5 |
| **financially** | **george** 1:7 3:4 | **guy** 25:1 | **helpful** 34:20 |
| 43:15 44:11 | 4:4 17:19 | **guys** 32:3,13 | **hereto** 43:15 |
| **find** 24:8 33:18 | 18:10 | **h** | 44:11 46:7 |
| **fine** 10:6 31:21 | **give** 9:11 32:24 | **h** 5:5 8:13 | **high** 17:25 |
| **first** 7:13 8:3 | 33:17 | 17:18,18,18 | 18:19,21 |
| 9:11 13:12 | **given** 46:9 | 18:16 40:9 | **hing** 1:6 3:3 |
| 23:8,11 24:2 | **glasses** 20:18 | 45:3 | **hispanic** 15:14 |
| 26:20 27:9 | 20:19,21 36:15 | **hall** 28:10,15 | 22:2 |
| 31:24 32:9,12 | **go** 9:9 14:20 | 28:19,25 29:2 | **hit** 33:25 |
| 33:3 39:16 | 15:6 16:8,18 | **hand** 7:16,24 | **hmms** 9:13 |
| **five** 12:13 15:5 | 16:21 20:8 | 16:15 17:5 | **hold** 30:4 34:5 |
| 30:11,13 31:1 | 21:2,13,14,25 | 21:8,12,18 | **holding** 21:8 |
| **floor** 39:12 | 22:12,17,25 | 23:12 24:3,19 | 36:22 37:9,12 |
| **follow** 32:16,16 | 24:1,17,23 | 25:15,20 26:7 | 37:15 |
| **followed** 8:9 | 25:10 26:18,24 | 26:23 32:18 | **honest** 22:19 |
| **follows** 8:5 | 26:24 29:10 | 36:23 37:10,12 | **hours** 10:19 |
| **forced** 21:13,17 | 31:6 32:9,20 | **handle** 41:2 | **hua** 17:18 |
| **foregoing** 43:3 | 33:23 37:3 | **hands** 25:13,21 | **huhs** 9:13 |
| 43:4 44:4 46:5 | 38:23 40:20 | **happened** | **hui** 17:18 |
| **four** 12:24 13:3 | 41:20 | 11:24 14:19,23 | **human** 27:25 |
| 21:3 | **going** 6:5 9:9 | 16:19,20 20:23 | **humphreys** |
| **free** 10:8 | 16:13 17:2 | 20:24 23:7,17 | 44:2,15 |
| **freedom** 27:23 | 25:17 31:24 | 28:3 35:13 | **hunter** 17:25 |
| 28:2 | 32:4 35:2,4 | **head** 9:12 | **i** |
| **friday** 2:3 | 38:5 39:15 | **health** 13:11,12 | **identification** |
| **front** 30:7,10 | 40:18 | 28:5 39:22,23 | 34:25 |
| **full** 8:8,11 | **good** 6:2 9:7 | **hear** 9:21 22:12 | **illegal** 27:22 |
| 12:25 13:3 | 31:2,3 | | |

Xuhui Ni

**[image - lived]**                                                    Page 6

| | | | |
|---|---|---|---|
| **image** 37:16 | **interfere** 10:12 10:16 | **justice** 3:6 7:7 27:17 | **law.nyc.gov** 3:22 |
| **immediately** 20:24 | **interpreter** 4:2 6:15 7:14,17 | **k** | **laws** 6:23 |
| **impair** 10:19 | 7:20 8:10,14 | **keep** 9:19 24:24 | **lawsuit** 26:10 41:12 |
| **incident** 14:4,9 14:16,18 26:11 27:3,6 40:12 41:10 | 8:23 9:1,14,17 9:21 10:21 11:1 13:21,25 15:7,8,10,23 | 27:1 32:22 40:25 **kept** 24:23 32:5 35:14 | **lawsuits** 12:3,5 **leather** 20:16 **leave** 21:14 32:16 |
| **index** 1:10 | 16:3 18:4,16 | **kevon** 3:18 7:9 9:7 | **lee** 1:8 3:4 4:4 17:19 18:10,13 |
| **indicate** 35:25 36:12 | 19:12,15,16,24 20:1,2 30:20 | **kind** 15:18 23:22 37:14 | 19:1 **left** 20:22 23:9 |
| **individual** 29:11 36:13,22 39:3 | 30:22,22 31:3 31:18 36:6 40:9 41:6 | **know** 9:18,25 10:2 16:25 18:9 19:2,4,8 | 23:17 25:5 26:6 28:1 32:16,17 35:13 |
| **individuals** 17:15 22:13 | 42:12 **introduce** 7:4 | 19:11,22 21:1 26:24 29:14 | 37:12,14 38:18 39:7,17 |
| **information** 41:22 | **involved** 22:7 **ish** 15:5 37:14 | 30:18 31:12,22 31:23 34:2 | **legal** 27:20,20 **lin** 1:6 3:4 4:2 |
| **initial** 34:1 | **island** 18:1,4 | 35:18,19 38:1 38:16,21 | 7:15,17,23 18:2,15 42:11 |
| **injuries** 27:8 28:6 39:24 | **j** | **knowing** 27:17 | **linda** 1:7 3:4 17:20 19:5 |
| **injury** 27:2,5 | **jacket** 20:16 29:11 | **knowledge** 43:10 44:6 | **line** 21:6 22:25 |
| **injustice** 27:18 | **james** 4:2 7:17 | **known** 18:12 | 30:6 39:12 45:4,7,10,13,16 |
| **ins** 7:3 | 15:21 | **kweekes** 3:22 | 45:19 |
| **inside** 16:21 20:8,15 21:2 | **jason** 1:14 3:14 **job** 2:8 | **l** | **ling** 41:3,5 **little** 9:18 12:13 |
| 26:4,8 30:9,15 32:13 | **john** 1:15,15,16 1:17,17,18,18 | **l** 17:20 19:23 19:24 41:6 | **liu** 1:7 3:4 **live** 6:24 12:10 |
| **insist** 24:7 | 3:14,15,15,16 | **lam** 1:7 3:4 | 12:14 |
| **insurance** 13:11 | 3:16,16,16 **join** 14:21 21:2 | 17:20 19:5,8 **late** 26:9 | **lived** 12:12 |
| **intend** 33:7 | **joined** 16:14,15 | **law** 3:19 7:10 | |
| **intended** 6:21 | 17:6,8 | | |
| **interested** 43:15 44:12 | | | |

lnh   13:20,24
  14:13
located   15:1
location   2:5
  8:21,25 21:22
long   12:12 14:5
  17:10,11 18:12
  19:7 25:7
look   14:6 29:21
looked   22:10
  23:15
looks   30:3
  33:15 34:17
lose   14:15
lost   27:12,13,14
lot   17:22 28:17
lucas   3:4 19:22
  19:22,24 20:9
lucus   1:7

**m**

m   17:20
ma'am   20:1
made   46:5
make   25:11
  32:7 38:3
mandarin   4:2
  7:18
manner   6:23
marino   1:15
  3:14
mark   34:22
marked   34:24
  35:3
matter   6:7 9:8
  23:7 38:1

mayor   1:14
  3:14
means   6:24
medicaid   13:9
medicare   13:9
medication
  10:18 11:4
meeting   5:9
  14:21 15:11
  16:6,9,17,18,19
  16:21,24,25
  21:1,2,19,22,25
  22:18,20,21
  23:1 25:3,8
  26:3,4,19
  27:11 29:20,24
  30:2,6,14,16
  39:13 40:21
  41:20
meetings   28:10
  28:15,19,21,25
  29:2,6
member   22:2,4
  40:1,7,22
  41:24
members   12:21
  26:13 42:2
memory   10:19
  18:20
mental   10:15
  28:5 39:22,23
mention   22:1
mentioned
  14:22 17:4
  22:8,24 23:4

24:10 25:18,24
  29:12 30:5
  32:14
met   18:14
military   20:14
  36:15
minute   25:9
  33:12
minutes   17:13
  20:23 30:23
  31:1 33:22
  34:17 35:4
  36:2,18,21
  37:3,7,13
  38:24
mm   9:13
moment   39:15
money   28:7
morning   6:2
  9:7
move   33:2
  34:16
moving   34:4
multiple   33:7

**n**

n   3:1 5:1 6:1
  8:13 13:20
  17:18 19:13
  41:6
name   6:3 8:8
  8:11,12,13 9:7
  14:25 15:14,21
  19:23 22:2
named   4:4
  17:19

names   17:14,17
necessary   46:6
need   10:5 13:13
  14:6 15:8
  24:13 28:11
  30:25 31:13
  33:10,22 34:20
  34:21
neither   43:11
  44:7
network   40:2,6
new   1:2,5,11,12
  3:3,8,12,13,19
  3:21 6:8,9,14
  7:9 12:3,6
  13:20,24 14:13
  41:25 43:20
ni   1:8 2:2 3:4
  6:7 7:23 8:2,7
  8:13,19,21 9:7
  10:11,24 11:4
  11:21 12:8,23
  13:6 14:3
  17:23 19:11
  20:12,18 30:12
  35:2,9,23 36:9
  36:21 37:6,23
  38:13 39:3,21
  40:1 41:24
  42:5 45:2,24
  46:2,4,12
nodding   9:12
noise   21:15
north   20:14

Xuhui Ni

**[notary - plus]**

Page 8

notary 6:12
  43:19 46:13,19
note 36:17
noted 7:21 46:7
number 13:4
  28:17
ny 2:6 3:8,21
  45:1 46:1
nyc 45:1 46:1
nypd 29:15

**o**

o 6:1 15:25,25
  19:13
oaths 6:13
objection 6:16
objections 7:13
office 7:10
officer 1:16
  3:15 6:3 29:15
  29:15 43:1,2
oh 29:21
okay 8:18 9:3
  9:10,15,16,24
  10:1,3,4,10,24
  11:2,3 15:9
  16:3 18:23,24
  24:12 27:13
  31:4,17 33:5,6
  33:14,16,18,21
  34:7,10,19,20
  34:20,21,21,22
  35:2,6,7,9
  37:21 42:5
once 11:19 17:1
  17:7 21:9

23:17 26:3,8
  27:14 33:9
open 21:19
  22:20,25 23:24
  24:14 27:11,21
  29:11 30:8
  33:8 38:2
  40:21
opened 21:4
organization
  42:3
originally
  13:24
outcome 43:16
  44:12
outside 5:8
  16:12,19,23
  17:2,3 21:14
  23:20 25:5
  30:10 32:18
overcoat 20:14
  36:16

**p**

p 3:1,1 6:1
page 5:2,6 45:4
  45:7,10,13,16
  45:19
parent 24:22
parents 17:22
  26:14
park 17:1
part 17:10 19:1
  42:2
participants
  17:8

parties 6:14,17
  43:12,14 44:8
  44:11
pause 36:5 37:2
  37:4,21 38:11
paused 36:21
  38:16
pauses 34:1
pay 22:21
pending 10:7
people 15:18
  16:13 21:10
  22:8,22 24:18
  24:24 26:6
  29:23 30:7
  40:23
perceived
  30:15
perfect 30:24
  34:22
period 40:3
permitted 6:21
person 15:14
  15:22 17:20,21
  21:17 23:14,19
  23:22,23 24:6
  24:6,10,12,23
  25:11,12,19,21
  25:21,24 26:1
  29:14 30:11
  36:15 38:2
  39:9
personal 27:23
  28:3

personality
  27:19
personally
  26:17
phillip 1:6 3:3
  19:11
phone 36:23
  37:9
phonetic 15:24
physical 10:11
  27:2
physically 8:21
placard 16:15
  17:5
place 14:18
placed 25:4
plaintiff 4:4,5
plaintiffs 1:9
  3:2 7:8
platforms 40:6
play 32:25
  33:25 34:1,3
  35:4 36:25
  37:19 38:9,24
played 33:20
  34:6,11,15
  35:8 36:4 37:1
  37:20 38:10
  39:1
playing 36:2
please 7:3,5,15
  7:23 8:7,8 10:1
  27:8
plus 25:9

Xuhui Ni

[point - reporter]

Page 9

point 39:11
police 1:16 3:15
  23:23 24:6
  27:24,25
pop 33:9
post 40:14,16
  40:24 41:10,12
posted 40:11
  41:21
postings 41:14
posts 41:9,21
preparation
  11:22
prepared 44:3
present 4:1
  40:4
pressure 22:4
  41:1
prior 16:22
  18:9,25 19:4,7
  21:21 22:12,17
  28:24 29:3,7
  38:2,19 39:21
  43:5
problem 16:3
procedural
  6:22
proceeding 2:5
  6:4,20 42:17
  44:4
proceedings
  43:3,5,6,9 44:6
produced 6:19
professional
  28:5 39:22

protest 16:13
  16:13,16,23
  17:6,8,10 19:1
  19:20 20:5,10
  20:22,25
protesting
  16:18 17:2,15
public 5:9 13:7
  21:19,20 22:20
  27:11 40:21
  43:19 46:19
pull 30:25
  31:12 33:1
  35:21
pushed 25:25
put 22:3 25:12
  30:4 33:4,5
  39:12 41:1

q

qualified 43:7
question 10:7,8
  10:22,25 25:18
  25:19 26:25
  32:5,6,8
questions 10:1
  11:18 35:6
  42:6,8
quickly 16:2
quite 11:19

r

r 3:1 6:1 45:3,3
race 29:22
raged 15:16
  27:11

raise 7:16,23
raised 32:5
rather 25:20
read 46:5
ready 10:9
  16:17,18 21:2
realized 17:2
  24:7,16
really 14:6
reason 32:3,22
  33:8 39:23
  40:18 45:6,9
  45:12,15,18,21
recall 11:11,15
  14:3,18,22,24
  15:1,3 16:5
  17:11,14 19:19
  19:21 20:5,9
  20:12 22:10,11
  22:16 23:1,14
  23:16 24:21
  25:7 28:17
  29:18,19 30:1
  30:14 37:17,24
  40:15 41:21,23
received 33:14
recipient 13:6,9
  13:14
recognize 35:9
  35:12,16
recognized
  38:4
record 6:4,5,17
  7:4 8:8 14:6
  31:7,8,10 36:1

36:17 42:13
  43:9 44:5
recorded 6:23
  43:6
recording 6:19
  43:8 44:4
red 37:6
reduced 43:7
referring 12:17
refresh 18:20
  19:21
regarding
  26:11 28:6
  41:10,15
related 11:8,11
  11:13,15,18
  19:9 39:23
  40:12 41:18
  43:11 44:7
relative 43:13
  44:10
remember 14:6
  14:19 18:23
  24:21
remote 2:5
remotely 6:11
  6:15
rendered 10:22
repeating
  32:23
rephrase 25:20
reported 2:7
reporter 6:2
  7:12,22 8:6,18
  8:24 9:3,14,22

Xuhui Ni

[reporter - sitting]                                                    Page 10

| | | | |
|---|---|---|---|
| 13:23 15:20 16:1 31:6,9,15 33:4,14 34:4,9 34:14,16 35:5 42:13 | **rights** 27:25 **rolled** 21:7 **rsoto** 3:9 **rules** 6:22 9:10 | **searched** 24:10 25:19 **second** 8:11 24:3 25:10 26:23 32:1 33:17 36:19 | **share** 26:12 31:13,16 34:21 **shared** 26:13 26:14 **shirt** 37:6 |
| **represent** 9:8 **represented** 11:17 **requested** 43:22 **required** 46:13 **requirement** 23:23 **reserved** 42:15 **respect** 27:25 **respond** 11:1 32:6 **responses** 9:12 9:13,15 **result** 14:15 27:3,6 **review** 11:21 11:25 43:22 **reviewed** 11:23 **richard** 1:13 3:5,13 7:6 **right** 7:16,23 8:22,23 9:17 20:7 21:5,19 22:21 24:25 27:10,10,21 28:3,12,12 33:5 34:5 36:14 37:10 39:7 40:19 | **s** **s** 3:1 5:5 6:1 18:15,15,16,16 19:24 45:3 **safety** 29:14 **sat** 11:8 **saw** 17:18,19 17:22 21:11 22:16 26:6,6 29:23 30:1,18 38:13 **saying** 32:23 **says** 10:21 **scheduled** 15:13 **school** 14:19,22 14:23,23,24 15:4,6,12 16:8 16:12,22 17:3 17:3,24 18:7 18:21,25 21:3 21:23 **schools** 18:19 **schwartz** 4:5 **screen** 31:13 34:21 35:24 41:7 **search** 23:24,25 24:13 25:21,21 27:22 | **secondly** 40:21 **seconds** 33:23 34:17 35:5 36:3,22 37:3,7 37:13 38:24 **security** 13:4 **see** 18:22 20:18 24:14 25:1 26:3 28:5 30:9 33:8,12,18,19 35:24 37:13,23 39:3,9,15 41:17 **seeing** 23:1 29:19 30:15 **seek** 27:18 **seeking** 27:16 28:1,4 **seen** 36:9 39:22 41:14 **send** 31:13 33:1 **sense** 27:12,12 27:14 **sent** 33:6,7 **set** 8:19 9:4 **setting** 11:16 **seven** 30:13 **shaking** 9:12 | **short** 20:15 **shoved** 25:25 **show** 35:2 **showed** 24:15 **shows** 41:7 **shsat** 18:14,18 19:9 **side** 26:5,6 **sign** 20:9 21:7 21:11,13,17,18 22:10,14,17,22 23:5,12,25 24:3,5,7,14,19 24:22 25:4,12 26:22 28:18,21 28:22 29:4,7,8 31:25 32:4,11 32:15,18,21,23 37:12,15 38:4 38:6,13,16,19 39:4,6,11 40:19,20 41:20 **signature** 42:15 43:17 44:14 **signs** 17:9 26:4 29:24 **silent** 27:1 32:6 **similar** 11:16 **sitting** 11:11,16 |

Xuhui Ni

| | | | |
|---|---|---|---|
| **siu** 1:6 3:4 | **started** 7:2 8:7 | **supposed** 15:11 | **testified** 8:5 |
| **six** 15:5 30:11 | 21:1 | 21:1 | **testify** 10:13,16 |
| **skills** 43:10 | **state** 6:13 8:8 | **sure** 19:3 25:11 | 10:20 11:6 |
| 44:6 | 12:6 43:20 | 30:24 31:6,21 | **testifying** 43:5 |
| **small** 30:8 | **statements** | 32:7 38:3 | **testimony** 46:8 |
| **social** 13:4 40:1 | 40:24 | **swear** 6:14 7:3 | **thank** 7:12,16 |
| 40:6 | **staten** 18:1,4 | 7:14 | 7:22 8:6,18 9:3 |
| **society** 27:13 | **states** 1:1 | **sworn** 6:17 | 16:1 19:15 |
| **somebody** | **stenographic** | 7:17 8:3 43:5 | 20:1 31:9 |
| 21:16 38:15,21 | 6:24 | 46:14 | 34:22 42:5,9 |
| **son** 12:18 17:25 | **step** 25:5 38:18 | **symptoms** | 42:11,12 |
| **sons** 12:18 | **steps** 21:10,11 | 39:24 | **thanks** 14:1 |
| **sorry** 15:20 | 22:9 32:13 | | **thing** 10:6 19:9 |
| 18:2 33:11 | **stipulation** | **t** | 27:16 |
| 41:4 | 6:25 | **t** 5:5 18:15,16 | **things** 11:23 |
| **soto** 3:5 7:6,6 | **stop** 32:2 40:20 | 40:9 45:3,3 | 22:7 |
| 36:17 42:8 | **stopped** 20:8 | **take** 6:4,12 | **think** 17:4,21 |
| **sound** 14:9 | 23:4,6,9,10,14 | 10:6,8 11:5 | 25:14 33:25 |
| **south** 15:2 | 23:18 24:12 | 17:10 28:18 | 34:1 |
| **southern** 1:2 | 26:21,24 29:22 | 29:3 30:23 | **third** 36:14 |
| **speak** 9:20 | 29:23 31:24,24 | 31:1 | **thought** 13:22 |
| **special** 18:19 | 32:3 37:24,25 | **taken** 6:6,7 | **three** 33:7 |
| 18:21 | 38:5 39:14 | 10:18 11:5 | **time** 2:4 8:12 |
| **spell** 19:22 | 40:17 | 28:4,12 43:3 | 10:5 11:19 |
| **spelled** 17:19 | **street** 3:20 8:15 | 43:12 44:9 | 14:5,15,19 |
| **spelling** 15:24 | 9:2 12:11 17:3 | **talking** 11:13 | 15:3 16:12 |
| **spot** 34:5 | **strong** 27:23 | **tall** 30:12 | 18:12 20:25 |
| **stair** 25:5 | **strongly** 28:11 | **tech** 18:1,4 | 23:8,11,21 |
| **staircase** 23:20 | **student** 24:22 | **tell** 8:4 10:1 | 24:2,3,5 25:2 |
| **stairs** 23:18 | 26:14 | 14:8 24:4,25 | 26:18,20,25 |
| **stamp** 33:21,22 | **subscribed** | 29:16 33:9,17 | 27:17,18 29:16 |
| **standing** 30:5 | 46:14 | 33:19,23,25 | 30:17 31:1 |
| 39:7 | **suffer** 27:2,5 | **ten** 25:9 | 32:5,9,12,17,19 |
| **start** 21:9 | **suite** 3:7 | **term** 15:19 | 32:21 33:21,22 |
| | | 16:14 22:3 | 38:5,6 39:14 |
| | | 40:23 | |

Xuhui Ni

**[time - wearing]**                                                    Page 12

40:3 42:6
**timestamp**
36:18
**timing** 30:25
**today** 6:9 7:4
8:21 10:3,13
10:16,20 11:6
14:4 20:19
28:14
**today's** 11:22
12:20
**together** 40:25
**told** 8:12 21:12
21:18 22:9
23:19 24:2,13
28:22 29:7,11
32:10,14,20
**took** 14:18
28:21 29:6
35:18
**top** 22:9
**touch** 25:16
**town** 28:10,15
28:19,25 29:2
**tracy** 17:22
**transcribe** 9:14
9:22
**transcriber**
44:1
**transcript** 6:19
12:24 13:3
43:22 44:3,5
46:5,8
**transcriptionist**
43:8

**translate** 7:18
9:21 11:1
**transpired**
26:13
**tried** 22:3 23:5
23:9 32:9,12
**trouble** 32:25
**true** 43:9 44:5
46:8
**truth** 8:4,4,5
**try** 9:19 21:6
22:6 33:3
34:10
**trying** 22:12
24:4 31:23
32:1 34:16
35:14
**turned** 37:24
**twice** 23:8
**two** 12:9 21:10
22:8 32:13
33:22
**typewriting**
43:7

**u**

**u** 8:13,13 17:18
17:18 19:23,24
**uh** 9:13
**under** 6:22
20:16
**understand**
6:18 9:23 11:2
**understanding**
12:23 13:2

**unfortunately**
33:16
**uniform** 23:22
23:23 24:6,6
24:23 29:12
32:19
**uniforms** 29:17
**united** 1:1
**unroll** 38:13
**unrolled** 38:18
39:6,11
**unrolling** 38:19
**upset** 23:21
**use** 15:18,24
16:13 25:15,19
25:21 40:22
**used** 22:2 25:24
**username** 41:2
**uses** 6:21
**using** 25:16
33:7
**usually** 21:3

**v**

**v** 1:10 45:1
46:1
**verbal** 9:11,13
**verify** 31:19,22
**veritext** 6:4
**video** 5:8 11:23
30:25 31:12
32:25 33:12,20
34:6,8,9,11,13
34:14,15,18,19
35:2,4,8,10,16
35:18,21 36:2

36:4,10,13,18
37:1,18,20
38:9,10,24
39:1,9,16,19
**videoconfere...**
2:1 3:5,18 4:3
4:4,6
**voice** 9:20
15:18
**vs** 6:8

**w**

**w** 13:20 19:13
40:9
**wait** 10:24,25
21:6 22:25
**waiting** 21:8
**walk** 24:18
**walls** 17:3
**want** 10:2
15:15,16,17
22:5 23:23
24:13 25:10,14
31:19,22 32:6
38:17
**wanted** 8:20
16:2 23:24
25:11 32:7
38:3
**way** 25:13,16
25:22 26:1
27:17 35:6
**wear** 29:17
**wearing** 20:12
20:18,19,21
37:6

Xuhui Ni

**[weather - zoom]**                                             Page 13

| | | |
|---|---|---|
| **weather**  21:5 | 15:10 19:16 | **z** |
| **wechat**  40:8,11 | 20:2 31:18 | **zip**  8:15,17 |
| 40:14 41:2,9 | 36:6 43:4 | **zoom**  6:11 9:19 |
| 41:12,14 | **witness's**  8:11 | |
| **weekes**  3:18 5:3 | **woman**  17:21 | |
| 7:9,9 9:6 10:23 | **wong**  1:6 3:3 | |
| 14:2 15:7,9 | 19:11,12,19 | |
| 16:4 18:2,5,15 | **work**  14:15 | |
| 18:17 19:12,14 | 40:25 | |
| 19:18,25 20:4 | **working**  33:15 | |
| 30:20,21,24 | **written**  6:25 | |
| 31:4,11,17,20 | **x** | |
| 32:24 33:6,16 | **x**  5:1,5 8:13 | |
| 33:21 34:7,10 | 43:22 | |
| 34:12,19 35:1 | **xuhui**  1:8 2:2 | |
| 35:20,22 36:1 | 3:4 6:7 8:2 | |
| 36:8,20,25 | 45:2,24 46:2,4 | |
| 37:2,5,18,21,22 | 46:12 | |
| 38:8,11,12,23 | **y** | |
| 39:2,18,20 | **y**  15:25 | |
| 40:10 41:8 | **yan**  1:6 3:3 | |
| 42:5,9 | **yeah**  11:19 | |
| **went**  16:5 | 13:21,25 17:7 | |
| 18:14 23:6 | 28:11 30:17,24 | |
| 30:18 39:12 | 36:7 38:15 | |
| **wife**  12:18 | **years**  12:13 | |
| 13:13 | **yellow**  15:15 | |
| **winter**  14:7 | 16:14 40:23 | |
| **wish**  40:25 | **york**  1:2,5,11 | |
| **withdrawn** | 1:12 3:3,8,12 | |
| 28:9 37:13 | 3:13,19,21 6:8 | |
| **witness**  6:15,17 | 6:9,14 7:9 12:3 | |
| 6:18 7:14 8:3 | 12:6 41:25 | |
| 8:12,14,22 9:1 | 43:20 | |
| 10:21 13:21 | | |

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the
deponent or a party before the deposition is
completed, the deponent must be allowed 30 days
after being notified by the officer that the
transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to
sign a statement listing the changes and the
reasons for making them.

(2) Changes Indicated in the Officer's Certificate.
The officer must note in the certificate prescribed
by Rule 30(f)(1) whether a review was requested
and, if so, must attach any changes the deponent
makes during the 30-day period.


DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF APRIL 1,
2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the

foregoing transcript is a true, correct and complete

transcript of the colloquies, questions and answers

as submitted by the court reporter. Veritext Legal

Solutions further represents that the attached

exhibits, if any, are true, correct and complete

documents as submitted by the court reporter and/or

attorneys in relation to this deposition and that

the documents were processed in accordance with

our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining

the confidentiality of client and witness information,

in accordance with the regulations promulgated under

the Health Insurance Portability and Accountability

Act (HIPAA), as amended with respect to protected

health information and the Gramm-Leach-Bliley Act, as

amended, with respect to Personally Identifiable

Information (PII). Physical transcripts and exhibits

are managed under strict facility and personnel access

controls. Electronic files of documents are stored

in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.