# EXHIBIT H

# Deposition Transcript

Case Number: 20-cv-8964(LAK)
Date: June 20, 2024

In the matter of:

# CHINESE AMERICAN CITIZENS ALLIANCE v NYC DEPT. OF ED.

# Craig Edwards

Reported by:
Christine Cutrone

Steno
Official Reporters

315 West 9th Street
Suite 807
Los Angeles, CA 90015
concierge@steno.com
(310) 573-8380
NV: Firm #108F



1  UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
2  ----------------------------------------x
CHINESE AMERICAN CITIZENS ALLIANCE GREATER
3  NEW YORK, PHILLIP YAN HING WONG, SIU-LIN
LINDA LAM, LUCAS LIU, GEORGE LEE, and
4  XUHUI NI

5              Plaintiffs,

6           Index No:  20-CV-8964 (LAK)

7        -against-

8
NEW YORK CITY Department of Education;
9  CITY OF NEW YORK; JASON MARINO, Asst.
Principal, individually; JOHN DOE NO. 1,
10  individually; JOHN DOE, NO. 2 individually;
YERGEY DYM, Police Officer,individually;
11   School Safety Officer JOHN DOE No. 3,
individually; and Police Officer JOHN DOE
12  No. 4, individually,

13
              Defendant.
14
----------------------------------------x
15              June 6th, 2024
                 1:30 p.m.
16
              Videoconference
17

18        EXAMINATION BEFORE TRIAL of the

19  Defendant NEW YORK CITY Department of

20  Education, CRAIG EDWARDS, taken by

21  Plaintiff, pursuant to order, before

22  Christine Cutrone, a Notary Public for and

23  within the State of New York.

24

25

1    A P P E A R A N C E S :

2

3

ADVOCATES FOR JUSTICE LEGAL FOUNDATION
4    Attorney for Plaintiff
         225 Broadway
5        Suite 1902
         New York, NY 10007
6
BY:  ARTHUR SCHWARTZ, ESQ.
7    ASCHWARTZ@AFJLAW.COM

8

9
MURIEL GOODE-TRUFANT
10   ACTING CORPORATION COUNSEL
CORP COUNSEL
11   Attorneys for Defendant
         100 Church Street
12          New York, New York 10007

13   BY:  KEVON Z.A. WEEKES, ESQ.
ALSO: LORI KANINA (Intern)
14   KWEEKES@LAW.NYC.GOV

15
ALSO PRESENT:  Linda Lam
16               Lucas Liu

17

18

19

20

21

22

23

24

25

1

2

3      IT IS HEREBY STIPULATED AND AGREED by

4   and between the attorneys for the

5   respective parties herein, that filing and

6   sealing be and the same are hereby waived.

7      IT IS FURTHER STIPULATED AND AGREED

8   that all objections, except as to the form

9   of the question, shall be reserved to the

10  time of the trial.

11     IT IS FURTHER STIPULATED AND AGREED

12  that the within deposition may be sworn to

13  and signed before any officer authorized

14  to administer an oath, with the same force

15  and effect as if signed and sworn to

16  before the Court.

17

18

19

20

21

22

23

24

25

1              EDWARDS

2    C R A I G   E D W A R D S,   having first

3    been duly sworn by a Notary Public, for

4    and within the State of New York, upon

5    being examined, testified as follows:

6

7    EXAMINATION

8    BY MR. SCHWARTZ:

9         Q.   Please state your name for

10   the record.

11        A.   Craig Edwards.

12        Q.   What is your business

13   address?

14        A.   1780 Ocean Avenue, Brooklyn,

15   New York 11230.

16        Q.   Good afternoon, Mr. Edwards,

17   how are you?

18        A.   Good afternoon.

19        Q.   My name is Arthur Schwartz

20   and I am the attorney for the plaintiffs

21   in this lawsuit against the city and some

22   people at the Board of Education.  The

23   magistrate judge won't let me add you in,

24   so you're not a defendant.  You're here

25   as a third party.

1           EDWARDS

2           Who is your current

3   employer?

4       A.   New York City Department of

5   Education.

6       Q.   What is your title

7   currently?

8       A.   Borough safety director.

9       Q.   For which borough?

10      A.   Brooklyn right now.

11      Q.   How long have you been the

12  Brooklyn safety director?

13      A.   16 years.

14      Q.   16?

15      A.   1-6.

16      Q.   That's a long time.

17      A.   Yeah.

18      Q.   Before that, were you

19  working for the Department of Education?

20      A.   Yes.

21      Q.   As what?

22      A.   Assistant principal.

23      Q.   Where?

24      A.   Sheepshead Bay High School.

25      Q.   How long were you an

1              EDWARDS

2    assistant principal?

3        A.    Three years.

4        Q.    And before that?

5        A.    Teacher.

6        Q.    How long were you a teacher?

7        A.    1998 to '05.

8        Q.    So how was it that you moved

9    from being an assistant principal to a

10    borough safety director?

11        A.    Ultimately there's a certain

12    amount of experience that you gain as an

13    assistant principal of a specific area.

14    And once you've done that for a certain

15    period of time, you gain attention in

16    regards to utilizing services or

17    strategies in your respective school that

18    could be useful citywide.

19        Q.    So were you an assistant

20    principal and security was one of your

21    areas?

22        A.    That's correct.

23        Q.    Now, I'm going to take you

24    back to 2020.

25              Who did you take direction

                    EDWARDS

1

2    from?

3        A.    Mark Rampersant.

4        Q.    And who is he?

5        A.    Right now he's the chief --

6    one of the chiefs of office of safety and

7    prevention partnerships.

8        Q.    Chief office of safety?

9        A.    And prevention partnerships.

10       Q.    He was your supervisor in

11   2020?

12       A.    Yes.

13       Q.    Was he a citywide person or

14   just Brooklyn?

15       A.    Citywide.

16       Q.    And who was his boss?

17       A.    The chancellor.

18       Q.    Prior to February 4, 2020,

19   had you been involved in any incident

20   where there were parents demonstrating in

21   any kind of meeting, public meeting at a

22   school?

23       A.    I don't recall.

24       Q.    On February 4th, 2020, which

25   is the subject of this lawsuit.  Just so

1           EDWARDS

2   you know, I'm going to be asking you

3   about a  meeting at James Madison High

4   School on February 4, 2020, which my

5   clients call a Town Hall Meeting.  Do you

6   recall that event?

7       A.   Yes.

8       Q.   Was that a Town Hall

9   Meeting?

10      A.   Yes.

11      Q.    What is a Town Hall Meeting?

12      A.    As far as I know, a Town

13  Hall Meeting is a gathering of the

14  community, media, local officials, and

15  the community itself to come and discuss

16  different concerns or different issues

17  that might be impactful to them and to

18  their children.

19      Q.    Who on the Board of Ed side

20  presides over these Town Hall Meetings?

21      A.    To be honest, I'm not

22  actually sure.

23      Q.    Who is the discussion with;

24  just parents talking to each other?

25      A.    No, no.  There are parents

1                    EDWARDS

2    talking to the chancellor.

3        Q.   So they're all meetings

4    where the parents get to talk to the

5    chancellor?

6        A.   Right. And usually other

7    individuals, but that could vary.  As I

8    said it could be local officials, it

9    could be superintendencies.  It varies.

10   It all depends on the circumstances.

11       Q.    So the chancellor might

12   invite public officials and deputy

13   superintendents to be with him on the

14   stage?

15       A.   Correct.

16       Q.   I was going to say, or her.

17   Because we did once have a female

18   chancellor about six months, Kathy Black.

19           How many of these have you

20   been to in Brooklyn in your 16 years?

21       A.   Oh, boy.  Well, I mean

22   that's the thing, I can't say because

23   they're not all listed under the umbrella

24   of Town Halls.  Some of them are listed

25   as what we call the PEP, which are the

1              EDWARDS

2   panel educational policy.  Those I've

3   attended quite a few.  As for Town Hall

4   Meetings, not so much.

5       Q.   The PEP is what we used to

6   call -- it's like the school board for

7   New York City, right?

8       A.   Yeah, yeah.  You can say

9   that.

10      Q.   They used to call the Board

11  of Education, and then they changed it to

12  the panel --

13      A.   Panel educational policy.

14      Q.   Right. It's a body that has

15  a representative of each borough

16  president and the mayor, right?

17      A.   Yes.

18      Q.   So that's where they

19  actually transact business, but they do

20  it in the open, right?

21      A.   That's correct.

22      Q.   But Town Hall Meetings are

23  more like Q and A for residents, parents

24  where they question the school, right?

25      A.   Yes.

1            EDWARDS

2      Q.   And there is no business

3  transacted at the Town Hall Meeting?

4      A.   Not to my knowledge.

5      Q.   In the year or two before

6  February 4th, 2020, do you recall how

7  many Town Hall Meetings you had been to

8  in Brooklyn?

9      A.   No, I don't recall.

10     Q.   Were there any?

11     A.   Not that I recall.

12     Q.   But they were PEP meetings?

13     A.   As far as I know, yes. As

14  far as I can remember.

15     Q.   The preparations for the

16  Town Hall Meeting, were you involved in

17  the preparations?

18     A.   No.

19     Q.   So when did you first learn

20  there was going to be a Town Hall Meeting

21  on February 4th, 2020 at James Madison

22  High School?

23     A.   I really don't recall.

24     Q.   About how long before?

25     A.   I don't recall.  I just know

1            EDWARDS

2   that I was informed, but I don't know --

3   I can't give you a timeframe.  I don't

4   remember.

5        Q.   You were informed by whom?

6        A.   By my supervisor.

7        Q.   By Mr. -- I can't read my

8   own handwriting -- Mark Robinson?

9        A.   Mark Rampersant.

10       Q.   So was it that day?

11       A.   It might of.

12            MS. WEEKES:  Objection.

13       A.   It might of.  I don't

14   recall.

15       Q.   Did he give you any

16   instruction?

17       A.   Yes.

18       Q.   What was the instruction?

19       A.   The instructions were that

20   no one would enter or could enter the

21   venue with signs.

22       Q.   You said no one could enter

23   the venue with signs.  Anything more

24   detailed than that?

25       A.   No.

1          EDWARDS

2      Q.   Did he explain why?

3      A.   From what I understand or

4   remember, this was kind of like -- I

5   don't have the verbiage for it, but

6   ultimately they were going from borough

7   to borough.  They were having these Town

8   Hall Meetings in boroughs -- in different

9   boroughs.  Going in the five boroughs.

10  It was now Brooklyn's turn to have the

11  Town Hall.  And ultimately, from what I

12  understand, this was an issue of concern.

13      Q.   What was he concerned about?

14      A.   I don't know.  That's above

15  my pay grade.  All that happens is I get

16  told and I follow through what I'm told.

17      Q.   Did he say you should search

18  people for signs?

19      A.   No.

20      Q.   If somebody wasn't holding a

21  big piece of cardboard, how would you

22  know if they had a sign, say, on a cloth?

23      A.   Well, it wouldn't be on a

24  cloth.  It would be possibly under their

25  arm.  It could be within their coats.  It

1              EDWARDS

2    could be something that's visible.  So

3    I'm not conducting searches, but I do

4    have eyes and I can see.  So whatever I

5    see, it might seem like a sign, then I

6    would ask to identify what the item or

7    object was.  And then if that was the

8    case, I would ask them to either discard

9    of it and they can enter.

10        Q.    Did he tell you there was a

11   planned demonstration or demonstrations

12   at this meeting?

13        A.    I don't recall.

14        Q.    Well, you said you never

15   took signs from anybody before in a

16   meeting, right?

17           MS. WEEKES:  Note my

18        objection.

19        Q.    Well, let me ask you.

20           Had you ever been told to

21   take signs or to bar people carrying

22   signs from going into any PEP meeting?

23        A.    I don't remember.

24        Q.    You don't remember of any or

25   you don't remember whether it happened or

1                    EDWARDS

2    not?

3         A.    I don't remember whether it

4    happened or not.

5         Q.    Nothing comes to mind?

6         A.    Not right now, no.

7         Q.    Had you ever been to PEP

8    meetings where there were people chanting

9    or demonstrating in the meetings about

10   various issues?

11        A.    Absolutely.

12        Q.    Not uncommon?

13        A.    Not uncommon.

14        Q.    And had you been at PEP

15   meetings where people at those meetings

16   actually held up signs?

17        A.    Not that I recall.

18        Q.    So on February 4th, 2020,

19   you went to James Madison High School.

20   The meeting I think was supposed to start

21   at around 6 or 6:30.

22            What time did you get there?

23        A.    I don't really remember, but

24   probably around 5:30.  Probably about

25   5:30.

1            EDWARDS

2       Q.   Who were you accompanied by?

3       A.   No one.

4       Q.   But when you got there, were

5    there other people meeting you there?

6       A.   They weren't meeting me.

7    They were probably assigned there.  They

8    weren't meeting me there.

9       Q.   Were there other people who

10   you met when you got there?

11      A.   Yes.

12      Q.   Who, if you recall?

13      A.   School safety, NYPD, some

14   school personnel.

15           MR. SCHWARTZ:  I need two

16        minutes.  I just need to respond

17        to something.

18           (Whereupon, a short break

19        was taken.)

20      Q.   Mr. Edwards, you got there

21   around 5:30 you said?

22      A.   Yes.

23      Q.   Which Board of Ed personnel

24   do you recall seeing there that was

25   involved with helping you in front of the

1                   EDWARDS

2    building?

3                MS. WEEKES:  Note my

4        objection.  You can answer.

5        Q.    Go ahead.  You can answer.

6        A.    Just numerous NYPD.  You

7    said who was the DOE person on the site?

8        Q.    You said NYPD.  Was there

9    anyone at NYPD that you knew?

10       A.    No.

11       Q.    Had you asked the NYPD to be

12   there?

13       A.    No.

14       Q.    Were there any DOE personnel

15   that you knew who were there?

16       A.    Yeah, the assistant

17   principal for the school.

18       Q.    And that was Mr. Marino?

19       A.    Correct.

20       Q.    DOE school security

21   personnel, did you have any relationship

22   to decide who was going to be present

23   from that group?

24       A.    No.

25       Q.    Did you know that there were

1              EDWARDS

2  going to be school security personnel

3  present?

4       A.   Yes.

5       Q.   Who told you that?

6       A.   On the policy.  It's common

7  practice.

8       Q.   It's what practice?

9       A.   Common practice.

10      Q.   Common practice.  Like

11  whenever there's a Town Hall Meeting,

12  there's security officers?

13      A.   No, not necessarily whenever

14  there's a Town Hall.  Whenever there's a

15  Town Hall at a school, there would be

16  school safety agents present.

17      Q.   Do you know about how many?

18      A.   That varies. Not my call.

19      Q.   Whose call is it?

20      A.   Safety.

21      Q.   What do you mean by

22  "safety"?

23      A.   That's the name of the

24  organization; school safety division.

25      Q.   So they're separate from the

1              EDWARDS

2    -- because you're the chief of safety.

3        A.    I'm not the chief of safety.

4    That's Mark Rampersant.

5        Q.    I'm sorry. You're the safety

6    director?

7        A.    That's correct.

8        Q.    So the safety department is

9    separate from the safety director?

10        A.    That is correct.

11        Q.    Is Mr. Rampersant in charge

12    of safety?  His title, you said, is

13    office of safety and --

14        A.    Prevention partnerships.

15        Q.    Prevention partnership.

16        A.    Hmm-mm.

17        Q.    Is he in charge of the

18    safety division or is that a whole other

19    person?

20        A.    That's a whole other person.

21        Q.    Who is that, do you know?

22        A.    At the time, I don't

23    remember.  They changed quite often.  I'm

24    not sure who that person is.

25        Q.    Do you know what the title

1             EDWARDS

2   of that person would be?

3        A.   It would be -- usually it's

4   the commanding officer.

5        Q.   The school safety officers,

6   are they tied in with the NYPD or they're

7   separately department of the DOE?

8        A.   They're separate with the

9   NYPD.

10        Q.   So they wear police uniforms

11   that have different patches on them?

12        A.   That's correct.

13        Q.   I think they don't carry

14   guns, right?

15        A.   That is correct.

16           MR. SCHWARTZ:  Just off the

17      record.

18           (Discussion is held off the

19      record.)

20        Q.   So when you got there, at

21   some point was there a demonstration

22   going on?

23        A.   I wouldn't call it a

24   demonstration.  There seemed to be kind

25   of a news conference happening.  You

1               EDWARDS

2    know, the media were there, people

3    answering questions.  So they weren't

4    demonstrating.

5         Q.   Were there people holding

6    signs?

7         A.   I don't recall.

8         Q.   Were there people chanting,

9    walking around in a circle?

10        A.   I don't recall.

11        Q.   You don't remember at all?

12        A.   I don't remember that.  I

13   remember what I just told you, which is

14   that there was a news conference, like Q

15   and A going on.

16        Q.   And you don't recall seeing

17   people holding signs?

18        A.   I don't remember that.  No,

19   I do not.

20        Q.   Now, at some point when

21   people started entering the building,

22   where did you position yourself?

23        A.   In front of the building.

24        Q.   But in relationship to the

25   door?

1          EDWARDS

2      A.   I don't understand your

3   question.

4      Q.   Did you stand in the

5   doorway, away from the doorway?

6      A.   I was standing several feet

7   from the doorway, with my back to the

8   doorway.

9          MR. SCHWARTZ: I'm going to

10       show you this picture, which I

11       know I shared with counsel, but I

12       can tell you I have it as image

13       number 37-44.  If I sent it to you

14       with that connotation on it and we

15       marked it before, so let's just

16       now call it image 3744.

17          I'm going to share this on

18       the screen.

19      Q.   Do you see that photo?

20      A.   Yes, I do.

21      Q.   Is that you with the cap on?

22      A.   That is me.

23      Q.   At that point that doorway

24   is where everybody was entering?

25      A.   I don't know.  I don't know

1            EDWARDS

2   what time of the -- that is.

3        Q.   You see two doors there.

4   There are two doors in this picture.

5        A.   Well, there's three doors in

6   the picture actually.

7        Q.   There's three doors in the

8   picture.

9            Were people going in all

10  three doors or only one?

11       A.   It varied.

12       Q.   Varied based on what?

13       A.   Based on the crowd, based on

14  individuals debilitating other

15  individuals to egress and ingress.

16       Q.   Individuals debilitating,

17  you mean blocking?

18       A.   Correct.

19       Q.   What would have brought you

20  to the door?

21       A.   At this point it looks like

22  I'm coming in.  So that would tell me

23  whatever was happening outside was over.

24       Q.   Do you see this picture?

25       A.   Yes, I do.

1           EDWARDS

2           MR. SCHWARTZ:  And this one,

3       by the way, has the marking 8-44.

4       Again, I can share it with you,

5       Kevon, if you need it.

6       Q.    That's you, right, in the

7   picture?

8       A.    That's me.  That's me with

9   the cap on and the trench coat.

10      Q.    What are you doing at that

11  point?

12      A.    It looks like I'm stopping

13  this individual from trying to enter.

14  That's what it looks like.

15      Q.    Do you have any particular

16  recollection of that particular act?

17      A.    That door at the time was

18  the ingress.  And that -- or the egress I

19  should say.  And the other door was the

20  ingress.  They're trying to come into the

21  door that was the egress door.

22      Q.    Do you recall that's why you

23  were stopping this person?

24      A.    I don't recall.

25      Q.    You don't recall.  In that

1              EDWARDS

2    photo you're holding a phone in your

3    right hand; is that correct?

4         A.   I have no idea.

5         Q.   You see where I have the

6    arrow?

7         A.   Yeah.  That doesn't look

8    like a phone to me, but...

9         Q.   But that's your hand, like,

10   blocking the person from going in?

11        A.   It would make sense.  It

12   looks like it is, yeah.

13        Q.   It looks like it's a phone

14   or a card or something.

15        A.   Yeah.  I have no idea what

16   it is.

17             MR. SCHWARTZ:  This photo

18        which has the mark 11-44 on the

19        top.

20        Q.   Is that the same door we

21   were just looking at before or a

22   different door?

23        A.   It looks like the same door.

24        Q.   You're on the left here with

25   your cap; is that correct?

1              EDWARDS

2     A.   That would be correct.

3     Q.   Do you know what you were

4  doing at that point?

5     A.   No.

6     Q.   On the right-hand side

7  there's -- I'm going to identify that as

8  Linda Lam.

9          Do you remember having any

10  interactions with her at that door?

11     A.   She looks familiar regards

12  to one was holding signs.

13     Q.   Did you get involved in

14  interacting with her?

15          MS. WEEKES:  Note my

16     objection.  You can answer.

17     Q.   That you remember.

18     A.   Only the same thing that I

19  repeated probably a million times, which

20  is, you're blocking the egress, you're

21  blocking the egress.

22     Q.   It looks like everybody at

23  that door is facing to go in, right?

24     A.   Well, not me.

25     Q.   Not you.  But there's a

1              EDWARDS

2    police officer whose back is to us.

3        A.   The school safety agent.

4        Q.   The person with the cap that

5    we saw in the prior picture is walking to

6    that door?

7        A.   Mm-hmm.

8        Q.   Right?

9        A.   Huh-huh.

10       Q.   And there's nobody looking

11   to exit that door at that point, right?

12       A.   Well, at this point it looks

13   like they're dealing something with the

14   lady, whatever that may be.  I don't know

15   what that is.  So at that point

16   everything might have been frozen in

17   regards to entry or leaving.

18         MR. SCHWARTZ:  There's a

19         video that was also marked before

20         that I'm going to play for you,

21         and we've only marked it as video

22         number one.

23         MS. WEEKES:  Can you tell me

24         the length of the video, Arthur,

25         that way I can just...

1              EDWARDS

2          MR. SCHWARTZ:  Sure.  It's

3      14 seconds.

4          Q.   Do you see that,

5   Mr. Edwards?  Can you see that?

6          A.   Yes.

7          MR. SCHWARTZ:  I wish I

8      could turn the sound off, but I

9      won't.  I'm going to just play it

10      now.

11          Q.   Is that you again at the

12   door with the cap and the white, beige

13   raincoat, jacket?

14          A.   Yes.

15          Q.   So can you tell, before I

16   turn the video on, what you're doing at

17   the door at  that point?

18          A.   I don't know.  Just at the

19   door.

20          MR. SCHWARTZ:  Let me just

21      play this.

22          (Playing video.)

23          Q.   Now, what was your role at

24   the door at that point?

25          A.   To make sure that there was

1                    EDWARDS

2    no one with signs.

3        Q.   So this was the same door

4    that you called the egress door?

5        A.   The ingress door.

6        Q.   This was the ingress door?

7        A.   Yes.

8        Q.   So there's a woman with

9    blonde hair.  You let her in, correct?

10       A.   Yes.

11       Q.   Then there's another woman

12   with brown hair, who you're letting in,

13   right?

14       A.   I'm not looking at their

15   faces or at their hair.  I'm only looking

16   to see what's either in their hand or

17   what is possible under a coat or under an

18   arm or in a bag.

19       Q.   I'm just identifying there's

20   a woman with brown hair, identifying as

21   such?

22       A.   Yes.

23       Q.   There's a man, a Caucasian

24   man who looks like he has a beard.  He

25   enters the door; is that correct?

1            EDWARDS

2      A.    That's what the video shows.

3      Q.    And then you put your body

4   across the door.  Do you recall the

5   reason for doing that?

6      A.    I'm asking him if he has any

7   signs, because there's something within

8   his coat that looked like a sign to me.

9      Q.    This is the man with the

10  beard?

11     A.    Not the man with the beard.

12  Not the man with the beard.  The man with

13  the hat.

14     Q.    You were talking to him at

15  that point?

16     A.    We were talking the whole

17  evening, this gentleman and I.

18     Q.    You've been talking the

19  whole evening, and did he have a sign in

20  his hand at some point?

21     A.    Sign in his hand, sign in

22  the coat, sign in his arm.  He was told

23  on numerous occasions he could enter once

24  he didn't have any signs.

25     Q.    So what you're doing there

1           EDWARDS

2    is blocking him from entering, right?

3        A.   That would be correct.

4        Q.   Because your back is to him,

5    right?

6        A.   That's not my back.  That's

7    my arm.

8        Q.   Okay.

9        A.   I'm sideways.

10       Q.    Your arm is to him.

11            Then there's another

12   gentleman on the left-hand side of the

13   screen who starts entering.

14       A.   Yes.

15       Q.   And you allowed him to go

16   in, right?

17       A.   He works there.

18       Q.   And then this is you, again,

19   preventing the guy with the scarf from

20   going in, right?

21       A.   That would be correct.

22   Asking him the same question I've been

23   asking him all evening.

24       Q.    And that's your hand around

25   blocking him from going in, right?

1            EDWARDS

2        A.   Yes.  Also, the lady at this

3    point, because the other young lady is in

4    there and she has signs.

5        Q.   The lady whose face is on

6    the left-hand side?

7        A.   That is correct.  That is

8    correct.

9        Q.   Who I'm going to identify as

10    Linda Lam.

11            You had seen her at that

12    point still holding the sign?

13        A.   Yes, sir.

14        Q.   Where was she holding the

15    sign?

16        A.   Either in her bag she had,

17    or under arm, or concealed under a coat,

18    but there were signs that were seen.

19            MR. SCHWARTZ:  Let's stop

20        this one.  I'm going to play a

21        second video.  This one, Kevon, is

22        two minutes and 57 seconds.

23            MS. WEEKES:  Okay.

24            MR. SCHWARTZ:  We have it

25        labeled as New York City

1          EDWARDS

2      Department of Education II.

3          MS. WEEKES:  Okay.  Thank

4      you.

5      Q.    Just as I start to play,

6  Mr. Edwards, that's you on the right-hand

7  side of the screen, the beginning of the

8  video?

9      A.    Yes.

10     Q.    And the person at the door,

11  is that a school security officer?

12     A.    I can't tell.

13     Q.    With the patch, does it look

14  like a school security guard?

15     A.    It could be either. It could

16  be school safety or it could be NYPD.

17          (Playing video.)

18     Q.    By the way, there's a door.

19  You can see a door on the right and a

20  door on the left.

21     A.    Yes.

22     Q.    The door on the right, is

23  that the ingress door?

24     A.    That is correct, that's the

25  ingress door, and the door to the right

1                EDWARDS

2    has become the egress door.  We started

3    doing that as the time continuing moving

4    allowed based on the crowd that was

5    there.

6         Q.    But people were entering

7    through both doors, weren't they?

8         A.    At one point or another,

9    yes.

10             (Playing video.)

11             MR. SCHWARTZ:  Now, I'm just

12        going to move it back a little.

13        Q.    The woman with the short

14   hair, did you interact with her or were

15   you busy dealing with the guy with the

16   scarf?

17        A.    I'm just dealing with

18   everyone coming in through that entrance.

19   So it's not specifically her or the guy

20   with the scarf.  The guy with the scarf

21   is more so engaging with me.  I'm not

22   engaging with him.  He's engaging with

23   me. I don't move much from that area.

24   They're coming towards me.

25             (Playing video.)

1              EDWARDS

2          MR. SCHWARTZ:  I'm just

3      going to move this back.

4      Q.    The person identified on the

5  right with the short hair identified as

6  Linda Lam, does she seem have a sign on

7  her?  Did you see a sign on her anywhere?

8      A.    Yes. It's either in her coat

9  or the bag that she had.

10          (Playing video.)

11      Q.    At that point, I don't know

12  if you remember, but I'm going to go

13  back.  You seem to be --

14      A.    It looks like she --

15          MS. WEEKES:  Mr. Edwards,

16      hold on.  Let him ask the

17      question.

18      Q.    You looked at her.  She went

19  past you, you didn't block her, right?

20      A.    No, I did not.

21          (Playing video.)

22          MR. SCHWARTZ:  Play one

23      more.  So this one is four minutes

24      and one second, Ms. Weekes. I

25      think we just have three.  This is

1           EDWARDS

2       the third one. You all see this?

3           MS. WEEKES:  Yes.

4           (Playing video.)

5       Q.   That's you saying no signs?

6       A.   Yes, that's me.

7       Q.   And that's Mr. Marino on

8   your right, on the left-hand side of the

9   screen?

10      A.   Yes.

11      Q.   And the police officer who

12  is speaking, do you know him?

13      A.   No, I don't know him.

14          (Playing video.)

15      Q.   Now, that's Ms. Linda Lam

16  again?

17      A.   That is Ms. Lam again.

18          MR. SCHWARTZ:  This is at 49

19      seconds on the video.

20          (Playing video.)

21      A.   Clearly she has a whole

22  bunch of signs in her hand.

23      Q.   What was that?

24      A.   She has a whole bunch of

25  signs in her hand.

1              EDWARDS

2         (Playing video.)

3       Q.   At that point, you closed

4   the door, right?

5       A.   That is correct.

6         (Playing video.)

7       Q.   Now, Ms. Lam had signs

8   rolled up; is that correct?

9       A.   That is correct.

10      Q.   She wasn't allowed in even

11  if the signs stayed rolled up?

12      A.   The directive was no signs.

13        (Playing video.)

14      Q.   At this point, which is two

15  minutes and one second, you can see

16  Ms. Lam putting the signs in her bag; is

17  that correct?

18      A.   I'm not paying attention to

19  her.  I'm only paying attention what's in

20  front of me.

21      Q.   I'm just saying as you see

22  the video now?

23      A.   All I know is she's in

24  possession of signs. That's all that I

25  know.

1            EDWARDS

2        (Playing video.)

3        Q.   Now, this time you let her

4    into the place, right?

5        A.   I don't see her entering.

6            MR. SCHWARTZ:  One second.

7        (Playing video.)

8        A.   She tries to sneak in there.

9            MS. WEEKES:  Mr. Edwards,

10       just answer the questions.

11       Q.   We've seen her earlier

12   putting the signs in her bag and then she

13   got stopped at the door; is that correct?

14       A.   Right, because she's still

15   in possession of signs.

16       Q.   And you were behind her at

17   that point?

18       A.   No -- well, as she entered

19   the school, yes, I'm behind her.

20       Q.   You have a blue shirt on,

21   right, that's you on the right-hand side?

22       A.   Yes. It's a sweater vest,

23   yes.

24           MR. SCHWARTZ:  That's at

25       217.

1          EDWARDS

2          (Playing video.)

3      Q.   After the entry, the

4   business at the entry, did you stay

5   around for the rest of the meeting or did

6   you leave?

7          MS. WEEKES:  Note my

8      objection.  You can answer.

9      A.   I was around.

10     Q.   Did you go into the

11  auditorium?

12     A.   Yes, I did.

13         MR. SCHWARTZ:  I'm going to

14     show you a photo which is just

15     labeled as Image 4.  We've shared

16     it before.  Make sure that we all

17     know which one we're talking

18     about.

19     Q.   This is the inside of that

20  auditorium?

21     A.   Yes.

22     Q.   There were signs inside the

23  auditorium; do you know how they got in

24  there?

25     A.   I have no idea.

1                    EDWARDS

2        Q.    Do you know if the signs

3     came out when the school chancellor was

4     speaking or was it all afterwards?

5        A.    I have no idea.

6            MR. SCHWARTZ:  If I could

7        take a couple of minutes.  I think

8        I'm done.

9            MS. WEEKES:  Okay.  No

10        problem.

11            (Whereupon, a short break

12        was taken.)

13            MR. SCHWARTZ: I have no

14        other questions.  Electronic.

15     EXAMINATION

16     BY MS. WEEKES:

17        Q.    Mr. Edwards, you just saw

18     three videos shown to you by plaintiff's

19     attorney; is that correct?

20        A.    Yes.

21        Q.    Do you recall overhearing

22     yourself in the videos saying to

23     individuals outside the door to step

24     aside or that they're blocking the

25     egress; do you recall that?

1              EDWARDS

2     A.   Yes.

3     Q.   Do you recall why you were

4  giving those instructions?

5     A.   No.

6     Q.   Were those instructions

7  given to individuals that were attempting

8  to enter the building, or were there any

9  individuals standing outside not

10  entering?

11     A.   Yes, there were individuals

12  standing outside not entering.

13     Q.   Did you give the instruction

14  to step aside or that you can't block the

15  egress to anyone attempting to enter the

16  Town Hall Meeting?

17     A.   No.

18     Q.   You mentioned earlier that

19  you received your instructions regarding

20  no signs from Mr. Mark Rampersant; is

21  that correct?

22     A.   Correct.

23     Q.   At any time, did

24  Mr. Rampersant instruct you not to deny

25  entry to anyone that appeared to be Asian

1              EDWARDS

2   or Chinese American?

3       A.   No.

4       Q.   Did anyone, other than

5   Mr. Rampersant, give you any instructions

6   to deny entry to anyone that appeared to

7   be Asian or Chinese American?

8       A.   No.

9       Q.   After individuals passed

10  that initial door that we saw in the

11  videos, was there any other security

12  checkpoint once you entered that first

13  door from the building?

14      A.   Yes.  It's a scanning

15  building.

16      Q.   And the fact that it was a

17  scanning building, do you know whether or

18  not that played any role in

19  Mr. Rampersant's instruction regarding

20  the signs on that day?

21      A.   Not sure.

22      Q.   Mr. Edwards, what was the

23  criteria you used to determine whether or

24  not someone was allowed to enter the

25  building on that evening?

```
 1              EDWARDS

 2       A.   Whether or not they had

 3   signs.

 4           MS. WEEKES:  I have no

 5       further questions.

 6           MR. SCHWARTZ:  Are you done?

 7       MS. WEEKES:  Yes.

 8       MR. SCHWARTZ:  No further

 9       questions.  Thank you.

10           (Time noted: 2:47 p.m.)

11

12

13       -----------------------
              CRAIG EDWARDS
14

15   Subscribed and sworn to
     before me this        day
16   of        , 2024

17

18
     Notary Public
19

20

21

22

23

24

25
```



1

2          I N D E X

3

4
WITNESS              EXAMINATIONS     PAGE
5

6   CRAIG EDWARDS      MR. SCHWARTZ       4
                       MS. WEEKES        40
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2  STATE OF NEW YORK    )
                       )  ss.:
3  COUNTY OF NEW YORK  )

4              C E R T I F I C A T E

5

6        I, CHRISTINE CUTRONE, Shorthand

7  Reporter and a Notary Public within and

8  for the State of New York, do hereby

9  state:

10       That the witness whose examination is

11  herein before set forth was duly sworn and

12  that such an examination is a true record

13  of the testimony given by such a witness.

14       I further state that I am not related

15  to any of these parties to this action by

16  blood or marriage, and that I am not in

17  any way interested in the outcome of this

18  matter.

19       IN WITNESS WHEREOF, I have hereunto

20  set my hand this 3rd day of July, 2024.

21

22

23

24                    _Christine Cutrone_

25                    CHRISTINE CUTRONE

CRAIG EDWARDS                                                      JOB NO. 1048689
JUNE 20, 2024

ERRATA SHEET
CHANGES IN TESTIMONY
CHINESE AMERICAN CITIZENS ALLIANCE v NYC DEPT. OF ED.
Craig Edwards
June 20, 2024

Page  Line  From            To

1   _____

2   _____

3   _____

4   _____

5   _____

6   _____

7   _____

8   _____

9   _____

10  _____

11  _____

12  _____

13  _____

14  _____

15  _____

16  _____

17  _____

18  _____

19  _____

20  _____

21  _____

22  _____

23

24  SIGNATURE:_____ DATE:_____

25      Craig Edwards

CRAIG EDWARDS
JUNE 20, 2024

JOB NO. 1048689

---

**0**

**05** 6:7

---

**1**

**1-6** 5:15

**11-44** 25:18

**11230** 4:15

**14** 28:3

**16** 5:13,14 9:20

**1780** 4:14

**1998** 6:7

---

**2**

**2020** 6:24 7:11,18,24
8:4 11:6,21 15:18

**2024** 43:16

**217** 38:25

**2:47** 43:10

---

**3**

**37-44** 22:13

**3744** 22:16

---

**4**

**4** 7:18 8:4 39:15

**49** 36:18

**4th** 7:24 11:6,21 15:18

---

**5**

**57** 32:22

**5:30** 15:24,25 16:21

---

**6**

**6** 15:21

**6:30** 15:21

---

**8**

**8-44** 24:3

---

**A**

**Absolutely** 15:11

**accompanied** 16:2

**act** 24:16

**add** 4:23

**address** 4:13

**afternoon** 4:16,18

**agent** 27:3

**agents** 18:16

**ahead** 17:5

**allowed** 31:15 34:4
37:10 42:24

**American** 42:2,7

**amount** 6:12

**answering** 21:3

**appeared** 41:25 42:6

**area** 6:13 34:23

**areas** 6:21

**arm** 13:25 29:18 30:22
31:7,10 32:17

**arrow** 25:6

**Arthur** 4:19 27:24

**Asian** 41:25 42:7

**assigned** 16:7

**assistant** 5:22 6:2,9,
13,19 17:16

**attempting** 41:7,15

**attended** 10:3

**attention** 6:15 37:18,19

**attorney** 4:20 40:19

**auditorium** 39:11,20,
23

**Avenue** 4:14

---

**B**

**back** 6:24 22:7 27:2
31:4,6 34:12 35:3,13

**bag** 29:18 32:16 35:9
37:16 38:12

**bar** 14:21

**based** 23:12,13 34:4

**Bay** 5:24

**beard** 29:24 30:10,11,
12

**beginning** 33:7

**beige** 28:12

**big** 13:21

**Black** 9:18

**block** 35:19 41:14

**blocking** 23:17 25:10
26:20,21 31:2,25 40:24

**blonde** 29:9

**blue** 38:20

**board** 4:22 8:19 10:6,
10 16:23

**body** 10:14 30:3

**borough** 5:8,9 6:10
10:15 13:6,7

**boroughs** 13:8,9

**boss** 7:16

**boy** 9:21

**break** 16:18 40:11

**Brooklyn** 4:14 5:10,12
7:14 9:20 11:8

**Brooklyn's** 13:10

**brought** 23:19

**brown** 29:12,20

**building** 17:2 21:21,23
41:8 42:13,15,17,25

**bunch** 36:22,24

**business** 4:12 10:19
11:2 39:4

**busy** 34:15

---

**C**

**call** 8:5 9:25 10:6,10
18:18,19 20:23 22:16

**called** 29:4

**cap** 22:21 24:9 25:25
27:4 28:12

**card** 25:14

**cardboard** 13:21

**carry** 20:13

**carrying** 14:21

**case** 14:8

**Caucasian** 29:23

**chancellor** 7:17 9:2,5,
11,18 40:3

**changed** 10:11 19:23

**chanting** 15:8 21:8

**charge** 19:11,17

**checkpoint** 42:12

**chief** 7:5,8 19:2,3

**chiefs** 7:6

**children** 8:18

**Chinese** 42:2,7

**circle** 21:9

**circumstances** 9:10

**city** 4:21 5:4 10:7 32:25

**citywide** 6:18 7:13,15

**clients** 8:5

**closed** 37:3

**cloth** 13:22,24

**coat** 24:9 29:17 30:8,22
32:17 35:8

**coats** 13:25

**commanding** 20:4

**common** 18:6,9,10

**community** 8:14,15

**concealed** 32:17

**concern** 13:12

concerned 13:13

concerns 8:16

conducting 14:3

conference 20:25
21:14

connotation 22:14

continuing 34:3

correct 6:22 9:15 10:21
17:19 19:7,10 20:12,15
23:18 25:3,25 26:2
29:9,25 31:3,21 32:7,8
33:24 37:5,8,9,17 38:13
40:19 41:21,22

counsel 22:11

couple 40:7

Craig 4:11 43:13

criteria 42:23

crowd 23:13 34:4

current 5:2

─────────────
**D**

day 12:10 42:20 43:15

dealing 27:13 34:15,17

debilitating 23:14,16

decide 17:22

defendant 4:24

demonstrating 7:20
15:9 21:4

demonstration 14:11
20:21,24

demonstrations
14:11

deny 41:24 42:6

department 5:4,19
19:8 20:7 33:2

depends 9:10

deputy 9:12

detailed 12:24

determine 42:23

direction 6:25

directive 37:12

director 5:8,12 6:10
19:6,9

discard 14:8

discuss 8:15

discussion 8:23 20:18

division 18:24 19:18

DOE 17:7,14,20 20:7

door 21:25 23:20 24:17,
19,21 25:20,22,23
26:10,23 27:6,11 28:12,
17,19,24 29:3,4,5,6,25
30:4 33:10,18,19,20,22,
23,25 34:2 37:4 38:13
40:23 42:10,13

doors 23:3,4,5,7,10
34:7

doorway 22:5,7,8,23

duly 4:3

─────────────
**E**

earlier 38:11 41:18

Ed 8:19 16:23

Education 4:22 5:5,19
10:11 33:2

educational 10:2,13

Edwards 4:1,11,16 5:1
6:1 7:1 8:1 9:1 10:1
11:1 12:1 13:1 14:1
15:1 16:1,20 17:1 18:1
19:1 20:1 21:1 22:1
23:1 24:1 25:1 26:1
27:1 28:1,5 29:1 30:1
31:1 32:1 33:1,6 34:1
35:1,15 36:1 37:1 38:1,
9 39:1 40:1,17 41:1
42:1,22 43:1,13

egress 23:15 24:18,21
26:20,21 29:4 34:2
40:25 41:15

Electronic 40:14

employer 5:3

engaging 34:21,22

enter 12:20,22 14:9

24:13 30:23 41:8,15
42:24

entered 38:18 42:12

entering 21:21 22:24
31:2,13 34:6 38:5
41:10,12

enters 29:25

entrance 34:18

entry 27:17 39:3,4
41:25 42:6

evening 30:17,19
31:23 42:25

event 8:6

EXAMINATION 4:7
40:15

examined 4:5

exit 27:11

experience 6:12

explain 13:2

eyes 14:4

─────────────
**F**

face 32:5

faces 29:15

facing 26:23

fact 42:16

familiar 26:11

February 7:18,24 8:4
11:6,21 15:18

feet 22:6

female 9:17

follow 13:16

front 16:25 21:23 37:20

frozen 27:16

─────────────
**G**

gain 6:12,15

gathering 8:13

gentleman 30:17

31:12

give 12:3,15 41:13 42:5

giving 41:4

Good 4:16,18

grade 13:15

group 17:23

guard 33:14

guns 20:14

guy 31:19 34:15,19,20

─────────────
**H**

hair 29:9,12,15,20
34:14 35:5

Hall 8:5,8,11,13,20
10:3,22 11:3,7,16,20
13:8,11 18:11,14,15
41:16

Halls 9:24

hand 25:3,9 29:16
30:20,21 31:24 36:22,
25

handwriting 12:8

happened 14:25 15:4

happening 20:25
23:23

hat 30:13

held 15:16 20:18

helping 16:25

High 5:24 8:3 11:22
15:19

Hmm-mm 19:16

hold 35:16

holding 13:20 21:5,17
25:2 26:12 32:12,14

honest 8:21

Huh-huh 27:9

─────────────
**I**

idea 25:4,15 39:25 40:5

CRAIG EDWARDS
JUNE 20, 2024

JOB NO. 1048689

**identified**  35:4,5

**identify**  14:6 26:7 32:9

**identifying**  29:19,20

**II**  33:2

**image**  22:12,16 39:15

**impactful**  8:17

**incident**  7:19

**individual**  24:13

**individuals**  9:7 23:14, 15,16 40:23 41:7,9,11 42:9

**informed**  12:2,5

**ingress**  23:15 24:18,20 29:5,6 33:23,25

**initial**  42:10

**inside**  39:19,22

**instruct**  41:24

**instruction**  12:16,18 41:13 42:19

**instructions**  12:19 41:4,6,19 42:5

**interact**  34:14

**interacting**  26:14

**interactions**  26:10

**invite**  9:12

**involved**  7:19 11:16 16:25 26:13

**issue**  13:12

**issues**  8:16 15:10

**item**  14:6

---

**J**

**jacket**  28:13

**James**  8:3 11:21 15:19

**judge**  4:23

---

**K**

**Kathy**  9:18

---

**Kevon**  24:5 32:21

**kind**  7:21 13:4 20:24

**knew**  17:9,15

**knowledge**  11:4

---

**L**

**labeled**  32:25 39:15

**lady**  27:14 32:2,3,5

**Lam**  26:8 32:10 35:6 36:15,17 37:7,16

**lawsuit**  4:21 7:25

**learn**  11:19

**leave**  39:6

**leaving**  27:17

**left**  25:24 33:20

**left-hand**  31:12 32:6 36:8

**length**  27:24

**letting**  29:12

**Linda**  26:8 32:10 35:6 36:15

**listed**  9:23,24

**local**  8:14 9:8

**long**  5:11,16,25 6:6 11:24

**looked**  30:8 35:18

---

**M**

**Madison**  8:3 11:21 15:19

**magistrate**  4:23

**make**  25:11 28:25 39:16

**man**  29:23,24 30:9,11, 12

**Marino**  17:18 36:7

**mark**  7:3 12:8,9 19:4 25:18 41:20

**marked**  22:15 27:19,21

---

**marking**  24:3

**mayor**  10:16

**media**  8:14 21:2

**meeting**  7:21 8:3,5,9, 11,13 11:3,16,20 14:12, 16,22 15:20 16:5,6,8 18:11 39:5 41:16

**meetings**  8:20 9:3 10:4,22 11:7,12 13:8 15:8,9,15

**mentioned**  41:18

**met**  16:10

**million**  26:19

**mind**  15:5

**minutes**  16:16 32:22 35:23 37:15 40:7

**Mm-hmm**  27:7

**months**  9:18

**move**  34:12,23 35:3

**moved**  6:8

**moving**  34:3

---

**N**

**necessarily**  18:13

**news**  20:25 21:14

**Notary**  4:3 43:18

**Note**  14:17 17:3 26:15 39:7

**noted**  43:10

**number**  22:13 27:22

**numerous**  17:6 30:23

**NYPD**  16:13 17:6,8,9, 11 20:6,9 33:16

---

**O**

**object**  14:7

**objection**  12:12 14:18 17:4 26:16 39:8

**occasions**  30:23

---

**Ocean**  4:14

**office**  7:6,8 19:13

**officer**  20:4 27:2 33:11 36:11

**officers**  18:12 20:5

**officials**  8:14 9:8,12

**open**  10:20

**organization**  18:24

**overhearing**  40:21

---

**P**

**p.m.**  43:10

**panel**  10:2,12,13

**parents**  7:20 8:24,25 9:4 10:23

**partnership**  19:15

**partnerships**  7:7,9 19:14

**party**  4:25

**passed**  42:9

**past**  35:19

**patch**  33:13

**patches**  20:11

**pay**  13:15

**paying**  37:18,19

**people**  4:22 13:18 14:21 15:8,15 16:5,9 21:2,5,8,17,21 23:9 34:6

**PEP**  9:25 10:5 11:12 14:22 15:7,14

**period**  6:15

**person**  7:13 17:7 19:19,20,24 20:2 24:23 25:10 27:4 33:10 35:4

**personnel**  16:14,23 17:14,21 18:2

**phone**  25:2,8,13

**photo**  22:19 25:2,17 39:14

CRAIG EDWARDS                                                    JOB NO. 1048689
JUNE 20, 2024

**picture** 22:10 23:4,6,8, 24 24:7 27:5

**piece** 13:21

**place** 38:4

**plaintiff's** 40:18

**plaintiffs** 4:20

**planned** 14:11

**play** 27:20 28:9,21 32:20 33:5 35:22

**played** 42:18

**playing** 28:22 33:17 34:10,25 35:10,21 36:4, 14,20 37:2,6,13 38:2,7 39:2

**point** 20:21 21:20 22:23 23:21 24:11 26:4 27:11, 12,15 28:17,24 30:15, 20 32:3,12 34:8 35:11 37:3,14 38:17

**police** 20:10 27:2 36:11

**policy** 10:2,13 18:6

**position** 21:22

**possession** 37:24 38:15

**possibly** 13:24

**practice** 18:7,8,9,10

**preparations** 11:15,17

**present** 17:22 18:3,16

**president** 10:16

**presides** 8:20

**preventing** 31:19

**prevention** 7:7,9 19:14,15

**principal** 5:22 6:2,9,13, 20 17:17

**prior** 7:18 27:5

**problem** 40:10

**public** 4:3 7:21 9:12 43:18

**put** 30:3

**putting** 37:16 38:12

---

**Q**

**question** 10:24 22:3 31:22 35:17

**questions** 21:3 38:10 40:14 43:5,9

---

**R**

**raincoat** 28:13

**Rampersant** 7:3 12:9 19:4,11 41:20,24 42:5

**Rampersant's** 42:19

**read** 12:7

**reason** 30:5

**recall** 7:23 8:6 11:6,9, 11,23,25 12:14 14:13 15:17 16:12,24 21:7,10, 16 24:22,24,25 30:4 40:21,25 41:3

**received** 41:19

**recollection** 24:16

**record** 4:10 20:17,19

**relationship** 17:2 21:24

**remember** 11:14 12:4 13:4 14:23,24,25 15:3, 23 19:23 21:11,12,13, 18 26:9,17 35:12

**repeated** 26:19

**representative** 10:15

**residents** 10:23

**respective** 6:17

**respond** 16:16

**rest** 39:5

**right-hand** 26:6 33:6 38:21

**Robinson** 12:8

**role** 28:23 42:18

**rolled** 37:8,11

---

**S**

**safety** 5:8,12 6:10 7:6,8 16:13 18:16,20,22,24 19:2,3,5,8,9,12,13,18 20:5 27:3 33:16

**scanning** 42:14,17

**scarf** 31:19 34:16,20

**school** 5:24 6:17 7:22 8:4 10:6,24 11:22 15:19 16:13,14 17:17,20 18:2, 15,16,24 20:5 27:3 33:11,14,16 38:19 40:3

**Schwartz** 4:8,19 16:15 20:16 22:9 24:2 25:17 27:18 28:2,7,20 32:19, 24 34:11 35:2,22 36:18 38:6,24 39:13 40:6,13 43:6,8

**screen** 22:18 31:13 33:7 36:9

**search** 13:17

**searches** 14:3

**seconds** 28:3 32:22 36:19

**security** 6:20 17:20 18:2,12 33:11,14 42:11

**sense** 25:11

**separate** 18:25 19:9 20:8

**separately** 20:7

**services** 6:16

**share** 22:17 24:4

**shared** 22:11 39:15

**Sheepshead** 5:24

**shirt** 38:20

**short** 16:18 34:13 35:5 40:11

**show** 22:10 39:14

**shown** 40:18

**shows** 30:2

**side** 8:19 26:6 31:12 32:6 33:7 36:8 38:21

---

**sideways** 31:9

**sign** 13:22 14:5 30:8, 19,21,22 32:12,15 35:6, 7

**signs** 12:21,23 13:18 14:15,21,22 15:16 21:6, 17 26:12 29:2 30:7,24 32:4,18 36:5,22,25 37:7,11,12,16,24 38:12, 15 39:22 40:2 41:20 42:20 43:3

**sir** 32:13

**site** 17:7

**sneak** 38:8

**sound** 28:8

**speaking** 36:12 40:4

**specific** 6:13

**specifically** 34:19

**stage** 9:14

**stand** 22:4

**standing** 22:6 41:9,12

**start** 15:20 33:5

**started** 21:21 34:2

**starts** 31:13

**state** 4:4,9

**stay** 39:4

**stayed** 37:11

**step** 40:23 41:14

**stop** 32:19

**stopped** 38:13

**stopping** 24:12,23

**strategies** 6:17

**subject** 7:25

**Subscribed** 43:15

**superintendencies** 9:9

**superintendents** 9:13

**supervisor** 7:10 12:6

**supposed** 15:20

**sweater** 38:22

CRAIG EDWARDS
JUNE 20, 2024

JOB NO. 1048689

**sworn** 4:3 43:15

———————————

**T**

**talk** 9:4

**talking** 8:24 9:2 30:14, 16,18 39:17

**teacher** 6:5,6

**testified** 4:5

**thing** 9:22 26:18

**tied** 20:6

**time** 5:16 6:15 15:22 19:22 23:2 24:17 34:3 38:3 41:23 43:10

**timeframe** 12:3

**times** 26:19

**title** 5:6 19:12,25

**told** 13:16 14:20 18:5 21:13 30:22

**top** 25:19

**Town** 8:5,8,11,12,20 9:24 10:3,22 11:3,7,16, 20 13:7,11 18:11,14,15 41:16

**transact** 10:19

**transacted** 11:3

**trench** 24:9

**turn** 13:10 28:8,16

———————————

**U**

**ultimately** 6:11 13:6,11

**umbrella** 9:23

**uncommon** 15:12,13

**understand** 13:3,12 22:2

**uniforms** 20:10

**utilizing** 6:16

———————————

**V**

**varied** 23:11,12

**varies** 9:9 18:18

**vary** 9:7

**venue** 12:21,23

**verbiage** 13:5

**vest** 38:22

**video** 27:19,21,24 28:16,22 30:2 32:21 33:8,17 34:10,25 35:10, 21 36:4,14,19,20 37:2, 6,13,22 38:2,7 39:2

**videos** 40:18,22 42:11

**visible** 14:2

———————————

**W**

**walking** 21:9 27:5

**wear** 20:10

**Weekes** 12:12 14:17 17:3 26:15 27:23 32:23 33:3 35:15,24 36:3 38:9 39:7 40:9,16 43:4,7

**white** 28:12

**woman** 29:8,11,20 34:13

**working** 5:19

**works** 31:17

———————————

**Y**

**year** 11:5

**years** 5:13 6:3 9:20

**York** 4:4,15 5:4 10:7 32:25

**young** 32:3