# EXHIBIT I















