# EXHIBIT K

Annexed hereto is a copy of video footage produced by the Plaintiffs during discovery that is a true and accurate recording of the events that give rise to the allegations in Plaintiffs' Complaint. This video was marked as "Exhibit 15" at Plaintiff Lam's deposition on May 20, 2024.