UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
CHINESE AMERICAN CITIZENS ALLIANCE
GREATER NEW YORK, et al.,

USBC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/4/25

Plaintiffs,

-against-                                                                           20-cv-8964 (LAK)

NEW YORK CITY DEPARTMENT OF EDUCATION, et al.,

Defendants.
------------------------------------------------x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

      The parties have advised the Court that the case is ready for trial and requested that the Court set a schedule for pretrial submissions and trial. Accordingly, it is hereby

      ORDERED, as follows:

      1. The parties shall file (a) a joint pretrial order in the form annexed to the Individual Practices of the undersigned and (b) memoranda addressing the questions whether (i) the New York City Department of Education is a suable entity, and (ii) the City of New York, the Board of Education of the City School District of the City of New York, both, or neither is a proper defendant in this action. *See, e.g., Matson v. Board of Educ. of the City School Dist. of New York,* 631 F.3d 57, 76-78 (2d Cir. 2011) (Straub, J., concurring and dissenting); *Ximenes v. George Wingate High School,* (2d Cir. 2008); *Jenkins v. City of New York,* 478 F.3d 76, 93 n.19 (2d Cir. 2007); *Perez ex rel. Torres v. City of New York,* 41 A.D.3d 378, 837 N.Y.S.2d 571 (1st Dept. 2007); *Nacipucha v. City of New York,* 18 M.3d 846, 849 N.Y.S.2d 414 (Sup. Ct. Bronx Co. 2008); N.Y.C. CHARTER Ch. 17 § 396 ("All actions and proceedings for the recovery of penalties for the violation of any law shall be brought in the name of the City of New York and not in that of any agency, except where otherwise provided by law"). The joint pretrial order and the required memoranda shall be filed no later than December 4, 2025.

      2. Any motions *in limine* shall be filed no later than December 18, 2025.

      3. It is the Court's practice in civil cases triable by jury to use special verdicts. The parties shall exchange proposed verdict forms no later than December 22, 2025 with a view to

2

reached agreement on a special verdict form. On or before January 7, 2026 they shall submit an agreed special verdict form or, if they cannot agree, their respective proposed verdict forms.

        4.       The case is set for trial on January 13, 2026 at 9:30 a.m. Counsel are advised that the Court does not ordinarily hold trial on Fridays with juries.

        SO ORDERED.

Dated:       November 4, 2025

_____
Lewis A. Kaplan
United States District Judge