**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------X
CHINESE AMERICAN CITIZENS
ALLIANCE GREATER NEW YORK, et al.,

                        Plaintiffs,

        -against-

NEW YORK CITY DEPARTMENT OF
EDUCATION, et al.,

                        Defendants.
-------------------------------------------------------------------------X

**20 Civ. 8964 (LAK) (GS)**

**ORDER**

**GARY STEIN, United States Magistrate Judge:**

Plaintiffs in the above-captioned case recently indicated that they are ready to proceed to trial. (Dkt. No. 156). In response, Judge Kaplan has issued a schedule for pre-trial submissions and set a trial date of January 13, 2026. (Dkt. No. 157).

In light of the foregoing, the parties are directed to submit a joint letter by no later than Wednesday, November 19, 2025, informing the Court as to whether they are mutually interested in a settlement conference with the undersigned prior to trial. If so, the parties shall submit three proposed mutually available dates for a settlement conference

       **SO ORDERED.**

DATED:    New York, New York
                November 4, 2025

                                                                               _____
                                                                               The Honorable Gary Stein
                                                                               United States Magistrate Judge