

**THE CITY OF NEW YORK**

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**KIMBERLY L. ROC, ESQ.**
Phone: (212) 356-2555
kroc@law.nyc.gov

December 23, 2025

**By ECF**
Hon. Lewis A. Kaplan
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    Chinese American Citizens Alliance of Greater New York et al. v. New York City Department of Education et al.
Docket No. No. 20-cv-08964 (LAK) (GS)

Dear Judge Kaplan:

      I am the attorney for Defendants the City of New York, New York City Department of Education (DOE), Assistant Principal Jason Marino, and Police Officer Yergey Dym in the above referenced matter. I write jointly with Plaintiffs' counsel, Arthur Z. Schwartz, Esq., with Advocates for Justice, to notify the court that this matter has been resolved, subject to the preparation and signing of settlement papers.

      Given the parties' agreement, we respectfully request that the Court mark this matter settled subject to the parties filing a stipulation of settlement and stipulation of dismissal within 30-day days of this letter.

      We thank the court for its attention to this matter and consideration of the request herein.

Respectfully submitted,

*Kimberly L. Roc*
Kimberly L. Roc
Assistant Corporation Counsel

2

*Arthur Z. Schwartz* - on consent
Arthur Z. Schwartz
Advocates for Justice

cc: All counsel of record (by ECF)